# EXHIBIT 1

# 3GPP TS 36.321 V8.12.0 (2012-03)

*Technical Specification*

## 3rd Generation Partnership Project;
## Technical Specification Group Radio Access Network;
## Evolved Universal Terrestrial Radio Access (E-UTRA);
## Medium Access Control (MAC) protocol specification
## (Release 8)





The present document has been developed within the 3rd Generation Partnership Project (3GPP TM) and may be further elaborated for the purposes of 3GPP.
The present document has not been subject to any approval process by the 3GPP Organizational Partners and shall not be implemented.
This Specification is provided for future development work within 3GPP only. The Organizational Partners accept no liability for any use of this Specification.
Specifications and reports for implementation of the 3GPP TM system should be obtained via the 3GPP Organizational Partners' Publications Offices.

| C-RNTI | Cell RNTI |
|---|---|
| CQI | Channel Quality Indicator |
| E-UTRA | Evolved UMTS Terrestrial Radio Access |
| E-UTRAN | Evolved UMTS Terrestrial Radio Access Network |
| MAC | Medium Access Control |
| LCG | Logical Channel Group |
| PHR | Power Headroom Report |
| PMI | Precoding Matrix Index |
| P-RNTI | Paging RNTI |
| RA-RNTI | Random Access RNTI |
| RI | Rank Indicator |
| RNTI | Radio Network Temporary Identifier |
| SI-RNTI | System Information RNTI |
| SR | Scheduling Request |
| SRS | Sounding Reference Symbols |
| TB | Transport Block |
| TPC-PUCCH-RNTI | Transmit Power Control-Physical Uplink Control Channel-RNTI |
| TPC-PUSCH-RNTI | Transmit Power Control-Physical Uplink Shared Channel-RNTI |

# 4        General

## 4.1        Introduction

The objective is to describe the MAC architecture and the MAC entity from a functional point of view.

## 4.2        MAC architecture

The description in this sub clause is a model and does not specify or restrict implementations.

RRC is in control of configuration of MAC.

### 4.2.1        MAC Entities

E-UTRA defines two MAC entities; one in the UE and one in the E-UTRAN. These MAC entities handle the following transport channels:

-    Broadcast Channel (BCH);

-    Downlink Shared Channel (DL-SCH);

-    Paging Channel (PCH);

-    Uplink Shared Channel (UL-SCH);

-    Random Access Channel(s) (RACH).

The exact functions performed by the MAC entities are different in the UE from those performed in the E-UTRAN.

Figure 4.2.1.1 illustrates one possible structure for the UE side MAC entity, and it should not restrict implementation.

IDC-LEN-1590-0013666



**Figure 4.2.1.1: MAC structure overview, UE side**

# 4.3       Services

## 4.3.1       Services provided to upper layers

This clause describes the different services provided by MAC sublayer to upper layers.

- data transfer

- radio resource allocation

## 4.3.2       Services expected from physical layer

The physical layer provides the following services to MAC:

- data transfer services;

- signalling of HARQ feedback;

- signalling of Scheduling Request;

- measurements (e.g. Channel Quality Indication (CQI)).

The access to the data transfer services is through the use of transport channels. The characteristics of a transport channel are defined by its transport format (or format set), specifying the physical layer processing to be applied to the transport channel in question, such as channel coding and interleaving, and any service-specific rate matching as needed.

# 4.4       Functions

The following functions are supported by MAC sublayer:

- mapping between logical channels and transport channels;

IDC-LEN-1590-0013667

For the Logical Channel Prioritization procedure, the UE shall take into account the following relative priority in decreasing order:

- MAC control element for C-RNTI or data from UL-CCCH;

- MAC control element for BSR, with exception of BSR included for padding;

- MAC control element for PHR;

- data from any Logical Channel, except data from UL-CCCH;

- MAC control element for BSR included for padding.

### 5.4.3.2    Multiplexing of MAC Control Elements and MAC SDUs

The UE shall multiplex MAC control elements and MAC SDUs in a MAC PDU according to subclauses 5.4.3.1 and 6.1.2.

## 5.4.4    Scheduling Request

The Scheduling Request (SR) is used for requesting UL-SCH resources for new transmission.

When an SR is triggered, it shall be considered as pending until it is cancelled.

If an SR is triggered and there is no other SR pending, the UE shall set the SR_COUNTER to 0.

As long as one SR is pending, the UE shall for each TTI:

- if no UL-SCH resources are available for a transmission in this TTI:

  - if the UE has no valid PUCCH resource for SR configured in any TTI: initiate a Random Access procedure (see subclause 5.1) and cancel all pending SRs;

  - else if the UE has a valid PUCCH resource for SR configured for this TTI and if this TTI is not part of a measurement gap:

    - if SR_COUNTER < *dsr-TransMax*:

      - increment SR_COUNTER by 1;

      - instruct the physical layer to signal the SR on PUCCH;

  - else:

    - notify RRC to release PUCCH/SRS;

    - clear any configured downlink assignments and uplink grants;

    - initiate a Random Access procedure (see subclause 5.1) and cancel all pending SRs.

- else if UL-SCH resources are available for a new transmission in this TTI, cancel all pending SR(s).

## 5.4.5    Buffer Status Reporting

The Buffer Status reporting procedure is used to provide the serving eNB with information about the amount of data available for transmission in the UL buffers of the UE. RRC controls BSR reporting by configuring the two timers *periodicBSR-Timer* and *retxBSR-Timer* and by, for each logical channel, optionally signalling *logicalChannelGroup* which allocates the logical channel to an LCG [8].

For the Buffer Status reporting procedure, the UE shall consider all radio bearers which are not suspended and may consider radio bearers which are suspended.

A Buffer Status Report (BSR) shall be triggered if any of the following events occur:

IDC-LEN-1590-0013683

# EXHIBIT 2

US008774759B2

(12) **United States Patent**
He

(10) **Patent No.:**     **US 8,774,759 B2**
(45) **Date of Patent:**     **Jul. 8, 2014**

(54) **SECURITY CAPABILITY NEGOTIATION METHOD, SYSTEM, AND EQUIPMENT**

(75) Inventor: **Chengdong He**, Shenzhen (CN)

(73) Assignee: **Huawei Technologies Co., Ltd.**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 794 days.

(21) Appl. No.: **12/503,942**

(22) Filed: **Jul. 16, 2009**

(65) **Prior Publication Data**

US 2009/0275309 A1     Nov. 5, 2009

**Related U.S. Application Data**

(63) Continuation of application No. PCT/CN2008/070880, filed on May 5, 2008.

(30) **Foreign Application Priority Data**

May 8, 2007     (CN) ......................... 2007 1 0074333

(51) **Int. Cl.**
**H04M 1/66**     (2006.01)

(52) **U.S. Cl.**
USPC ........ **455/410**; 455/436; 455/435.1; 455/509; 370/331; 370/338; 714/4.3

(58) **Field of Classification Search**
USPC ........... 455/410, 436, 435.1, 509, 517, 456.1, 455/445; 370/231, 225, 352, 296, 331, 338, 370/328; 379/229, 88.04; 713/172; 726/22; 714/4.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,301,280 A * | 4/1994 | Schwartz et al. ............. 709/237 |
| 6,587,680 B1 | 7/2003 | Ala-Laurila |
| 8,396,477 B2 * | 3/2013 | Kanazawa et al. ........... 455/436 |
| 2002/0066011 A1 | 5/2002 | Viallen |
| 2006/0026671 A1 | 2/2006 | Potter et al. |
| 2007/0003062 A1 | 1/2007 | Mizikovsky et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1478365 A | 2/2004 |
| CN | 1601943 A | 3/2005 |

(Continued)

OTHER PUBLICATIONS

GPRS Core Network, Wikipedia, 8 pages.*

(Continued)

*Primary Examiner* — Mahendra Patel

(57)     **ABSTRACT**

A security capability negotiation method is applicable to perform security capability negotiation during a mobile network handover. The method includes the following processes: a second network receives a handover request sent by a first network; an access network entity of the second network selects a corresponding security capability, or an access network entity and a core network (CN) entity of the second network respectively select a corresponding security capability; the second network sends the selected security capability to a user equipment (UE) via the first network. Moreover, a security capability negotiation system is also provided. Consistent with the provided system and method, it may be unnecessary for the MME to know the security capability of the corresponding eNB in a certain manner during a handover from a 2G/3G network to an LTE network. Meanwhile, during the handover from the LTE network to the 3G network, the SGSN does not need to introduce new requirements.

**15 Claims, 4 Drawing Sheets**



US 8,774,759 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 2007/0021120 | A1* | 1/2007 | Flore et al. .................. | 455/436 |
| 2007/0060127 | A1  | 3/2007 | Forsberg | |
| 2007/0213060 | A1* | 9/2007 | Shaheen ................... | 455/436 |
| 2007/0248064 | A1* | 10/2007 | Shaheen ................... | 370/338 |
| 2008/0242301 | A1* | 10/2008 | Osterling et al. ........... | 455/436 |
| 2009/0275309 | A1* | 11/2009 | He ............................. | 455/410 |
| 2010/0246533 | A1* | 9/2010 | Lundin et al. ............... | 370/332 |

FOREIGN PATENT DOCUMENTS

| CN | 1630404 | A | 6/2005 |
| CN | 1794682 | A | 6/2006 |
| CN | 1867185 | A | 11/2006 |
| CN | 101304600 | B | 11/2008 |
| EP | 1 871 134 | A1 | 12/2007 |
| GB | 2377589 | A | 1/2003 |
| JP | 2003516000 | A | 5/2003 |
| WO | 2004054224 | A1 | 6/2004 |
| WO | WO 2006/002676 | A1 | 1/2006 |
| WO | WO 2007/025487 | A1 | 3/2007 |

OTHER PUBLICATIONS

MME and base station, Google books, 1 page.*
Networking—Something Good to Know, May 9, 2008, http://con-ningtech.wordpress.com/, 22 pages.*
System Architecture Evolution (SAE), Wikipedia, 9 pages.*
International Search Report from P.R. China in International Application No. PCT/CN2008/070880 mailed Aug. 14, 2008.
European Patent Office Communication pursuant to Article 94(3) EPC, European search opinion for Application No. 08734236.6, mailed May 30, 2011, Huawei Technologies C., LTD 4 pgs.

3GPP; "Security context transfer between 3GPP access systems", 3GPP TSG SA WG2 Architecture—S2 #56, Rel-8 Ad-hoc S2-070687, Feb. 12-15, 2 pgs.
GSM; 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Rationale and track of security decisions in Long Term Evolved (LTE) RAN / 3GPP System Architecture Evolution: (SAE) (Release 8) 3GPP TR 33.821 V0.2.0, Apr. 2007.
Notice of Reasons for Rejection issue in related Japanese Patent Application No. 2009-553896, dated Dec. 20, 2011.
Search report issued in corresponding European application No. 08734236.6, dated Aug. 20, 2013, total 5 pages.
Search report issued in corresponding Chinese application No. 201110378685.X, dated Aug. 5, 2013, total 2 pages.
3GPP TR 23.882 V0.10.0, 3rd Generation Partnership Project-;Technical Specification Group Services and System Aspects; 3GPP System Architecture Evolution:Report on Technical Options and Conclusions(Release 7), Jan. 2006, total 96 pages.
3GPP TR 33.821, "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Rationale and track of security decisions in Long Term Evolved (LTE) RAN / 3GPP System Architecture Evolution (SAE) (Release 8)," V0.1.0 (2007-0), http://www.3gpp.org, *3GPP Organizational Partners* (2006), 80 pages.
English translation of Written Opinion of the International Searching Authority, issued by the State Intellectual Property Office, P.R. China, mailed Aug. 14, 2008, in the PCT/CN2008/070880, 4 pages.
Third office action issued in corresponding European application No. 08734236.6, dated Apr. 3, 2013, total 6 pages.
3GPP TR 33.821 V0.3.0, 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Rationale and track of security decisions in Long Term Evolved (LTE) RAN / 3GPP System Architecture Evolutio (SAE) (Release 8), May 2007, total 84 pages.

* cited by examiner



FIG. 1
(Prior Art)

UE
2G/3G Access
SGSN
eNB
MME
201 Determine to initiate a handover
202 Handover request
203 Handover preparation request (NAS/RRC/UP capabilities of the UE)
204 Select the NAS algorithm
205 Handover preparation request (RRC/UP capabilities of the UE, and allowed RRC/UP capabilities)
206 Establish a bearer resource (including a radio resource)
207 Select the RRC/ UP algorithm
208 Handover preparation acknowledgement (the selected RRC/UP algorithm)
209 Handover preparation acknowledgement (the selected NAS/RRC/UP algorithm)
210 Handover command (the selected NAS/RRC/UP algorithm)
211 Handover command (the selected NAS/RRC/UP algorithm)
212 Continue performing the subsequent handover process

FIG. 2

UE
eNB
MME
3G Access
SGSN
301 Determine to initiate a handover
302 Handover request
303 Handover preparation request (3G security capabilities of the UE)
304 Handover preparation request (3G security capabilities of the UE, and allowed 3G security capabilities)
305 Establish a bearer resource (including a radio resource)
306 Select the 3G security capability algorithm
307 Handover preparation acknowledgement (the selected 3G security capability algorithm)
308 Handover preparation acknowledgement (the selected 3G security capability algorithm)
309 Handover command (the selected 3G security capability algorithm)
310 Handover command (the selected 3G security capability algorithm)
311 Continue performing the subsequent handover process

FIG. 3



FIG. 4

US 8,774,759 B2

**1**

## SECURITY CAPABILITY NEGOTIATION METHOD, SYSTEM, AND EQUIPMENT

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of PCT application No. PCT/CN2008/070880, filed on May 5, 2008, titled "SECU-RITY CAPABILITY NEGOTIATION METHOD, SYS-TEM, AND EQUIPMENT", which claims the priority of Chinese Patent Application No. 200710074333.9, filed on May 8, 2007, titled "SECURITY CAPABILITY NEGOTIA-TION METHOD AND SYSTEM", the contents of both of which are incorporated herein by reference.

### FIELD

The present disclosure relates to the field of communica-tions, and more particularly to a security capability negotia-tion method, system, and equipment.

### BACKGROUND

Referring to FIG. **1**, an existing 3rd Generation Partnership Project (3GPP) radio network is divided into a 3GPP radio access network (RAN) and a core network (CN).

The 3GPP RAN is further classified into three types as follows.

GSM edge radio access network (GERAN): 2G/2.5G access network, collectively referred to as 2G access network below, and including a base transceiver station (BTS) and a base station controller (BSC).

Universal terrestrial radio access network (UTRAN): 3G access network, including a node B (NodeB) and a radio network controller (RNC).

Evolved UMTS terrestrial radio access network (EU-TRAN): also known as future long term evolution (LTE) access network, including an evolved node B (eNodeB, and eNB for short below).

The above three RANs are all configured to implement functions related to radio services, and meanwhile realize security capability negotiation with terminals.

A 2G/3G core network is further divided into a circuit-switched (CS) domain and a packet-switched (PS) domain. For ease of illustration, CS-related entities are omitted, and only the PS domain remains. The PS domain performs data service exchange and routing with external packet-based net-works beforehand, and includes a serving GPRS support node (SGSN) and a gateway GPRS support node (GGSN). The SGSN is mainly configured to realize route-forwarding, mobility management, session management, and user authentication, and the GGSN is mainly configured to realize the connection with the external packet-based networks, and also implement data transmission on the user plane.

A future evolved core network is also referred to as a system architecture evolution (SAE), including entities such as a mobility management entity (MME) and SAE gateway (SAE GW)/packet data network gateway (PDN GW)/home subscriber server (HSS). Similar to the SGSN, the MME is mainly configured to realize mobility management and user authentication. The SAE GW/PDN GW serves as anchor points on the user plane between different access systems. The HSS is mainly configured to store user subscription data.

In the 2G network, the SGSN performs the security capa-bility algorithm negotiation between the signaling plane and the user plane. In the 3G network, the RNC performs the security capability algorithm negotiation between the signal-

**2**

ing plane and the user plane. In the evolved network LTE/SAE, as the RNC/SGSN does not exist, the MME performs the non-access signaling (NAS) algorithm negotiation, and the eNB performs the radio resource control (RRC)/user plane (UP) algorithm negotiation.

When a user is handed over from a 2G/3G network (2G/3G) to an LTE network, or from an LTE to a 2G/3G network, as the entities responsible for the security capability negotia-tion change and the security capabilities thereof may be dif-ferent, the security capability negotiation needs to be re-performed. Here, the security capability negotiation means encryption algorithm for the 2G network, means integrity protection algorithm and encryption algorithm for the 3G network, and means NAS algorithm (encryption algorithm and integrity protection algorithm), RRC algorithm (encryp-tion algorithm and integrity protection algorithm), and UP algorithm (encryption algorithm) for the LTE network.

Particularly, during the handover from the LTE network to the 2G/3G network, a user equipment (UE) sends its own GERAN (encryption algorithm)/UTRAN security capability (encryption algorithm and integrity protection algorithm) carried in an initial Layer 3 message to the MME. The MME then sends the capabilities of the UE to the SGSN. The SGSN selects and sends the corresponding GERAN/UTRAN secu-rity capability algorithm to the UE through the MME. During the handover from the LTE to 2G, the SGSN selects the security capability algorithm. However, during the handover from the LTE to 3G, according to the above description about the 3G network, the RNC, instead of the SGSN, selects the security capability algorithm; otherwise, the SGSN has to introduce a new requirement of selecting the security capa-bility algorithm. Meanwhile, the SGSN must know the secu-rity capability of the RNC in a certain manner, and then sends the selected algorithm to the RNC, so that additional interac-tion between the SGSN and the RNC needs to be constructed.

During the handover from the 2G/3G to the LTE, the SGSN queries the UE for the NAS (encryption algorithm and integ-rity protection algorithm)/UP (encryption algorithm)/RRC (encryption algorithm and integrity protection algorithm) security capability. During the handover from the 2G/3G to the LTE, the SGSN sends the capabilities of the UE to the MME. Then, the MME selects and sends all the NAS/RRC/UP security capability algorithms to the UE through the SGSN.

In the implementation of the present invention, it is found in the prior art that, as the MME selects all the NAS/RRC/UP security capability algorithms, the MME must know the secu-rity capability of the corresponding eNB in a certain manner (for example, by configuring or extending interactive mes-sages with the eNB), thus resulting in an inflexible configu-ration and a complicated process flow.

### SUMMARY

Embodiments of the present disclosure are directed to a security capability negotiation method, system, and equip-ment, so as to facilitate the security capability negotiation during the network handover.

In an embodiment of the present disclosure, a security capability negotiation method is provided, which is appli-cable to perform security capability negotiation during a mobile network handover. The method includes the following process:

A second network receives a handover request sent by a first network.

An access network entity of the second network selects a corresponding security capability, or an access network entity

US 8,774,759 B2

3

and a core network (CN) entity of the second network respectively select a corresponding security capability.

The second network sends the selected security capability to a User Equipment (UE) via the first network.

Consistent with an embodiment of the present disclosure, a security capability negotiation system is provided, which is applicable to perform security capability negotiation during a mobile network handover. The system includes an access network entity and a core network entity of a first network, and an access network entity and a core network entity of a second network.

The access network entity of the second network is configured to select a corresponding security capability when the first network requests to hand over to the second network.

The core network entity of the second network is configured to select a corresponding security capability together with the access network entity of the second network when the first network requests for handing over to the second network.

The core network entity and the access network entity of the first network are configured to send the security capabilities selected by the second network to a user equipment (UE).

Consistent with an embodiment of the present disclosure, a network including an access network entity and a core network entity is further provided.

The access network entity is configured to receive a handover request sent by a peer-end network.

The core network entity is configured to select and send a corresponding security capability to the UE via the peer-end network together with the access network entity of the network when the peer-end network requests to hand over to the current network.

The embodiments of the present disclosure provide at least the following effects. During the handover from the 2G/3G to the LTE network, the MME and the eNB respectively implement the negotiation of the NAS security algorithm and the RRC/UP security algorithm, so that it is unnecessary for the MME to know the security capability of the corresponding eNB in a certain manner (for example, by configuring and extending interactive messages with the eNB). Meanwhile, during the handover from the LTE network to the 3G network, a new requirement for the SGSN is avoided, and the interaction between the SGSN and the RNC is also unnecessary.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a structural view of a conventional 3GPP radio network.

FIG. **2** is a flow chart illustrating a security capability negotiation method during the handover from a 2G/3G network to an LTE network according to a first embodiment of the present disclosure.

FIG. **3** is a flow chart illustrating a security capability negotiation method during the handover from an LTE network to a 3G network according to a second embodiment of the present disclosure.

FIG. **4** is a schematic structural view illustrating a security capability negotiation system according to a third embodiment of the present disclosure.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

Embodiments of the present disclosure are illustrated in detail below with reference to the accompanying drawings.

4

Referring to FIG. **2**, the security capability negotiation method according to the first embodiment includes the following processes.

In this embodiment, the UE is handed over from 2G/3G to the LTE. First, it is assumed that a UE accesses services via a 2G/3G access network (2G/3G Access).

In process **201**, the 2G/3G access network determines to initiate a handover.

In process **202**, the 2G/3G access network initiates a handover request message to the SGSN.

In process **203**, the SGSN initiates a handover preparation request message to the MME. The handover preparation request message carries various security capability sets supported by the UE, including NAS algorithm (encryption algorithm and integrity protection algorithm), RRC algorithm (encryption algorithm and integrity protection algorithm), and UP algorithm (encryption algorithm).

Here, the SGSN may obtain the security capability sets supported by the UE in the following methods.

The SGSN directly requests the UE to send the security capability sets supported thereby.

A 2G/3G access network entity (BSS or RNC) first determines to initiate a handover, then requests the UE for the security capability sets supported thereby, and sends the capability sets to the SGSN in process **202**.

In process **204**, the MME selects a NAS algorithm (encryption algorithm and integrity protection algorithm) according to the UE supported NAS algorithm (encryption algorithm and integrity protection algorithm), the system allowable NAS algorithm (encryption algorithm and integrity protection algorithm), together with the NAS algorithm (encryption algorithm and integrity protection algorithm) supported by the MME itself.

It should be noted that, as the UE supported NAS algorithm (encryption algorithm and integrity protection algorithm), the system allowable NAS algorithm (encryption algorithm and integrity protection algorithm), and the NAS algorithm (encryption algorithm and integrity protection algorithm) supported by the MME itself are all various, the selected NAS algorithm (encryption algorithm and integrity protection algorithm) is a NAS algorithm (encryption algorithm and integrity protection algorithm) supported by all the UE, the system and the MME.

In process **205**, the MME sends a handover preparation request message to the eNB. The handover preparation request message carries the UE supported RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm), and may also carry the system allowable RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm).

In process **206**, a bearer resource between the eNB and the MME is established, including the establishment of a radio resource.

In process **207**, the eNB selects the RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm) according to the UE supported RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm), together with the RRC security capability sets (encryption algorithm and integrity protection algorithm) and UP security capability sets (encryption algorithm) supported by the eNB itself.

It should be noted that, as the UE supported RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm), the system allowable RRC algorithm (encryption algorithm and integrity protec-

US 8,774,759 B2

5

tion algorithm) and UP algorithm (encryption algorithm), and the RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm) supported by the eNB itself are various, the selection here means selecting the RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm) which are both supported by the UE and the MME.

In process 205, if the handover preparation request message sent by the MME to the eNB also carries the system allowable RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm), the eNB may further combine the system allowable RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm) to select the RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm) which are supported by all the UE, the MME and the system.

In process 208, the eNB sends a handover preparation acknowledgement message to the MME. The handover preparation acknowledgement message carries the selected RRC algorithm (encryption algorithm and integrity protection algorithm) and UP algorithm (encryption algorithm).

In process 209, the MME sends a handover preparation acknowledgement message to the SGSN. The handover preparation acknowledgement message carries the selected NAS algorithm (encryption algorithm and integrity protection algorithm), RRC algorithm (encryption algorithm and integrity protection algorithm), and UP algorithm (encryption algorithm).

In processes 210 to 211, the SGSN sends a handover command message to the UE via the 2G/3G access network, for indicating the UE to hand over to a destination network. The handover command message carries the selected NAS algorithm (encryption algorithm and integrity protection algorithm), RRC algorithm (encryption algorithm and integrity protection algorithm), and UP algorithm (encryption algorithm).

In process 212, the subsequent handover process is implemented.

Thereby, the security capability negotiation between the UE and the network equipment (eNB/MME) is completed.

Process 204 may also be performed between processes 205 and 209. Process 207 may also be performed before process 206.

In this embodiment, during the handover from the 2G/3G to the LTE network, the NAS algorithm protection is implemented between the UE and the MME, the RRC/IUP algorithm protection is implemented between the UE and the eNB, and the MME and the eNB are respectively configured to realize the negotiation of the NAS security algorithm and the RRC/UP security algorithm, so that it is unnecessary for the MME to know the security capability of the corresponding eNB in a certain manner (for example, by configuring or extending interactive messages with the eNB) as in the prior art.

Referring to FIG. 3, in a second embodiment of the present disclosure, a security capability negotiation method includes the following processes.

In this embodiment, a UE hands over from an LTE to 3G. First, it is assumed that a UE accesses services via an LTE access network (eNB).

In process 301, the eNB determines to initiate a handover.

In process 302, the eNB initiates a handover request message to the MME.

6

In process 303, the MME initiates a handover preparation request message to the SGSN. The handover preparation request message carries 3G security capability sets supported by the UE, including encryption algorithm and integrity protection algorithm.

Here, the MME may obtain the 3G security capability sets supported by the UE in the following methods.

Before the handover, an initial Layer 3 message already carries the 3G security capability sets supported by the UE, and the UE sends the capability sets to the MME.

The MME directly requests the UE to send the 3G security capability sets supported by the UE.

The eNB first determines to initiate a handover, then requests the UE for the 3G security capability sets supported by the UE, and sends the capability sets to the MME in process 302.

In process 304, the SGSN sends a handover preparation request message to the 3G access network (RNC). The handover preparation request message carries the 3G security capability sets supported by the UE. The 3G security capability sets supported by the UE includes encryption algorithm and integrity protection algorithm, and the handover preparation request may also carry the system allowable 3G security capability sets.

In process 305, a bearer resource between the 3G access network (RNC) and the SGSN is established, including the establishment of a radio resource.

In process 306, the 3G access network (RNC) selects the 3G security capability sets according to the 3G security capability sets supported by the UE together with the 3G security capability sets supported by the 3G access network itself.

It should be noted that, as the 3G security capability sets supported by the UE and the 3G security capability sets supported by the 3G access network (RNC) itself are various, the selection here means selecting the 3G security capability sets supported by the UE and the 3G access network (encryption algorithm and integrity protection algorithm) from the above two categories of 3G security capability sets.

In process 304, if the handover preparation request message sent by the SGSN to the 3G access network (RNC) also carries the system allowable 3G security capability sets, the 3G access network (RNC) may further combine the system allowable 3G security capability sets to select the 3G security capability sets.

In process 307, the 3G access network (RNC) sends a handover preparation acknowledgement message to the SGSN. The handover preparation acknowledgement message carries the selected 3G security capability sets.

In process 308, the SGSN sends a handover preparation acknowledgement message to the MME. The handover preparation acknowledgement message carries the selected 3G security capability sets.

In processes 309 to 310, the MME sends a handover command message to the UE via the eNB, indicating the UE to hand over to a destination network. The message carries the selected 3G security capability sets.

In process 311, the subsequent handover process is implemented.

Thereby, the security capability negotiation between the UE and the network equipment (RNC) is completed.

Process 306 may also be performed before process 305.

In this embodiment, the SGSN does not need to introduce new requirements during the handover from the LTE to the 3G network.

Referring to FIG. 4, in a third embodiment of the present disclosure, a security capability negotiation system is provided, which is applicable to perform security capability

US 8,774,759 B2

**7**

negotiation during a mobile network handover. The system includes an access network entity **401** and a core network entity **402** of a first network, and an access network entity **403** and a core network entity **404** of a second network. The access network entity **403** of the second network is configured to select a corresponding security capability when the first network requests to be handed over to the second network. The core network entity **404** of the second network is configured to select a corresponding security capability together with the access network entity **403** of the second network when the first network requests to be handed over to the second network. The core network entity **402** and the access network entity **401** of the first network are configured to send the security capabilities selected by the second network to a UE **405**.

In this embodiment, a network including an access network entity and a CN entity is further provided. The access network entity is configured to receive a handover request sent by a peer-end network. The CN entity is configured to select and send a corresponding security capability to the UE via the peer-end network together with the access network entity of the network when the peer-end network requests to be handed over to the current network.

When the UE hands over from the 2G/3G network to the LTE network, the first network is a 2G network or a 3G network, the access network entity of the 2G network includes a BTS and a BSC. The access network entity of the 3G network includes a node (NodeB) and an RNC. The core network entity of the 2G/3G network includes an SGSN. The second network is an LTE RAN, the access network entity thereof is an evolved node (eNodeB), and the core network entity thereof is an MME. The security capability includes NAS integrity protection and encryption algorithm, RRC integrity protection and encryption algorithm, and UP encryption algorithm. The MME is configured to select the NAS integrity protection and encryption algorithm, and the eNodeB is configured to select the RRC integrity protection, encryption algorithm, and UP encryption algorithm. The working principle and process are shown in FIG. **2**, and the details will not be repeated herein. The MME and the eNB are adopted to realize the negotiation of the NAS security algorithm and the RRC/UP security algorithm respectively, so that it is unnecessary for the MME to know the security capability of the corresponding eNB in a certain manner (for example, by configuring or extending interactive messages with the eNB) as in the prior art.

When the UE hands over from the LTE network to the 3G network, the access network entity of the first network is eNodeB, the core network entity of the first network is MME, the access network entity of the second network is RNC, and the core network entity of the second network is SGSN. The security capability includes 3G security capability sets, and the 3G security capability sets further include encryption algorithm and integrity protection algorithm. The working principle and process are shown in FIG. **2**, and the details will not be repeated herein. The RNC is configured to select the 3G security capability sets, so that the SGSN does not need to introduce new requirements during the handover from the LTE to the 3G network, and the interaction between the SGSN and the RNC is also unnecessary.

Through the above description of the embodiments, it is apparent to those skilled in the art that the embodiments may be accomplished by software on a necessary universal hardware platform, and definitely may also be accomplished by hardware. Therefore, some embodiments of the present disclosure can be substantially embodied in the form of a software product. The software product may be stored in a non-

**8**

volatile storage medium such as a CD-ROM, USB disk, or removable hard disk, and contains several instructions to indicate a communication equipment (for example, a personal computer, server, or network equipment) to perform the method as described in the embodiments of the present disclosure.

It will be apparent to those skilled in the art that various modifications and variations can be made to the embodiments of the present disclosure without departing from the scope or spirit of the disclosure. In view of the foregoing, it is intended that the disclosed embodiments cover modifications and variations thereof provided that they fall within the scope of the following claims and their equivalents.

What is claimed is:

**1**. A method for security capability negotiation during a handover of a user equipment (UE) from a first network to a second network, wherein the first network is a 2G or 3G network, the second network is a long term evolution (LTE) access network, and the security capabilities include a radio resource control (RRC) algorithm and a user plane (UP) encryption algorithm, comprising:

receiving, by an evolved node B (eNodeB) of the second network, a handover preparation request message from a mobility management entity (MME) of the second network, wherein the handover preparation request message includes a RRC algorithm and a UP encryption algorithm supported by the UE;

selecting, by the eNodeB, a RRC algorithm and a UP encryption algorithm supported by both the UE and the eNodeB, according to the RRC algorithm and the UP encryption algorithm supported by the UE and a RRC algorithm and a UP encryption algorithm supported by the eNodeB; and

sending, by the eNodeB, the selected RRC algorithm and the selected UP encryption algorithm to the first network.

**2**. The method according to claim **1**, the selecting further comprising:

combining, by the eNodeB, the RRC algorithm and the UP encryption algorithm supported by a security negotiation system, the security negotiation system including the UE and the MME.

**3**. The method according to claim **1**, further comprising:

selecting, by the MME, a Non-Access signaling (NAS) algorithm supported by both the UE and the MME, according to a NAS algorithm supported by the UE and a NAS algorithm supported by the MME, wherein the security capabilities include the NAS algorithm.

**4**. A system for security capability negotiation during a handover of a user equipment (UE) to a long term evolution (LTE) network from a non-LTE network, wherein the security capabilities include a radio resource control (RRC) algorithm, a user plane (UP) encryption algorithm and a Non-Access Signaling (NAS) algorithm, comprising:

an evolved node B (eNodeB) of the LTE network; and

a mobility management entity (MME) of the LTE network communicatively connected with the eNodeB,

wherein, the MME is configured to:

receive a handover request from the non-LTE network, the handover request including a NAS algorithm, a RRC algorithm and a UP encryption algorithm supported by the UE,

select a NAS algorithm supported by both the UE and the MME according to the NAS algorithm supported by the UE and a NAS algorithm supported by the MME,

US 8,774,759 B2

**9**

send a handover preparation request message to the eNodeB, the handover preparation request message including the RRC algorithm and the UP encryption algorithm supported by the UE,

receive from the eNodeB a selected RRC algorithm and a selected UP encryption algorithm each supported by the UE and the eNodeB, and

send to the non-LTE network the selected NAS algorithm, the selected RRC algorithm and the selected UP encryption algorithm, and

wherein the eNodeB is configured to:

receive the handover preparation request message from the MME,

select a RRC algorithm and a UP encryption algorithm supported by both the UE and the eNodeB according to the RRC algorithm and the UP encryption algorithm supported by the UE and an RRC algorithm and a UP encryption algorithm supported by the eNodeB, and

send the selected RRC algorithm and the selected UP encryption algorithm to the MME.

**5**. The method according to claim **1**, wherein the RRC algorithm comprises: an encryption algorithm and an integrity protection algorithm.

**6**. The method according to claim **3**, wherein the NAS algorithm comprises: an encryption algorithm and an integrity protection algorithm.

**7**. The system according to claim **4**, wherein the RRC algorithm comprises an encryption algorithm and an integrity protection algorithm, and the NAS algorithm comprises an encryption algorithm and an integrity protection algorithm.

**8**. A method for security capability negotiation during a handover of a user equipment (UE) to a long term evolution (LTE) network from a non-LTE network, wherein the non-LTE network is a 2G or 3G network, and the security capabilities include a Non-Access Signaling (NAS) algorithm, a radio resource control (RRC) algorithm and a user plane (UP) encryption algorithm, comprising:

receiving, by a mobility management entity (MME) in the LTE network, a handover request from a non-LTE network, wherein the handover request includes a NAS algorithm, a RRC algorithm and a UP encryption algorithm supported by the UE;

sending, by the MME, the RRC algorithm and the UP encryption algorithm supported by the UE to an evolved node B (eNodeB) in the LTE network;

receiving, by the MME, from the eNodeB, a selected RRC algorithm and a selected UP encryption algorithm supported by both the UE and the eNodeB;

sending, by the MME, the selected RRC algorithm and the selected UP encryption algorithm to the non-LTE network.

**9**. The method according to claim **8**, the method further comprises:

selecting, by the MME, a NAS algorithm supported by both the UE and the MME, according to the NAS algorithm supported by the UE and a NAS algorithm supported by the MME; and

wherein the sending, by the MME, the selected RRC algorithm and the selected UP encryption algorithm to the non-LTE network further comprises:

sending, by the MME, the selected NAS algorithm, the selected RRC algorithm and the selected UP encryption algorithm to the non-LTE network.

**10**

**10**. The method according to claim **9**, wherein the RRC algorithm comprises an encryption algorithm and an integrity protection algorithm, and wherein the NAS algorithm comprises an encryption algorithm and an integrity protection algorithm.

**11**. A mobility management entity (MME) for security capability negotiation for handover from a first network to a second network, wherein the MME is in the second network, and the security capabilities include a Non-Access Signaling (NAS) algorithm, a radio resource control (RRC) algorithm and a user plane (UP) encryption algorithm, comprising:

a receiver configured to receive a handover request sent by a first network, including a NAS algorithm, a RRC algorithm and a UP encryption algorithm supported by a user equipment (UE) in the first network; and

a transmitter communicatively connected to the receiver, the transmitter being configured to send the RRC algorithm and the UP encryption algorithm supported by the UE to an evolved NodeB (eNodeB) in the second network, and

wherein the receiver is further configured to receive from the eNodeB a selected RRC algorithm and a selected UP encryption algorithm supported by the UE and the eNodeB, and

wherein the transmitter is further configured to send the selected RRC algorithm and the selected UP encryption algorithm to the first network.

**12**. The MME according to claim **11**, further comprising:

a processor configured to select a NAS algorithm according to the NAS algorithm supported by the UE and a NAS algorithm supported by the MME, and

wherein the transmitter is further configured to send the selected NAS algorithm to the first network.

**13**. The MME according to claim **11**, wherein the RRC algorithm comprises an encryption algorithm and an integrity protection algorithm, and the NAS algorithm comprises an encryption algorithm and an integrity protection algorithm.

**14**. An evolved node B (eNodeB) for security capability negotiation for handover from a first network to a second network, wherein the eNodeB is in the second network, and the security capabilities include a radio resource control (RRC) algorithm and a user plane (UP) encryption algorithm, comprising:

a receiver configured to receive a handover preparation request message from a mobility management entity (MME), wherein the handover preparation request message includes a RRC algorithm and a UP encryption algorithm supported by a user equipment (UE);

a processor configured to select an RRC algorithm and a UP encryption algorithm each supported by the UE and the eNodeB, according to the RRC algorithm and the UP encryption algorithm supported by the UE and an RRC algorithm and a UP encryption algorithm supported by the eNodeB; and

a transmitter configured to send the selected RRC algorithm and the selected UP encryption algorithm to the first network.

**15**. The eNodeB according to claim **14**, wherein the RRC algorithm comprises an encryption algorithm and an integrity protection algorithm, and the UP algorithm comprises an encryption algorithm and an integrity protection algorithm.

* * * * *

# EXHIBIT 3

US008804656B2

(12) **United States Patent**       (10) **Patent No.:**      **US 8,804,656 B2**
Kitazoe                              (45) **Date of Patent:**      **Aug. 12, 2014**

(54) **INTER-ENODE B HANDOVER PROCEDURE**

(75) Inventor: **Masato Kitazoe**, Hachiouji (JP)

(73) Assignee: **Qualcomm Incorporated**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 420 days.

(21) Appl. No.: **12/438,124**

(22) PCT Filed: **Oct. 30, 2007**

(86) PCT No.: **PCT/US2007/083033**

§ 371 (c)(1),
(2), (4) Date: **Mar. 11, 2009**

(87) PCT Pub. No.: **WO2008/055169**

PCT Pub. Date: **May 8, 2008**

(65) **Prior Publication Data**

US 2010/0238903 A1      Sep. 23, 2010

**Related U.S. Application Data**

(60) Provisional application No. 60/863,791, filed on Oct. 31, 2006.

(51) **Int. Cl.**
*H04W 4/00*      (2009.01)

(52) **U.S. Cl.**
USPC ............................ **370/331**; 455/436; 455/437

(58) **Field of Classification Search**
USPC ................. 370/329, 330, 331, 332, 333, 334;
455/436, 437, 438, 439, 442, 443, 444
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,983,148 | B1 | 1/2006 | Kirla |
| 7,031,391 | B1 | 4/2006 | Riffee |
| 7,596,378 | B1 | 9/2009 | Nizri et al. |
| 2002/0032302 | A1 | 3/2002 | Haumont et al. |
| 2002/0066011 | A1 | 5/2002 | Vialen et al. |
| 2002/0160785 | A1 | 10/2002 | Ovesjo et al. |
| 2002/0191556 | A1 | 12/2002 | Krishnarajah et al. |
| 2004/0002337 | A1* | 1/2004 | Wheeler et al. ............... 455/445 |
| 2005/0272426 | A1 | 12/2005 | Yang et al. |
| 2006/0003767 | A1 | 1/2006 | Kim et al. |
| 2006/0056448 | A1* | 3/2006 | Zaki et al. ..................... 370/466 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1107633 | 6/2001 |
| EP | 1232667 | 8/2002 |

(Continued)

OTHER PUBLICATIONS

Co-pending U.S. Appl. No. 60/895,128, filed on Mar. 15, 2007.

(Continued)

*Primary Examiner* — Dady Chery
(74) *Attorney, Agent, or Firm* — Florin Corie

(57)      **ABSTRACT**

Methodologies are described that facilitate inter-eNode B handover. In various embodiments, logical protocol termination can be implemented between the user equipment and the target eNode B for inter-eNode B handover signaling. The provided handover forwarding and encapsulation mechanisms enable improved inter-operability between eNode Bs implementing different protocol versions or from different vendors, which in turn enables frequent protocol upgrades. Additionally, the invention enables the target eNode B to implement new radio configurations even if the configuration is unsupported by the source eNode B.

**45 Claims, 18 Drawing Sheets**



**US 8,804,656 B2**

Page 2

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0047493 A1 | 3/2007 | Park et al. |
| 2007/0224993 A1 | 9/2007 | Forsberg |
| 2007/0293224 A1* | 12/2007 | Wang et al. .................. 455/436 |
| 2008/0240439 A1 | 10/2008 | Mukherjee et al. |
| 2009/0046656 A1 | 2/2009 | Kitazoe et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1583292 A1 | 10/2005 |
| EP | 1713207 A1 | 10/2006 |
| GB | 2414898 A | 12/2005 |
| JP | 2004343559 A | 12/2004 |
| JP | 2006245913 A | 9/2006 |
| WO | WO-0027158 | 5/2000 |
| WO | WO0124557 | 4/2001 |
| WO | 0189157 | 11/2001 |
| WO | WO02089502 | 11/2002 |
| WO | WO03043355 | 5/2003 |
| WO | WO2007007990 A1 | 1/2007 |
| WO | WO2007066882 A1 | 6/2007 |
| WO | WO2007149509 A2 | 12/2007 |

OTHER PUBLICATIONS

Taiwan Search Report—TW096141081—TIPO—Feb. 9, 2011.
3GPP TR 25.912 v0.2.0 Technical Report : "Technical Specification Group Radio Access Network; Feasibility Study for Evolved UTRA and UTRAN (Release 7)" 3RD Generation Partnership Project (3GPP); (Jun. 6, 2006), pp. 1-57, XP002455821.
Ericsson: "S1 Procedure Descriptions: S1 Handover Procedures" 3GPP TSG-RAN WG3 #56, R3-070917, [Online] (May 7-11, 2007), pp. 1-9, XP002501849.
Ericsson: "Some Aspects of the Handover Signaling in LTE" 3GPP TSG-RAN WG2 #57, R2-070567, [Online] (Feb. 12-16, 2007), pp. 1-4, XP002501848.
QUALCOMM Europe: "Delivery of HO Command" 3GPP TSG-RAN WG2 Meeting #58-BIS, R2-072786, [Online] (Jun. 25-29, 2007), pp. 1-3, XP002501847.
Barth U., "3GPP Long-Term Evolution/System Architecture Evolution—Overview", Alcatel, Sep. 2006, http://cc.ee.ntu.edu.tw/farn/courses/FMV/01-3GPP_LTE-SAE_Overview_Sep06.pdf.
"3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); radio interface protocol aspects (release 7)," 3GPP TR 25.813 V7.1.0, Sep. 1, 2006, pp. 1-41.
Samsung, "Future Converged radio access system," (3GPP Perspective), Jun. 27, 2006, pp. 1-30.
The International Search Report and the Written Opinion of the International Searching Authority mailed on Nov. 10, 2008 for PCT/US2007/083033.
Ericsson, "Integrity protection and ciphering at GSM to UMTS handover", ETSI STC SMG2 handover ad-Hoc, Mar. 6-8, 2000.

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3A



FIG. 3B



FIG. 4A



**FIG. 4B**



FIG. 4C

U.S. Patent          Aug. 12, 2014          Sheet 8 of 18          US 8,804,656 B2



**FIG. 5**



600
START
602
RECEIVE A HANDOVER COMMAND CREATED BY A TARGET NODE
604
ENCAPSULATE THE HANDOVER COMMAND INTO A RADIO RESOURCE CONTROL MESSAGE
606
APPEND INTEGRITY CHECK INFORMATION OR A RADIO RESOURCE CONTROL HEADER DURING ENCAPSULATION
608
ENCIPHER AN ENCAPSULATED HANDOVER COMMAND
610
TRANSMIT THE ENCAPSULATED HANDOVER COMMAND TO A MOBILE DEVICE ASSOCIATED WITH THE HANDOVER COMMAND
END
650
START
652
RECEIVE AND PROCESS MEASUREMENT REPORT
654
PROCESS ADDITIONAL INFORMATION INCLUDED IN THE MEASUREMENT REPORT TO FACILITATE GENERATING A HANDOVER COMPLETE INDICATION
656
DETERMINE A HANDOVER DECISION CONCERNING A MOBILE DEVICE ASSOCIATED WITH THE MEASUREMENT REPORT INFORMATION
658
TRANSMIT A HANDOVER COMMAND TO THE MOBILE DEVICE
660
INCLUDE SUPPLEMENTAL INFORMATION IN THE HANDOVER COMMAND TO FACILITATE GENERATING THE HANDOVER COMPLETE INDICATION
END

FIG. 6

700
START
TRANSMIT MEASUREMENT REPORT MESSAGE TO A SOURCE NODE FOR SOURCE NODE ENCAPSULATION INTO AN INTER-NODE MESSAGE AND FORWARDING TO A TARGET NODE
702
APPEND ADDITIONAL INFORMATION TO THE MEASUREMENT REPORT MESSAGE FOR GENERATING THE HANDOVER COMPLETE INDICATION
704
RECEIVE A SOURCE NODE ENCAPSULATED HANDOVER COMMAND MESSAGE FORWARDED FROM THE TARGET NODE
706
PROCESS SUPPLEMENTAL INFORMATION INCLUDED IN THE ENCAPSULATED HANDOVER COMMAND MESSAGE FOR GENERATING A HANDOVER COMPLETE INDICATION
708
END

FIG. 7



**FIG. 8**

U.S. Patent          Aug. 12, 2014          Sheet 12 of 18          US 8,804,656 B2



FIG. 9



FIG. 10



**FIG. 11**



**FIG. 12**



**FIG. 13**



**FIG. 14**

U.S. Patent          Aug. 12, 2014          Sheet 18 of 18          US 8,804,656 B2



FIG. 15

US 8,804,656 B2

**1**

## INTER-ENODE B HANDOVER PROCEDURE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of priority under 35 U.S.C Section 119 from U.S. Provisional Patent Application Ser. No. 60/863,791 entitled "INTER-ENB HANDOVER PROCEDURE", filed on Oct. 31, 2006, the entirety of which is incorporated herein by reference.

### BACKGROUND

I. Field

The following description relates generally to wireless communications, and more particularly to mechanisms for inter-eNode B (eNB) handover.

II. Background

Wireless communication systems are widely deployed to provide various types of communication; for instance, voice and/or data may be provided via such wireless communication systems. A typical wireless communication system, or network, can provide multiple users access to one or more shared resources. For instance, these systems may be multiple-access systems capable of supporting communication with multiple users by sharing the available system resources (e.g., bandwidth and transmit power). Examples of such multiple-access systems include code division multiple access (CDMA) systems, time division multiple access (TDMA) systems, frequency division multiple access (FDMA) systems, 3rd Generation Partnership Project (3GPP) Long Term Evolution (LTE) systems, and orthogonal frequency division multiple access (OFDMA) systems.

Generally, a wireless multiple-access communication system can support simultaneous communication for multiple wireless terminals. Each terminal communicates with one or more base stations via transmissions on the forward and reverse links. The forward link (or downlink (DL)) refers to the communication link from the base stations to the terminals, and the reverse link (or uplink (UL)) refers to the communication link from the terminals to the base stations. Such communication links can be established via a single-in-single-out, multiple-in-single-out or a multiple-in-multiple-out (MIMO) system.

A MIMO system employs multiple ($N_T$) transmit antennas and multiple ($N_R$) receive antennas for data transmission. A MIMO channel formed by the $N_T$ transmit and $N_R$ receive antennas may be decomposed into $N_S$ independent channels, which are also referred to as spatial channels, where $N_S \leq \min\{N_T, N_R\}$. Each of the $N_S$ independent channels corresponds to a dimension. The MIMO system can provide improved performance (e.g., higher throughput and/or greater reliability) if the additional dimensionalities created by the multiple transmit and receive antennas are utilized. A MIMO system can support time division duplex (TDD) and frequency division duplex (FDD) systems. In a TDD system, the forward and reverse link transmissions are on the same frequency region so that the reciprocity principle allows the estimation of the forward link channel from the reverse link channel. This enables the access point to extract transmit beamforming gain on the forward link when multiple antennas are available at the access point.

In cellular wireless systems, a service area is divided into a number of coverage zones generally referred to as cells. Each cell may be further subdivided into a number of sectors served by a number of base stations. While each sector is typically depicted as a distinct geographical area, sectors typically

**2**

provide overlapping signal coverage to provide seamless communication as wireless terminals or user equipment (UE) transit from a cell to an adjacent cell. For example, when a mobile user passes between cells, there must be efficient communications handover or handoff between base stations to provide a seamless mobile internet experience to the user. Without an efficient mechanism to hand-off mobile users between cells, the user would experience service interruptions and delays, lost transmissions, or dropped calls.

A handoff, or handover (HO), is the process in which a UE (e.g., a wireless phone) is handed from one cell to the next in order to maintain a radio connection with the network. The variables that dictate a handover depend on the type of cellular system. For example, in CDMA systems interference requirements are the limiting factor for handover. In FDMA and TDMA systems such as the Global System for Mobile communications (GSM), the main limiting factor is the signal quality available to the UE.

One form of handover or handoff is when a UE call in progress is redirected from its current cell (e.g., the source cell) and channel to a new cell (e.g., the target cell) and channel. In terrestrial networks, the source and the target cells may be served from two different cell sites or from two different sectors of the same cell site. The former is called an inter-cell handover, where the latter refers to a handover within one sector or between different sectors of the same cell (e.g., an intra-cell handover). Generally, the purpose of inter-cell handover is to maintain the call as the subscriber is moving out of the area covered by the source cell and entering the area of the target cell.

As an example, during a call, one or more parameters of the signal in the channel in the source cell are monitored and assessed in order to decide when a handoff may be necessary (e.g., the DL and/or UL may be monitored). Typically, the handoff may be requested by the UE or by the base station of its source cell and, in some systems, by a base station of a neighboring cell. The phone and the base stations of the neighboring cells monitor each other others' signals and the best target candidates are selected among the neighboring cells.

For example, Universal Mobile Telecommunications System (UMTS) Terrestrial Radio Access Network (UTRAN) contains base stations (e.g., Node Bs), and Radio Network Controllers (RNC). The RNC provides control functionalities for one or more Node Bs and carries out Radio Resource Management (RRM), some of the mobility management functions, and is the point where encryption is done before user data is sent to and from the mobile. A Node B and an RNC can be the same device, although typical implementations have a separate RNC located in a central office serving multiple Node B's. The RNC and its corresponding Node Bs are called the Radio Network Subsystem (RNS). There can be more than one RNS present in an UTRAN. The UE requires a Radio Resource Control (RRC) connection to access the services of the UMTS network, which is a point to point bi directional connection between the RRC entities on the UE and UTRAN (e.g., the RRC is terminated in the UTRAN). Typically the UMTS handover mechanism (e.g., measurement, decision, and execution) is centrally controlled where the RNC is responsible for handover decisions, requiring handover signaling to the UE, and requiring complicated coordination via 3-way handshake (Measurement Report, Handover Command (HO Command), and HO Complete) among the network components.

One problem in connection with such a mechanism is that interoperability issues with deploying UTRAN equipment from different vendor have generally hindered mobile opera-

US 8,804,656 B2

**3**

tors' attempts to deploy multi-vendor networks. In addition, interoperability issues with different RRC protocol versions limits opportunities for mobile operators to implement protocol upgrades.

In Evolved Universal Terrestrial Radio Access Network (E-UTRAN), RRM is more distributed than that of UTRAN by implementing RRM functions at the evolved Node B (eNode B) level. As a result, there is increased likelihood that due to protocol mismatches, new radio configurations will not be used in the target eNode B due to lack of support from a source eNode B. The current working assumption for the handover signaling for LTE is to have the same 3-way handshake (e.g., Measurement Report, HO command and HO Complete) as in UMTS, with the above identified difficulties anticipated. In addition to solving these problems, further improvements are desired in connection with inter-eNode B (eNB) handover procedure to allow mobile operators to benefit from frequent protocol upgrades, including physical layer upgrades, allow mobile operators to aggressively employ multi-vendor networks, and enable new radio configurations usage in the target eNode B despite lack of protocol support from the source eNode B.

## SUMMARY

The following presents a simplified summary of one or more embodiments in order to provide a basic understanding of such embodiments. This summary is not an extensive overview of all contemplated embodiments, and is intended to neither identify key or critical elements of all embodiments nor delineate the scope of any or all embodiments. Its sole purpose is to present some concepts of one or more embodiments in a simplified form as a prelude to the more detailed description that is presented later.

In accordance with one or more embodiments and corresponding disclosure thereof, various aspects are described in connection with facilitating inter-eNode B handover. As described above, E-UTRAN implements a number of radio resource management function functions at eNode B level. The current working assumption for handover signaling is to use the same 3-way handshake as in UMTS, with the above identified difficulties, where the UMTS handover mechanism (e.g., measurement, decision, and execution) is centrally controlled. However, significant architectural differences exists, such that protocol optimizations can be implemented to allow mobile operators to benefit from frequent protocol upgrades (including physical layer upgrades), allow mobile operators to aggressively employ multi-vendor networks, and enable new radio configurations usage in the target eNode B despite lack of protocol support from the source eNode B.

In accordance with various non-limiting embodiments, the invention provides architectural and protocol changes for inter-node handover procedure. According to various aspects of the invention, logical protocol termination can be implemented between the UE and the target eNB for inter-eNB HO signaling. Advantageously, protocol termination between UE and the target eNB enables elimination of the UMTS HO Complete message for LTE, which allows for relatively more simple protocol implementations. According to further aspects of the invention, a Measurement Report message and a HO Command message can be forwarded to the target node and the UE respectively by the source node.

According to further non-limiting embodiments, the HO Command message can be encapsulated into an appropriate RRC message (e.g., a RRC direct transfer) by the source eNB. Advantageously, the source eNB does not require the ability to understand all the contents in the HO Command message.

**4**

Thus, source eNB can minimally require only the ability to identify the HO Command message as a HO Command message, according to various embodiments. In further embodiments, the source eNB can include the ability to discern the HO Command message destination. Advantageously, the forwarding mechanism of the present invention does not require the relatively more complicated coordination mechanism between the source BS and the target BS of UMTS, which may be challenging in the multi-vendor network. As will be appreciated, the provided handover forwarding and encapsulation mechanisms enable improved inter-operability between eNode Bs implementing different protocol versions or from different vendors, which in turn enables frequent protocol upgrades. Additionally, the invention enables the target eNode Bs to implement new radio configurations even if the configuration is unsupported by the source eNode B.

To the foregoing and related ends, various methods that facilitate inter-eNode B handover are described herein. One method can comprise receiving and encapsulating, by a source node, a handover command message created by a target node into a Radio Resource Control message. Further, the method can include enciphering an encapsulated handover command message based on a pre-existing security association between a UE associated with the handover command message and the source node. Advantageously, the method does not require a new security association between the UE and the target node. For example, an existing security association can be provided by any one or more of existing radio interface layers, sublayers, protocols, and/or the like, or any combination thereof (e.g., Radio Link Control (RLC), Packet Data Convergence Protocol (PDCP), etc.). The method can further include transmitting the encapsulated handover command message to the wireless terminal. Additionally, the method can include applying integrity protection on the encapsulated handover command message by a source node (e.g., a Radio Resource Control (RRC) of the source node).

In a related embodiment of the invention, a method can comprise receiving and processing measurement report information by a target base station. Additionally, the method can include determining, by the target base station, a handover decision concerning a mobile device associated with the measurement report information, and transmitting a handover command to the mobile device, wherein the handover command includes supplemental information to facilitate generating the handover complete indicator in the wireless communication system.

In yet another embodiment, a method is provided for inter-node transfer in a wireless communication system that comprises transmitting, by a mobile device, a measurement report message to a source node for source node encapsulation into an inter-node message (e.g., an inter-eNodeB message) and forwarding to a target node, and receiving, by the mobile device, a source node encapsulated handover command message forwarded from the target node.

A further embodiment of the invention relates to a communications apparatus. The communications apparatus can include a memory that retains instructions for receiving and encapsulating HO Commands from target nodes. Additionally, the memory can further retain instructions for enciphering and transmitting a handover command to the UE. Further, the communications apparatus can include a processor, coupled to the memory, configured to execute the instructions retained in the memory.

In a related embodiment, a communications apparatus can include a memory that retains instructions for receiving and processing, by a target node, a measurement report message.

US 8,804,656 B2

**5**

The memory can further retain instructions for determining, by the target node, a handover decision concerning a wireless terminal associated with the measurement report message. Further, the communications apparatus can include a processor, coupled to the memory, configured to execute the instructions retained in the memory.

Still other embodiments relate to a machine-readable media having stored thereon machine-executable instructions for performing various embodiments of the invention described herein. In other embodiments of the invention, an apparatus in a wireless communication system can include a processor, wherein the processor can be configured to perform the various embodiments of the invention described herein.

To the accomplishment of the foregoing and related ends, the one or more embodiments comprise the features hereinafter fully described and particularly pointed out in the claims. The following description and the annexed drawings set forth in detail certain illustrative aspects of the one or more embodiments. These aspects are indicative, however, of but a few of the various ways in which the principles of various embodiments may be employed and the described embodiments are intended to include all such aspects and their equivalents.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a multiple access wireless communication system in accordance with various aspects set forth herein.

FIG. **2** illustrates a wireless communication system in accordance with further aspects of the present invention.

FIG. **3**A illustrates a non-limiting high-level block diagram of a system that facilitates intra-eNode B handover in which a HO Command message transfer is depicted.

FIG. **3**B illustrates an exemplary non-limiting high-level block diagram of a system that facilitates inter-eNode B handover in which a HO Command message transfer is depicted, and to which various aspects of the present invention are applicable.

FIG. **4**A illustrates an exemplary non-limiting high-level block diagram of a system that facilitates inter-eNode B handover, according to various aspects of the invention.

FIG. **4**B illustrates an exemplary non-limiting HO Command message structure for inter-eNode B handover, according to various aspects of the invention.

FIG. **4**C illustrates an exemplary non-limiting signaling flow for inter-eNB handover, according to various aspects of the invention.

FIG. **5** illustrates a communications apparatus for employment within a multiple access wireless communications environment according to various aspects of the invention.

FIG. **6** illustrates exemplary non-limiting high-level methodologies for inter-eNode B handover in accordance with various embodiments described herein.

FIG. **7** illustrates a further exemplary high-level methodology for inter-eNode B handover in accordance with various embodiments described herein.

FIG. **8** illustrates an example communication system implemented in accordance with various aspects including multiple cells.

FIG. **9** illustrates a system that can be utilized in connection with inter-eNode B handover mechanisms in accordance with various embodiments.

FIG. **10** illustrates an exemplary non-limiting block diagram of a base station in accordance with various aspects of the invention.

**6**

FIG. **11** illustrates a system that can be utilized in connection with inter-eNode B handover mechanisms in accordance with various embodiments.

FIG. **12** illustrates an exemplary wireless terminal (e.g., wireless terminal, mobile device, end node, . . . ) implemented in accordance with various embodiments.

FIG. **13** illustrates an exemplary non-limiting block diagram of a communication system incorporating inter-eNode B handover mechanisms in accordance with various aspects of the invention.

FIG. **14** illustrates an exemplary non-limiting apparatus that enables inter-eNode B handover according to various embodiments of the invention.

FIG. **15** illustrates an exemplary non-limiting apparatus that facilitates inter-eNode B handover according to various embodiments of the invention.

DETAILED DESCRIPTION

Various embodiments are now described with reference to the drawings, wherein like reference numerals are used to refer to like elements throughout. In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of one or more embodiments. It may be evident, however, that such embodiments can be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to facilitate describing one or more embodiments.

In addition, various aspects of the present invention are described below. It should be apparent that the teaching herein may be embodied in a wide variety of forms and that any specific structure and/or function disclosed herein is merely representative. Based on the teachings herein, one skilled in the art should appreciate that an aspect disclosed herein may be implemented independently of any other aspects and that two or more of these aspects may be combined in various ways. For example, an apparatus may be implemented and/or a method practiced using any number of the aspects set forth herein. In addition, an apparatus may be implemented and/or a method practiced using other structure and/or functionality in addition to or other than one or more of the aspects set forth herein. As an example, many of the methods, devices, systems and apparatuses described herein are described in the context of inter-eNode B handover in E-UTRAN communications systems. One skilled in the art should appreciate that similar techniques could apply to other communication environments.

As used in this application, the terms "component," "module," "system," and the like are intended to refer to a computer-related entity, either hardware, firmware, a combination of hardware and software, software, software in execution, firmware, middle ware, microcode, and/or any combination thereof. For example, a component can be, but is not limited to being, a process running on a processor, a processor, an object, an executable, a thread of execution, a program, and/or a computer. By way of illustration, not limitation, both an application running on a computing device and the computing device can be a component. One or more components can reside within a process and/or thread of execution and a component can be localized on one computer and/or distributed between two or more computers. In addition, these components can execute from various computer readable media having various data structures stored thereon. The components may communicate by way of local and/or remote processes such as in accordance with a signal having one or more data packets (e.g., data from one component interacting with

US 8,804,656 B2

7

another component in a local system, distributed system, and/or across a network such as the Internet with other systems by way of the signal). Additionally, components of systems described herein may be rearranged and/or complemented by additional components in order to facilitate achieving the various aspects, goals, advantages, etc., described with regard thereto, and are not limited to the precise configurations set forth in a given figure, as will be appreciated by one skilled in the art.

Furthermore, various embodiments are described herein in connection with a wireless terminal or user equipment (UE). A wireless terminal or UE can also be called a system, subscriber unit, subscriber station, mobile station, mobile, mobile device, remote station, remote terminal, access terminal, user terminal, terminal, wireless communication device, user agent, or user device. A wireless terminal or UE can be a cellular telephone, a cordless telephone, a Session Initiation Protocol (SIP) phone, a wireless local loop (WLL) station, a personal digital assistant (PDA), a handheld device having wireless connection capability, computing device, or other processing device connected to a wireless modem. Moreover, various embodiments are described herein in connection with a base station. A base station can be utilized for communicating with wireless terminal(s) and can also be referred to as an access point, Node B, e-Node B, source or target nodes, or some other terminology.

Moreover, various aspects or features described herein can be implemented as a method, apparatus, or article of manufacture using standard programming and/or engineering techniques. The term "article of manufacture" as used herein is intended to encompass a computer program accessible from any computer-readable device, carrier, or media. For example, computer-readable media can include but are not limited to magnetic storage devices (e.g., hard disk, floppy disk, magnetic strips, etc.), optical disks (e.g., compact disk (CD), digital versatile disk (DVD), etc.), smart cards, and flash memory devices (e.g., EPROM, card, stick, key drive, etc.). Additionally, various storage media described herein can represent one or more devices and/or other machine-readable media for storing information. Additionally it should be appreciated that a carrier wave can be employed to carry computer-readable electronic data or instructions such as those used in transmitting and receiving voice mail, in accessing a network such as a cellular network, or in instructing a device to perform a specified function. Of course, those skilled in the art will recognize many modifications may be made to the disclosed embodiments without departing from the scope or spirit of the invention as described and claimed herein.

Moreover, the word "exemplary" is used herein to mean serving as an example, instance, or illustration. Any aspect or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects or designs. Rather, use of the word exemplary is intended to present concepts in a concrete fashion. As used in this application, the term "or" is intended to mean an inclusive "or" rather than an exclusive "or". That is, unless specified otherwise, or clear from context, "X employs A or B" is intended to mean any of the natural inclusive permutations. That is, if X employs A; X employs B; or X employs both A and B, then "X employs A or B" is satisfied under any of the foregoing instances. In addition, the articles "a" and "an" as used in this application and the appended claims should generally be construed to mean "one or more" unless specified otherwise or clear from context to be directed to a singular form.

The techniques described herein may be used for various wireless communication networks such as Code Division

8

Multiple Access (CDMA) networks, Time Division Multiple Access (TDMA) networks, Frequency Division Multiple Access (FDMA) networks, Orthogonal FDMA (OFDMA) networks, Single-Carrier FDMA (SC-FDMA) networks, etc. The terms "networks" and "systems" are often used interchangeably. A CDMA network may implement a radio technology such as UMTS Terrestrial Radio Access (UTRA), cdma2000, etc. UTRA includes Wideband-CDMA (W-CDMA) and Low Chip Rate (LCR). cdma2000 covers IS-2000, IS-95 and IS-856 standards. A TDMA network may implement a radio technology such as Global System for Mobile Communications (GSM). An OFDMA network may implement a radio technology such as Evolved UTRA (E-UTRA), IEEE 802.11, IEEE 802.16, IEEE 802.20, Flash-OFDM®, etc. UTRA, E-UTRA, and GSM are part of Universal Mobile Telecommunication System (UMTS). Long Term Evolution (LTE) is an upcoming release of UMTS that uses E-UTRA. UTRA, E-UTRA, GSM, UMTS and LTE are described in documents from an organization named "3rd Generation Partnership Project" (3GPP). cdma2000 is described in documents from an organization named "3rd Generation Partnership Project 2" (3GPP2). These various radio technologies and standards are known in the art. For clarity, certain aspects of the above techniques may be described below in the context of inter-eNode B (eNB) handover procedures as it applies to LTE and E-UTRAN, and as a result, 3GPP terminology may be used in much of the description below, where appropriate.

Referring now to FIG. 1, a multiple access wireless communication system according to one embodiment is illustrated. Access point 100 (AP) includes multiple antenna groups, one including 104 and 106, another including 108 and 110, and an additional including 112 and 114. In FIG. 1, only two antennas are shown for each antenna group, however, more or fewer antennas may be utilized for each antenna group. Access terminal 116 (AT) is in communication with antennas 112 and 114, where antennas 112 and 114 transmit information to access terminal 116 over forward link 120 and receive information from access terminal 116 over reverse link 118. Access terminal 122 is in communication with antennas 106 and 108, where antennas 106 and 108 transmit information to access terminal 122 over forward link 126 and receive information from access terminal 122 over reverse link 124. In a FDD system, communication links 118, 120, 124 and 126 may use different frequency for communication. For example, forward link 120 may use a different frequency than that used by reverse link 118.

Each group of antennas and/or the area in which they are designed to communicate is often referred to as a sector of the access point. In the embodiment, antenna groups each are designed to communicate to access terminals in a sector of the areas covered by access point 100.

In communication over forward links 120 and 126, the transmitting antennas of access point 100 utilize beamforming in order to improve the signal-to-noise ratio of forward links for the different access terminals 116 and 124. Also, an access point using beamforming to transmit to access terminals scattered randomly through its coverage causes less interference to access terminals in neighboring cells than an access point transmitting through a single antenna to all its access terminals.

FIG. 2 illustrates a wireless communication system 200 with multiple base stations 210 and multiple terminals 220 as may be utilized in conjunction with one or more aspects of the present invention. A base station is generally a fixed station that communicates with the terminals and may also be called an access point, a Node B, e-Node B, or some other termi-

US 8,804,656 B2

**9**

nology. Each base station **210** provides communication coverage for a particular geographic area, illustrated as three geographic areas, labeled **202***a*, **202***b*, and **202***c*. The term "cell" can refer to a base station and/or its coverage area depending on the context in which the term is used. To improve system capacity, a base station coverage area may be partitioned into multiple smaller areas (e.g., three smaller areas, according to cell **202***a* in FIG. **2**), **204***a*, **204***b*, and **204***c*. Each smaller area can be served by a respective base transceiver subsystem (BTS). The term "sector" can refer to a BTS and/or its coverage area depending on the context in which the term is used. For a sectorized cell, the BTSs for all sectors of that cell are typically co-located within the base station for the cell. The transmission techniques described herein may be used for a system with sectorized cells as well as a system with un-sectorized cells. For simplicity, in the following description, the term "base station" is used generically for a fixed station that serves a sector as well as a fixed station that serves a cell.

Terminals **220** are typically dispersed throughout the system, and each terminal may be fixed or mobile. A terminal may also be called an access terminal, user equipment (UE), a wireless communication device, a mobile station, a user device, or some other terminology. A terminal may be a wireless device, a cellular phone, a personal digital assistant (PDA), a wireless modem card, and so on. Each terminal **220** may communicate with zero, one, or multiple base stations on the downlink and uplink at any given moment. The downlink (or forward link) refers to the communication link from the base stations to the terminals, and the uplink (or reverse link) refers to the communication link from the terminals to the base stations.

For a centralized architecture, a system controller **230** couples to base stations **210** and provides coordination and control for base stations **210**. For a distributed architecture, base stations **210** may communicate with one another as needed. Data transmission on the forward link occurs from one access point to one access terminal at or near the maximum data rate that can be supported by the forward link and/or the communication system. Additional channels of the forward link (e.g., control channel) may be transmitted from multiple access points to one access terminal. Reverse link data communication may occur from one access terminal to one or more access points via one or more antennas at the terminals **220** and or at the base stations **210**, as described above with respect to FIG. **1**.

As described above, E-UTRAN implements a number of radio resource management function functions at eNode B level. The current working assumption for handover signaling is to use the same 3-way handshake as in UMTS, with the above identified difficulties, where the UMTS handover mechanism (e.g., measurement, decision, and execution) is centrally controlled. However, significant architectural differences exists, such that protocol optimizations can be implemented to allow mobile operators to benefit from frequent protocol upgrades (including physical layer upgrades), allow mobile operators to aggressively employ multi-vendor networks, and enable new radio configurations usage in the target eNode B despite lack of protocol support from the source eNode B.

FIG. **3**A illustrates a non-limiting high-level block diagram of a system that facilitates intra-eNode B handover, in which a HO Command message transfer is depicted. The system **300**A includes user equipment **302** that is communicatively coupled to a base station **304** (referred to as source eNode B) in a wireless manner. With reference to FIGS. **3** and **4**, Uu (**316 416**) is an external interface, connecting the eNode B

**10**

with the UE, and X2 (**318 418**) is an interface between eNode Bs including both a control and a user plane. User equipment **302** can be mobile in nature, such that quality associated with signals received from base station **304** can vary as UE **302** translates within a sector or to a different sector within the same cell requiring an intra-eNode B handover. The common understanding is that an HO Command **314** is a RRC signaling message, where the message is physically transmitted by the source cell or eNode B **304** in a regular handover. In addition, HO Command protocol termination for particular physical network entities can be described as being created by the RRC **310** in the source eNB **304**, in case of intra-eNB handover.

FIG. **3**B illustrates an exemplary non-limiting high-level block diagram of a system that facilitates inter-eNode B handover, to which various aspects of the present invention are applicable. The system **300**B includes user equipment **302** that is communicatively coupled to a base station **304** (referred to as source eNode B) in a wireless manner. User equipment **302** can be mobile in nature, such that quality associated with signals received from base station **304** can vary as UE **302** translates within a geographic region requiring inter-eNode B handover to a target eNode B **306**. As described above, for the case of inter-eNB handover, RRC is terminated in the eNB (**304 306**) as opposed to the RNC in UMTS. Thus, it is possible that the target eNB **306** supports a newer RRC protocol version with respect to the one that the source eNB **304** implements. As a result, without modifications to the UMTS inter-Node B handover procedure, target eNB **306** can be prevented from configuring radio parameters that are only realized by the target eNB RRC protocol **312**, because such a configuration may not be understood by the source eNB **304**.

The following discussion provides additional background information regarding signaling between the network (e.g., base station **304** and or system controller **230**) and the wireless terminal (e.g., UE **302** or access terminal **220**) in the context of UMTS. In an aspect, logical channels are classified into Control Channels and Traffic Channels. Logical Control Channels comprise Broadcast Control Channel (BCCH), which is a DL channel for broadcasting system control information, Paging Control Channel (PCCH), which is a DL channel that transfers paging information, and Multicast Control Channel (MCCH), which is point-to-multipoint DL channel used for transmitting Multimedia Broadcast and Multicast Service (MBMS) scheduling and control information for one or several Multicast Traffic Channels (MTCHs). Generally, after establishing Radio Resource Control (RRC) connection, this channel is only used by UEs **302** that receive MBMS. Dedicated Control Channel (DCCH) is a point-to-point bi-directional channel that transmits dedicated control information and used by UEs **302** having an RRC connection. In a further aspect, logical traffic channels comprise a Dedicated Traffic Channel (DTCH), which is point-to-point bi-directional channel, dedicated to one UE for the transfer of user information, and also a MTCH for Point-to-multipoint DL channel for transmitting traffic data.

In a further aspect, transport channels are classified into DL and UL. DL transport channels comprise a Broadcast Channel (BCH), Downlink Shared Data Channel (DL-SDCH), and a Paging Channel (PCH), wherein the PCH for support of UE power saving (Discontinuous Reception (DRX) cycle is indicated by the network to the UE), broadcasted over an entire cell and mapped to PHY resources, which can be used for other control/traffic channels. The UL transport channels comprise a Random Access Channel (RACH), a Request Channel (REQCH), a Uplink Shared Data Channel (UL-

US 8,804,656 B2

11
12

SDCH) and plurality of PHY channels. The PHY channels comprise a set of DL channels and UL channels.

The DL PHY channels comprise:
Common Pilot Channel (CPICH)
Synchronization Channel (SCH)
Common Control Channel (CCCH)
Shared DL Control Channel (SDCCH)
Multicast Control Channel (MCCH)
Shared UL Assignment Channel (SUACH)
Acknowledgement Channel (ACKCH)
DL Physical Shared Channel (DL-PSDCH)
UL Power Control Channel (UPCCH)
Paging Indicator Channel (PICH)
Load Indicator Channel (LICH)
The UL PHY Channels comprises:
Physical Random Access Channel (PRACH)
Channel Quality Indicator Channel (CQICH)
Acknowledgement Channel (ACKCH)
Antenna Subset Indicator Channel (ASICH)
Shared Request Channel (SREQCH)
UL Physical Shared Data Channel (UL-PSDCH)
Broadband Pilot Channel (BPICH)

In accordance with various non-limiting embodiments, the invention provides architectural and protocol changes for inter-node handover procedure. According to various aspects of the invention, logical protocol termination can be implemented between the UE **302** and the target eNB **306** for inter-eNB HO signaling. Advantageously, protocol termination between UE and the target eNB enables elimination of the UMTS HO Complete message for LTE, which allows for relatively more simple protocol implementations. According to further aspects of the invention, a Measurement Report message and a HO Command **314** message can be forwarded to the target BS **306** and the UE **302** respectively by the source BS **304**.

In further non-limiting embodiments, the HO Command message **314** can be encapsulated into an appropriate RRC message (e.g., a RRC direct transfer) by the source eNB **304**. Advantageously, the source eNB **304** does not require the ability to understand all the contents in the HO Command message **314**. Thus, the source eNB **304** can minimally require only the ability to identify the HO Command message **314** as a HO Command message, according to various embodiments. In further embodiments, the source eNB **404** can include the ability to discern the HO Command message destination. Advantageously, the forwarding mechanism of the present invention does not require the relatively more complicated coordination mechanism between the source BS and the target BS of UMTS, which may be challenging in the multi-vendor network. As will be appreciated, the disclosed changes enable improved interoperability between eNBs implementing different protocol version or between eNBs from different vendors, which in turn enables frequent protocol upgrades. Additionally, according to further non-limiting embodiments, the invention enables the target BS to configure a new radio configuration that is unsupported by the source BS.

For the purposes of description of particular non-limiting embodiments of the invention, the following additional UMTS nomenclature is used: Radio Link Control (RLC) is a sub-layer of the radio interface that provides reliability; Transparent Mode (RLC-TM) is the transparent service in RLC, which functions include but are not limited to transfer of user data and segmentation and reassembly; Packet Data Convergence Protocol (PDCP) is used in UMTS to format the data into a suitable structure prior to transfer over the air interface; Serving Radio Network Subsystem (SRNS) refers

to the fact that there is one SRNS for each UE that has a connection to the UTRAN, and which controls the RRC connection between a UE and the UTRAN; and COUNT-C is a ciphering sequence number in the UMTS encryption algorithm, which is updated sequentially for each plaintext block. While various embodiments are described with respect to UMTS, UTRAN, or E-UTRAN, one having ordinary skill in the art would recognize that various modifications could be made without departing from the spirit of the disclosed invention. Thus, it should be understood that the description herein is but one of many embodiments that may be possible while keeping within the scope of the claims appended hereto.

FIG. **4**A illustrates an exemplary non-limiting high-level block diagram of a system that facilitates inter-eNode B handover, according to various aspects of the invention. The system **400**A includes user equipment **402** that is communicatively coupled to a base station **404** (referred to as source eNode B) in a wireless manner. User equipment **402** can be mobile in nature, such that quality associated with signals received from base station **404** can vary as UE **402** translates within a geographic region requiring inter-eNode B handover to a target eNode B **406**. According to various nonlimiting embodiments of the invention, a HO Command message **414** can be created by the target eNB **406** and can be forwarded by the RRC in the source eNB **404**. According to further non-limiting embodiments, the HO Command message **414** can be encapsulated into an appropriate RRC message (e.g., a RRC direct transfer) by the source eNB **404**. Advantageously, the source eNB **404** does not require the ability to understand all the contents in the HO Command message **414**. Thus, source eNB **404** can minimally require only the ability to identify the HO Command message **414** as a HO Command message, according to various embodiments. In further embodiments, the source eNB **404** can include the ability to discern the HO Command message destination. Additionally, according to further non-limiting embodiments, the invention enables the target eNB **406** to configure a new radio configuration that is unsupported by the source eNB **404**.

FIG. 4B illustrates an exemplary non-limiting HO Command message structure for inter-eNode B handover, according to various aspects of the invention. As briefly described, the HO Command message (**414**) can be encapsulated into an appropriate RRC message **400**B (e.g., a RRC direct transfer) by the source eNB **404** and forwarded to the UE **402**. For example, the HO Command message **426** from the target eNB **406** can be encapsulated into the source eNB RRC message **420**, wherein the HO command message **412** remains self-decodable, according to various aspects of the invention. According to further aspects of the invention, integrity protection **422** and ciphering **428** can be performed by the source eNB **404** based on a pre-existing security relationship between the source eNB **404** and a mobile device associated with the HO command message. Advantageously, the method does not require a new security association between the UE and the target node. For example, an existing security association can be provided by any one or more of existing radio interface layers, sublayers, protocols, and/or the like, or any combination thereof (e.g., RLC, PDCP, etc.). As a further example, an RRC header **424** comprising information (e.g., message discriminator, transaction identifier, and the like) can be added by the source eNB **404**. According to various aspects of the present invention, the provided message structure **400**B advantageously enables usage of a new version radio configuration of the target eNode B **406** even if the source eNB **404** does not support the corresponding protocol version. As a result, mobile operators can benefit from frequent protocol upgrades, including physical layer upgrades.

**13**

FIG. **4**C illustrates an exemplary non-limiting signaling flow for inter-eNB handover, according to various aspects of the invention. As described, the HO Command message **414** can be encapsulated **434** into an appropriate RRC message **400**B (e.g., a RRC direct transfer) by the source eNB **404** and forwarded **434** to the UE **402**. In addition, according to further non-limiting embodiments of the invention, a Measurement Report message can be encapsulated **432** into an inter-node message (e.g., an inter-eNodeB message) and forwarded to the target eNB **406** by the source eNB **404**, where brackets "[ ]" indicate the encapsulation of the respective messages (**432 434**). Because E-UTRAN RRM is more distributed than that of UTRAN, the source eNB **404** may not have accurate knowledge of the RRM situation of the target eNB **406**. Thus, the disclosed mechanisms provide further optimized inter-eNB mobility by allowing target eNB **406** processing of Measurement Reports **430** from the UE **402**, rather than source eNB processing (e.g., where the source eNB **404** only looks at the best cell indicated by the UE **402**). Advantageously, given the complete contents of the Measurement Report at the target eNB **406**, the provided mechanisms enable the target eNB **406** to make the best handover decision based on the most accurate RRM information. As a result, the typical message exchange in an inter-eNB handover can be described as occurring between the UE **402** and the target eNB **406** from a logical view point. According to various non-limiting embodiments, the provided message forwarding mechanism advantageously eliminates the need for complicated coordination between the source eNB **404** and the target eNB **406**, as well as the resultant interoperability problems between vendors and protocol versions.

As a further advantage, protocol termination between UE **402** and the target eNB **406** can enable elimination of the UMTS HO Complete message for LTE, which allows for relatively more simple protocol implementations. Experience shows that relying on HO Complete messages sometimes leads to unstable protocol behaviors. Indeed, some procedures in UMTS rely on the L2-ACK for the complete message. According to further aspects of the invention, this may be avoided for LTE by placing additional or supplemental information (e.g., UTRAN XX_complete message information such as RRC transaction identifier, activation time for integrity protection in UL, ciphering activation time for Radio Bearer (RB) using RLC-TM, PDCP sequence number info to support lossless SRNS relocation, START values for COUNT-C initialization (SRNS relocation)) in a HO Command message or in a Measurement Report message as described below. As such, UE **402** completion of the physical part of the handover can be obtained by L1/L2 signaling (e.g., as part of random access in the target cell).

For purposes of illustration, various UTRAN XX_complete message information has been described for optional and additional or supplemental inclusion in a HO Command or Measurement Report message to facilitate, create, generate, execute, or otherwise a handover complete event, function, indication, indicator, or otherwise in the wireless communication system. However, it should be appreciated that such descriptions should not be construed as being necessary to or limiting the claims appended hereto. As a result, without deviating from the scope of the present invention, depending on particular implementation details or design considerations, such information may or may not be included in a HO Command or Measurement Report message depending at least on one or more on the following considerations. For example, RRC transaction identifier may be more useful when a response message from the UE is XX_Failure, so that the network knows in which configuration the UE has failed.

**14**

For successful cases, this information is not as relevant, unless the network initiates convoluted reconfigurations. As a further example, activation time for integrity protection in UL and START values for COUNT-C initialization (SRNS relocation) may be determined by the network and included in the HO Command message. In any event, this may be desirable for the simplicity of the security procedure in LTE. In addition, ciphering activation time for Radio Bearer (RB) using RLC-TM is probably not relevant any more in LTE due to ciphering for RLC-TM relying on RLC sequence number not envisioned for LTE. Furthermore, PDCP sequence number info from the UE may not be required to support lossless SRNS relocation. As a result, the present invention advantageously enables elimination of the potentially redundant or unnecessary HO Complete message in LTE allowing from minimal protocol complexity.

Now referring to FIG. **5**, a communications apparatus **500** for employment within a wireless communications environment is illustrated. The apparatus **500** can be a base station **304** or a portion thereof or user equipment **302** or a portion thereof (such as a secure digital (SD) card coupled to a processor). Apparatus **500** can include a memory **502** that retains various instructions with respect to signal processing, scheduling communications, requesting measurement gaps, and/or the like. For instance, if apparatus **500** is user equipment as described below in connection with FIGS. **11-12** and **15**, memory **502** can include instructions for transmitting a measurement report message to a source node for source node encapsulation into an inter-node message (e.g., an inter-eNodeB message) and forwarding to a target node. Memory **502** can can further include instructions for receiving a source node encapsulated handover command message forwarded from the target node, in accordance with various aspects of the invention. Further, memory **502** can include instructions for processing supplemental information included in the encapsulated handover command message to facilitate generating a handover complete indication. To that end, memory **502** can include instructions for appending additional information to the measurement report message to facilitate generating the handover complete indication. The above example instructions and other suitable instructions can be retained within memory **502**, and a processor **504** can be utilized in connection with executing the instructions (depending upon, for instance, measurement report comparison, outcomes of handover decisions, receipt of a handover command, etc.).

Also, as stated above, apparatus **500** can be a base station and/or a portion thereof as described below in connection with FIGS. **9-10** and **14**. Base stations typically perform the roll of a source node or a target node depending on the particular circumstances of the UE with respect to various node Bs. As a source node example, memory **502** can include instructions for receiving a handover command created by a target base station, and for encapsulating the handover command into a Radio Resource Control message, according to various aspects described herein. Memory **502** can additionally include instructions for enciphering an encapsulated handover command utilizing a pre-existing security relation between a mobile device associated with the handover command and the source node, and for appending one or more of integrity protection information and a Radio Resource Control header, in accordance with further aspects of the invention. In addition, memory **502** can further include instructions for facilitating transmitting an encapsulated handover command to the mobile device. As a target node example, memory **502** can include instructions for receiving and processing a measurement report message, according to various aspects described herein. Memory **502** can additionally include

US 8,804,656 B2

15

instructions for processing additional information included in the measurement report message for creating a handover complete indication, in accordance with further aspects of the invention. In addition, memory 502 can further include instructions for determining, by the target node, a handover 5 decision concerning a wireless terminal associated with the measurement report message. Moreover, memory 502 can include instructions for transmitting a handover command message to the wireless terminal, by the target node, wherein the handover command message includes supplemental 10 information to facilitate creating the handover complete indication. Processor 504 can be employed to execute instructions retained within memory 502. While several examples have been provided, it is understood that instructions described in the form of methodologies (e.g., FIGS. 6-7) can 15 be included within memory 502 and executed by processor 504.

Referring to FIGS. 6 and 7, particular high-level methodologies for inter-eNode B handover in accordance with various embodiments are illustrated. While, for purposes of sim- 20 plicity of explanation, the methodologies are shown and described as a series of acts, it is to be understood and appreciated that the methodologies are not limited by the order of acts, as some acts can occur in different orders and/or concurrently with other acts from that shown and described 25 herein. For example, those skilled in the art will understand and appreciate that a methodology could alternatively be represented as a series of interrelated states or events, such as in a state diagram. Moreover, not all illustrated acts may be utilized to implement a methodology in accordance with one 30 or more embodiments.

FIG. 6 illustrates exemplary non-limiting high-level methodologies for inter-eNode B handover in accordance with various embodiments described herein. As described above, base stations can typically perform the roll of a source node or 35 a target node depending on the particular circumstances of the UE with respect to various node Bs. As a result, methodologies are described with regard to the inter-eNode B handover in the context of a source node and a target node. For example, one methodology 600 can comprise receiving in a source 40 node a handover command message created by a target node at 602. At 604, the handover command message can be encapsulated into a Radio Resource Control message which can also include appending integrity check information or an RRC header by the source node at 606. At 608, the encapsu- 45 lated handover command message can be enciphered based on a pre-existing security association between a UE associated with the handover command message and the source node. Then the encapsulated handover command message can be transmitted to a wireless terminal associated with the 50 handover command message at 610. A further methodology 652 can comprise a target node receiving and processing a measurement report at 652. At 654, the target node can additionally process supplemental information included in the measurement report to facilitate generating a handover com- 55 plete indication in the wireless communication system. At 656, the target node determines a handover decision concerning a mobile device associated with the measurement report and transmits a handover command to the mobile device at 658. In addition, the target can include supplemental infor- 60 mation to facilitate generating a handover complete indication at 660.

FIG. 7 illustrates a further particular high-level methodology for inter-eNode B handover in accordance with various embodiments described herein. With regard to user equip- 65 ment, one methodology can comprise transmitting a measurement report to a source node for source node encapsula-

16

tion into an inter-node message (e.g., an inter-eNodeB message) and forwarding to a target node at 702. Additionally at 704, the UE can append additional information to the measurement report to facilitate generating a handover complete indication. At 706, a source node encapsulated handover command message forwarded from the target node can be received at the UE, which can process supplemental information included in the encapsulated handover command message to facilitate generating a handover complete indication at 708.

FIG. 8 depicts an example communication system 800 implemented in accordance with various aspects including multiple cells: cell I 802, cell M 804. Note that neighboring cells 802 and 804 overlap slightly, as indicated by cell boundary region 868, thereby creating potential for signal interference between signals transmitted by base stations in neighboring cells. Each cell 802 and 804 of system 800 includes three sectors. Cells which have not be subdivided into multiple sectors (N=1), cells with two sectors (N=2) and cells with more than 3 sectors (N>3) are also possible in accordance with various aspects. Cell 802 includes a first sector, sector I 810, a second sector, sector II 812, and a third sector, sector III 814. Each sector 810, 812, 814 has two sector boundary regions; each boundary region is shared between two adjacent sectors.

Sector boundary regions provide potential for signal interference between signals transmitted by base stations in neighboring sectors. Line 816 represents a sector boundary region between sector I 810 and sector II 812; line 818 represents a sector boundary region between sector II 812 and sector III 814; line 820 represents a sector boundary region between sector III 814 and sector I 810. Similarly, cell M 804 includes a first sector, sector I 822, a second sector, sector II 824, and a third sector, sector III 826. Line 828 represents a sector boundary region between sector I 822 and sector II 824; line 830 represents a sector boundary region between sector II 824 and sector III 826; line 832 represents a boundary region between sector III 826 and sector I 822. Cell I 802 includes a base station (BS), base station I 806, and a plurality of end nodes (ENs) (e.g., wireless terminals) in each sector 810, 812, 814. Sector I 810 includes EN(1) 836 and EN(X) 838 coupled to BS 806 via wireless links 840, 842, respectively; sector II 812 includes EN(1') 844 and EN(X') 846 coupled to BS 806 via wireless links 848, 850, respectively; sector III 814 includes EN(1'') 852 and EN(X'') 854 coupled to BS 806 via wireless links 856, 858, respectively. Similarly, cell M 804 includes base station M 808, and a plurality of end nodes (ENs) in each sector 822, 824, 826. Sector I 822 includes EN(1) 836' and EN(X) 838' coupled to BS M 808 via wireless links 840', 842', respectively; sector II 824 includes EN(1') 844' and EN(X') 846' coupled to BS M 808 via wireless links 848', 850', respectively; sector 3 826 includes EN(1'') 852' and EN(X'') 854' coupled to BS 808 via wireless links 856', 858', respectively.

System 800 also includes a network node 860 which is coupled to BS I 806 and BS M 808 via network links 862, 864, respectively. Network node 860 is also coupled to other network nodes, e.g., other base stations, AAA server nodes, intermediate nodes, routers, etc. and the Internet via network link 866. Network links 862, 864, 866 can be, e.g., fiber optic cables. Each end node, e.g., EN(1) 836 can be a wireless terminal including a transmitter as well as a receiver. The wireless terminals, e.g., EN(1) 836 can move through system 800 and can communicate via wireless links with the base station in the cell in which the EN is currently located. The wireless terminals, (WTs), e.g., EN(1) 836, can communicate with peer nodes, e.g., other WTs in system 800 or outside

US 8,804,656 B2

17                                                            18

system **800** via a base station, e.g., BS **806**, and/or network node **860**. WTs, e.g., EN(**1**) **836** can be mobile communications devices such as cell phones, personal data assistants with wireless modems, etc. Respective base stations or portions thereof can perform the various source and target node methodologies described herein with respect to inter-e Node B handover and generating a handover complete indication. The wireless terminals or portions thereof can use the provided mechanisms to facilitate inter-e Node B handover and generating a handover complete indication according to the various aspects provided herein.

FIG. **9** illustrates a system that can be utilized in connection with inter-eNB handover mechanisms. System **900** comprises a base station **902** with a receiver **910** that receives signal(s) from one or more user devices **904** by way of one or more receive antennas **906**, and transmits to the one or more user devices **904** through a plurality of transmit antennas **908**. In one example, receive antennas **906** and transmit antennas **908** can be implemented using a single set of antennas. Receiver **910** can receive information from receive antennas **906** and is operatively associated with a demodulator **912** that demodulates received information. Receiver **910** can be, for example, a Rake receiver (e.g., a technique that individually processes multi-path signal components using a plurality of baseband correlators, . . . ), an MMSE-based receiver, or some other suitable receiver for separating out user devices assigned thereto, as will be appreciated by one skilled in the art. For instance, multiple receivers can be employed (e.g., one per receive antenna), and such receivers can communicate with each other to provide improved estimates of user data. Demodulated symbols are analyzed by a processor **914** similar to processor **1106** described below with regard to FIG. **11**, and is coupled to a memory **916** that stores information related to user device assignments, lookup tables related thereto and the like. Receiver output for each antenna can be jointly processed by receiver **910** and/or processor **914**. A modulator **918** can multiplex the signal for transmission by a transmitter **920** through transmit antennas **908** to user devices **904**.

FIG. **10** illustrates an example base station **1000** in accordance with various aspects of the present invention. Base station **1000** or portions thereof implements various aspect of the present invention. For example, base station **1000** can perform forwarding and encapsulation as well as issue handover commands, according to various aspects of the invention. Base station **1000** can be used as any one of base stations **806**, **808** of the system **800** of FIG. **8**. The base station **1000** includes a receiver **1002**, a transmitter **1004**, a processor **1006**, e.g., CPU, an input/output interface **1008** and memory **1010** coupled together by a bus **1009** over which various elements **1002**, **1004**, **1006**, **1008**, and **1010** can interchange data and information.

Sectorized antenna **1003** coupled to receiver **1002** is used for receiving data and other signals, e.g., channel reports, from wireless terminals transmissions from each sector within the base station's cell and can comprise one or more receive antennas. Sectorized antenna **1005** coupled to transmitter **1004** is used for transmitting data and other signals, e.g., control signals, pilot signal, beacon signals, etc. to wireless terminals **1200** (see FIG. **12**) within each sector of the base station's cell. In various aspects, base station **1000** can employ multiple receivers **1002** and multiple transmitters **1004**, e.g., an individual receiver **1002** for each sector and an individual transmitter **1004** for each sector. Processor **1006**, can be, e.g., a general purpose central processing unit (CPU). Processor **1006** controls operation of base station **1000** under direction of one or more routines **1018** stored in memory **1010**

and implements the methods. I/O interface **1008** provides a connection to other network nodes, coupling the BS **1000** to other base stations, access routers, AAA server nodes, etc., other networks, and the Internet. Memory **1010** includes routines **1018** and data/information **1020**.

Data/information **1020** includes data **1036**, tone subset allocation sequence information **1038** including downlink strip-symbol time information **1040** and downlink tone information **1042**, and wireless terminal (WT) data/info **1044** including a plurality of sets of WT information: WT **1** info **1046** and WT N info **1060**. Each set of WT info, e.g., WT **1** info **1046** includes data **1048**, terminal ID **1050**, sector ID **1052**, uplink channel information **1054**, downlink channel information **1056**, and mode information **1058**.

Routines **1018** include communications routines **1022** and base station control routines **1024**. Base station control routines **1024** includes a scheduler module **1026** and signaling routines **1028** including a tone subset allocation routine **1030** for strip-symbol periods, other downlink tone allocation hopping routine **1032** for the rest of symbol periods, e.g., non strip-symbol periods, and a beacon routine **1034**.

Data **1036** includes data to be transmitted that will be sent to encoder **1014** of transmitter **1004** for encoding prior to transmission to WTs, and received data from WTs that has been processed through decoder **1012** of receiver **1002** following reception. Downlink strip-symbol time information **1040** includes the frame synchronization structure information, such as the superslot, beaconslot, and ultraslot structure information and information specifying whether a given symbol period is a strip-symbol period, and if so, the index of the strip-symbol period and whether the strip-symbol is a resetting point to truncate the tone subset allocation sequence used by the base station. Downlink tone information **1042** includes information including a carrier frequency assigned to the base station **1000**, the number and frequency of tones, and the set of tone subsets to be allocated to the strip-symbol periods, and other cell and sector specific values such as slope, slope index and sector type.

Data **1048** can include data that WT1 **1200** has received from a peer node, data that WT **1 1200** desires to be transmitted to a peer node, and downlink channel quality report feedback information. Terminal ID **1050** is a base station **1000** assigned ID that identifies WT **1 1200**. Sector ID **1052** includes information identifying the sector in which WT1 **1200** is operating. Sector ID **1052** can be used, for example, to determine the sector type. Uplink channel information **1054** includes information identifying channel segments that have been allocated by scheduler **1026** for WT1 **1200** to use, e.g., uplink traffic channel segments for data, dedicated uplink control channels for requests, power control, timing control, number of active streams etc. Each uplink channel assigned to WT1 **1200** includes one or more logical tones, each logical tone following an uplink hopping sequence according to various aspects of the present invention. Downlink channel information **1056** includes information identifying channel segments that have been allocated by scheduler **1026** to carry data and/or information to WT1 **1200**, e.g., downlink traffic channel segments for user data. Each downlink channel assigned to WT1 **1200** includes one or more logical tones, each following a downlink hopping sequence. Mode information **1058** includes information identifying the state of operation of WT1 **1200**, e.g. sleep, hold, on.

Communications routines **1022** control the base station **1000** to perform various communications operations and implement various communications protocols. Base station control routines **1024** are used to control the base station **1000** to perform basic base station functional tasks, e.g., signal

US 8,804,656 B2

19

20

generation and reception, scheduling, and to implement the steps of the method of some aspects including transmitting signals to wireless terminals using the tone subset allocation sequences during the strip-symbol periods.

Signaling routine **1028** controls the operation of receiver **1002** with its decoder **1012** and transmitter **1004** with its encoder **1014**. The signaling routine **1028** is responsible for controlling the generation of transmitted data **1036** and control information. Tone subset allocation routine **1030** constructs the tone subset to be used in a strip-symbol period using the method of the aspect and using data/information **1020** including downlink strip-symbol time info **1040** and sector ID **1052**. The downlink tone subset allocation sequences will be different for each sector type in a cell and different for adjacent cells. The WTs **1200** receive the signals in the strip-symbol periods in accordance with the downlink tone subset allocation sequences; the base station **1000** uses the same downlink tone subset allocation sequences in order to generate the transmitted signals. Other downlink tone allocation hopping routine **1032** constructs downlink tone hopping sequences, using information including downlink tone information **1042**, and downlink channel information **1056**, for the symbol periods other than the strip-symbol periods. The downlink data tone hopping sequences are synchronized across the sectors of a cell. Beacon routine **1034** controls the transmission of a beacon signal, e.g., a signal of relatively high power signal concentrated on one or a few tones, which can be used for synchronization purposes, e.g., to synchronize the frame timing structure of the downlink signal and therefore the tone subset allocation sequence with respect to an ultra-slot boundary.

FIG. **11** illustrates a system **1100** that can be utilized in connection with inter-eNode B handover mechanisms as described herein. System **1100** comprises a receiver **1102** that receives a signal from, for instance, one or more receive antennas, and performs typical actions thereon (e.g., filters, amplifies, downconverts, . . . ) the received signal and digitizes the conditioned signal to obtain samples. A demodulator **1104** can demodulate and provide received pilot symbols to a processor **1106** for channel estimation.

Processor **1106** can be a processor dedicated to analyzing information received by receiver component **1102** and/or generating information for transmission by a transmitter **1114**. Processor **1106** can be a processor that controls one or more portions of system **1100**, and/or a processor that analyzes information received by receiver **1102**, generates information for transmission by a transmitter **1114**, and controls one or more portions of system **1100**. System **1100** can include an optimization component **1108** that can optimize performance of user equipment before, during, and/or after performance of measurements with respect to one or more technologies and/or frequencies. Optimization component **1108** can be incorporated into the processor **1106**. It is to be appreciated that optimization component **1108** can include optimization code that performs utility based analysis in connection with requesting measurement gaps. The optimization code can utilize artificial intelligence based methods in connection with performing inference and/or probabilistic determinations and/or statistical-based determination in connection with encoding and decoding schemes.

System (user equipment) **1100** can additionally comprise memory **1110** that is operatively coupled to processor **1106** and that stores information such as measurement gap information, scheduling information, and the like, wherein such information can be employed in connection with allocating requesting measurement gaps and performing measurements during a measurement gap. Memory **1110** can additionally

store protocols associated with generating lookup tables, etc., such that system **1100** can employ stored protocols and/or algorithms to increase system capacity. It will be appreciated that the data store (e.g., memories) components described herein can be either volatile memory or nonvolatile memory, or can include both volatile and nonvolatile memory. By way of illustration and not limitation, nonvolatile memory can include read only memory (ROM), programmable ROM (PROM), electrically programmable ROM (EPROM), electrically erasable ROM (EEPROM), or flash memory. Volatile memory can include random access memory (RAM), which acts as external cache memory. By way of illustration and not limitation, RAM is available in many forms such as synchronous RAM (SRAM), dynamic RAM (DRAM), synchronous DRAM (SDRAM), double data rate SDRAM (DDR SDRAM), enhanced SDRAM (ESDRAM), Synchlink DRAM (SLDRAM), and direct Rambus RAM (DRRAM). The memory **1110** is intended to comprise, without being limited to, these and any other suitable types of memory. Processor **1106** is connected to a symbol modulator **1112** and transmitter **1114** that transmits the modulated signal.

FIG. **12** illustrates an exemplary wireless terminal (e.g., end node, mobile device, . . . ) **1200** which can be used as any one of the wireless terminals (e.g., EN(**1**) **836**, of the system **800** shown in FIG. **8**). Wireless terminal **1200** includes a receiver **1202** including a decoder **1212**, a transmitter **1204** including an encoder **1214**, a processor **1206**, and memory **1208** which are coupled together by a bus **1210** over which the various elements **1202**, **1204**, **1206**, **1208** can interchange data and information. Antenna **1203** used for receiving signals from a base station is coupled to receiver **1202**. Antenna **1205** used for transmitting signals, e.g., to a base station is coupled to transmitter **1204**. As described above, it is to be appreciated that various modifications are possible. The processor **1206**, e.g., a CPU controls the operation of the wireless terminal **1200** and implements methods by executing routines **1220** and using data/information **1222** in memory **1208**.

Data/information **1222** includes user data **1234**, user information **1236**, and tone subset allocation sequence information **1250**, in the example case of an OFDMA communication system. User data **1234** can include data, intended for a peer node, which can be routed to encoder **1214** for encoding prior to transmission by transmitter **1204** to base station **1000**, and data received from the base station **1000** which has been processed by the decoder **1212** in receiver **1202**. User information **1236** includes uplink channel information **1238**, downlink channel information **1240**, terminal ID information **1242**, base station ID information **1244**, sector ID information **1246**, and mode information **1248**. Uplink channel information **1238** includes information identifying uplink channels segments that have been assigned by base station **1000** for wireless terminal **1200** to use when transmitting to the base station **1000**. Uplink channels can include uplink traffic channels, dedicated uplink control channels, e.g., request channels, power control channels and timing control channels. In the example case of an OFDMA communication system, each uplink channel includes one or more logic tones, each logical tone following an uplink tone hopping sequence. In some embodiments, the uplink hopping sequences are different between each sector type of a cell and between adjacent cells.

Downlink channel information **1240** includes information identifying downlink channel segments that have been assigned by a base station to WT **1200** for use when the base station is transmitting data/information to WT **1200**. Downlink channels can include downlink traffic channels and assignment channels, each downlink channel including one

US 8,804,656 B2

21

or more logical tone, each logical tone following a downlink hopping sequence, which is synchronized between each sector of the cell.

User info **1236** also includes terminal ID information **1242**, which is a base station **1000** assigned identification, base station ID information **1244** which identifies the specific base station **1000** that WT has established communications with, and sector ID info **1246** which identifies the specific sector of the cell where WT **1200** is presently located. In an example OFDMA communication system, base station ID **1244** provides a cell slope value and sector ID info **1246** provides a sector index type; the cell slope value and sector index type can be used to derive tone hopping sequences. Mode information **1248** also included in user info **1236** identifies whether the WT **1200** is in sleep mode, hold mode, or on mode.

In some OFDMA embodiments, tone subset allocation sequence information **1250** includes downlink strip-symbol time information **1252** and downlink tone information **1254**. Downlink tone info **1254** includes information including a carrier frequency assigned to the base station **1000**, the number and frequency of tones, and the set of tone subsets to be allocated to the strip-symbol periods, and other cell and sector specific values such as slope, slope index and sector type.

Routines **1220** include communications routines **1224** and wireless terminal control routines **1226**. Communications routines **1224** control the various communications protocols used by WT **1200**. Wireless terminal control routines **1226** controls basic wireless terminal **1200** functionality including the control of the receiver **1202** and transmitter **1204**. Wireless terminal control routines **1226** include the signaling routine **1228**. In some OFDMA embodiments, tone subset allocation routine **1230** uses user data/info **1222** including downlink channel information **1240**, base station ID info **1244**, e.g., slope index and sector type, and downlink tone information **1254** in order to generate the downlink tone subset allocation sequences in accordance with some embodiments and process received data transmitted from base station **1000**.

FIG. **13** illustrates an exemplary non-limiting block diagram of a communication system suitable for incorporating inter-eNode B handover mechanisms in accordance with various aspects of the invention, where a transmitter system **1310** (e.g., base station, access point, etc.) and a receiver system **1350** (access terminal, user equipment, mobile node, etc.) are in wireless communication in a MIMO system **1300**. At the transmitter system **1310**, traffic data for a number of data streams is provided from a data source **1312** to a transmit (TX) data processor **1314**. In an embodiment, each data stream is transmitted over a respective transmit antenna. TX data processor **1314** formats, codes, and interleaves the traffic data for each data stream based on a particular coding scheme selected for that data stream to provide coded data. In accordance with various embodiments of the invention, transmitter system **1310** facilitates inter-eNode B handover by forwarding to the receiver system **1350** the encapsulated handover commands.

The coded data for each data stream can be multiplexed with pilot data using OFDM techniques. The pilot data is typically a known data pattern that is processed in a known manner and can be used at the receiver system to estimate the channel response. The multiplexed pilot and coded data for each data stream is then modulated (i.e., symbol mapped) based on a particular modulation scheme (e.g., BPSK, QSPK, M-PSK, or M-QAM) selected for that data stream to provide

22

modulation symbols. The data rate, coding, and modulation for each data stream may be determined by instructions performed by processor **1330**.

The modulation symbols for all data streams are then provided to a TX MIMO processor **1320**, which may further process the modulation symbols (e.g., for OFDM). TX MIMO processor **1320** then provides $N_T$ modulation symbol streams to $N_T$ transmitters (TMTR) **1322a** through **1322t**. In certain embodiments, TX MIMO processor **1320** applies beamforming weights to the symbols of the data streams and to the antenna from which the symbol is being transmitted.

Each transmitter **1322** receives and processes a respective symbol stream to provide one or more analog signals, and further conditions (e.g., amplifies, filters, and upconverts) the analog signals to provide a modulated signal suitable for transmission over the MIMO channel. $N_T$ modulated signals from transmitters **1322a** through **1322t** are then transmitted from $N_T$ antennas **1324a** through **1324t**, respectively.

At receiver system **1350**, the transmitted modulated signals are received by $N_R$ antennas **1352a** through **1352r** and the received signal from each antenna **1352** is provided to a respective receiver (RCVR) **1354a** through **1354r**. Each receiver **1354** conditions (e.g., filters, amplifies, and downconverts) a respective received signal, digitizes the conditioned signal to provide samples, and further processes the samples to provide a corresponding "received" symbol stream.

An RX data processor **1360** then receives and processes the $N_R$ received symbol streams from $N_R$ receivers **1354** based on a particular receiver processing technique to provide $N_T$ "detected" symbol streams. The RX data processor **1360** then demodulates, deinterleaves, and decodes each detected symbol stream to recover the traffic data for the data stream. The processing by RX data processor **1360** is complementary to that performed by TX MIMO processor **1320** and TX data processor **1314** at transmitter system **1310**.

A processor **1370** periodically determines which pre-coding matrix to use. Processor **1370** formulates a reverse link message comprising a matrix index portion and a rank value portion. The reverse link message may comprise various types of information regarding the communication link and/or the received data stream. The reverse link message is then processed by a TX data processor **1338**, which also receives traffic data for a number of data streams from a data source **1336**, modulated by a modulator **1380**, conditioned by transmitters **1354a** through **1354r**, and transmitted back to transmitter system **1310**.

At transmitter system **1310**, the modulated signals from receiver system **1350** are received by antennas **1324**, conditioned by receivers **1322**, demodulated by a demodulator **1340**, and processed by a RX data processor **1342** to extract the reverse link message transmitted by the receiver system **1350**. Processor **1330** then determines which pre-coding matrix to use for determining the beamforming weights then processes the extracted message. According to various aspects of the invention, the transmitter system **1310** can, among other aspects of the invention, receive, encapsulate, and forward measurement reports from the receiver system **1350**.

With reference to FIG. **14**, illustrated is an apparatus **1400** that facilitates inter-eNode B handover according to various non-limiting embodiments of the invention. For example, apparatus **1400** may reside at least partially within a base station. It is to be appreciated that apparatus **1400** is represented as including functional blocks, which may be functional blocks that represent functions implemented by a processor, software, or combination thereof (e.g., firmware). In

US 8,804,656 B2

**23**

addition, because base stations typically perform the roll of a source node or a target node depending on the particular circumstances of the UE with respect to various node Bs, functionality of a base station can include that functionality required for both target and source node operations. For example, apparatus **1400** includes a logical grouping **1402** of electrical components that can act in conjunction. For instance, source node logical grouping **1402** can include an electrical component **1404** for receiving a handover command created by a target node. Further, logical grouping **1402** can include an electrical component **1406** for encapsulating the handover command into a Radio Resource Control message as described in further detail supra in connection with FIGS. **4**-**6**. Logical grouping **1402** can further include electrical components for enciphering an encapsulated handover command based on a pre-existing security association between a wireless terminal associated with the handover command and a source node **1408**, for appending one or more of integrity check information and a Radio Resource Control header **1410**, and for transmitting an encapsulated handover command to a wireless terminal associated with the handover command **1412**. As a further example, target node logical grouping **1414** can include an electrical component **1416** for receiving and processing measurement report information. Further, logical grouping **1414** can include an electrical component **1418** for processing supplemental information included in the measurement report information to facilitate executing a handover complete function. Logical grouping **1414** can further include electrical components for determining a handover decision concerning a wireless terminal associated with the measurement report information **1420**, for transmitting a handover command to the wireless terminal **1422**, and for including additional information in the handover command to facilitate executing a handover complete function **1424**. Additionally, apparatus **1400** can include a memory **1426** that retains instructions for executing functions associated with the electrical components of logical groupings **1402** and **1414**. While shown as being external to memory **1426**, it is to be understood that one or more of electrical components of logical groupings **1402** and **1414** may exist within memory **1426**.

With reference to FIG. **15**, illustrated is an apparatus **1500** that enables inter-eNode B handover according to various non-limiting embodiments of the invention. Apparatus **1500** may reside at least partially within a wireless terminal, for instance. It is to be appreciated that apparatus **1500** is represented as including functional blocks, which may be functional blocks that represent functions implemented by a processor, software, or combination thereof (e.g., firmware). Apparatus **1500** includes a logical grouping **1502** of electrical components that can act in conjunction. For instance, logical grouping **1502** can include an electrical component for transmitting measurement report information to a source base station for source base station encapsulation into an inter-node message (e.g., an inter-eNodeB message) and forwarding to a target base station **1504**. Further, logical grouping **1502** can include an electrical component for receiving a source base station encapsulated handover command forwarded from the target base station **1506** as described in further detail supra in connection with FIGS. **4**, **5**, and **7**. In addition, logical grouping **1502** can include an electrical component for processing supplemental information included in the encapsulated handover command to facilitate generating a handover complete indication **1508**. Further, logical grouping **1502** can include an electrical component for appending additional information to the measurement report information to facilitate generating the handover com-

**24**

plete indication **1510**. Additionally, apparatus **1500** can include a memory **1512** that retains instructions for executing functions associated with electrical components **1504**, **1506**, **1508** and **1510**. While shown as being external to memory **1512**, it is to be understood that one or more of electrical components **1504**, **1506**, **1508** and **1510** may exist within memory **1512**.

Various embodiments of the present invention are directed to an apparatus, e.g., a mobile node such as a mobile terminal, a base station, or a communications system which implement some embodiments. In some embodiments the access nodes are implemented as base stations which establish communications links with mobile nodes using OFDM and/or CDMA. In various embodiments the mobile nodes are implemented as notebook computers, personal data assistants (PDAs), or other portable devices including receiver/transmitter circuits and logic and/or routines, for implementing the methods of some embodiments.

Further embodiments are also directed to methods, e.g., method of controlling and/or operating mobile nodes, base stations and/or communications systems, e.g., hosts, in accordance with some embodiments. In various embodiments, nodes described herein are implemented using one or more modules to perform the steps corresponding to one or more methods of some embodiments, for example, message generation and/or transmission, message reception and/or processing, message encapsulation, etc. Thus, in some embodiments various features of some embodiments are implemented using modules. Such modules can be implemented using software, hardware or a combination of software and hardware as described below.

It is understood that the specific order or hierarchy of steps in the processes disclosed is an example of exemplary approaches. Based upon design preferences, it is understood that the specific order or hierarchy of steps in the processes may be rearranged while remaining within the scope of the present disclosure. The method claims appended herein present elements of the various steps in a sample order, and are not meant to be limited to the specific order or hierarchy presented.

Still further embodiments are also directed to machine readable medium, e.g., ROM, RAM, CDs, hard discs, etc., which include machine readable instructions for controlling a machine, e.g., general purpose computer with or without additional hardware, to implement all or portions of the above described methods, e.g., in one or more nodes. Accordingly, among other things, some embodiments are directed to a machine-readable medium including machine executable instructions for causing a machine, e.g., processor and associated hardware, to perform one or more of the steps of the above-described method(s).

Those of skill in the art would understand that information and signals may be represented using any of a variety of different technologies and techniques. For example, data, instructions, commands, information, signals, bits, symbols, and chips that may be referenced throughout the above description may be represented by voltages, currents, electromagnetic waves, magnetic fields or particles, optical fields or particles, or any combination thereof.

It will be appreciated that, in accordance with one or more aspects described herein, inferences can be made regarding inter-eNode B handover. As used herein, the term to "infer" or "inference" refers generally to the process of reasoning about or inferring states of the system, environment, and/or user, mobile device, desired actions or events, and base station from a set of observations as captured via events and/or data. Inference can be employed to identify a specific context or

US 8,804,656 B2

25

26

action, or can generate a probability distribution over states, for example. The inference can be probabilistic—that is, the computation of a probability distribution over states of interest based on a consideration of data and events. Inference can also refer to techniques employed for composing higher-level events from a set of events and/or data. Such inference results in the construction of new events or actions from a set of observed events and/or stored event data, whether or not the events are correlated in close temporal proximity, and whether the events and data come from one or several event and data sources.

According to an example, one or more methods presented above can include making inferences pertaining to comparing measurement reports. In accordance with another example, an inference may be made related to making handover decisions. It will be appreciated that the foregoing examples are illustrative in nature and are not intended to limit the number of inferences that can be made or the manner in which such inferences are made in conjunction with the various embodiments and/or methods described herein.

Those of skill would further appreciate that the various illustrative logical blocks, modules, circuits, and algorithm steps described in connection with the embodiments disclosed herein may be implemented as electronic hardware, computer software, firmware, middleware, microcode, or any combination thereof. To clearly illustrate this interchangeability, various illustrative components, blocks, modules, circuits, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware, software, or otherwise depends upon the particular application and design constraints imposed on the overall system. Skilled artisans can implement the described functionality in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the present disclosure.

The various illustrative logical blocks, modules, and circuits described in connection with the embodiments disclosed herein can be implemented or performed with a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), digital signal processing devices (DSPDs), programmable logic devices (PLDs), field programmable gate arrays (FPGAs), processors, controllers, microcontrollers, microprocessors, discrete gate or transistor logic, discrete hardware components, or other electronic units, or any combination thereof designed to perform the functions described herein. Furthermore, a general purpose processor may be a microprocessor, but in the alternative, the processor may be any conventional processor, controller, microcontroller, or state machine. Additionally, a processor may also be implemented as a combination of computing devices (e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration).

When the systems and/or methods described herein are implemented in software, firmware, middleware or microcode, program code or code segments, they can be stored in a machine-readable medium, such as a storage component. A code segment can represent a procedure, a function, a subprogram, a program, a routine, a subroutine, a module, a software package, a class, or any combination of instructions, data structures, or program statements. A code segment can be coupled to another code segment or a hardware circuit by passing and/or receiving information, data, arguments, parameters, or memory contents. Information, arguments, parameters, data, etc. can be passed, forwarded, or transmit-

ted using any suitable means including memory sharing, message passing, token passing, network transmission, etc.

The steps of a method or algorithm described in connection with the embodiments disclosed herein can be embodied directly in hardware, in software module (e.g., procedures, functions, and so on) executed by a processor, or in a combination of the two that perform the functions described herein. Software code can be stored in memory units and executed by processors. Software modules can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, hard disk, a removable disk, a CD-ROM, or any other form of storage medium known in the art. A memory unit can be implemented within the processor or external to the processor, in which case it can be communicatively coupled to the processor through various means. For example, an exemplary storage medium can be coupled to the processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The processor and the storage medium can reside in an ASIC, which in turn can reside in a user terminal. In the alternative, the processor and the storage medium can reside as discrete components in a user terminal.

What has been described above includes embodiments of the disclosed subject matter to enable any person skilled in the art to make or use the present disclosure. It is, of course, not possible to describe every conceivable combination of components or methodologies for purposes of describing such subject matter. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the disclosure. Thus, the present disclosure is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein. Accordingly, the subject matter is intended to embrace all such alterations, modifications, and variations that fall within the spirit and scope of the appended claims. Furthermore, to the extent that the term "includes" is used in either the detailed description or the claims, such term is intended to be inclusive in a manner similar to the term "comprising" as "comprising" is interpreted when employed as a transitional word in a claim.

What is claimed is:

**1**. A method used in a wireless communication system, the method comprising:

 receiving, by a source base station, a handover command message created by a target base station for handover of a wireless terminal;

 encapsulating, by the source base station, the handover command message into a source base station Radio Resource Control message with integrity protection information; and

 forwarding the encapsulated handover command message, by the source base station, to the wireless terminal.

**2**. The method of claim **1**, further comprising enciphering an encapsulated handover command message based on a pre-existing security association between a wireless terminal associated with the handover command message and the source base station.

**3**. The method of claim **1**, the encapsulating further comprises appending the integrity protection information by the source base station.

**4**. The method of claim **1**, the encapsulating further comprises appending a Radio Resource Control header.

5. The method of claim 4, the Radio Resource Control header includes at least one of a message discriminator and a transaction identifier.

6. A method used in a wireless communication system, the method comprising:

receiving, by a target base station, measurement report information from a mobile device forwarded to the target base station by a source base station;

processing, by the target base station, the measurement report information;

determining, by the target base station, a handover decision concerning the mobile device associated with the measurement report information; and

transmitting a handover command to the mobile device via the source base station, by the target base station, wherein the handover command is created by the target base station and forwarded to the mobile device by the source base station.

7. The method of claim 6, further comprising processing additional information included in the measurement report information to facilitate generating a handover complete indicator in the wireless communication system.

8. The method of claim 6, wherein the handover command includes supplemental information to facilitate generating a handover complete indicator in the wireless communication system.

9. A method for inter-node transfer in a wireless communication system, the method comprising:

transmitting, by a mobile device, a measurement report message to a source node for source node encapsulation into an inter-node B message and forwarding to a target node; and

receiving, by the mobile device, a source node encapsulated handover command message forwarded from the source node, wherein the source node encapsulated handover command message includes a handover command generated by the target node, wherein the handover command is created by the target node and encapsulated with integrity protection information and forwarded to the mobile device, by the source node.

10. The method of claim 9, further comprising processing, by the mobile device, supplemental information included in the encapsulated handover command message to facilitate generating a handover complete indicator in the wireless communication system.

11. The method of claim 9, further comprising appending additional information to the measurement report message to facilitate generating a handover complete indicator in the wireless communication system.

12. A communications apparatus, comprising:

a memory that retains instructions for receiving, by a source base station, a handover command created by a target base station for a mobile device, for encapsulating, by the source base station, the handover command into a source base station Radio Resource Control message with integrity protection information, and for forwarding the encapsulated handover command message, by the source base station, to the mobile device; and

a processor that is configured to execute the instructions within the memory.

13. The communications apparatus of claim 12, wherein the instructions for encapsulating further comprise instructions for enciphering an encapsulated handover command utilizing a pre-existing security relation between a mobile device associated with the handover command and the source base station.

14. The communications apparatus of claim 12, wherein the instructions for encapsulating further comprise instructions for appending one or more of the integrity protection information and a Radio Resource Control header.

15. The communications apparatus of claim 12, the memory further retains instructions for transmitting an encapsulated handover command to a mobile device.

16. A communications apparatus, comprising:

a memory that retains instructions for receiving and processing, by a target base station, a measurement report message from a wireless terminal forwarded to the target base station by a source base station, for determining a handover decision concerning the wireless terminal associated with the measurement report message, and for transmitting a handover command to the wireless terminal via the source base station, wherein the handover command is created by the target base station and forwarded to the wireless terminal by the source base station; and

a processor that is configured to execute the instructions within the memory.

17. The communications apparatus of claim 16, wherein the instructions for processing further comprise instructions for processing additional information included in the measurement report message for creating a handover complete indication.

18. The communications apparatus of claim 16, wherein the handover command message includes supplemental information to facilitate creating a handover complete indication.

19. A communications apparatus, comprising:

a memory that retains instructions for transmitting a measurement report message to a source node for source node encapsulation into an inter-node message and forwarding to a target node, and for receiving a source node encapsulated handover command message forwarded from the source node, wherein the source node encapsulated handover command message includes a handover command generated by the target node, wherein the handover command is created by the target node and encapsulated with integrity protection information and forwarded to the communications apparatus, by the source node; and

a processor that is configured to execute the instructions within the memory.

20. The communications apparatus of claim 19, the memory further retains instructions for processing supplemental information included in the encapsulated handover command message to facilitate generating a handover complete indication.

21. The communications apparatus of claim 19, the memory further retains instructions for appending additional information to the measurement report message to facilitate generating a handover complete indication.

22. A communications apparatus, comprising:

means for receiving, by a source node, a handover command created by a target node for a wireless terminal;

means for encapsulating, by the source node, the handover command into a source base station Radio Resource Control message with integrity protection information; and

means for forwarding the encapsulated handover command, by the source node, to the wireless terminal.

23. The communications apparatus of claim 22, wherein the means for encapsulating further comprise means for enciphering an encapsulated handover command based on a pre-

US 8,804,656 B2

**29**

existing security relation between the wireless terminal associated with the handover command and the source node.

**24**. The communications apparatus of claim **22**, wherein the means for encapsulating further comprise means for appending one or more of the integrity protection information and a Radio Resource Control header.

**25**. A communications apparatus operable in wireless communication system, the apparatus comprising:

means for receiving, by a target base station, a measurement report information from a wireless terminal forwarded to the target base station by a source base station;

means for processing, by the target base station, the measurement report information;

means for determining, by the target base station, a handover decision concerning the wireless terminal associated with the measurement report information; and

means for transmitting a handover command to the wireless terminal via the source base station, by the target base station, wherein the handover command is created by the target base station and forwarded to the wireless terminal by the source base station.

**26**. The communications apparatus of claim **25**, further comprising means for processing supplemental information included in the measurement report information to facilitate executing a handover complete function in the wireless communication system.

**27**. The communications apparatus of claim **25**, wherein the handover command includes additional information to facilitate executing a handover complete function in the wireless communication system.

**28**. A communications apparatus, comprising:

means for transmitting measurement report information to a source base station for source base station encapsulation into an inter-node message and forwarding to a target base station; and

means for receiving a source base station encapsulated handover command forwarded from the source base station, wherein the source base station encapsulated handover command message includes a handover command generated by the target base station, wherein the handover command is created by the target base station and encapsulated with integrity protection information and forwarded to the communications apparatus by the source base station.

**29**. The communications apparatus of claim **28**, further comprising means for processing supplemental information included in the encapsulated handover command to facilitate generating a handover complete indication.

**30**. The communications apparatus of claim **28**, further comprising means for appending additional information to the measurement report information to facilitate generating a handover complete indication.

**31**. A non-transitory computer-readable medium having computer-executable instructions stored thereon comprising:

a first instruction set for receiving, by a source node, a handover command message created by a target node for a mobile device;

a second instruction set for encapsulating, by the source node, the handover command message into a source base station Radio Resource Control message with integrity protection information; and

a third instruction set for forwarding the encapsulated handover command message, by the source node, to the mobile device.

**32**. The computer-readable medium of claim **31**, further comprising a fourth instruction set for enciphering an encapsulated handover command message based on a pre-existing

**30**

security relation between the mobile device associated with the handover command message and the source node.

**33**. The computer-readable medium of claim **31**, further comprising a fourth instruction set for appending one or more of the integrity protection information and a Radio Resource Control header.

**34**. A non-transitory computer-readable medium having computer-executable instructions stored thereon comprising:

a first instruction set for receiving, by a target base station, a measurement report message forwarded from a mobile device by a source base station;

a second instruction set for processing, by the target base station, the measurement report message;

a third instruction set for determining, by the target base station, a handover decision concerning the mobile device associated with the measurement report message; and

a fourth instruction set for transmitting a handover command to the mobile device via the source base station, by the target base station, wherein the handover command is created by the target base station and forwarded to the mobile device by the source base station.

**35**. The computer-readable medium of claim **34**, further comprising a fifth instruction set for processing supplemental information included in the measurement report message to facilitate generating a handover complete indicator.

**36**. The computer-readable medium of claim **34**, wherein the handover command includes additional information to facilitate generating a handover complete indicator.

**37**. In a wireless communication system, an apparatus comprising:

a processor configured to:

receive, by a source base station, a handover command message created by a target base station for a subscriber unit,

encapsulate, by the source base station, the handover command message into a source base station Radio Resource Control message with integrity protection information; and a memory coupled to the processor, and

forward the encapsulated handover command message, by the source base station, to the subscriber unit.

**38**. The communications system of claim **37**, wherein the processor is further configured to encipher an encapsulated handover command message utilizing a preexisting security relation between a subscriber unit associated with the handover command message and the source base station.

**39**. The communications system of claim **37**, wherein the processor is further configured to append at least one of the integrity protection information and a Radio Resource Control header.

**40**. In a wireless communication system, an apparatus comprising:

a processor configured to:

receive, by a target node, a measurement report message forwarded from a mobile device by a source node,

process, by the target node, the measurement report message;

determine, by the target node, a handover decision concerning the mobile device associated with the measurement report message; and

transmit a handover command to the mobile device, by the target node, wherein the handover command is created by the target node and forwarded to the mobile device by the source node; and

a memory coupled to the processor.

US 8,804,656 B2

31

**41**. The communications system of claim **40**, wherein the processor is further configured to extract additional information included in the measurement report message to facilitate generating a handover complete indication.

**42**. The communications system of claim **40**, wherein the handover command includes supplemental information to facilitate generating a handover complete indicator indication.

**43**. In a wireless communication system, an apparatus comprising:

a processor configured to:

transmit a measurement report message to a source base station for source base station encapsulation into an inter-node message and forwarding to a target base station; and

receive a source base station encapsulated handover command message forwarded from the source base station, wherein the source node encapsulated han-

32

dover command message includes a handover command generated by the target node, wherein the handover command is created by the target base station and encapsulated with integrity protection information and forwarded to the apparatus by the source base station; and

a memory coupled to the processor.

**44**. The communications system of claim **43**, wherein the processor is further configured to process supplemental information included in the encapsulated handover command message to facilitate generating a handover complete indicator in the wireless communication system.

**45**. The communications system of claim **43**, wherein the processor is further configured to append additional information to the measurement report message to facilitate generating a handover complete indicator in the wireless communication system.

* * * * *

# EXHIBIT 4

   The Mobile Broadband Standard    A Global Partnership TTA    

| About 3GPP | Specifications Groups | Specifications | 3GPP Calendar | Technologies | News & Events | | Home | Sitemap | Contact |

# The Evolved Packet Core

*Author: Frédéric Firmin, 3GPP MCC*

This article looks at the Evolved Packet Core (EPC), the core network of the LTE system, giving an overview of the architecture of the core network, describing some of its key elements.

The EPC is the latest evolution of the 3GPP core network architecture.

In GSM, the architecture relies on circuit-switching (CS). This means that circuits are established between the calling and called parties throughout the telecommunication network (radio, core network of the mobile operator, fixed network). This circuit-switching mode can be seen as an evolution of the "two cans and a string". In GSM, all services are transported over circuit-switches telephony principally, but short messages (SMS) and some data is also seen.

In GPRS, packet-switching (PS) is added to the circuit-switching. With this technology, data is transported in packets without the establishment of dedicated circuits. This offers more flexibility and efficiency. In GPRS, the circuits still transport voice and SMS (in most cases). Therefore, the core network is composed of two domains: circuit and packet.

In UMTS (3G), this dual-domain concept is kept on the core network side. Some network elements have evolved but the concept remains very similar.

When designing the evolution of the 3G system, the 3GPP community decided to use IP (Internet Protocol) as the key protocol to transport all services. It was therefore agreed that the EPC would not have a circuit-switched domain anymore and that the EPC should be an evolution of the packet-switched architecture used in GPRS/UMTS. This decision had consequences on the architecture itself but also on the way that the services were provided. Traditional use of circuits to carry voice and short messages needed to be replaced by IP-based solutions in the long term.



*Figure 1: Circuit and packet domains*

## Architecture of the EPC

EPC was first introduced by 3GPP in Release 8 of the standard.

It was decided to have a "flat architecture". The idea is to handle the payload (the data traffic) efficiently from performance and costs perspective. Few network nodes are involved in the handling of the traffic and protocol conversion is avoided.

It was also decided to separate the user data (also known as the user plane) and the signalling (also know as the control plane) to make the scaling independent. Thanks to this functional split, the operators can dimension and adapt their network easily.

Figure 2 shows a very basic architecture of the EPS when the User Equipment (UE) is connected to the EPC over E-UTRAN (LTE access network). The Evolved NodeB (eNodeB) is the base station for LTE radio. In this figure, the EPC is composed of four network elements: the Serving Gateway (Serving GW), the PDN Gateway (PDN GW), the MME and the HSS. The EPC is connected to the external networks, which can include the IP Multimedia Core Network Subsystem (IMS).

## Search

3GPP Website:  [Search for...]  🔍

*Search and download specs, docs, CRs and more from the 3GPP FTP Server:*

🔍 ADVANCED FTP SEARCH

## More News:



- Release 17 Schedule
- 3GPP meets IMT-2020
- 5G for Industry 4.0
- Recorded 3GPP webinars and interviews (no registration needed)

## News Feeds

 3GPP tweets

Figure 2: Basic EPS architecture with E-UTRAN access

**HSS**

Basically, the HSS (for Home Subscriber Server) is a database that contains user-related and subscriber-related information. It also provides support functions in mobility management, call and session setup, user authentication and access authorization.
It is based on the pre-3GPP Release 4 - Home Location Register (HLR) and Authentication Centre (AuC).

**Serving GW**

The gateways (Serving GW and PDN GW) deal with the user plane. They transport the IP data traffic between the User Equipment (UE) and the external networks.
The Serving GW is the point of interconnect between the radio-side and the EPC. As its name indicates, this gateway serves the UE by routing the incoming and outgoing IP packets.

It is the anchor point for the intra-LTE mobility (i.e. in case of handover between eNodeBs) and between LTE and other 3GPP accesses.
It is logically connected to the other gateway, the PDN GW.

**PDN GW**

The PDN GW is the point of interconnect between the EPC and the external IP networks. These networks are called PDN (Packet Data Network), hence the name. The PDN GW routes packets to and from the PDNs.

The PDN GW also performs various functions such as IP address / IP prefix allocation or policy control and charging.

3GPP specifies these gateways independently but in practice they may be combined in a single "box" by network vendors.

**MME**
The MME (for Mobility Management Entity) deals with the control plane. It handles the signalling related to mobility and security for E-UTRAN access.

The MME is responsible for the tracking and the paging of UE in idle-mode. It is the termination point of the Non-Access Stratum (NAS).

## Support of multiple access technologies

As seen in figure 2, the UE can reach the EPC using E-UTRAN however this is not the only access technology supported.

3GPP specified support of multiple access technologies and also the handover between these accesses. The idea was to bring convergence using a unique core network providing various IP-based services over multiple access technologies.

Existing 3GPP radio access networks are supported. 3GPP specifications define how the interworking is achieved between an E-UTRAN (LTE and LTE-Advanced), GERAN (radio access network of GSM/GPRS) and UTRAN (radio access network of UMTS-based technologies WCDMA and HSPA).

The EPS also allows non-3GPP technologies to interconnect the UE and the EPC. Non-3GPP means that these accesses were not specified in the 3GPP. These technologies includes e.g. WiMAX, cdma2000®, WLAN or fixed networks.

Non-3GPP accesses can be split into two categories: the "trusted" ones and the "untrusted":

- Trusted non-3GPP accesses can interact directly with the EPC.
- Untrusted non-3GPP accesses interwork with the EPC via a network entity called the ePDG (for Evolved Packet Data Gateway). The main role of the ePDG is to provide security mechanisms such as IPsec tunnelling of connections with the UE over an untrusted non-3GPP access.

3GPP does not specify which non-3GPP technologies should be considered trusted or untrusted. This decision is made by the operator.



Figure 3: 3GPP and non-3GPP access networks

## Further reading:

*General:*

> The 3GPP website contains all 3GPP specifications. They can be downloaded for free at
> http://www.3gpp.org/specifications

> Descriptions of all 3GPP releases can be found at http://www.3gpp.org/ftp/Information...

*EPS architecture:*

> **3GPP TS 23.002** (http://www.3gpp.org/ftp/Specs/html-...) gives an overview the architecture of the 3GPP system. In particular, it describes all the network elements used in the EPC and also in legacy core networks.

> **3GPP TS 23.401** (http://www.3gpp.org/ftp/Specs/html-...) defines the architecture of the EPC for E-UTRAN access.

> **3GPP TS 23.402** (http://www.3gpp.org/ftp/Specs/html-...) defines the architecture enhancements for non-3GPP accesses.

| ABOUT RELEASES | FULL MEETING CALENDAR | BROWSE KEYWORDS & TECH. |
|---|---|---|
| Release 18 | **Face to face meetings have been suspended for the time being. The calendar of replacement e-meetings is online at https://portal.3gpp.org/** | 5G NR (Rel-15) |
| Release 17 | | Common API Framework (CAPIF) |
| Release 16 | | Carrier Aggregation Explained |
| Release 15 | | Coordinated Vulnerability Disclosure (CVD) |
| Release 14 | | Control and User Plane Separation of EPC nodes (CUPS) |
| Release 13 | | DSS - Dynamic spectrum sharing |
| Release 12 | | HSPA |
| Release 11 | | LTE-Advanced |
| Release 10 | | LTE |
| Release 9 | | Open RAN |
| Release 8 | | UAS - UAV |
| Release 7 | | V2X |
| Release 6 | | ...more keywords |
| Release 5 | | |
| Release 4 | | |
| Release 1999 | | |

©3GPP 2021