[Page 175]

IN THE HIGH COURT OF JUSTICE        Claim No. HP-2019-000032
BUSINESS AND PROPERTY COURTS
OF ENGLAND AND WALES
INTELLECTUAL PROPERTY LIST (ChD)
PATENTS COURT

                    The Rolls Building
                    7 Rolls Buildings
                    Fetter Lane
                    London EC4A 1NL
                    Thursday, 4th March 2021
                    Before:
              HIS HONOUR JUDGE HACON
        (sitting as a Judge of the High Court)
              ---------------
BETWEEN:
        (1) INTERDIGITAL TECHNOLOGY CORPORATION
        (2) INTERDIGITAL PATENT HOLDINGS, INC.
            (3) INTERDIGITAL, INC.
        (4) INTERDIGITAL HOLDINGS, INC.
                                Claimants
            - and -
        (1) LENOVO GROUP LIMITED
        (2) LENOVO (UNITED STATES) INC.
    (3) LENOVO TECHNOLOGY (UNITED KINGDOM) LIMITED
        (4) MOTOROLA MOBILITY LLC
    (5) MOTOROLA MOBILITY UK LIMITED
                                Defendants
              ---------------
        (Transcript of the Stenograph Notes of
    Marten Walsh Cherer Ltd., 2nd Floor, Quality House,
    6-9 Quality Court, Chancery Lane, London WC2A 1HP.
    Telephone tel: 020 7067 2900. Fax No: 020 7831 6864
        e-mail: info@martenwalshcherer.com)

MR. DOUGLAS CAMPBELL QC, MR. JOE DELANEY and MR. MAXWELL KEAY
(instructed by Gowling WLG) appeared for the Claimants.

MR. THOMAS HINCHLIFFE QC, MR. JEREMY HEALD and MS. KYRA NEZAMI
(instructed by Kirkland & Ellis International LLP) appeared
for the Defendants.

              ---------------
                PROCEEDINGS
                    DAY 2
            Remotely via Microsoft Teams
              ---------------

---

[Page 174]

1
2              DR. JONATHAN GUY OWEN MOSS, RECALLED
3        CROSS-EXAMINATION BY MR. HINCHLIFFE, CONTINUED
4    THE JUDGE:  Mr. Hinchliffe?
5    MR. HINCHLIFFE:  Good morning, Dr. Moss.  Hopefully you have in
6        front of you your cross-examination bundle open at tab 6,
7        page 14?
8    A.  I do, yes.
9    Q.  Just a very simple question.  We were discussing yesterday the
10        timeline of the various systems.  We talked about 1G, 2G and
11        then the UMTS system.  You can see from looking at page 14
12        here that following on from UMTS and release 99 we had
13        release 5 in March 2002 which brought in high-speed downlink
14        packet access?
15    A.  Correct.
16    Q.  And release 6 brought in high-speed uplink packet access in
17        December 2004?
18    A.  Correct, my Lord, yes.
19    Q.  And as at January 2006, HSPDA, the downlink, was probably
20        deployed but maybe the uplink systems had not yet been
21        deployed into the real world?
22    A.  Yes.  I believe, my Lord, I made some comments about this in
23        my probably second report.  I believe at 2006 the HSPDA was at
24        a state where handsets were being demonstrated or perhaps
25        datacards were being demonstrated rather than something you

---

MOSS - HINCHLIFFE

1
2        could buy in the shops.  I believe those are the comments
3        I made.
4    Q.  Just then stepping back, in those historic systems, or the
5        systems that we have been through, they used frequency
6        division multiplexing, time division multiplexing and code
7        division multiplexing?
8    A.  Correct, yes.
9    Q.  And sometimes they used a combination of all of those to allow
10        UEs to share physical resources?
11    A.  Yes.  I would have to think about code division and time
12        division.  I suppose HSPDA would be an example, code division
13        and time division shared, yes.
14    Q.  In particular the F-DPCH in HSPDA was code and time shared,
15        was it not?
16    A.  Yes, that is correct, my Lord, it was.
17    Q.  Just changing topic slightly.  Contention-based channels, that
18        concept obviously was very well known?
19    A.  Yes, my Lord.
20    Q.  And the downside of contention-based channel was equally well
21        known and that was that on occasions you got collisions?
22    A.  Correct, my Lord, yes.
23    Q.  And the consequence of the collisions led to a latency during
24        the time period where the mobiles backed off, waited a random
25        time and then tried again?

---

MOSS - HINCHLIFFE

1
2    A.  Correct, yes.
3    Q.  The other type of channel that we are discussing are ones
4        where the base station has allocated a dedicated resource to
5        the UE and that breaks counsel down into two types of channel:
6        first, what you referred to as a dedicated channel; do you
7        agree, and that is one where the UE has access to that channel
8        for perhaps a longer period of time?
9    A.  Yes.
10    Q.  And those dedicated channels were both for user data and
11        also for control signalling?
12    A.  Correct, yes.
13    Q.  And the other type of channel is a shared channel and that is
14        one where the channel, although it is shared between multiple
15        mobiles, at any one given time it is dedicated to a particular
16        mobile?
17    A.  That is right, it is dedicated for a short period of time in
18        HSDPA also in GPRS which is the 2G technology.
19    Q.  Again, thinking about HSDPA as an example, shared channels
20        were used both for the traffic data and also for the control
21        signalling?
22    A.  Is that in HSPDA you are asking?
23    Q.  Yes.
24    A.  Yes.  The control signalling could be sent over a dedicated
25        channel or it could be sent over the high-speed downlink

INTERDIGITAL v LENOVO                04 MARCH 2021                PROCEEDINGS - DAY 2

[Page 177]

MOSS - HINCHLIFFE

1
2    shared channel.
3    Q. I should be more precise. I was talking about the downlink
4       shared control channel.
5    A. Optionally the control signalling could be sent over the
6       downlink shared channel, yes.
7    Q. And in neither dedicated channels or shared channels was there
8       any contention between the mobiles, between the UEs?
9    A. That is correct, because it was scheduled by the base station,
10      yes.
11   Q. There is a minor disagreement between yourself and
12      Professor Valenti about whether the term "non-contention
13      channel" was one that was widely used as at January 2006, but
14      I think you agree that the concept of a channel where the UEs
15      did not have to contend with each other for resources, that
16      was well known?
17   A. Correct, yes.
18   Q. The concepts of channels being either contention based or
19      non-contention based, those are physical layer concepts, are
20      they not?
21   A. Yes, that is correct.
22   Q. And contentions are voided by providing different physical
23      resources to a UE for its transmission and that can be
24      different in terms of time, frequency and/or code?
25   A. Yes.

[Page 178]

MOSS - HINCHLIFFE

1
2    Q. So therefore where we see a channel being described as
3       a contention channel or non-contention channel, that is
4       a description of a physical channel?
5    A. Yes. However, there were, of course, transport channels
6       mapped to those physical channels.
7    Q. Yes.
8    A. Transport channels being the layer 2 and then the physical
9       channels being the layer 1.
10   Q. But of course it is in the nature of the layer model of the
11      way these systems are broken up that people who are dealing
12      with layer 2 do not have to worry about layer 1 and do not
13      have to worry about whether the channel is a contention
14      channel or a non-contention channel?
15   A. I think that the person working at layer 2 would need
16      knowledge of the layer 1 because he has to be able to package
17      the data to the correct size for the physical layer. So that
18      there has to be close interworking between the layer 1 and the
19      layer 2 engineers and the standards, of course.
20   Q. Sure. They have to make sure that their PDUs fit into the
21      physical data channel, but, as you were at pains to explain in
22      your report, the whole point of the layers is that the layer 2
23      people can do their work largely independently of what is
24      going on below?
25   A. Yes. The OSI model for creating layers, it allows a system to

[Page 179]

MOSS - HINCHLIFFE

1
2    be broken down into different subsets because any one layer
3    serves the layer above and the layer below provides service to
4    it, but there is inherently an interworking needed between
5    those other layers and very often, for example, there would be
6    an interconnection between layer 1 up to layer 3 within the
7    standards, so there was a need for co-operation between all of
8    the working groups.
9    Q. Okay. Let us just focus on control signalling just for
10      a moment. As Mr. Campbell explained yesterday, in these
11      cellular networks it is the base station that is in charge of
12      really everything pretty much and the way that control the
13      base station works is by it exchanging control signalling with
14      the UEs?
15   A. Yes. I mean, strictly speaking, in 3G, the control signalling
16      originated at the RNC, the radio network controller, and the
17      Node-B was effectively a conduit or a loud speaker, if you
18      like, but was the signal transmitted from the RNC or the
19      Node-B: of course it was physically transmitted from the
20      Node-B.
21   Q. I could be more general and say it was the network that was in
22      charge?
23   A. The network was in charge, yes, that is right, yes.
24   Q. And obviously there is a trade-off with control signalling, is
25      there not, because simply in order to make the system work you

[Page 180]

MOSS - HINCHLIFFE

1
2    need a base level and base amount of signalling?
3    A. That is right, there is ongoing communication between the
4       handset and the network and that is what gives the network
5       reliability given all the uncertainties and the difficulties
6       of working in a radio environment, which has lots of cells,
7       interference, people coming and going. You know, it is
8       amazing it is as reliable as it is really.
9    Q. But once you go above the minimum that you need to make the
10      system work, adding more control signalling can be beneficial
11      because it can allow for flexibility?
12   A. Well, certainly having the ability to define new messages is
13      very useful.
14   Q. Let me give you an example, because I think I have asked too
15      high level a question. CQI reporting, channel quality
16      indicators, is used in HSDPA. So the mobile reports back to
17      the base station the quality of the downlink signal and, as
18      you explained in your report, that is done to allow a more
19      efficient use of the downlink, is it not?
20   A. Yes.
21   Q. But, of course, could you have downlink transmission without
22      measurement reporting. It is just that it is better with it.
23   A. That is right, the base station can adapt the modulation to
24      provide the maximum number of bits within a transmission
25      interval to the UE.

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE      LONDON, WC2A 1HP
TEL: (020) 7067 2900             E-MAIL: info@martenwalshcherer.com           FAX: (020) 7831 6864

[Page 181]

MOSS - HINCHLIFFE

1
2    Q. So that is an example of control signalling that strictly is
3       not necessary but it is added in because it is beneficial?
4    A. I mean, one of the key aspects to High Speed Downlink Packet
5       Access is what is called higher order modulation, the ability
6       to send and squeeze more bits into the available radio
7       spectrum, and that inherently requires feedback on the uplink.
8       So I would say it is a core aspect of HSDPA.
9    Q. Another example in this case, scheduling information, that
10      assists the base station making scheduling decisions and
11      allocating resources among mobiles. That strictly is not
12      necessary. You could have a system where the base station did
13      it on a first come first served basis?
14   A. Well, you could. I mean, traditionally, though, the
15      information that is provided by the handset has a greater
16      degree of information involved so that the base station can
17      then make an informed decision as to who it would like to
18      allocate the resources to. For example, somebody, you know,
19      perhaps needing to send a hand-over message -- I mean, perhaps
20      making an emergency call is a bit of a dramatic thing to say
21      but that clearly needs to take priority over somebody who is
22      downloading e-mails, for example. So by indicating what the
23      priority of the data to be sent is, it allows the base station
24      to make an informed decision as to who it is going to provide
25      the additional capacity to.

[Page 182]

MOSS - HINCHLIFFE

1
2    Q. Yes. So the advantage of that is that it allows the base
3       station to be more flexible in the way it allocates, but the
4       downside of course is that it takes up bandwidth to signal
5       band resources?
6    A. Flexible but also able to achieve the quality of service that
7       is required, because when the handset connects to the network
8       to set up an IP connection there are certain quality of
9       service parameters which are in there, which includes delay.
10      So depending on the application that the user is wanting to
11      do, then the request to the network can include a parameter to
12      indicate that kind of delay. I mean, online gaming is an
13      example where you really cannot tolerate any delay, whereas,
14      of course, sending an e-mail you can tolerate a delay.
15   Q. Just focusing on the latter part of my question, the benefit
16      of additional control signalling is that it gives you ability
17      to do more. The downside of course is that you then have to
18      take up bandwidth to transmit that signalling?
19   A. Yes, it creates a higher quality of service to the end user,
20      that is right, and in return there are additional bits which
21      are sent to do that, yes.
22   Q. And obviously those two factors pull in different directions,
23      do they not? You are balancing performance with capacity.
24   A. Well, I mean, if you look at the uplink, for example, a base
25      station in one cell may have an uplink capacity of, let us

[Page 183]

MOSS - HINCHLIFFE

1
2       say, one and a half megabits per second and we are talking
3       about an 18-bit message. So the additional bits are really
4       quite small compared with the amount of megabytes that are
5       being transferred on the uplink. If we look at HSUPA, the
6       technology there allows the uplink to always operate at the
7       maximum throughput and so you would often be in a situation
8       where users would like more data and you have to make an
9       informed decision as to who do I need to downgrade and who do
10      I need to allow in. In those situations the additional bits,
11      I think, are very useful to have.
12   Q. It is part of the system design of these cellular systems that
13      you always have to think about the trade-off between
14      flexibility and the capacity issues?
15   A. Well, if the capacity issues are significant, then, of course,
16      yes.
17   Q. Okay. Now, obviously we are all familiar with the different
18      types of control signalling that we have been talking about in
19      this case, which is the power control signalling, measurement
20      reporting and the HARQ feedback. Can you just have a look at
21      bundle D2, please, and go in that to tab 2, which is the Holma
22      book on UMTS, and if you could go to page 114 of the book,
23      which is D2-56 of the bundle?
24   A. Yes.
25   Q. This is in the chapter on, I think, the physical layer and we

[Page 184]

MOSS - HINCHLIFFE

1
2       see reference to the uplink dedicated channel. If you go over
3       to page 115 ----
4    A. Yes.
5    Q. ---- you see the structure of the dedicated control channel,
6       which is the DPCCH, which is the middle one there, and on that
7       channel, which is the uplink channel, the UE is sending pilot
8       bits, transport format bits, feedback information bits and
9       power control bits?
10   A. Yes.
11   Q. So, on that one channel the UE is sending four different types
12      of control signalling information?
13   A. That is right, yes.
14   Q. Similarly, if you go on to page 120, we should see the
15      downlink dedicated channel?
16   A. Yes.
17   Q. And you see there in the slots the base station as well as
18      sending the data, it is sending power control, that is TPC,
19      transport format and pilot bits?
20   A. Yes, and these bits, of course, are defined, the number of
21      bits in each of these different blocks and these information
22      bits are for use by the layer 1 in order to allow the base
23      station to decode what is in the data payload which is sent in
24      parallel on a different branch, two PPS signals to be sent
25      together.

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com         FAX: (020) 7831 6864

[Page 185]

MOSS - HINCHLIFFE

1
2   Q. Yes. But it was very common at the physical layer to combine
3       different types of control signalling at the physical layer,
4       on the same channel?
5   A. That is right, my Lord, yes.
6   Q. We can move on then to the concept of states very briefly
7       because I do not think there is any disagreement between you
8       and Professor Valenti on this. They are ways of giving
9       different UEs different levels of resource as a way of
10      maximising the number of UEs that a single base station can
11      service, if that is the right word?
12  A. Yes, that would be appropriate; yes.
13  Q. And the other benefit of states is that they allow mobiles
14      that are in a less active state to save their battery power?
15  A. Yes. Absolutely, yes.
16  Q. A different subject now. Can we talk about standard briefly.
17      What they are required for is that so multiple manufacturers
18      can make UEs and base station equipment that will interoperate
19      with each other?
20  A. Correct, yes, my Lord.
21  Q. The interoperability is the key, because you need to make sure
22      that each UE, regardless of who it is made by, and each base
23      station can understand the signalling that is coming from the
24      other?
25  A. Correct, yes.

[Page 186]

MOSS - HINCHLIFFE

1
2   Q. But of course not all aspects of a cellular system are
3       standardised, and I think there is an example that you and
4       Professor Valenti both gave that is relevant to this case.
5       The precise way in which the scheduler decides how to allocate
6       its resources, that is not something that is part of the
7       standards?
8   A. That is correct. That is open to the manufacturer to
9       determine what algorithm they would like to offer to the
10      customer, yes.
11  Q. And what the standards do or the level that they get to is
12      they define the information that the two ends of the
13      connection exchange with each other in order that the
14      scheduler can make whatever decision it wants to make?
15  A. Absolutely, yes. It is kind of toolkit if you like, yes.
16  Q. You have obviously had experience of the 3G standardisation
17      meetings from your experience in RAN 4 back in 2000/2001 and
18      the way the standardisation process works in 3GPP is it is
19      a consensus process, is it not? People put forward proposals,
20      they are discussed and then eventually by consensus people
21      arrive at an end position for the standard?
22  A. Yes. My Lord, yes.
23  Q. And sometimes that end position that ends up in the standard
24      that ends up being a compromise between competing systems --
25      or competing proposals, sorry?

[Page 187]

MOSS - HINCHLIFFE

1
2   A. I suppose that would be fair to say, yes. I cannot think of
3       any examples of that but that is probably the case.
4   Q. And sometimes it can get quite political, can it not, that
5       people are pushing their position forward and often it is
6       sometimes the people who shout the loudest and most persistent
7       who get their way?
8   A. I am not sure I would agree with that. It is really down to
9       collectively deciding whether a proposal is in the best
10      interests all round. Sometimes an addition to a specification
11      is clearly in the best interests of one party but not
12      necessarily in the interests of another party. I am always
13      reminded of the example of trying to tighten up the
14      performance requirements on the handset. You know, one
15      particular company may wish a tighter requirement on the
16      handset and how it performs, whereas the handset manufacturer
17      of course has to make sure that his handsets all pass the test
18      and he would of course have to think about the fact that he
19      has to make the handset for a price. If the handset is too
20      expensive, then customers will not want to buy it and then the
21      operator will not have any customers. It is a balancing act.
22  Q. Yes, and that is a good illustration of how there is quite
23      a lot of factors that come to bear on the discussion in 3GPP
24      about how to proceed. Often, as you say, it is the handset
25      manufacturer who is saying, well, we could do this but it

[Page 188]

MOSS - HINCHLIFFE

1
2       would be really expensive, so let us go for a simple solution?
3   A. Right, yes. There is always a trade-off to be made, I think,
4       yes.
5   Q. And just following on from that, of course, what that means is
6       that sometimes what is alighted on is a relatively simple
7       solution and sometimes it can be more complex?
8   A. Right, correct. Yes, I agree with that.
9   Q. And sometimes what will happen is that a new standard will
10      re-use techniques from an old standard; yes?
11  A. Yes.
12  Q. But sometimes they will have to develop new methods to deal
13      with the current situation?
14  A. Correct, yes.
15  Q. The last point on standards. Again, it is a process that
16      takes time, does it not? It takes a year or so or maybe even
17      more to go through the process of standardisation for a new
18      system?
19  A. Yes, it does. Yes.
20  Q. What that means is of course you cannot do everything at once?
21  A. Yes, I think you need to get the ground work in place. Then
22      the final signalling I think often comes towards the end of
23      the process. Then there is always things which have been
24      overlooked. For example, in a scenario where X, Y, Z happens,
25      what should the handset do? It is not specified. So

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE          LONDON, WC2A 1HP
TEL: (020) 7067 2900            E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS - DAY 2

---

[Page 189]

MOSS - HINCHLIFFE

1
2      different manufacturers may take different routes.  So that
3      then needs to go into the specification.  And those are kind
4      of corrections and additions, which is why it often takes
5      a very long time to get a standard which is completely
6      watertight so that all the handsets operate in exactly the
7      same way as do the base stations under all conditions.
8   Q. Okay.  Let us have a look at where LTE was at the priority
9      date.  Can we go back to your cross-examination bundle back to
10     tab 6.  If we go in that to I think page 13, I think you
11     explain in your -- go to page 16, I am sorry, I just lost my
12     thread for a second.  Under section 2.4: "LTE work was
13     started as a study in the 3GPP, with the first workshop held
14     in November 2004 in Canada."  But of course people had been
15     talking about the fact that there was going to be a fourth
16     generation system from before that, had they not?
17  A. I imagine they had.  I do not know when the first inception
18     was of there being a technology to supersede wideband CDMA,
19     because of course in 2004 handsets were still very basic and
20     very few users used data.  So I think it was people who were
21     looking a long way ahead at that time who said we are going to
22     have a need for higher speed data.
23  Q. Of course, the way that people were able to participate in
24     that workshop was because they had already been thinking about
25     it and they came along with ideas?

---

[Page 190]

MOSS - HINCHLIFFE

1
2   A. I imagine so, yes.
3   Q. If we look in the second paragraph, it says:  "Following the
4      workshop, 3GPP TSG RAN approved the start of the study for LTE
5      in December 2004."  Then it says:  "The first key issues to be
6      resolved were what the requirements are, as discussed in
7      section 2.3, and these were mainly settled during the first
8      half of 2005, visible in [2]."  Document 2 is one of the 4 TRs
9      that you have referred to.  It is TR 25.913.  So let us have a
10     look at that.  If we go to bundle E2, tab 6, and if we go to
11     page 5 at the top, we see the scope of that and they say:
12     "This document is related to the technical report for the
13     study item 'Evolved UTRA and UTRAN'.  The objective of the
14     study item is to develop a framework for the evolution of the
15     3GPP radio-access technology towards a high-data-rate,
16     low-latency packet-optimised radio access technology."  Then
17     if we go on to page 6, the next page, the introduction, in the
18     third paragraph they say:  "Important parts of such
19     a long-term evolution include reduced latency, higher user
20     data rates, improved system capacity and coverage, and reduced
21     cost for the operator."  So those were the important
22     characteristics that people were looking at for what became
23     the LTE system?
24  A. Yes.
25  Q. If we go on then to section 7.1, "System performance

---

[Page 191]

MOSS - HINCHLIFFE

1
2      requirements", if we look right to the bottom, it says
3      "Downlink".  "Target for user throughput per MHz at the 5%
4      point ... 2 to 3 times Release 6 HSDPA."
5   A. So they were trying to increase capacity 2 to 3 times over
6      Release 6 HSDPA.  User throughput, so speed on the downlink
7      per MHz of available radio spectrum, yes, 2 to 3 times 6
8      HSDPA.
9   Q. Then if we go to section 11, which is where they are talking
10     about complexity, which is how complicated obviously the
11     system is, we see at 11.1, the first sentence: "E -- UTRA AND
12     E-UTRAN shall satisfy the required performance."  So what that
13     means is obviously you cannot reduce the complexity such that
14     you do not meet the performance requirements?
15  A. I agree, yes.
16  Q. But then obviously once you meet the performance requirements,
17     there is a general desire for the system not to be too
18     complex?
19  A. I agree, yes.
20  Q. And you see the ways in which on the next page, page 13, the
21     document considers that complexity can be reduced, and that is
22     (a) minimise the number of options?
23  A. Yes.  I am sorry, where are you reading?
24  Q. This is page 13 at the top.
25  A. I see, yes.

---

[Page 192]

MOSS - HINCHLIFFE

1
2   Q. "Minimise the number of options."  One does not want to have
3      multiple ways in which a mobile has to do the same thing?
4   A. Yes, I do not know quite what it is referring to there, but it
5      could mean that.
6   Q. "(b) No redundant mandatory features."  So do not make
7      mandatory or anything you do not need to do?
8   A. Yes.
9   Q. And the third one is reduce the number of test cases?
10  A. Yes.  That was a big problem in 3G, yes.
11  Q. Okay.  So that is complexity.  Then if we go to section 13,
12     right at the end on page 14, this is the work plan, and if you
13     drop down to just around where the bottom hole punch is, you
14     see "TSG RAN #31 (March 06)" and the second bullet, "Working
15     assumptions on complete concept" and then below that "Channel
16     structure, MIMO scheme to be used for evaluation, Signalling
17     procedures".  That ties in with a comment you made a moment
18     ago, that these things are done sequentially and they look
19     like they were thinking about a working assumption on signal
20     procedures and channel structure by March 2006?
21  A. Yes.
22  Q. Okay.  Let us go to another of the documents.  Just keep that
23     bundle to hand because we will need to go back to it in
24     a minute, but if we go to the other E bundle, E2 volume 2, and
25     go in that to tab 15 ----

---

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE     LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com           FAX: (020) 7831 6864

[Page 193]

MOSS - HINCHLIFFE

1
2  A. Sorry, could you repeat, E2?
3  Q. E2, tab 15, E2.2, tab 15.
4  A. Yes.
5  Q. That should be 25.813.
6  A. Yes.
7  Q. As we see from the title of it, this is about the radio
8     interface protocol aspects.
9  A. Yes.
10 Q. If we go to page 7 and section 4.1:  "A key requirement of
11    E-UTRAN is to maintain the complexity at a reasonable level.
12    In this respect the following assumptions apply", and first
13    one, "The number of transport channels will be reduced, by
14    making use of shared channels."  So that would have been one
15    thing that would have been well known at the priority date,
16    that LTE was going to use shared uplink and downlink channels.
17 A. Yes.  That was now at the priority date, yes, that is right.
18    I notice the date here is sometime in January 2006, but
19    I guess it probably did not change much.
20 Q. No.
21 A. Yes, right.
22 Q. If we go on to section 5, you see "Protocol architecture" and
23    if you turn on to page 9, there is a diagram and underneath
24    that it says:  "The functions agreed to be hosted by the
25    eNodeB are" and then the last of those is "Dynamic allocation

[Page 194]

MOSS - HINCHLIFFE

1
2     of resources to UEs in both the uplink and downlink."
3  A. Yes.
4  Q. So again another thing that would have been well known was
5     that the eNodeB was going to dynamically allocate resources in
6     both the uplink and the downlink?
7  A. Yes.  I mean, I think the description of the scheduling is
8     sort of notably absent in these reports at the time, which is
9     a bit frustrating not to be able to know what was being
10    considered, because, of course, dynamic allocation of
11    resources will also apply to HSDPA and HSUPA.  HSUPA, in
12    particular, was a kind of an ongoing allocation where the
13    allocation was either increased or reduced, rather than a kind
14    of a stop/start, which was rather like HSDPA where you could
15    (unclear) for very short time instances.  So it is difficult
16    to know quite what the thinking was at the priority date as to
17    what this sort of scheduling concept would be like.  There are
18    no fast allocation channels described in the technical
19    reports.  So it is hard to see, really, what was known at the
20    priority date and what had been decided at the priority date.
21 Q. Yes, okay.  Let us put that one to one side and go back to
22    under E2.1, and to go to tab 10.
23 A. 25.814?
24 Q. 25.814.  This is another of the four technical reports.
25 A. Yes.

[Page 195]

MOSS - HINCHLIFFE

1
2  Q. This one is "Physical Layer Aspects for Evolved UTRA", so
3     again we are talking physical layer here?
4  A. Yes.
5  Q. Let us go to page 8.  It is under "Scope" at the top:  "This
6     document is related to the technical report for physical layer
7     aspect of the study item 'Evolved UTRA ...'  The purpose of
8     this TR is to help TSG RAN WG1 to define and describe the
9     potential physical layer evolution under consideration and
10    compare the benefits of each evolution techniques, along with
11    the complexity evaluation ..."
12       If we just drop down a bit, you see there is a list of
13    six basic concepts that are evaluated in this TR.  Can you see
14    that?
15 A. Yes.
16 Q. They were the basic options for the air interface for LTE?
17 A. Yes.
18 Q. And then just dropping down to about the middle of the page,
19    we see a note that says:  "The following has been considered
20    by TSG-RAN #30", and what had happened is they considered
21    those various options and they had decided to go with OFDMA in
22    the downlink and SC-FDMA in the uplink?
23 A. Yes, that is what they referred to as the working assumption
24    going forward, yes.
25 Q. But you see in the paragraph immediately after the four

[Page 196]

MOSS - HINCHLIFFE

1
2     bullets, it says:  "Both approaches to the 3GPP radio-access
3     evolution have their advantages and disadvantages, very much
4     depending on the exact requirements."  They have been
5     comparing there OFDMA as compared with CDMA.  That is an
6     illustration, is it not, of what happens in the
7     standardisation process: you can have two options that have
8     been considered, both can have their pros and cons, but
9     ultimately you can only choose one of them?
10 A. Yes, I agree with that, certainly, and it has to fulfil the
11    requirements, that is the important thing, because the
12    operator is the customer.
13 Q. Let us go on to page 41 in this document, 41 at the top.  This
14    is where the document talks about the uplink concept.  Because
15    of the nature of this document as being a living document that
16    has evolved somewhat, it obviously deals with the four options
17    for the uplink, but we know from the beginning of the document
18    that at the date of this document the working assumption was
19    the SC-FDMA, which is the first one.
20 A. Yes.
21 Q. And if we go over to page 43, we see the heading "Modulation
22    scheme" and then we have a title "9.1.1.2 Multiplexing
23    including reference signal structure".
24 A. Yes.
25 Q. Do you see that?

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE         LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com         FAX: (020) 7831 6864

[Page 197]

MOSS - HINCHLIFFE

1
2    A.  Yes.
3    Q.  And we see then just above the bottom hole punch, it has:
4        "Orthogonality between uplink reference signals can be
5        achieved using the following methods", and then the first one
6        is transmitting the reference signal across distinct
7        subcarriers; the second one is constructing reference signals
8        that are orthogonal in the code domain; the third one is
9        orthogonality in the time domain and the fourth one is
10       a combination of the methods.  So at least for the pilot
11       signals they were considering, or the working assumption was
12       that you would use any or a combination of those three
13       well-known multiplexing methods?
14   A.  Yes, and by reference signal this is the ability for the
15       handset to send a signal on the uplink which traverses quite
16       a lot of the band for the purpose of the Node B to be able to
17       assess which part of the band the UE would be best to use and
18       move it into that part of the band.  Because in LTE the
19       bandwidths were much wider so it supported up to 20 MHz now
20       and so the UE could be allocated to use just a part of that
21       band.  In order to know which part of the band the UE should
22       be allocated to, it needed a way for the UE to send a signal
23       across the whole band and then the Node B to say, "Okay, now
24       you use that part of it because I can receive that strongly
25       and there is low interference", for example.

[Page 198]

MOSS - HINCHLIFFE

1
2    Q.  Sure, but in terms of the way that the UEs were going to be
3        multiplexed in terms of those reference signals, there is
4        nothing surprising that they were considering a combination of
5        frequency division, time division and code division
6        multiplexing, is there?
7    A.  I think it is quite interesting the use of code division
8        because this is an example of applying code division on to
9        a single carrier FDMA system, so I would say that there is
10       a degree of something new there.  You know, I have not seen
11       this before, it is not wideband CDMA, of course, it is single
12       carrier FDMA.  But certainly distributing narrow band carriers
13       over a wide band, again, I cannot think of an example when
14       that had been done.  I suppose it is very logical that if you
15       want to measure the uplink of a channel you either send it one
16       channel at a time hopping across the band or you send it on
17       all channels at the same time pressing all the notes of the
18       piano at the same time if you like, so -- I mean, I think
19       there is some quite new stuff here really compared with what
20       had been before.
21   Q.  But code division multiplexing does not fall within the
22       category of new stuff?
23   A.  No, but its application to single carrier FDMA, which is
24       generated in this FFT kind of approach I think is something
25       that is a bit new really.

[Page 199]

MOSS - HINCHLIFFE

1
2    Q.  But it was the working assumption as at the priority date?
3    A.  Yes, clearly it is in the report here, yes.
4    Q.  And if we go over the page to page 44, we are looking at
5        multiplexing of layer 1, layer 2 control signalling.  Just to
6        be clear, although they refer to layer 2 control signalling
7        there, they are still talking about signalling being sent at
8        the physical layer here?
9    A.  I am not sure.  Is there a piece of text you would like me to
10       look at?
11   Q.  If you go back to the front of the document this is "Physical
12       Layer Aspects for Evolved UTRA".  This is a physical layer
13       document.
14   A.  Certainly the physical layer structure was designed to allow
15       a transport channel to -- for the data to be sent in some way,
16       either as a transport channel or as physical layer bits.
17   Q.  Yes, but this section, we will come on to it in a bit more
18       detail, these are control information, control bits being sent
19       to the physical layer?
20   A.  Here we are talking about reference signals.  Are we looking
21       at page 44?
22   Q.  Yes, so we see down at the bottom, two types of L1 and L2
23       control signalling information: data-associated, that is
24       transport format and hybrid ARQ, and then data-non-associated,
25       CQI, ACK/NACK and scheduling requests for uplink

[Page 200]

MOSS - HINCHLIFFE

1
2        transmissions?
3    A.  Yes, absolutely.  I was looking at the colourful picture.
4    Q.  My fault.  The signalling we are talking about down the bottom
5        here this is physical layer signalling?
6    A.  That is right -- it is layer 1 and layer 2.  So it is working
7        out the options on how to send both types of signalling over
8        the air interface.
9    Q.  Yes, but, when it says L2 signalling, it means signalling for
10       the MAC layer but that layer 2 signalling is being sent at the
11       physical layer?
12   A.  Well, yes, all the information ultimately has to be sent over
13       the physical layer.  It is really the way it is formatted that
14       is the deciding factor as to whether it is a transport channel
15       or, you know, physical bits.
16   Q.  And this section is talking about physical bits, it is not
17       talking about a transport channel.
18   A.  So it is talking about ...  (Pause for reading) -- I am not
19       sure ----
20   Q.  Let us go through it and then we will pick that up at the end.
21   A.  Okay.
22   Q.  So if we look right at the bottom of page 44: "... three
23       multiplexing combinations for the uplink pilot, data and
24       [layer 1/layer 2] control signalling within a sub-frame are
25       considered for a signal UE."  So this is layer 1 layer 2

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE          LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 201]

MOSS - HINCHLIFFE

1
2    signalling that is all within a sub-frame with the physical
3    layer?
4    A. Yes, so it is a physical layer of signal that comprises pilot
5       bits, data payload bits and L1/L2 control signalling. I do
6       not think it is specific about how the L1/L2 control
7       signalling is actually formatted on to the physical channel,
8       but ----
9    Q. Okay, let us go over to page 45 and for a single UE they are
10      considering multiplexing of pilot, data, and the
11      data-associated L1/L2 control signalling; pilot, data, and
12      then the associated and non-associated signalling; and pilot
13      and non-associated signalling. So they are considering all
14      the various options of how they are going to be multiplexed
15      for a single UE?
16   A. Yes. They are considering all the possible things they may
17      need to provide options for, yes.
18   Q. And then if we look at the paragraph that starts "Figure",
19      I will not read it out, "Figure 9.something" ----
20   A. Yes.
21   Q. ---- the multiplexing scheme for L1/L2 control signaling,
22      data, and pilot and both data-associated and
23      data-non-associated control signaling are time-multiplexed
24      with data and pilot within the sub-frame." And we see that
25      below?

[Page 202]

MOSS - HINCHLIFFE

1
2    A. Yes.
3    Q. And then it says: "Furthermore, the data-associated and
4       data-non-associated control signalings from multiple UEs are
5       multiplexed in the frequency or/and code domains associated
6       with multiple pilot channels." Then they refer to a figure of
7       the page we will look at in a moment. "... the
8       data-associated control signaling is time-multiplexed with
9       data similar to the case in ...(a). The data-non-associated
10      control signaling can also be time-multiplexed with data if UE
11      has UL data transmission. Meanwhile, the data-non-associated
12      control signaling for UEs that transmits only the L1/L2
13      control, is multiplexed exclusively in a semi-statically
14      assigned time-frequency region."
15          So if we turn over the page, we can see what they were
16      talking about. And if you look at the scheme (a) you can see
17      in the dark green resource block -- can you see that?
18   A. Yes.
19   Q. -- that is control signalling for multiple UEs being
20      multiplexed there.
21   A. Yes.
22   Q. And so that is using certainly time and frequency multiplexing
23      for the control information there.
24   A. Yes.
25   Q. And also if you just go back to page 45, you see mid-way

[Page 203]

MOSS - HINCHLIFFE

1
2    through the paragraph, it says: "The data-non-associated
3    control signaling of different UEs is multiplexed using the
4    frequency/time/code domain or a hybrid of them within the
5    assigned time-frequency ..." So they were also considering
6    code multiplexing within the resource blocks, were they not?
7    A. Yes.
8    Q. And if we just go back to page 44, and just going back to the
9       point about the signalling. Of course, what we saw in the
10      second bullet was the data-non-associated signalling, so it is
11      right at the bottom, CQI, ACK/NACK and scheduling requests.
12      At this stage the assumption was that the scheduling requests
13      were going to be sent and interpreted at the physical layer?
14   A. Normally scheduling requests would not be interpreted at the
15      physical layer, they would be interpreted at layer 2, which
16      handles the scheduling. And of course CQI as well is
17      information for the layer 2 to help assist with the
18      scheduling. ACK/NACK of course is layer 1 because that is
19      about rapid acknowledgments of data that has been sent. So it
20      is a combination of layer 2 and layer 1 information that
21      is ----
22   Q. Yes, but it is all being sent at the physical layer because
23      CQI, even in HSPDA, was sent on a physical channel, was it
24      not?
25   A. Yes, I mean everything has to be sent on a physical channel,

[Page 204]

MOSS - HINCHLIFFE

1
2    yes.
3    Q. But it was also interpreted at the physical level, it was not
4       a transport channel on top of that channel?
5    A. Are you thinking HSPDA?
6    Q. Yes.
7    A. That is right. That was an example where physical layer bits
8       were used at layer 2 level rather than layer 1, that is right.
9    Q. But the CQI information in HSPDA, that was interpreted at the
10      physical layer?
11   A. Well, it was received at the physical layer and passed on to
12      the scheduling layer, which I believe would be considered
13      layer 2.
14   Q. Yes, but there was no transport channel on top of the physical
15      channel, it was a simple physical layer ----
16   A. It was a fixed number of bits, that is right.
17   Q. So the assumption for LTE, going back to page 44, was that the
18      scheduling requests, the CQI and the ACK/NACK for LTE were
19      going to be sent in a similar way with a fixed number of bits
20      at the physical layer?
21   A. Well, I did not read it that way. I do not think that is what
22      it necessarily says. That is one possibility.
23   Q. Yes. It is certainly one possibility. One way you could do
24      it would be to send the scheduling requests at the physical
25      layer?

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com      FAX: (020) 7831 6864

[Page 205]

MOSS - HINCHLIFFE

1
2  A. Correct, or at the layer 2 on a transport channel, yes.
3  Q. And those are both options that the skilled person would
4     perceive were available to them?
5  A. I think that the skilled person being uninventive would have
6     looked back at previous systems and tried to re-use what was a
7     sort of tried and tested approach one might say.
8  Q. What is inventive about sending a signalling information at
9     the physical layer, Dr. Moss?
10 A. If you send messages in general, then you have flexibility
11    because you use a MAC header to identify what the message
12    contains and so in doing so you can send different types of
13    control information: for example, neighbour list information,
14    hand-over information, where the MAC header describes here is
15    what the data payload represents and that was kind of how
16    things were with HSUPA where you had scheduling requests were
17    sent in the form of the SI message on the transport channel up
18    to the Node B.
19 Q. Yes, we will come on to talk about that, but, of course, there
20    was also physical layer information in HSUPA relating to
21    scheduling in the form of the happy bit?
22 A. Well, that is right, and I think one of the complications with
23    the term "scheduling request" is that in HSUPA it has two
24    different meanings. One is the meaning where the happy bit
25    can be used to say "I would like a larger allocation" versus

[Page 206]

MOSS - HINCHLIFFE

1
2  the situation where the grant has been reduced to zero but now
3  there is data to send, so you are requesting from zero to have
4  something. They are quite different cases, but they are both
5  referred to as scheduling requests, which is a bit complicated
6  really.
7  Q. Do not worry, we will come on and talk about that. One of the
8     benefits of sending control information at the physical layer
9     is that it is faster, is it not?
10 A. It is faster?
11 Q. Take an example. One of the benefits of HARQ, which is
12    a physical layer process, as compared with ARQ, which is a MAC
13    layer process, is that it allows the faster retransmission of
14    packets, does it not?
15 A. The reception process at layer 1 what takes the time is the
16    decoding, so it is really how the data was encoded that
17    determines how quickly it can be decoded. For example, in
18    HSUPA, the data was sent in 2 millisecond packets which means
19    the base station had to wait 2 milliseconds for the data to be
20    received and then a very short time to decode it, so it was
21    relatively quick to send control information in HSUPA compared
22    with previously in 3G where it was at least 10 milliseconds
23    and often 20 millisecond packets that had to be sent and then
24    you had to wait for the whole packet to be received, then you
25    had to decode the whole 20 milliseconds en masse. So the move

[Page 207]

MOSS - HINCHLIFFE

1
2  to HSPDA and HSUPA made the interval much shorter which meant that
3  the unpacking could be a lot quicker. Here we are talking
4  about 1 millisecond slots so really whether the data is sent
5  on the transport layer or whether it is sent in the physical
6  layer, I am not sure there is a huge difference because they
7  are just 1 millisecond allocations.
8  Q. At the transport channel what one has do is take all the bits
9     from the physical layer and assemble those into the PDU at the
10    MAC layer and that takes longer than simply doing it at the
11    physical layer, does it not?
12 A. I would say negligible.
13 Q. Let us go on to page 48 of this document and we see a heading
14    "9.1.2.2 Scheduling".
15 A. Yes.
16 Q. It says: "The uplink should allow for both scheduled ...
17    access and contention-based access. In case of scheduled
18    access the UE is dynamically allocated a certain frequency
19    resource for a certain time ... for uplink data transmission."
20       So the skilled person would understand that what was
21    proposed to happen is, having made a request, the UE would be
22    allocated a frequency resource for a limited period of time on
23    which it could transmit on the uplink shared channel?
24 A. Yes, it has the words "certain time", but, yes, certainly the
25    channel would be made available for some period of time. It

[Page 208]

MOSS - HINCHLIFFE

1
2  could be 1 millisecond, it could be multiple 1 millisecond
3  slots.
4  Q. Yes ----
5  A. I think, of course, one has to remember that people were still
6     needing to make voice calls, the world in 2005 was still very
7     much voice call-based, and so in LTE they needed a way of
8     handling both what would be known as circuit-switched calls,
9     circuit and video calls, as well as the more bursty traffic,
10    for example, web browsing. I think that the scheduling for
11    those two different types of services may have been quite
12    different.
13 Q. But just focusing on the way the allocation would work is that
14    the mobile would be allocated a resource for a limited period
15    of time and if it needed more it would have to ask again for
16    further resources?
17 A. I am not sure I would read that in there. Once the uplink is
18    in place, then, as we know, there is then a two-way flow of
19    control information and the UE can keep the network updated:
20    is the allocation large enough, is the call still going, and
21    so there is not necessarily then the need to send a further
22    scheduling request to say, "Can I have some more, please",
23    because the call is ongoing, so it really depends on the
24    strategy that was decided to be taken. Web browsing is of
25    course what we think of today for data applications, although

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE      LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 209]

MOSS - HINCHLIFFE

1
2    I think at 2005 you did not have web browsers on phones in
3    2005 really.  They were really very basic.  But web browsing
4    is a difficult case because when you click on a link for a web
5    page, of course it has to send the request for the web page to
6    the server.  Then the server responds back and starts sending
7    IP packets.  That includes the HTML, the text part, which has
8    embedded in it links or images and other text and then the
9    handset has to go and request those individually.  Of course
10   each file that comes down it has to acknowledge the IP traffic
11   as well, so you have the situation where having requested the
12   web page, it is actually quite efficient to have almost
13   a circuit-switched connection in place for this two-way flow
14   of requests and downloads and acknowledgments coming back.
15   But, when the web page is fully loaded, you then need the
16   handset to go into a low power state quickly while the user
17   reads the web page, in the knowledge that perhaps within a few
18   seconds he may click on another link and then the whole
19   process needs to start again.
20        One of the interesting areas for the mobile operator is
21   always, what are the timers that they should use?  I think
22   typically timers might be on the order of a couple of seconds,
23   so, for example, if the web page has finished loading, I then
24   wait a couple of seconds and then I put the handset into idle
25   model because idle model is where you get the power saving and

[Page 210]

MOSS - HINCHLIFFE

1
2    you also remove the resources from the network, you are not
3    tying up network resources when the handset is in idle model.
4    But then of course if the user clicks a link again it takes
5    a little time to move from the idle mode to the active mode.
6    In these technical reports there is a requirement for 100
7    milliseconds is the expected delay in moving from idle to
8    active, and this is relatively short compared with 3G which
9    was on the order of one and a half seconds.  That was very
10   noticeable and had a very big impact on usability.  So ----
11   Q.  I do not want to interrupt but that was a long answer to
12       a question.  Let us focus back on 9.1.2.2.  The second
13       paragraph: "... the UE is dynamically allocated a certain
14       frequency resource for a certain time (i.e. a time/frequency
15       resource) for uplink data transmission."  So the working
16       assumption is that it would be allocated it for a period of
17       time and after that period of time the allocation would
18       expire?
19   A.  Well, I do not know that is the case.  I mean, the allocation
20       could continued or there is -- once there is signalling in
21       place, by way of the allocation, then the allocation can
22       perhaps be continued beyond the initial allocation.  I think
23       that is the ----
24   Q.  The way the allocation would be continued would be by
25       signalling between the UE and the base station telling the

[Page 211]

MOSS - HINCHLIFFE

1
2    base station that it still needed more resources?
3    A.  Yes, I mean typically the UE sends buffer status reports as
4        they are called, which are sent up to layer 3 in wideband CDMA
5        and that is how the network knows whether the pipe that is
6        available is still in use, whether it should be expanded or
7        could be reduced and so the Node B would know if the
8        allocation should be continued and it could signal to the UE
9        during that time what the updated allocation would be.
10   Q.  Yes and what it would be allocating, as we have seen, would be
11       resource blocks, time frequency blocks?
12   A.  Yes, I imagine that the people developing the standard had in
13       mind the kind of matrix of resource blocks versus time and
14       they were thinking about how you can colour in these blocks
15       for different users and sharing them, rather like Tetris,
16       making sure you use all of the available frequency time
17       resources and having to consider the fact that many services
18       would require larger allocations or continuous allocations and
19       other services need shorter allocations; for example,
20       keep alive messages for applications like Messenger or Skype,
21       although Skype did not really exist on handsets in 2005 to any
22       great extent.  So depending on the allocation, I think the
23       scheduling would be different.
24   Q.  But of course that was not going to be part of the standard,
25       that would be for the base station manufacturers to decide how

[Page 212]

MOSS - HINCHLIFFE

1
2    they were going do it?
3    A.  Well, the scheduling signalling would need to be standardised
4        so that the nodes of the UE could be told you now have this
5        allocation available to you.  Similarly, on the downlink there
6        needed to be a way of the Node-B saying we have now allocated
7        this data block to you, please decode it.  I think that is
8        really notable in its absence in this report.  Ultimately, LTE
9        would have an allocation signal every 1 millisecond, so it was
10       really carved up into very fine granularity.  When we look at
11       this report, it does not really say that is official, that is
12       what you are going to do.
13   Q.  Okay.  As we have discussed, at the priority date the process
14       of standardising LTE had only just begun.  You can put bundle
15       E2 to one side for the moment and have a look at bundle D1,
16       tab 2.  That is Professor Valenti's second report.  Perhaps
17       you can read it to yourself.
18   A.  Which page?
19   Q.  Sorry, paragraph 16 on page 4.  (Pause for reading)
20   A.  Yes, I mean ----
21   Q.  I have not asked the question yet, Dr. Moss.  I am sure you
22       would agree with the point that Professor Valenti made in the
23       last couple of sentences, that as at January 2006 it was not
24       possible to build a fully functioning LTE eNodeB, was it?
25   A.  As at January 2006, no, that is right, but it would not

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE        LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 213]

MOSS - HINCHLIFFE

1
2    preclude people from building what they might call
3    demonstrator, a demonstrator eNodeB, which could, for example,
4    demonstrate the OFDMA interface and the capability of the
5    speeds that were possible.
6    Q. But as you were at pains to say in your second report, from
7       this period until the final standardisation, many things were
8       changed, and you gave the example of the PDCP function moving
9       into the eNodeB. So those kind of things would have changed
10      over the period from the priority date to the final first
11      standards, would they not?
12   A. Certainly when you provide any demonstrator you have to say
13      what is it based on.
14   Q. Similar, it would not be possible to build a UE that was
15      compatible with a fully functioning LTE eNodeB as at January
16      2006 either, would it?
17   A. No, all that could be done would be to fill in the gaps in the
18      technical reports and create something that gave some kind of
19      experience to the user of what it would be like when the
20      standard was complete.
21   Q. Yes. Okay, let us put that one to one side. We are going to
22      go back and talk about scheduling now in a little bit more
23      detail, and particularly HSUPA. There is another point of
24      nomenclature I think slightly between you and
25      Professor Valenti about the term "scheduling request" and

[Page 214]

MOSS - HINCHLIFFE

1
2    "scheduling grant". You said that you thought they were HSUPA
3    specific terms, but of course, as you will recall, we saw from
4    the document a moment ago that the term "scheduling request"
5    was being used in LTE at the priority date.
6    A. That is right and I assume they brought the term forward from
7       HSUPA.
8    Q. Yes. But you agree the skilled person would be familiar with
9       the fact that in the proposals for LTE that it would require
10      the UE to ask the base station for resources when it needed
11      it?
12   A. Well, there would certainly need to be a way for the UE to
13      make initial contact with the network. So, as a minimum,
14      there would need to be a RACH, a random access channel,
15      available.
16   Q. Because we saw the working assumption was that there was going
17      to be a shared uplink channel, the skilled person would
18      understand that there would need to be a mechanism in place
19      for the UE to ask for an allocation of that shared channel?
20   A. That is right, and that could be with a RACH channel.
21   Q. And there needed to be a mechanism at the base station
22      allocating resources and informing the UE of its allocation?
23   A. There would need to be a method for that, yes.
24   Q. Both you and Professor Valenti have referred to scheduling in
25      HSUPA and I just want to make sure, go through it. So could

[Page 215]

MOSS - HINCHLIFFE

1
2    we start with bundle D2, tab 10. This is the Holma and
3    Toskala book on HSDPA/HSUPA for UMTS. This was published
4    shortly after the priority date in May 2006, but I think you
5    agree that this distills what would have been known from the
6    standards at the time?
7    A. Yes.
8    Q. I am sorry, that would have been known from the standards as
9       at January 2006.
10   A. Yes.
11   Q. So can we go to original page 61, which is the first page,
12      chapter 5. It starts off in section 5.1 comparing HSUPA to
13      Release 99, and it makes the point in the second paragraph:
14      "HSUPA is not a standalone feature, but uses most of the basic
15      features of the WCDMA Release 99 in order to work."
16      Obviously, the skilled person would have been very familiar
17      with that, would they not?
18   A. Yes.
19   Q. If we go over the page, page 62, right at the bottom under
20      5.2.1: "The HSUPA feature of the 3GPP WCDMA system is in fact
21      a new uplink transport channel - the E-DCH - that brought some
22      of the same features to the uplink as the HSDPA with its new
23      transport channel ... provided for the downlink." Then just
24      drop down a sentence, it says: "Though - unlike HSDPA - HSUPA
25      is not a shared channel, but a dedicated one, by structure the

[Page 216]

MOSS - HINCHLIFFE

1
2    E-DCH is more like the DCH of Release 99." Just unpacking
3    that a little, in HSDPA, as we have discussed, there was
4    a high-speed downlink channel that was rapidly allocated
5    between mobiles; yes?
6    A. Yes.
7    Q. But in HSUPA each mobile had its own dedicated uplink channel
8       by reason of having a code allocated to it for that uplink
9       channel?
10   A. Yes.
11   Q. If we then go over the page to page 63, we see the new
12      channels shown diagrammatically at the bottom. In the uplink
13      we have the E-DPDCH. That is the data transport channel, yes,
14      and the associated DPCCH control channel?
15   A. Yes. The data channel of course carries control information
16      as well, layer 3 control information, and the control channel
17      sends small amounts of control bits.
18   Q. Then in the downlink we have the E-HICH, which was the HARQ
19      responses?
20   A. Yes.
21   Q. Then there was the absolute grant and relative grant channels
22      for those parameters, and we will come on and discuss those in
23      a moment.
24   A. Okay, yes.
25   Q. Then if we go over to page 64, right at the bottom: "As

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE           LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com         FAX: (020) 7831 6864

[Page 217]

MOSS - HINCHLIFFE

1
2    stated above, when considering HSUPA scheduling one should
3    forget about HSDPA scheduling and, instead, think of very fast
4    DCH scheduling. The shared resource of the uplink is the
5    uplink noise rise, or the total received power seen in the
6    Node B receiver." So the point they are making there is that
7    HSDPA and HSUPA were very different systems?
8    A. That is right, yes.
9    Q. And therefore they could not adopt the same solution for them?
10   A. No, there would need to be differences, for sure.
11   Q. And of course when one considers LTE as at the priority date,
12       and of course we will be seeing the FDMA uplink structure,
13       there would be a difference between that and HSUPA because we
14       had a shared uplink channel rather than dedicated uplink
15       channels?
16   A. Well, certainly if one were to try to put HSUPA on to single
17       carrier FDMA it would be possible. Then HSUPA signalling
18       could still be applied, but they may not be the most efficient
19       approach to take.
20   Q. That was not the working assumption as at January 2006, was
21       it?
22   A. The document that you show does not really give much of a clue
23       as to how the scheduler is going to work.
24   Q. No, but then it was never going to be, as we have
25       discussed, how the scheduler works is not part of the

[Page 218]

MOSS - HINCHLIFFE

1
2    standards?
3    A. Well, no, but I think the overall scheduling concept needs to
4        be somehow defined in terms of how often is scheduling
5        information going to be sent, for example, so that different
6        algorithms can then be applied to use those channels.
7    Q. Yes. But as we saw, what was going to be allocated were time
8        frequency resources?
9    A. Some kind of time frequency resources, which is what we have
10       in HSUPA. In HSUPA it is code based, it is the number of
11       codes and it is power based. In single carrier FDMA it was
12       going to be bandwidth based, time based, probably power based
13       as well because the more power you send the more bits you can
14       send at the same time. Yes, there were differences but also
15       a lot of similarities, I would say.
16   Q. Just going back to page 64 of Holma, what they are very clear
17       about is that the shared resource is the uplink noise rise,
18       albeit, as you say, that each mobile had their own dedicated
19       channel via a code.
20   A. That is right. So the limit on LTE would be how many
21       subcarriers you had available to you, how many resource
22       blocks.
23   Q. How many resource blocks. That is the limit in LTE. The
24       limit in HSUPA is uplink noise?
25   A. Yes, that is correct.

[Page 219]

MOSS - HINCHLIFFE

1
2    THE JUDGE: Is that a good moment for the short break, Mr.
3        Hinchliffe?
4    MR. HINCHLIFFE: Yes, my Lord, sorry.
5    THE JUDGE: Okay. Back at 11.50.
6        (A short adjournment)
7    MR. HINCHLIFFE: Dr. Moss, we had the Holma book open, which is
8        D2, tab 10. Could you go to page 70 of the book? Obviously
9        we discussed before the short break that one of the new
10       channels was the E-DPDCH, which is the data channel, and then
11       at the bottom it refers to the associated control channel,
12       which was a new uplink physical channel used for transmitting
13       out-of-band information about E-DPDCH transmission from the
14       mobile to the base station. Just pausing there, that phrase
15       "out-of-band", what that means is that that is signalling that
16       is not sent along with the data on the E-DPDCH data channel,
17       is it not?
18   A. Correct, yes.
19   Q. That is referred to as in-band signalling?
20   A. Yes.
21   Q. Then it says the E-DPCCH is a new channel that exists parallel
22       to the dedicated channels, and always accompanies the E-DPDCH
23       transmission. So it sends when the E-DPCCH is sent but not
24       otherwise?
25   A. That is correct, yes.

[Page 220]

MOSS - HINCHLIFFE

1
2    Q. If we go over the page to page 71 - no, same page, we see just
3        by the bottom hole punch, the 10 information bits on the
4        control channel consists of three segments. We have 7 bits of
5        transport format indicator, which indicates the format the
6        data is being sent. Over the page, the retransmission of
7        sequence number, which is 2 bits, and that relates to the HARQ
8        process. Then, the final bit is the happy bit, which is
9        a single bit only, and it indicates whether the UEs is content
10       with the current data rate or whether it could use a higher
11       power allocation. We will see in a moment the circumstances
12       where the UE says it is either happy or unhappy. Obviously
13       this channel, this E-DPCCH channel is a physical control
14       channel and the information on it is interpreted at the
15       physical layer?
16   A. Sorry, could you repeat the question?
17   Q. The channel, the E-DPCCH is a physical control channel and the
18       information on it is interpreted at the physical layer?
19   A. Well, information is decoded at the physical layer. The happy
20       bit of course is used by the scheduler.
21   Q. Yes, but it is then passed on to the scheduler.
22   A. Yes.
23   Q. But it is decoded at the physical layer?
24   A. Correct, yes.
25   Q. If we then go on to page 80, we see there is a section that

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900         E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 221]

MOSS - HINCHLIFFE

1
2    starts on the MAC layer?
3    A. Yes.
4    Q. Do you see that?  We see it says:  "The HSUPA MAC layer has
5       more functionality in the specifications than HSDPA.  This is
6       due to the fact that scheduling control is carried out by the
7       base station, but the scheduling itself actually controls the
8       uplink data transmission of the E-DCH."  The detailed
9       algorithm is not specified but the MAC layer operation for
10      controlling the terminal as well as additional feedback on top
11      of the physical layer feedback (the happy bit) has been
12      defined for the UE.  Then if we look down the bottom of that
13      page we see the information that was in the scheduling
14      information PDU, and five bits was the total buffer status;
15      yes?
16   A. Yes.
17   Q. Then there were four bits for the highest priority logical
18      channel.  What was in the buffer for that; yes?
19   A. Yes.
20   Q. Then there were four bits for the highest priority logical
21      buffer status and then five bits for the power ratio, so how
22      much more overhead the headroom the UE had to transmit?
23   A. Yes, my Lord.  Yes.
24   Q. And that was 18 bits in total?
25   A. Correct.

[Page 222]

MOSS - HINCHLIFFE

1
2    Q. Just a minor point, at one stage you suggested that it was
3       only 14 bits.  Was that a mistake?
4    A. It was my misreading, I think, perhaps of the specification.
5       I felt there were different options for how many bits could be
6       sent and I thought I read somewhere that it was 14, but
7       clearly here up to 18 can be sent.
8    Q. Okay.  When did you realise you had made a mistake on that?
9    A. When I read Professor Valenti's report, I think.
10   Q. But you did not correct that, I do not think?  I am sorry, let
11      me ask the question and if I am wrong, I am perfectly prepared
12      to be wrong.  Did you correct that in one of your later
13      reports?
14   A. I believe I did.
15   Q. Fair enough.  Just picking up on another point you mentioned
16      a moment ago, you said it can be up to 18 bits that are sent.
17      I think it is 18 bits that are sent, is it not?  That is the
18      correct position, is it not?
19   A. I must admit I did not go back through the specifications to
20      read it again.  I thought there were some different
21      alternatives, but certainly 18 was one alternative for the
22      number of bits that are sent.
23   Q. Let us have a look at the standard, 25.309.  Just keep bundle
24      D2 to hand for the moment because we will need it.  We will
25      need bundle E1 now and go to tab 1, page 21 of the standard,

[Page 223]

MOSS - HINCHLIFFE

1
2    which is section 1.  Okay?
3    A. Yes.
4    Q. Let us see if we can do this relatively briefly rather than
5       dragging our way through the whole section.  The way that
6       scheduling works in HSUPA was by base stations issuing
7       something called scheduling grants; yes?
8    A. Absolute grants and relative grants.
9    Q. Yes, I was going to come to those.  The absolute grant sets
10      a threshold above which the UE cannot go?
11   A. Correct.
12   Q. And the relative grant allows the base stations to move the
13      actual level at which the UE can transmit up or down?
14   A. Correct.
15   Q. And what the UE does, based upon the signalling it has
16      received from the base stations in terms of absolute grants
17      and relative grants, is it creates for itself something called
18      a serving grant and what that does is basically it is the UE
19      keeping track of the up a bit, down a bit signalling that it
20      gets in terms of relative grants to know at any one time what
21      power it is allowed to transmit at?
22   A. Correct.
23   Q. What that means is that once the UE has been allocated
24      a serving grant, it can carry on transmitting at that power
25      level until it is told either to lower its power or to

[Page 224]

MOSS - HINCHLIFFE

1
2    increase its power?
3    A. Correct.
4    Q. If we go then to section 9.3 on signalling, we see that is
5       right at the bottom of page 24 and over to 25.  "For the UE to
6       request resources from the Node B(s), Scheduling Requests will
7       be transmitted in the uplink in the form of Scheduling
8       Information and Happy Bit.  The Scheduling Information will be
9       transmitted for the logical channels for which RRC configured
10      that reporting needed to be made, while the Happy Bit shall
11      always be included in the E-DPCCH, whenever the E-DPCCH is
12      transmitted."  What I want to suggest to you is that that
13      makes it clear that each of the scheduling information and the
14      happy bit are scheduling requests?
15   A. Under the definition of scheduling requests used by HSUPA,
16      then yes.
17   Q. Let us have a look at when the various messages are sent.
18      9.3.1.1 sets out the content of the scheduling information
19      which we have seen from the Holma book.
20   A. Yes.
21   Q. Then the next section sets out the triggers.  It says:  "In
22      the case where the UE is not allowed to transmit scheduled
23      data (because no Serving Grant available ...) and it has
24      Scheduled data to send on a logical channel for which
25      Scheduling Information must be reported:  Scheduling

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE      LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 225]

MOSS - HINCHLIFFE

1  
2  Information shall be sent to the Serving E-DCH RLS in a MAC-e
3  PDU." What that means is even when the UE has denied the
4  ability to transmit user data on the uplink data channel it is
5  always allowed to send scheduling information?
6  A. When required to, yes.
7  Q. When required to. So it does not have to ask for an
8  allocation of power in order to send the scheduling
9  information, it is always allowed to do that?
10 A. Correct, because it is only 18 bits, very small amount of
11 power, yes.
12 Q. And of course that is in contrast to what was anticipated for
13 LTE as at the priority date where the UE would not have any
14 allocation of the uplink channel until that was given to it?
15 A. I believe that was what was expected, yes.
16 Q. The next reason why, going back to 9.3.1.1.2, the scheduling
17 information would be sent would be periodic reporting to
18 protect against NACK-to-ACK misinterpretation. So that is
19 being sent for a different reason, not being sent for
20 scheduling reasons?
21 A. Mmm-hmm.
22 Q. Okay. Then over the page to the happy bit of the E-DPCCH, as
23 we have seen, it sends every TTI, so that is every two or ten
24 milliseconds. Essentially, it says the UE indicates that it
25 is "unhappy" if it is transmitting as much scheduled data as

[Page 226]

MOSS - HINCHLIFFE

1  
2  is allowed by the serving grant, it has available power
3  headroom to transmit at a higher rate and the contents of its
4  buffer means that it will not be able to empty its buffer
5  within a certain number of TTIs, that number being set by the
6  network?
7  A. Yes.
8  Q. Yes. So, essentially, it says it is happy unless those
9  conditions apply?
10 A. That is right, yes.
11 Q. Obviously the scheduler in the network is able to use the
12 happy bit signalling as a way of deciding how to allocate the
13 power resource among the UEs?
14 A. If there is spare power available, then it could use the
15 hitherto work out which UE to give it to, but of course if
16 multiple UEs were all requesting an increase, then it would
17 have to decide how it was going to allocate between those UEs.
18 Q. Of course the happy bit is important in HSUPA because it is
19 important not only that the network knows that the UEs need
20 a higher allocation, it is also important that it knows that
21 any UEs are content with what they have got?
22 A. Yes.
23 Q. And of course the reason for that is that those are the UEs
24 that are candidates for having their power turned down?
25 A. Correct.

[Page 227]

MOSS - HINCHLIFFE

1  
2  Q. The happy bit being sent every TTI would be a piece of
3  information that is sent more frequently than the scheduling
4  information sent in the MAC PDU?
5  A. That is correct. I believe, actually, that the MAC --
6  I forget the periodicity that the scheduling information can
7  be sent. I believe it can be sent at the same rate as the
8  happy bit.
9  Q. I think it can also be sent up to a maximum of a thousand
10 milliseconds, which is the longest period that it can be sent?
11 A. Absolutely, yes. There can be long gaps, yes.
12 Q. And in fact it is likely that it would be longer, is it not?
13 A. I really do not know what strategy operators were taking at
14 this time.
15 Q. Okay. I think we can put that bundle to one side. Can we go
16 back to bundle D2, please and go to tab 8. I want to talk
17 briefly about modulation.
18 A. Was that 11?
19 Q. Tab 8. This is an extract from a book called a "Digital and
20 Analog Communications Systems" by Leon Couch. Is this a book
21 you are familiar with?
22 A. No. The cover looks vaguely familiar but no, not really.
23 Q. Professor Valenti says it is a book that he used to teach his
24 students as at the priority date, so I think it is an
25 undergraduate-level textbook.

[Page 228]

MOSS - HINCHLIFFE

1  
2  A. Yes, I would agree with that, yes.
3  Q. So if we go in this to page 205 (sic) of the book itself,
4  which is the beginning of chapter 5. Do you see that?
5  A. Page 295.
6  Q. That is the one, yes. "This chapter is concerned with the
7  classical bandpass techniques of amplitude modulation (AM),
8  single-sideband (SSB), phase modulation (PM), and frequency
9  modulation (FM); and with the digital modulation techniques of
10 on-off keying (OOK), binary-phase shift keying (BPSK),
11 frequency-shift keying (FSK), quadrature phase-shift keying
12 (QPSK), and quadrature amplitude modulation (QAM)." Just
13 focusing on the digital modulation techniques, what they are,
14 they take the stream of 0s and 1s and modify the RF carrier
15 wave in a way so that those streams of 0s and 1s can be
16 transmitted over the air?
17 A. Correct.
18 Q. And if we go to page 332. This is an extract so it is only a
19 couple of pages further on. You should see section 5-9
20 "BINARY MODULATED BANDPASS SIGNALLING"; yes?
21 A. Yes.
22 Q. And then the second paragraph: "The most common binary
23 bandpass signaling techniques are illustrated in Figure 5.19.
24 They are on-off keying ... which consists of keying
25 (switching) a carrier ... on and off with a unipolar binary

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                04 MARCH 2021                PROCEEDINGS - DAY 2

[Page 229]

MOSS - HINCHLIFFE

1    signal", then BPSK, binary-phase shift keying, which is
2    shifting a phase and frequency-shift keying. The skilled
3    person would obviously be familiar with those modulations.
4         We have lost the judge. I will just pause. (Pause) My
5    Lord is back?
6    THE JUDGE: I am back. I am sorry about that. Anyway, I am back.
7    MR. HINCHLIFFE: Shall I pick up where we were when I noticed you
8         had gone.
9    THE JUDGE: Yes, please do.
10   MR. HINCHLIFFE: We were looking, Dr. Moss, at the page on
11        page 332 at those various common signalling techniques and
12        just wanted to check you agree the skilled person would
13        obviously be very familiar with those modulation techniques?
14   A. The skilled person would have learned about these at
15        university, yes.
16   Q. If you go over the page you see an example of those, the
17        techniques, and we see for on-off keying you see that it is
18        the presence of the carrier wave in a time instance that
19        signals binary data 1 and it is the absence of the signal that
20        signals binary data ----
21   THE JUDGE: Can you remind me, Mr. Hinchliffe, which page are you
22        on?
23   MR. HINCHLIFFE: We have just turned to page 333 in bundle D2,
24        tab 8.

[Page 230]

MOSS - HINCHLIFFE

1    THE JUDGE: I have it, that is fine.
2    MR. HINCHLIFFE: Dr. Moss, in on-off keying, it is the presence of
3         the signal that indicates binary digit 1 and the absence of
4         a signal that indicates digit 0?
5    A. That is correct, yes.
6    Q. And of course here in the diagram, in this simple diagram,
7         they are showing the presence of simply the RF carrier wave,
8         but, of course, on-off keying could be used in CDMA-type
9         systems whereby the mobile was transmitting with a code and so
10        what would then happen using on-off keying is the mobile would
11        transmit using its code and the base station would detect
12        energy on that code; correct?
13   A. I am not familiar with that being done commonly or before in
14        fact. In that case, I think you are talking about a code that
15        would be a BPSK code and then you would be modulating the BPSK
16        code further with a 1 or a 0.
17   Q. No, it is a spreading code?
18   A. Yes, would take on value plus 1 or 0.
19   Q. Yes. Just to be clear on our terminology, if we are
20        considering a system where the base station is transmitting
21        either a plus 1, which is a BPSK in phase or nothing, that is
22        coherent on-off keying, is it not?
23   A. Coherent on-off keying means that at the receiver it is
24        down-converting the signal to baseband using a coherent

[Page 231]

MOSS - HINCHLIFFE

1    carrier, a carrier that is synchronised to the incoming
2    carrier. That is my definition for "coherent".
3    Q. Let us have a look and see if we can agree the terminology and
4         then we will come back to the issue of spreading codes. The
5         point I was making -- let me try it one more time -- I was not
6         talking about the BPSK code, it was on-off keying in a CDMA
7         system would involve a signal being sent using a spreading
8         code on top of the RF carrier?
9    A. Yes, I am not aware that has ever been done because that would
10        mean that the code itself was not balanced; in other words, it
11        had an average value of 0.5, for example, and when you look at
12        the cross-correlation between codes, what makes them easy to
13        separate is the fact that they are bipolar, so you have plus
14        1s and minus 1s and on average the plus 1s and minus 1s cancel
15        each other out. Only when you have the correct code do the
16        plus and minus 1s reinforce to give the energy, so I have not
17        seen CDMA used with an on-off keying-type approach before.
18   Q. Okay, we will have a look at some examples in a moment.
19   A. Okay.
20   Q. You remember in Professor Valenti's second report he put some
21        constellation diagrams in. We put some bigger versions of
22        those in your cross-examination bundle. Let us have a look at
23        them there because they are easier to see. That is tab 19.
24        Just to be clear about what we are looking at here for his

[Page 232]

MOSS - HINCHLIFFE

1    Lordship, what this is showing is on the -- if you look at
2    where the origin would be, so 0/0, that is nothing being
3    transmitted; yes? Sorry, that was a bad way to start. This
4    diagram shows the received signals at a receiver; yes, and
5    each dot is a different received signal so we are seeing an
6    accumulation of received signals shown on this diagram.
7    A. That is right. So this is an example.
8    THE JUDGE: I am not sure I am looking at the right thing. This
9         is the cross-examination bundle at tab 19?
10   MR. HINCHLIFFE: Yes.
11   THE JUDGE: Okay. So this is, yes -- landscape with dots?
12   MR. HINCHLIFFE: Yes.
13   THE JUDGE: That is fine.
14   MR. HINCHLIFFE: Each dot represents a received signal; yes,
15        Dr. Moss?
16   A. Yes, that is right.
17   Q. This is BPSK and the origin 0/0 would represent the position
18        where nothing had been sent, but because it is BPSK you either
19        send a signal that is in phase and that is at the position 1
20        across, 1 on the X axis and 0 on the Y axis; yes?
21   A. Yes.
22   Q. And the minus 1 is where the phase has been shifted by 180°?
23   A. Yes.
24   Q. And if we think of drawing a line from the origin at 0/0 to

[15]  (Pages 229 to 232)

[Page 233]

MOSS - HINCHLIFFE

1
2    the cross at 1/0, the length of that line is the amplitude of
3    the signal?
4    A. Yes.
5    Q. And the angle from the X axis is the phase?
6    A. Yes, correct.
7    Q. And that is why for the spot at 1/0, the angle is 0 and that
8    means it is in phase?
9    A. Yes.
10   Q. And the other one it is out of phase?
11   A. Exactly, yes.
12   Q. And because this is BPSK there has been a coherent
13   demodulation by reference to a pilot signal in order to
14   determine the phase of each received signal?
15   A. There would need to be a way of recovering the carrier before
16   it could be coherently down-converted, certainly, yes.
17   Q. But because of noise there are errors in the phase and errors
18   in amplitude and that is why the dots scatter around the
19   cross?
20   A. That is right and of course it can be added noise on top of
21   the signal which can create the jitter, yes.
22   Q. I mean added noise so for example the dots that are to the
23   right -- if you look at the data 1 positive signal, the dots
24   that are to the right of the cross where they have X values of
25   greater than 1 they have had added noise added to them, have

[Page 234]

MOSS - HINCHLIFFE

1
2    they not?
3    A. It looks to be that way but of course it could be because of
4    the coherent mixing process is slightly imbalanced. One way
5    or another the signal has arrived at higher amplitude than it
6    needed to be, it is to the right of the cross.
7    Q. If we look down the middle, the dotted line, which is labelled
8    "Decision Threshold", what that is at the receiver you have
9    to have a way of deciding whether what you have received has
10   either been a data 1 or a data 0 and anything that arrives on
11   the right-hand side of the line is a 1 and anything on the
12   other side is a minus 1 or a 0?
13   A. Correct.
14   Q. The further away that the received signal is from the decision
15   threshold, the lower the probability of error; is that right?
16   A. Correct.
17   Q. And so you can change the error rate either by increasing the
18   distance between the signals; yes?
19   A. Yes.
20   Q. Or by moving the decision threshold?
21   A. Or by moving the decision threshold?
22   Q. Yes.
23   A. Well, if you move the decision threshold then you will bias
24   one way or the other.
25   Q. Sure, and in BPSK you will lower one error rate but

[Page 235]

MOSS - HINCHLIFFE

1
2    necessarily increase the other?
3    A. That is correct, yes.
4    Q. Let us turn over the page and this is coherent on-off keying.
5    Again we have been using a pilot to recover the phase, but in
6    the data 1, data on signal, again the bit has been recovered
7    with 0 phase but then if you look on the left-hand side, the
8    data off, this time is dotted around the origin because in
9    that case nothing was transmitted?
10   A. Nothing was received?
11   Q. Yes, this is at the receiver, nothing was received. All you
12   have received is noise?
13   A. That is right, yes.
14   Q. And of course the reason why nothing was received is because
15   nothing was transmitted?
16   A. Yes, so the X is what we transmit and the dots is what we
17   think we transmitted.
18   Q. No ----
19   A. And the dots are what we measure.
20   Q. The dots are what we measure and the cross is what should have
21   been transmitted?
22   A. Correct.
23   Q. Okay. The way this has been drawn is with a gap, the distance
24   between the data off and data 1 being the same distance as we
25   saw in the previous figure, which is two units; do you see

[Page 236]

MOSS - HINCHLIFFE

1
2    that?
3    A. Yes.
4    Q. And that means that the error rate in each of these cases will
5    be the same?
6    A. Because you could -- is the same, yes, correct.
7    Q. But in order to do that with the coherent on-off keying, you
8    have to transmit the "on" at twice the amplitude of the -- in
9    BPSK -- power, sorry.
10   A. Four times the power, that is right.
11   Q. But of course you have to remember that when we signal the 0
12   in on-off keying we do not transmit anything and so the
13   overall upshot is that when the probabilities of 0s and 1s are
14   the same for any situation, for on-off keying you use twice
15   the average power?
16   A. That is correct, but the peak power is the most important
17   thing from a handset, the network, point of view.
18   Q. We will come on to peak power in a moment, do not worry, but
19   in terms of average power, the benefit to BPSK, and BPSK
20   having an average power saving, only applies in situations
21   where it is equally likely that you are sending 1s and 0s, is
22   it not?
23   A. Well, I think in general, systems worked with BPSK for very
24   good reason because the receiver implementation is much more
25   straightforward.

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE         LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                04 MARCH 2021                PROCEEDINGS - DAY 2

[Page 237]

MOSS - HINCHLIFFE

1
2  Q. Let us just focus on the question, Dr. Moss.  Let me give you
3     an example.  Assume that you sent a 1 only one-tenth of the
4     time, so we are doing coherent on-off keying and for every
5     time we send a 1 on average you will not transmit nine times;
6     yes?
7  A. Correct, but I would ask the question, how are you doing
8     coherent demodulation if you are sending no data the rest of
9     the time?
10 Q. You are demodulating with the pilot, Dr. Moss.
11 A. The pilot?  So there is a secondary signal being transmitted
12    in parallel to the on-off keying signal?
13 Q. Yes.
14 A. So this is the uplink direction we are talking about, is it?
15 Q. Yes.  So in BPSK you have an uplink pilot to allow for
16    coherent demodulation; yes?
17 A. Yes.
18 Q. And you have a pilot on the uplink in coherent on-off keying,
19    so they are the same?
20 A. So the in the uplink for BPSK the pilot is sent usually in the
21    form of pilot bits which are known bit values and that allows
22    the base station to lock on to the carrier so it can then
23    recognise a plus code sign from a minus code sign or a sign
24    from a minus sign and it uses that as a reference.  In my
25    interpretation of on-off keying, if most of the time you are

[Page 238]

MOSS - HINCHLIFFE

1
2     sending 0, then the base station does not have any reference.
3     It needs some secondary signal with which to derive the
4     reference.
5  Q. Yes, well, assume there are pilot bits being sent in the same
6     way, the same way as in BPSK?
7  A. So there is a BPSK channel running and you are ----
8  Q. No, there are pilot bits to allow the coherent demodulation of
9     the on-off keying?
10 A. The pilot bits for the coherent demodulation of the on-off
11    keying?  So pilot bits in that case would have to be all 1s
12    because a 0 as a pilot bit would make no sense because there
13    is no information.
14 Q. Yes.
15 A. So in other words there is a string of 1s and then there is
16    a gap and there may be a 1 later.  Is that what you are
17    proposing -- what I am asked to consider?
18 Q. Yes, and so when the UE transmits its 1 it also transmits
19    a pilot bit at the same time?
20 A. Okay, so that means that the base station without a phase
21    reference has to detect the 1 and coherently demodulate it
22    immediately.
23 Q. It has the phase reference, yes.
24 A. It has, sorry, a phase reference?
25 Q. Dr. Moss, coherent on-off keying requires the receiver to be

[Page 239]

MOSS - HINCHLIFFE

1
2     able to determine the phase of the received signal to
3     determine that it is of the right phase, does it not?
4  A. One has to generate a local oscillator, which is phase locked
5     to the incoming signal.
6  Q. So you need to have a pilot signal being transmitted?
7  A. You need something like that to allow the base station to
8     synchronise to the incoming signal, yes.
9  Q. So in that situation if you are only transmitting the -- that
10    allows you to be able to demodulate the on-off keying signal?
11 A. The signal itself you have to use for demodulation.
12 Q. Not itself, you have to have a pilot signal and then the data
13    signal.
14 A. And the pilot signal comprises a long string of 1s?
15 Q. Yes.
16 A. Okay, and then the benefit of this is, what, that we then have
17    a gap where we maybe do not transmit afterwards?
18 Q. So when you are sending your data signal ----
19 A. Yes.
20 Q. ---- it is only transmitted when you need to signal data, but
21    you have a pilot signal running all the time?
22 A. Okay, are these on different physical channels?
23 Q. No, on the same physical channel or else it will not work,
24    will it, Dr. Moss?
25 A. No, it be I and Q branches.

[Page 240]

MOSS - HINCHLIFFE

1
2  Q. Assume they are on the on the same physical channel?
3  A. So it is on the same physical channel so we start off by
4     sending some pilot bits which have to be value 1.
5  Q. Yes.
6  A. And that allows the base station to synchronize to the
7     carrier.
8  Q. Yes.
9  A. Then there is a silent period ----
10 Q. No ----
11 A. ---- where there may then be a 1.
12 Q. ---- the pilot is being transmitted at all times as in a BPSK
13    signal.
14 A. So the pilot is BPSK and then there is a gap.
15 Q. No, and then -- Dr. Moss, I am sorry, I am going to move on to
16    another topic and I will come back to this later.  I am sorry
17    if I am not making myself clear.  I am sure it is my fault.
18       Let us just go on to the next page of this bundle, this
19    tab, which is non-coherent on-off keying.  In this case you
20    are not using a phase reference when you are receiving the
21    signal and so what you receive is either nothing or just
22    noise, which is at the centre; yes?
23 A. Yes.
24 Q. And when something has been transmitted that will be received
25    as shown here in a circle of various different phases but with

[17]  (Pages 237 to 240)

[Page 241]

MOSS - HINCHLIFFE

1
2    an amplitude of 2?
3    A. Yes, I mean, I must admit it is difficult to interpret this
4        diagram because, of course, it requires some kind of carrier
5        to down-convert so you somehow need to have some kind of
6        frequency reference to lock to, but it is saying that there
7        may be a phase offset.  The conventional non-coherent
8        demodulation requires a magnitude function and hence the value
9        can only be greater than 0 and so I am not familiar with the
10       diagram like this before.
11   Q. When you say the data can only be greater than 0, the data
12       that is transmitted is only greater than 0.  That is data 1,
13       the outer ring.
14   A. Greater than 0.  So, I am familiar with non-coherent on-off
15       keying as being a magnitude function and I think that is shown
16       in the Couch book.  (Pause) So page 335 of the Couch book.
17   THE JUDGE:  Can you tell me where I find that, please.
18   MR. HINCHLIFFE:  Bundle D 2, tab 8, my Lord.
19   THE JUDGE:  Thank you.
20   THE WITNESS:  So the top diagram shows non-coherent detection and
21       it goes on-off keying in and then it uses the words
22       "envelope detector", and that basically means down-convert to
23       roughly the right frequency, to roughly baseband and then take
24       the magnitude of the signal.  So you would never get a value
25       less than 0 by doing an envelope detector because it measures

[Page 242]

MOSS - HINCHLIFFE

1
2        the power of the carrier.  That is why I say I am unfamiliar
3        with this circle approached representing on-off keying.
4    MR. HINCHLIFFE:  So it is the fact that you get values of minus 2
5        that you are concerned about?
6    A. Well, that is right, because that would require you to have
7        down-converted the signal and then to be measuring, you know,
8        using a carrier which is non-coherent so you do not have
9        a carrier to down-convert with.
10   Q. I think the difference is that of course the reason why we get
11       phase shifts when signals are transmitted is because as the
12       signal is sent with one phase but due to its interaction with
13       the environment, the phase gets shifted in its journey to the
14       receiver, does it not?
15   A. Well, if you have two carrier frequencies at two ends then
16       they will drift because no two frequencies are locked unless
17       they have some kind of rubidium frequency standard in them so
18       they will inherently drift which means you will need a way of
19       recovering the carrier.  Otherwise, when you mix it down, you
20       will get a low frequency sinusoid and then to say what is the
21       phase of a low frequency sinusoid is something that it depends
22       on when you look at the sinusoid to work out what the phase of
23       it is.  You will see the dots circling around,
24       I think, rather than being particular points.  That is why
25       I am a bit unfamiliar with it being shown like this.

[Page 243]

MOSS - HINCHLIFFE

1
2    Q. Okay, but the dots are simply showing for certain of the
3        received signals they had a particular phase at the time they
4        were received?
5    A. Phase relative to what?  It is non-coherent.  Phase is only
6        relevant to a locally generated signal otherwise it is
7        coherent.
8    Q. Okay.  In non-coherent on-off keying, the decision threshold
9        is based on amplitude alone, is it not?
10   A. Well, that is right, because we have the envelope detector and
11       then we need to have a decision point to make sure that we
12       ideally do not let through any 0s which should be 1s and no 1s
13       that should be 0s.
14   Q. Let us just go back in your cross-examination bundle to
15       tab 18?
16   A. To tab?
17   Q. 18.  This is some more extracts from Couch.  If you look on
18       page 486 there is a diagram showing the probability of bit
19       error from digital signalling systems.  Do you see that?
20   A. Yes.
21   Q. And if we just look at the line at 10-3 probability of error
22       just by way of example, we see the first line is BPSK and that
23       is about 7 decibels; yes?
24   A. Yes.
25   Q. And then the next one at about 8-ish is DPSK, which you do not

[Page 244]

MOSS - HINCHLIFFE

1
2        need to worry about, and then coherent on-off keying is 10 and
3        non-coherent is about 11.  Of course this is on the assumption
4        that you are sending an equal number of 1s and 0s using these
5        various modulation schemes, is it not?
6    A. I do not think it has a basis -- I do not think it is related
7        to how many 1s and 0s you send or what the balance of them is.
8    Q. If you remember, we discussed the comparison between BPSK and
9        on-off keying and we discussed that for when you send an
10       equally likely number of 1s and 0s you send twice the power
11       with on-off keying; yes?
12   A. That is right, to get the same bit error rate, yes.
13   Q. If you look for the same bit error rate here we have
14       7 decibels for BPSK and 10 for coherent on-off keying and
15       3 decibels is a doubling of power, is it not?
16   A. That is right, a doubling of the average power, that is right.
17   Q. So that shows you what we were talking about a moment ago that
18       for equally likely 1s and 0s you have to double the power for
19       coherent on-off keying?
20   A. For coherent on-off keying that is correct, yes.
21   Q. Of course, just going back to the point I was making, if you
22       are sending fewer 1s than 0s using coherent on-off keying
23       there is going to be an average power saving, is there not?
24   A. Assuming that you can make the system coherent, then yes.
25   Q. Yes, and similarly for non-coherent on-off keying as well, if

[18]  (Pages 241 to 244)

[Page 245]

MOSS - HINCHLIFFE

1
2    you are sending far fewer 1s than 0s, again, on average, there
3    is going to be a power saving as compared with BPSK?
4    A. If you are using non-coherent on-off keying, yes, I suppose
5       that would be correct, yes.
6    Q. That is because when you are not sending anything you are not
7       using up any energy?
8    A. Correct.
9    Q. Okay. The point you made in your reports and you mentioned
10      a moment ago was about peak power and you are right that if
11      you are transmitting over the same time period you are going
12      to get a higher peak power, but of course as Professor Valenti
13      explained, the error rate is related to the received energy,
14      is it not?
15   A. The error rate is related to the amount of energy in each bit
16      compared to the noise level.
17   Q. Yes. And therefore if you are concerned about peak power, you
18      can transmit over a longer period.
19   A. That is correct, yes.
20   Q. And by doing that you will avoid the peak power problem but
21      you will have the same error rate?
22   A. You would accumulate the energy using your envelope detector
23      and then pick a decision, yes.
24   Q. Okay. We can put that one to one side and we can change topic
25      now and look at the patent, so maybe you can clear the decks

[Page 246]

MOSS - HINCHLIFFE

1
2    and we can get bundle A1 out, please.
3    A. I should say just as a quick final comment, of course, when
4       doing that, that is quite a complicated process because one
5       needs to find a threshold detection, a threshold with which to
6       detect an "on" versus an "off" and that is something that is
7       difficult for the system to do because of noise ongoing, other
8       UEs perhaps using on-off keying, there lots of things
9       going on and so defining a detection threshold is quite
10      a difficult task.
11   Q. But that is something that a skilled person could do?
12   A. It is something that is unreliable and very difficult, I would
13      say.
14   Q. Okay so let us look at the patent.
15      If we go to paragraph [0001], it says: "The present
16      invention relates to wireless communication systems. More
17      particularly, the present invention relates to a method and
18      apparatus for providing and utilizing a non-contention based
19      channel in a wireless communication system." So, at least
20      going only as far as we have got here, what the patent is
21      suggesting to do is this invention is the idea of this
22      non-contention based channel?
23   A. Correct.
24   Q. If we go then to paragraph [0003], it says: "Additionally,
25      the wireless transmit/receive units (WTRUs) in the system

[Page 247]

MOSS - HINCHLIFFE

1
2    perform ..." WTRU is not a commonly used acronym, is it?
3    A. Correct.
4    Q. And, as we know, in the real world people use UE to talk about
5       the mobile unit or the receiver?
6    A. Well, yes, I think that there were more devices that were
7       going to be connected to cellular networks that just UEs, for
8       example, vending machines, gas meters, repeater systems that
9       go in the window of your house, so I think it is useful to
10      have a term which is not UE to mean some kind of receiver.
11   Q. If we look over the page at paragraph [0014] you will see that
12      they use WTRU to include UE but go wider?
13   A. Right.
14   Q. Okay. Then if we go back a page to where we were, and perhaps
15      you can just read paragraphs [0004] and [0005] to yourself.
16   A. (Pause for reading) Yes.
17   Q. Just hold that in your mind for a moment. Do you have your
18      first report to hand, C1?
19   A. Yes.
20   Q. C1, tab 1, paragraph 82 on page 23. Just skim paragraph 82 to
21      yourself.
22   A. (Pause for reading) Right.
23   Q. Paragraphs [0004] and [0005] all that would have been part of
24      the skilled person's common general knowledge. That is what
25      you said in your report; yes?

[Page 248]

MOSS - HINCHLIFFE

1
2    A. Yes.
3    Q. Okay, so let us have a look at what is going on in [0004] and
4       [0005]. So [0004] is a situation where the WTRU uses the RACH
5       channel to communicate with the base station to perform these
6       functions. Just to be clear, these functions are the ones
7       that it has referred to in the previous paragraph which are
8       things like timing advance, measurement reporting, requesting
9       uplink physical resource allocation and so on; yes?
10   A. Yes.
11   Q. So one common general knowledge way -- and let us focus on the
12      issue that is relevant for this case -- of providing
13      scheduling information would be to send that request on
14      a random access channel; yes?
15   A. Correct, yes.
16   Q. And then [0005], the alternative is it could utilise an uplink
17      shared channel so if we are thinking back to where LTE was at
18      the time that would be the uplink shared channel; yes?
19   A. Yes.
20   Q. And that would be in-band signalling?
21   A. Yes.
22   Q. And the way [0005] would work would be of course: "... a UL
23      shared channel resource request would first have to be
24      transmitted on a RACH/PRACH, which would be an inefficient use
25      of resources and would add delay to these functions ..."

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900            E-MAIL: info@martenwalshcherer.com            FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS - DAY 2

[Page 249]

MOSS - HINCHLIFFE

1
2  So what [0005] is considering is a two-step approach whereby
3      the UE initially asks for an allocation of the resources on
4      the RACH channel; yes?
5  A.  Yes.
6  Q.  And once it has been allocated, it can send the signalling
7      in-band on the uplink shared channel?
8  A.  That is right, yes.
9  Q.  And that would have been common general knowledge?
10 A.  Well, I think normally the information would be sent directly
11     on the RACH channel.  If there was a small amount of data to
12     send, RACH channels generally carried messages.
13 Q.  We are just looking at what the patent is describing, and that
14     second option, which you said was common general knowledge,
15     involves sending a request on the RACH channel for an uplink
16     resource and then sending the signalling in-band on the uplink
17     shared channel?
18 A.  Yes, that would be something that can be done, yes.
19 Q.  Then if we look at paragraph [0006], it is said "it would be
20     desirable to utilise an access protocol such as a
21     non-contention based channel, which may also be referred to as
22     a 'thin' or 'dedicated' channel.  Thin channels are generally
23     contention-free, or low contention, control channels that are
24     primarily used for access."  So that is coming back to the
25     non-contention channel.  Perhaps if you can just read

[Page 250]

MOSS - HINCHLIFFE

1
2      paragraph [0012] to yourself.  (Pause for reading)
3  A.  Yes.
4  Q.  Again, what that is confirming is that the patent is putting
5      forward as its invention the idea of using the non-contention
6      channel?
7  A.  That is right, yes.
8  Q.  Now, if you can go back to your first report, and actually you
9      should have it open on the page, paragraph 85?
10 A.  Yes.
11 Q.  Here you refer to the way that the patent refers to
12     "'Evolved-Node B (eNB)' as a term that had recently been
13     coined for LTE, to distinguish 4G base stations from 2G/3G
14     base stations.  They would therefore understand that the
15     invention was intended for use in forthcoming LTE/4G
16     networks."  Of course, as at this date, the network was still
17     forthcoming, was it not?  It had not been finalised yet.  The
18     standards had not been set?
19 A.  It had not been started, no.
20 Q.  So what this patent is doing is it is looking forward to
21     a method that could be used in a new cellular system?
22 A.  Yes.
23 Q.  Just to clear one point away, your conclusion that -- I will
24     not bother with that.  Let us go to paragraph [0018] while we
25     are on this topic, briefly.  That is on page 4, column 5.

[Page 251]

MOSS - HINCHLIFFE

1
2  A.  Sorry, I missed that.
3  Q.  Paragraph [0018] in the patent.  I am sorry, I did not realise
4      if you were still in your report still.  Paragraph [0018],
5      page 4, column 5.  "In addition to the components that may be
6      found in a typical eNB, the eNB includes a processor, a
7      receiver, a transmitter, and an antenna", and so forth.  Of
8      course, if we are considering eNodeB to be a fully functioning
9      LTE eNodeB, no one knew the final list of components that were
10     going to be in at the time, did they?
11 A.  No, but they knew it would comprise those kinds of things.
12 Q.  As had every base station ever?
13 A.  Correct.
14 Q.  If we then just go on to paragraph [0064], which is on page 8,
15     it explains there:  "The present invention may be implemented
16     in any type of wireless communication system, as desired."  By
17     way of example, it could be used in any type of 802 type
18     system, XFDMA, SC-FDMA, OFDMA, E-UTRA, LTE or other type of
19     wireless communication system.  So that paragraph is
20     suggesting that the invention can be used wider than just LTE,
21     does it not?
22 A.  Yes.
23 Q.  And of course if the goal of the people who wrote this patent
24     had been to limit the claim to LTE, they would not have used
25     the term "WTRU", would they?  They would have used UE.

[Page 252]

MOSS - HINCHLIFFE

1
2  A.  Well, my understanding is that WTRU includes UEs and other
3      types of terminal.
4  Q.  Yes, but the name for a terminal in LTE is UE, is it not?
5  A.  I think UE is a term that is probably going to be used for
6      ever for a handset.  It was introduced in 3G, it has been used
7      in 4G and is now used in 5G.
8  Q.  But the only name we see in the LTE standards for the wireless
9      device, if can call it generally, is UE, is it not?
10 A.  In the LTE standards.  Yes, I believe so, yes.
11 Q.  Okay.  Let us move on.  If we go back to paragraph [0021], it
12     says:  "In the establishment of the NCB channel, the duration
13     and periodicity of the channel may be configured.  In a
14     preferred embodiment, the duration may be infinite.
15     Additionally, the system or WTRU may have the ability to
16     terminate or reconfigure the allocated NCB channel."  Then in
17     the next paragraph, paragraph [0022], it says:  "The NCB
18     channel may be allocated to a particular WTRU for a given
19     duration.  The duration may be a subset of time for the WTRU
20     to utilise the NCB channel or the WTRU may be assigned
21     a periodic interval for usage of the NCB channel."  What that
22     paragraph [0022] is making clear is that periodicity allows
23     for time multiplexing, does it not?
24 A.  It certainly keeps the door open for that, yes.
25 Q.  Then what the patent does in the next long section, and let us

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900    E-MAIL: info@martenwalshcherer.com    FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS - DAY 2

[Page 253]

MOSS - HINCHLIFFE

1  see if we can agree this, is in paragraph [0023] it refers to
2  various different types of signalling.  Can you see that at
3  line 23?  It says: "... a particular WTRU performing a
4  scheduling request" -- sorry, I have jumped over.
5  I apologise.  It talks at line 14: "... the NCB channel may
6  be configured to support functions such as timing advance,
7  measurement reporting, UL physical resource requesting ... DL
8  resource scheduling, keep-alive heartbeat", and so on.  So
9  there is a whole series of functions that the patent is
10  suggesting can be sent over the NCB channel?
11  A.  Sorry, could you repeat which reference you are looking at?
12  Q.  I apologise, it is my fault.  I looked at the wrong bit.  It
13  is paragraph [0023].  Maybe just read the first ten lines of
14  that to yourself just to see the different types of control
15  signalling that it is discussing.  (Pause for reading)
16  A.  Okay.
17  Q.  At the end of the paragraph it says: "... any number of
18  functions may be performed concurrently on a configured NCB
19  channel."  The patent does not say what the benefit of sending
20  those signalling concurrently is, but as I think you explain
21  in your report, sending control information over the same
22  channel can be beneficial in terms of it makes use of the air
23  interface more efficient?
24  A.  Correct.
25

[Page 254]

MOSS - HINCHLIFFE

1  Q.  The skilled person obviously would not need to be told that.
2  He would know that as a matter of his basic common general
3  knowledge?
4  A.  It was generally done in the past, that is right.
5  Q.  Paragraph [0025] refers to multiplexing the NCB channel in the
6  frequency domain, the code domain, the time domain and also in
7  the space domain, and we need not get into what that is.  We
8  have seen those known multiplexing techniques beforehand.
9  I think as you explain in your report, the cost of adding,
10  say, code multiplexing on top of time and frequency is extra
11  complexity; yes?
12  A.  Yes.
13  Q.  But obviously the benefit that it brings is it allows a larger
14  number of UEs to be multiplexed?
15  A.  That is right.
16  Q.  That trade-off was obviously very well known?
17  A.  Correct.
18  Q.  The next section of the patent then goes to the different
19  types of signalling, and you will be pleased to know I am not
20  going to go through them all verbatim because most of them are
21  not that relevant.  Perhaps you can drop down to paragraph
22  [0036] and just read that to yourself and then also [0037].
23  (Pause for reading.)
24  MR. HINCHLIFFE:  My Lord, are you still there?  You had frozen.
25

[Page 255]

MOSS - HINCHLIFFE

1  THE JUDGE:  Yes.  I missed less than a minute.  In fact, if
2  everybody is still reading [0036], I missed nothing.
3  MR. HINCHLIFFE:  A fortuitous outage.  Are you there, Dr. Moss?
4  A.  Just at the bottom of [0036].
5  Q.  Only [0036] and [0037] I want you to read.
6  A.  Yes.
7  Q.  First, in [0036], the patent uses the terms "requesting uplink
8  resources" and also uses "scheduling request" but the skilled
9  person would understand those two terms to mean the same
10  thing.  It is a request by the UE for an allocation of uplink
11  resources?
12  A.  Yes.
13  Q.  [0037] gives details about the way in which the signalling of
14  the scheduling request is made.  The first way is the burst
15  transmitted by one of the WTRUs on the NCB channel and the
16  presence of the burst is indicative of the resource allocation
17  request for the WTRU.  First, the term "burst" is a common
18  term that is used in relation to cellular systems.  It means
19  a transmission for a short period of time?
20  A.  Correct.
21  Q.  So the first one is where the presence of a transmission for
22  the period of time indicates the request and the second one is
23  where the burst includes a bit of information, either a 0, if
24  the UE does not need a resource allocation, or a 1 if it does?
25

[Page 256]

MOSS - HINCHLIFFE

1  A.  Correct.
2  Q.  Just pausing there, this is the only paragraph in the patent
3  where the nature of the signalling is referred to, is it not?
4  A.  I thought the burst was described in the second paragraph, but
5  this is certainly one paragraph where it is described.
6  Q.  Okay.  Mr. Campbell can show you more if he can find any more.
7  But those two options are put forward without any suggestion
8  that one is better than the other, are they not?
9  A.  It does not suggest a priority in that paragraph.
10  Q.  No, and it does not suggest any advantage of one or the other?
11  A.  Not in the paragraph, no.
12  Q.  And in fact it does not suggest any benefits for any of them,
13  does it?
14  A.  In that paragraph, no.
15  Q.  And are you aware of where it gives any benefits anywhere else
16  in the patent?
17  A.  I think the skilled person would have seen the benefit of the
18  presence being something that you would be an instantaneous
19  identification versus needing to demodulate a data signal
20  being a more laborious process.
21  Q.  One example of using a burst, the presence of which is
22  indicative of an allocation, is non-coherence on-off keying,
23  is it not?
24  A.  That could be an example, yes.  I do not think it would be

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900         E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 257]

MOSS - HINCHLIFFE

2  a very good implementation for cellular networks as
3  I described.
4  Q. But it is an example of it?
5  A. It is an example, yes.
6  Q. What the patent does not do is it does not give any further
7  details about how you actually send that burst to indicate
8  a scheduling request, does it?
9  A. It does not describe what the burst should be like, no.
10 Q. It assumes that the skilled person will be able to work out
11 how to do it for himself?
12 A. They determine what burst they felt was appropriate, yes.
13 Q. And the skilled person would be able to do that as a matter of
14 routine using their common general knowledge?
15 A. That is right. There were several burst in GSM and so, you
16 know, it is clear that, you know, a RACH message could be
17 thought of as being a burst as well, so it is ----
18 Q. But a RACH message is not one where the presence of the signal
19 indicates any information, is it?
20 A. No, correct.
21 Q. So there is no benefits given of any of those, but, as you
22 said, the skilled person would understand the benefit of the
23 first one is that because a request is only sent when the UE
24 needs the resource, there is a power saving in that it does
25 not need to send anything when it does not want a resource?

[Page 258]

MOSS - HINCHLIFFE

2  A. Correct.
3  Q. And that is a power saving for the mobile; yes?
4  A. Yes.
5  Q. And also it reduces the interference at the base station?
6  A. Correct.
7  Q. The second example, which is sending the 0 when you do not
8  want anything and the 1 when you do want something, that would
9  typically be implemented using a BPSK signal?
10 A. Correct, yes.
11 Q. Then, in the last sentence of paragraph [0037], where it says,
12 "the burst may also include information related to the
13 resource allocation request, such as the amount of uplink data
14 that needs to transmit the particular WTRU will need to
15 transmit, the priority of the data, the QoS, latency
16 requirements, BLER requirements and the like", the skilled
17 person would understand that that extra information was
18 something that you could add on to either of the first two
19 options?
20 A. I believe so, yes.
21 Q. And just so we understand the difference, in the first one,
22 the presence of the burst would indicate this is a scheduling
23 request and the coded contents of it would be how much data
24 and the like?
25 A. That is right. I mean it, could be in two parts or in fact

[Page 259]

MOSS - HINCHLIFFE

2  one part even, yes.
3  Q. And in the second case, there would be a specific bit that was
4  set to 1 or 0, indicating where data was required, and there
5  then would be further bits indicating how much data and so on
6  and so forth?
7  A. Correct.
8  THE JUDGE: If you are moving on, Mr. Hinchliffe, perhaps that is
9  a good time to break.
10 MR. HINCHLIFFE: Can I check my note very briefly?
11 THE JUDGE: Yes, of course.
12 MR. HINCHLIFFE: Yes, I do have a question. It is only if that
13 last option is taken up that the base station is told how much
14 data is UE has to send.
15 A. Correct.
16 Q. And if you just take the first option, which is that the burst
17 is indicative of the presence of the scheduling request, the
18 UE is not providing any information about how much data it has
19 to send?
20 A. Not in that first step, correct.
21 Q. The patent does not describe any method whereby there is
22 a later step of sending information about how much data the UE
23 has to send, does it?
24 A. I do not believe so.
25 Q. And if we thought about that system where the UE did not

[Page 260]

MOSS - HINCHLIFFE

2  provide any information about how much data it had to send,
3  that obviously would be a very simple system, would it not?
4  A. It would, that is right.
5  Q. It would work, but it would just not be particularly
6  sophisticated?
7  A. Well, that would be one way to look at it. It is certainly
8  a very slimmed down approach where the allocation happens
9  quickly.
10 Q. Yes. The way that would work is the scheduler would just
11 allocate a short amount of the uplink shared channel to the UE
12 and then require it to make further requests if it needed
13 more?
14 A. That is one possible implementation, or if there were no users
15 on the cell it might allocate the whole bandwidth.
16 MR. HINCHLIFFE: My Lord, is that a convenient time?
17 THE JUDGE: Okay. Two o'clock.
18 MR. CAMPBELL: Before we go, can I just ask my learned friend how
19 much longer he intends to be for assistance with timetabling.
20 MR. HINCHLIFFE: I am not going to finish today. My estimate was
21 a day and a half and I only had 45 minutes yesterday, so I am
22 afraid we are going to have to go into Friday with this
23 witness.
24 THE JUDGE: Okay. How long in Friday?
25 MR. HINCHLIFFE: If we take the 45 minutes off, that looks like

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE        LONDON, WC2A 1HP
TEL: (020) 7067 2900          E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 261]

MOSS - HINCHLIFFE

1    I am going to be about an hour and 45.
2    THE JUDGE: Can you discuss this between yourselves, please, and
3        if necessary we can resolve this later today.
4    MR. HINCHLIFFE: Okay, my Lord.
5    THE JUDGE: Two o'clock.
6            (Adjourned for a short time)
7    THE JUDGE: Yes, Mr. Hinchliffe?
8    MR. HINCHLIFFE: My Lord, my learned friend and I spoke about
9        timings and perhaps we can raise that at the end of the day.
10   THE JUDGE: That is fine.
11   MR. HINCHLIFFE: Dr. Moss, we were talking about paragraph [0037]
12       of the patent, which is the one about the scheduling requests
13       and how they are transmitted. If you remember, the last
14       sentence refers to the option of having information related to
15       the resource request included within the burst; do you
16       remember that?
17   A. Yes.
18   Q. That is the only place in the patent where it discusses the
19       combination of the presence of a burst meaning one thing and
20       the contents of the burst meaning another. Of course, in this
21       case it is the scheduling request on the one hand and the
22       information about the scheduling request on the other. That
23       is right, is it not?
24   A. I would need to review all of the embodiments to see if they

[Page 262]

MOSS - HINCHLIFFE

1    are in there, but you may well be right.
2    Q. Equally, you have looked at the application for the patents
3        and that is no different from the patent, is it? It is the
4        same?
5    A. That is correct.
6    Q. Okay. If we go on to paragraph [0049], there is a paragraph
7        there, which is on page 7, that talks about frequency hopping.
8    A. Yes.
9    Q. Frequency hopping is where the UE is given a pattern of
10       frequencies which it moves between, and that is a technique
11       that is done in order to avoid interference, is it not?
12   A. Yes, well, and to reduce fading, fading effects.
13   Q. It is obviously implicit in the use of frequency hopping that
14       the base station has to communicate to the UE the precise
15       pattern and timing of frequencies that it has to use?
16   A. Correct.
17   Q. A term that the patent uses is periodic. You recall that?
18   A. Yes.
19   Q. Professor Valenti explained in his second report that there
20       are two aspects of periodicity. The first is the period and
21       how frequently the slot repeats. Do you agree with that?
22   A. Yes.
23   Q. And the second one is the phase, which is where in the
24       allocated slot your particular allocation arises.

[Page 263]

MOSS - HINCHLIFFE

1    A. I agree, yes.
2    Q. Both of those are aspects of what the patent refers to as
3        periodicity?
4    A. I agree, yes.
5    Q. As you know, InterDigital are seeking to amend claims 9 and
6        19. If you turn on to the next tab, I think, you should find
7        the amended versions of claims 9 and 19.
8    A. Yes.
9    Q. In your first report you said you did not think that the
10       amendments altered the meaning of the claims. I think you
11       have slightly changed your position on that and you think that
12       was wrong as regards claim 9, because as originally granted
13       claim 9 did not refer to anything about the timing of the ACK?
14   A. That is right. Within the body of the patent there are
15       options for either at the same time or another time. Claim 9
16       as it was did not suggest one or the other.
17   Q. Yes. But I think you have said that you think that the words
18       "concurrently with" and "with" mean the same thing?
19   A. I do, yes.
20   Q. Those word do not have any special meaning in cellular
21       telecommunications, do they?
22   A. Well, I would interpret them as being within the same burst.
23   Q. Right. But they are just ordinary English word, though, are
24       they not? They are not special technical words?

[Page 264]

MOSS - HINCHLIFFE

1    A. No, that is correct, general terms, yes.
2    Q. In that case, I will leave that there. When we are
3        considering claim 9 as amended, and claim 19 as well, we must
4        not forget the earlier features of claims 1 and 9. So just to
5        give you your bearings for claim 9, let us take claim 9 as an
6        example, what we are considering is a WTRU sending a burst,
7        the presence of which indicates a scheduling request and also
8        concurrently with that on the same channel sending HARQ
9        feedback; okay?
10   A. Yes.
11   Q. I think you agree that in general HARQ and scheduling requests
12       are independent and will not necessarily occur together,
13       although occasionally they might?
14   A. Correct.
15   Q. Professor Valenti has raised the issue that if the presence of
16       the signal is the scheduling request, it is not possible to
17       send an ACK/NACK without also sending a -- that also being
18       interpreted as a scheduling request. You are familiar with
19       that?
20   A. I am familiar with that argument, yes.
21   Q. Let us have a look at what you said about that, so your second
22       report, C1, tab 3, paragraph 73. You say there
23       "Professor Valenti makes the point, "The claim does not
24       specify any way in which the transmissions on the NCB uplink

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com            FAX: (020) 7831 6864

[Page 265]

MOSS - HINCHLIFFE

1
2    control channel assigned by the first allocation for the two
3    different are to be distinguished'."  You agree with that and
4    say:  "However, that does not present any problem to the
5    Skilled Person ... there are various ways in which those two
6    concurrent messages could be distinguished."  First, they
7    could be multiplex using resources other than time.  So you
8    have referred to frequency and code.  To do that, that would
9    require the base station to signal to the UE the configuration
10   for sending the HARQ feedback concurrently with the scheduling
11   request, would it not?
12   A.  Unless it was a known secondary resource, which was based on
13       the first, which did not require signalling.
14   Q.  Okay.  You have not made that point in your report anywhere,
15       have you?
16   A.  No, I am just trying to answer a possible solution.
17   Q.  But in that situation there would have to be a known
18       association between the two resources?
19   A.  That is right, there are several ways that it could be done,
20       yes.
21   Q.  But of course that is not something that the patent helps the
22       skilled person with?
23   A.  The skilled person would have to use their common general
24       knowledge to identify which they preferred.
25   Q.  Yes.  And the second way that you referred to, right at the

[Page 266]

MOSS - HINCHLIFFE

1
2    bottom, is that the messages could be distinguished based on
3    how they are interpreted, and the "presence" could be
4    indicative of the scheduling request, but the ACK could be
5    interpreted based on the "contents" of the burst.  As we have
6    seen, that is not something that the patent tells the skilled
7    person about.  He would have to work that out for himself?
8    A.  He would have to apply his common general knowledge to the
9        patent, yes.
10   Q.  That is something you think he could do?
11   A.  Yes.
12   Q.  Similarly, you have considered both these issues in relation
13       to the application, and I will see if I can do this in one
14       question.  The position is the same as regards the application
15       for the patents as the patent itself?
16   A.  Sorry, could you repeat the question?
17   Q.  There is no different disclosure in the application of the
18       patent in relation to these issues than there is in the patent
19       itself?
20   A.  No, I did not feel there was any difference, no.
21   Q.  (Pause for instructions)  I am sorry, Dr. Moss, I was just
22       having a chat.  We can put the patent to one side and what
23       I want to do now is talk about Laroia, so keep your report to
24       hand, but the patent can go away.  Get bundle B2 out because
25       we will need it in a moment but if you could also get your

[Page 267]

MOSS - HINCHLIFFE

1
2    cross-examination material as well and we will go to that
3    first.
4    A.  Which was the one you just identified?
5    Q.  Your cross-examination terminal as well.
6    A.  The double X.
7    Q.  Can you go to tab 21 in this.  Cross-examination material,
8        tab 21.
9    A.  Yes.
10   Q.  What we have here is the IEEE Awards for last year, 2020.  The
11       IEEE is a well respected society.  If you go in that page
12       16 you should see, and hopefully you have had a chance to read
13       this, Mr. Laroia won the Alexander Graham Bell Medal in 2020;
14       do you see that?
15   A.  Yes.
16   Q.  He won that for his development of Flash-OFDM; do you see
17       that?
18   A.  I do, yes.
19   Q.  And if you look about mid-way down, it says: "The key to
20       Flash-OFDM is that the overall channel resource is divided
21       into very fine-grained time-frequency slots that each user can
22       access orthogonally without interference from another. Prior
23       to Flash-OFDM, cellular wireless connectivity was
24       circuit-switched."  Do you see that?
25   A.  Yes.

[Page 268]

MOSS - HINCHLIFFE

1
2    Q.  So that is for the idea of OFDM channel resource.  It then
3        a couple of lines down says:  "In patented work, he described
4        a wireless system in which terminals support various states of
5        operation (on-state, hold-state, sleep-state, and
6        access-state)."  It looks like that is the patent that we are
7        about to come on and talk about?
8    A.  It does.
9    Q.  Then, just at the end of the big paragraph, it says:  "These
10       aspects of Flash-OFDM, plus many other concepts developed by
11       Laroia and his teams, helped form the basis for the LTE and 4G
12       systems that are powering today's mobile broadband
13       communications."
14           So what the citation for Mr. Laroia's award is making
15       clear is that his work underpinned a lot of the technology
16       that ended up in LTE?
17   A.  That is what the paragraph suggests, yes.
18   Q.  That is obviously right, is it not?  You have no reason to
19       doubt it?
20   A.  I have no reason to doubt it, no.  I have met Dr. Laroia a few
21       times and he is a very clever man.
22   Q.  Yes.  He is a very well respected engineer?
23   A.  He is, yes.
24   Q.  Thank you.  Okay.  Let us go and look at Laroia itself, so
25       that is bundle B2, tab 1.  First of all we are considering

[24]  (Pages 265 to 268)

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE         LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                04 MARCH 2021                PROCEEDINGS - DAY 2

---

[Page 269]

MOSS - HINCHLIFFE

1
2    this for what we lawyers call novelty or anticipation.
3    I think you have been told that that means we have to consider
4    what the document teaches both expressly but also as a matter
5    of implication; do you understand that?
6    A. I do, yes.
7    Q. As we have seen and we saw it in opening yesterday, it is
8    about a series of states.  We see that on the front cover.
9    A. Yes.
10   Q. As Laroia itself says and as the skilled person would
11   understand, the purposes of having those states would be to
12   maximise the number of UEs that a single base station can
13   service at any one time?
14   A. Yes.
15   Q. You agree, okay.  If we go to page 1.  For present purposes,
16   when I give you page references, it is the page references at
17   the bottom of Laroia, not the bundle pages.  Under "BACKGROUND
18   OF THE INVENTION", about four lines down:  "Within a cell or a
19   sector of a cell, the unit of communications resource is a
20   symbol, e.g., QPSK or QAM transmitted on one frequency tone
21   for one time slot in an orthogonal frequency division
22   multiplexed (OFDM) system."
23        Now, of course, as at the date this document was
24   published, which was February 2004 or even the date it was
25   written, there were not any existing OFDM systems, were there?

---

[Page 270]

MOSS - HINCHLIFFE

1
2    A. Any OFDM cellular systems?
3    Q. Yes.
4    A. No, I believe WiMAX may have been existing at the time.
5    Q. But if we are talking about cellular telephony systems then
6    there was not one?
7    A. No, that is correct.
8    Q. And so what the authors of this document, what Mr. Laroia was
9    doing was looking forward and putting forward a method that
10   could be used in a new OFDM cellular system?
11   A. Yes.
12   Q. Just going back to the sentence we looked at, just to get the
13   terminology right, it refers to one frequency tone for one
14   time slot.  When he refers to a tone, that is a reference to
15   frequency, is it not?
16   A. It is, yes.
17   Q. If we go over the page, at the top, it says:  "In order to
18   provide efficient use of limited ... resources, base stations
19   may allocate different numbers of tones to different mobiles
20   depending on the devices' bandwidth needs."  So that is
21   obviously, the skilled person would understand, relevant to
22   the concept of states that this patent is about?
23   A. Yes.
24   Q. And it then goes through a number of different signalling
25   types that we might come back to and look at in a bit more

---

[Page 271]

MOSS - HINCHLIFFE

1
2    detail in due course, but it talks about timing control, power
3    management, channel quality measurements and resource
4    requests?
5    A. Yes.
6    Q. Then if we drop down to the bottom of page 3.  Perhaps you
7    could just read that paragraph to yourself.  It just goes over
8    the page.
9    A. (Pause for reading) Okay.
10   Q. Just going back to the bottom of page 3 at the start of the
11   paragraph:  "Signalling resources, e.g., time slots or tones,
12   may be shared or dedicated."  Just pausing there before we
13   come on to look about what he means by shared or dedicated,
14   that is a general statement about the signalling resources, is
15   it not?  It is not limited to any particular type of
16   signalling.
17   A. Well, signalling implies control, but control signalling, yes.
18   Q. I am going to suggest to you that signalling implies any kind
19   of signalling, be it data signalling or control signalling; do
20   you agree?
21   A. No, that is not my interpretation of the word "signalling".
22   Q. Let us have a look, then.  What I wanted to show you is that
23   when Laroia wants to refer to control signalling he says
24   "control signalling" and when he wants to refer to data
25   signalling he says "data signalling".  Let us have a look at

---

[Page 272]

MOSS - HINCHLIFFE

1
2    some instances of control signalling. Go to page 5.
3    A. Yes.
4    Q. His second paragraph:  "In accordance with the present
5    invention, mobile nodes support multiple states of operation.
6    The control signaling resources used by a mobile node vary",
7    and so on and so forth.  You see "control signalling"
8    appearing at least twice more in that paragraph.
9    A. Mmm-hmm.
10   Q. Do you agree?
11   A. I do, yes.
12   Q. And similarly the next paragraph, again we see
13   "control signalling"?
14   A. Yes.
15   Q. There are multiple other times that when Laroia is referring
16   to control signalling, he talks about control signalling.  If
17   we go on then to page 14, if we look at the second paragraph,
18   it says:  "Memory 210 includes user/device information ... a
19   power control and power control signaling module ... and a
20   data control and data signaling module ..."  So when he is
21   talking about data signalling, again it is specific about data
22   signalling and we see further examples of that if you turn
23   over to page 16.  We see in the middle paragraph, the short
24   middle paragraph:  "Data and data signaling module ... is used
25   to control transmission and the reception of payload data ..."

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE          LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                04 MARCH 2021                      PROCEEDINGS - DAY 2

[Page 273]

MOSS - HINCHLIFFE

1
2   A.  Mmm-hmm.
3   Q.  So if we go back to page 3 and the paragraph at the bottom of
4       the page.
5   A.  Sorry, that last paragraph, "Data and data signaling module
6       ... is used to control transmission ..."  Okay.  Yes, page 3.
7   Q.  So, if we go back to page 3, here we have the word
8       "signalling" being used generally and saying that signalling
9       resources can be shared or dedicated.  What I want to suggest
10      to you is when read in the context of the rest of Laroia, it
11      is clear he is referring to signalling resources here as
12      meaning both control signalling and data signalling?
13  A.  But when I read the document I felt that the paragraphs prior
14      to this had only taught about control signalling and so when
15      it had reached the final paragraph, it was still talking about
16      control signalling because that is ----
17  Q.  You accept now you have seen some of the rest of it that that
18      was a hasty conclusion and you have to look at the whole of
19      the document.  You see that Laroia specifies which one he is
20      talking about.
21  A.  I would not say it is clear because there is no mention
22      of -- I mean, usually he uses the words "data transmission",
23      I think, for sending data, so I see he sometimes used
24      "data signalling", but the rest of the two pages is all to do
25      with control, control signalling.  There is no mention of

[Page 274]

MOSS - HINCHLIFFE

1
2       data, I think, in that page or the previous one.
3   Q.  Yes, but in the previous pages whenever it talks about
4       control signalling it says "control signalling".  Look at the
5       paragraph above on page 3:  "In addition to timing and power
6       control signaling ..."
7   A.  Well, power control is effectively sort of a term, so timing
8       and power control signalling, so those are two types of
9       control signalling.
10  Q.  Yes, okay.  Let us try another point on the paragraph at the
11      bottom of page 3.  It says the resources can be shared or
12      dedicated.  I think you agree with Professor Valenti that when
13      he is referring to "shared resources" he means
14      contention-based resources; yes?
15  A.  Yes.
16  Q.  And when he refers to "dedicated", he is referring to that
17      compendiously as including both what we call dedicated
18      channels and shared channels?
19  A.  I am not sure of the latter point.  I would certainly agree
20      with the first point.
21  Q.  See four lines from the bottom:  "The dedicated resources may
22      be part of a common resource, e.g., a common channel, where
23      segments of the channel are dedicated, e.g., allocated, to
24      individual devices or groups of devices where the groups
25      include fewer than the total number of mobile nodes in a

[Page 275]

MOSS - HINCHLIFFE

1
2       cell."  That is a reference to a shared channel, is it not?
3   A.  It is, certainly from the context of a control signalling.
4       I would not say it is clear that we are talking now about data
5       because, as I say, we have been talking about control
6       signalling up until now.
7   Q.  Let us stick with one point at a time, Dr. Moss, otherwise we
8       will get in a muddle.  That reference to dedicated resources
9       being part of a common resource, that is a reference to
10      a shared channel, is it not?
11  A.  That is right, that is a shared channel, yes.
12  Q.  So Laroia's dedicated resources are both properly dedicated
13      and also shared?
14  A.  That is right, in this paragraph relating to control
15      signalling, yes.
16  Q.  And of course the skilled person would know that both
17      dedicated and shared resources were widely used both for data
18      signalling and for control signalling, were they not?
19  A.  When you say "shared", you mean contention-based?
20  Q.  No, I will start again.  Shared in the 3GPP sense of being
21      allocated on a time basis and properly dedicated, those kinds
22      of channels, and we saw them earlier this morning.
23  A.  HSPDA.
24  Q.  HSPDA were used for both control signalling and user data?
25  A.  They could be, that is right, yes.

[Page 276]

MOSS - HINCHLIFFE

1
2   Q.  And so there is absolutely nothing inconsistent with this
3       paragraph being a general disclosure of signalling generally.
4       There is no reason why it should be limited to control
5       signalling because the skilled person would know that either
6       dedicated resources per se or shared resources could be used
7       for both?
8   A.  Well, using their common general knowledge, for example.
9   Q.  So what I want to suggest to you is because there is no
10      limitation in this paragraph about the type of signalling that
11      is on the resource, it is an entirely general paragraph
12      talking about any kind of signalling in Laroia?
13  A.  It is but it is in the same paragraph that starts off about
14      control signalling.  That is my issue when reading it.  It is
15      not clear that we are now talking about data.  The skilled
16      person may read that as being ----
17  Q.  In this paragraph, where do you see control signalling?
18  A.  It is in the previous paragraph and then the paragraph before
19      that.
20  Q.  Okay.  But if you turn over the page, the sentence at the
21      bottom:  "For example, in the case of an uplink time segments
22      may be dedicated to individual mobile nodes to prevent the
23      possibility of collisions. In the case of a downlink, time
24      slots may be dedicated to individual devices or, in the case
25      of multicast messages or control signals, to a group of

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE          LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 277]

MOSS - HINCHLIFFE

1
2    devices ..." So there is a disclosure there of multicast
3    messages which are not controlled signals being sent to
4    devices?
5    A. I am sorry, could you tell me which paragraph that is --
6    page 5?
7    Q. No, go to the bottom of page 3 and the sentence that says that
8    in the case of an uplink time segments may be dedicated to
9    individual mobiles to prevent collisions. And then the next
10    sentence at the top of page 4: "In the case of a downlink,
11    time slots may be dedicated to individual devices or, in the
12    case of multicast messages or control signals, to a group of
13    devices which are to receive the same messages and/or control
14    signals." So that is talking about dedicating time slots to
15    devices to receive multicast messages which is not control
16    signal?
17    A. Multicast can also mean multicast radio resource control
18    messages.
19    Q. Yes. Dr. Moss, what I want to suggest to you is that you are
20    straining to maintain this point when it is clear that, having
21    referred to multicast messages or control signals, it is
22    contrasting multicast messages to control signals?
23    A. Multicast messages -- I am not sure what interpretation one
24    would make of that. Broadcast messages are multicast control
25    messages.

[Page 278]

MOSS - HINCHLIFFE

1
2    Q. But there are other types of multicast signalling that are not
3    control signalling?
4    A. For example, MBMS services.
5    Q. Yes.
6    A. It is a possible interpretation is all I can say.
7    Q. I will leave that one there. We are going to go on to page 5.
8    We start off with Laroia's description of his states. We have
9    already looked at this briefly because of the multiple
10    references to control signalling, but what Laroia discloses is
11    this, that the first state is on state, which we can
12    actually pick up on page 6, and we see it has the highest
13    amount of control signalling, bandwidth used for control
14    signalling purposes. "In this state, the mobile node is
15    allocated bandwidth on as needed basis for transmitting and
16    receiving traffic data, e.g., payload information such as text
17    or video. Thus, at any given time in the on state a mobile
18    node may be allocated a dedicated data channel for
19    transmitting payload information. In the on state the mobile
20    node is also allocated a dedicated uplink control signaling
21    channel."
22    Then it goes on to say: "In various embodiments a
23    dedicated uplink control channel is used during the on state
24    by the MN to make downlink channel quality reports,
25    communicate resource requests, implement session signaling,

[Page 279]

MOSS - HINCHLIFFE

1
2    etc." It refers to the timing of quality reports.
3    So, in the on state we see that the UE has access to
4    both uplink and downlink traffic data and it has allocated
5    those as it needs it?
6    A. That is correct.
7    Q. And the way it will indicate to the base station that it
8    needs, for example, uplink resources when it is in the
9    on state is by communicating a resource request when it needs
10    uplink resources?
11    A. Correct.
12    Q. If we then think about the hold state, so we go to page 7. It
13    is the bottom paragraph: "... the hold state requires fewer
14    control communications resources, e.g., bandwidth, than are
15    required to support operation of a mobile node in the on
16    state. In addition, in various embodiments while in the hold
17    state a mobile node is denied bandwidth for transmitting
18    payload data, but the mobile can be allocated bandwidth for
19    receiving payload data."
20    So that is one difference between the hold state and the
21    on state in that although it can receive data, it cannot
22    transmit?
23    A. That is correct, yes.
24    Q. If we go over the page it has a dedicated uplink control
25    signalling channel in the hold state as well; yes?

[Page 280]

MOSS - HINCHLIFFE

1
2    A. Yes.
3    Q. And it maintains timing control?
4    A. Yes.
5    Q. And it can either have no power control or it can do it at
6    a lower rate?
7    A. Correct.
8    Q. If we go to the bottom of the page we come across the state
9    transmission request which is when the mobile can make
10    a request to move to a different state. It says: "By
11    transmitting an appropriate state transition request the
12    mobile may also transition to the sleep state." I am sorry,
13    I am reading the wrong paragraph, forgive me.
14    If we look at the second bottom paragraph: "When
15    transitioning from the hold state to the on state, the mobile
16    node may start off with an initial high power level to insure
17    that its signals are received ... In one exemplary embodiment,
18    when the mobile node in the hold state intends to migrate to
19    the on state, it transmits a state transition request using a
20    dedicated uplink communication resource, which is not shared
21    with any other mobile nodes. The base station then responds
22    with a broadcast message indicating its response ... The
23    mobile on receiving the base station message meant for it
24    responds with an acknowledgement. The acknowledgment is
25    transmitted over a shared resource ..."

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900         E-MAIL: info@martenwalshcherer.com      FAX: (020) 7831 6864

[Page 281]

MOSS - HINCHLIFFE

1
2 So the sequence is the mobile asks, the base station
3 grants, the mobile acknowledges and then it moves to the
4 on state.
5 A. That is what is described in that paragraph, yes.
6 Q. Obviously it would be implicit to the skilled person on
7 reading this paragraph that one of the considerations for the
8 base station where they are considering whether to accept the
9 request to move to the on state is whether it has uplink
10 resources and got any spare capacity to grant the mobile?
11 A. Absolutely, yes.
12 Q. Because there would be no point in allowing it to go to the
13 on state if it could not do anything?
14 A. Correct.
15 Q. Then we have the sleep states and the access states in Laroia,
16 but I think we can pass over those. I want to talk in a
17 little more detail about some of the control signalling in
18 Laroia. If we go to your third report, C1, tab 4 and go to
19 paragraph 19. Just remind yourself of what you say there.
20 (Pause for reading) In the on state those resource requests
21 that are referred to you agree that those are "scheduling
22 requests" within the meaning of integer 1C. You have a point
23 about the burst point which we will come back to, but I think
24 you agree that all the features of integer 1C are met for
25 those resource requests in the on state; is that right?

[Page 282]

MOSS - HINCHLIFFE

1
2 A. Perhaps we could just recall again.
3 Q. What is the easiest way to find the claim. Do you have
4 Professor Valenti's cross-examination bundle, which very
5 helpfully has the integerised claim at the front of it?
6 A. Page 35?
7 Q. Sorry page?
8 A. 35.
9 Q. No, it was not what I was going for, never mind. You have the
10 claim broken down by integers in front of you?
11 A. I do, on page 35 of Valenti's first report.
12 Q. That will do.
13 A. Is that okay?
14 Q. That is fine. I was in a different place, but we have the
15 same thing in front of us. If we were in court, I could peer
16 over you and have a look. So, 1C, just remind yourself of
17 that. (Pause)
18 A. I think as per my first report, I do not believe all aspects
19 of 1C are disclosed in Laroia.
20 Q. Okay. So which 1s are not there?
21 A. I think certainly the periodicity.
22 Q. Let us go back to Laroia and go back to page 3.
23 A. Sorry, here of course we are talking about the on state.
24 Q. The on state.
25 A. Rather than the hold state.

[Page 283]

MOSS - HINCHLIFFE

1
2 Q. Yes.
3 A. Right.
4 Q. We know that the on state resource request is sent on
5 a dedicated resource. At the bottom of page 3 that tells us
6 that dedicated resource can be part of a common resource where
7 segments of the channel are dedicated, e.g., allocated to the
8 devices in the cell; yes?
9 A. Yes.
10 Q. So that resource is one in which there will be time slots and
11 tones allocated to the UE for making those requests?
12 A. Yes, and again we are talking about the on state. I think it
13 certainly would be required to have a subcarrier resource for
14 the on state.
15 Q. Because the UE has to know what tone because obviously -- we
16 saw at the beginning ----
17 A. That is right, yes.
18 Q. ---- it has to have a tone allocated and a period allocated
19 for its dedicated channel. Of course, to make resource
20 requests there has to be the opportunity for it to do it
21 regularly, so when it needs it it can make the request. Do
22 you agree?
23 A. Yes. I mean, I think periodicity assumes a regular allocation
24 which maybe is not completely disclosed but it is an obvious.
25 Q. It would be implicit. It is more than being obvious, because

[Page 284]

MOSS - HINCHLIFFE

1
2 to make a resource request it follows that the UE has to be
3 able to make it when it needs the resource?
4 A. Yes.
5 Q. And therefore there has to be an opportunity for it to make
6 the request when it needs the resource?
7 A. Yes.
8 Q. And so it must follow to the skilled person that the
9 opportunity to make the request must be available
10 periodically?
11 A. It seems the most likely, yes. There could be some kind of
12 pseudo-random, but that could be a bit contrived.
13 Periodically would be the most common.
14 Q. Thank you. As you say, there would have to be a subcarrier
15 resource, a tone allocated to the UE for that channel to make
16 those requests?
17 A. Correct.
18 Q. Thank you. Let us go back to page 7 and look at the state
19 transition request. It says: "During the hold state timing
20 control signalling is maintained and the mobile node is
21 allocated a dedicated control uplink communication resource
22 ... to request changes to other states. This allows, for
23 example, a mobile node to obtain additional communications
24 resources by requesting a transition to the on state where it
25 could transmit payload data." The skilled person would

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 285]

MOSS - HINCHLIFFE

1
2  understand that the dedicated uplink channel in the hold state
3  was the same type of dedicated channel as in the on state?
4  A. I think the difference is of course that in the hold state the
5  only thing that can be sent is the state change request.
6  Q. We will come on to that point, but in terms of the structure
7  of the channel being made up of time slots and tones, it is
8  the same kind of dedicated channel in the hold state as in the
9  on state?
10 A. I believe it is not disclosed, but they may assume that.
11 Q. Laroia, again we could go back and do the same exercise we
12 have just done by looking at page 3 where it refers to the
13 dedicated resources being time slots and tones, but it would
14 be implicit to the skilled person that it is the same kind of
15 dedicated channel in the hold state as in the on state?
16 A. The purpose for the channels is different, is it not? There
17 is different information being passed.
18 Q. Sure.
19 A. So there may be differences.
20 Q. In the information that is transmitted on the channel in the
21 different states, I agree with that and you agree with that.
22 A. There are differences in what is transmitted, that is right.
23 Q. But the channel itself will have a structure where time slots
24 and tones are allocated to each UE and the UE will need to be
25 told those by the base station?

[Page 286]

MOSS - HINCHLIFFE

1
2  A. The tones would need to be allocated and if it was periodic,
3  then there would need to be a time slot.
4  Q. Again, in the same way that the UE needed to make a resource
5  request in the on state whenever it needed to make them, the
6  same applies to the state transition request that there needs
7  to be a period available to it that repeats so that it can
8  make them when it needs to?
9  A. Yes. The state transition request, the information is based
10 on when the signal is sent. So there are differences of
11 course.
12 Q. Yes, but the fact that there is a time period that we see on
13 page 8 over to page 9 for the state transition request to be
14 made indicates that a time slot is put aside for those
15 requests. Do you agree with that?
16 A. Presumably.
17 Q. And because the UE may want to make a state transition request
18 at any time, it would be implicit to the skilled person that
19 that time slot would have to repeat?
20 A. Yes, that would be implied; yes.
21 Q. On page 9, Laroia gives some detail of the signalling and it
22 refers to the fixed signal (on) and the fixed signal (off).
23 I am going to come back and talk to you about what that means
24 in a moment, but what I want to focus on now is what it says
25 in the last sentence: "In this case, the transmission of the

[Page 287]

MOSS - HINCHLIFFE

1
2  fixed signal can be interpreted as a migration request to the
3  on state if the transmission occurs at certain time instances,
4  and as a migration request to the sleep state if the
5  transmission occurs at some other time instances."
6  A. Yes.
7  Q. What that means is that there is a time instance that if the
8  signal appears in that time, the base station understands that
9  means go to the on state?
10 A. Correct.
11 Q. And obviously as we have seen, if it is a different time
12 instance, it goes down to the sleep state?
13 A. Correct.
14 Q. Just give me a moment. Each of those time instances are going
15 to repeat to allow the state transition request to be made at
16 times convenient to the mobile without inducing too much
17 latency.
18 A. I guess that would somehow need to be in place.
19 Q. Yes. Okay. As we have seen, in the hold state there is no
20 ability for the UE or the mobile to use the uplink channel to
21 transmit user data. Can we go back to page 7 and we see there
22 in the third line, in the hold state it is denied bandwidth
23 for transmitting uplink payload data but the mobile can be
24 allocated bandwidth for receiving data.
25 A. Sorry, that is the third line?

[Page 288]

MOSS - HINCHLIFFE

1
2  Q. It starts on the third line, but it goes on to the fifth line.
3  A. On page 7, "Thus, in response"?
4  Q. I am sorry, it is my fault. I am looking at the bottom
5  paragraph. It is my fault.
6  A. Third line, bottom paragraph. "In such embodiments"?
7  Q. Yes.
8  A. Yes, that is right.
9  Q. As we have seen, the UE can make a state transition request in
10 order to be able to transmit data?
11 A. That is one possible reason for doing state transition.
12 Q. It is the only reason disclosed in Laroia for making a state
13 transition request, is it not?
14 A. I do not recall from Laroia if he mentions any other reasons.
15 Q. No.
16 A. There could be other reasons.
17 Q. Sure. I am sure the skilled person could think of all sorts
18 of things he could do, but just focusing on what Laroia
19 actually says, the only reason it gives is to transmit uplink
20 data.
21 A. Well, again, reading Laroia in light of the common general
22 knowledge, I think the skilled person would know that there
23 were other public reasons for ----
24 Q. Sure. He may be using his common general knowledge to think,
25 well, I could make it do a transition for a different reason,

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 289]

MOSS - HINCHLIFFE

1  but that would be him adding to what is in Laroia?
2  A. He would be applying his common general knowledge when reading
3     Laroia.
4  Q. Yes. Okay.
5  A. It certainly gives an example of doing the state change for
6     transmitting data, yes.
7  Q. Again, if there is any passage I have overlooked, Mr. Campbell
8     will show it to you later. If we go back to the bottom of
9     page 7, as we have seen, in the hold state the mobile can
10    receive payload data?
11 A. Yes.
12 Q. A point you made in your third report was that you said that
13    any ability of the mobile to receive downlink data in the hold
14    state is limited. Do you remember that?
15 A. I do, yes.
16 Q. There is nothing in Laroia that says anything about how much
17    data the UE can receive in the hold state, is there?
18 A. Well, at one point it talks about receiving messages and it
19    talks about receiving multicast signals.
20 Q. Yes, that is one example it gives, does it not?
21 A. That is one example, that is right, yes, but reading ----
22 Q. To ask the question again, there is nothing in Laroia ----
23 MR. CAMPBELL: Perhaps my learned friend could let the witness
24    answer the question. He was trying to answer, I believe.

[Page 290]

MOSS - HINCHLIFFE

1  A. Reading Laroia as a whole, the clear intention for the hold
2     state is that it is a low power state and so, you know, being
3     able to receive some kind of messages could be useful, as it
4     was in cell PCH state in 3G, for example, but it is
5     nevertheless a low power state.
6  MR. HINCHLIFFE: Yes. To be precise, it is a low power state, but
7     Laroia does not set any limits on the amount of data that can
8     be received by the mobile in that low power state.
9  A. No, it would be down to what the skilled person would
10    interpret from reading Laroia.
11 Q. Let us just think about the control signalling that is allowed
12    in the hold state. If we go back to page 2 of Laroia, this is
13    the early passage where it is talking about the various
14    different types of signalling, so this is before we have got
15    into the states. We have seen there is the timing
16    synchronisation -- I am going to see if I can speed this up
17    a bit. Let us go on to page 7, sorry, moving on. In the hold
18    state, as we have discussed, we have got timing
19    synchronisation and we have got power control. What Laroia
20    does not disclose anywhere is that in the hold state the
21    mobile does not transmit measurement reports on the downlink
22    quadzi(?)?
23 A. In the hold state, no, he does not report that.
24 Q. No, that was not my question. It does not say that it does

[Page 291]

MOSS - HINCHLIFFE

1  not do that?
2  A. Well, no, but it is a low power state and it is not able to
3     transmit in the uplink. So I think, you know, both those mean
4     that the power control cannot be accurate. It does not sound
5     like a low power state if it is sending channel quality
6     reports. What would then be the purpose of the on state if
7     all this functionality was being built into the hold state?
8  Q. Well, the skilled person would know that sending measurement
9     reports in the uplink about the quality of the downlink was
10    a way of optimising downlink transmissions.
11 A. Absolutely for the on state, yes, but not ----
12 Q. As a general matter, that was ----
13 A. As a general matter, yes.
14 Q. Okay. Laroia discloses the transmission of those messages in
15    the on state?
16 A. I believe so, yes.
17 Q. Let us assume that the skilled person is implementing Laroia
18    and it is teaching that the mobile can receive downlink data
19    in the hold state.
20 A. Okay.
21 Q. Okay. As we have discussed, Laroia does not say how much data
22    or is not prescriptive about the types of data that the UE can
23    receive in the hold state, is it? It does not say anything
24    about it?

[Page 292]

MOSS - HINCHLIFFE

1  A. No, that is correct.
2  Q. And so the skilled person who is trying to implement Laroia
3     has to make some decisions. The first one is what type of
4     data do I want the mobile to be able to receive in the
5     downlink in the hold state. Do you agree?
6  A. Yes.
7  Q. And that could be multicast or it could also be an amount of
8     dedicated data. Those are options.
9  A. I mean, clearly in a hold state there is limited functionality
10    because it is a low power state and the skilled person would
11    know that certainly IP-based data requires an uplink to be
12    able to send an IP acknowledgments. We know that in the hold
13    state the UE cannot send anything in the uplink. So, that
14    means that it is very restrictive. Of course voice calls
15    would not be possible because there is no uplink direction.
16    I think the hold state is very limited to just receiving
17    messages which could be RRC messages. That is what
18    I understood reading Laroia. The intention is low power,
19    perhaps small messages.
20 Q. Let me just pick you up on one point there. Go to page 8 and
21    the paragraph by the bottom hole punch that starts "When
22    transitioning." So this is the process for the transition
23    from the hold state to the on state. You see at the bottom,
24    second last sentence: "The mobile on receiving the base

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 293]

MOSS - HINCHLIFFE

1
2    station message meant for it responds with an acknowledgment."
3    So we know that the UE or the mobile can send acknowledgments
4    in the hold state.
5    A. But those would be network acknowledgments rather than
6    acknowledgments to the IP server. There are several
7    acknowledgments that need to be sent for IP traffic. There is
8    HARQ, there is RLC acknowledgment and there is also the TCP IP
9    acknowledgment back to the IP server. My understanding is
10   that that is not possible in the hold state. So it is rather
11   limited in its functionality.
12   Q. Laroia discloses an uplink control channel in the hold state?
13   A. The state transition request, yes.
14   Q. And timing synchronisation, power control signalling and
15   acknowledgments?
16   A. TCP IP acknowledgments, yes. Sorry, I mean RLC
17   acknowledgments, yes.
18   Q. I am just picking you up, Dr. Moss, because you said the only
19   signalling were state transition requests, and that is not
20   right. There is wider signalling in the hold state than just
21   state transition requests?
22   A. Could I refer to my notes? One second. (Pause) Yes, the
23   power control signalling is quite difficult because again what
24   is the power control based on, because there is only the
25   control channel or uplink transmissions. The hold state is

[Page 294]

MOSS - HINCHLIFFE

1
2    described -- (Pause for reading) Various embodiments is
3    limited to state change requests. During the hold state ...
4    (reads from notes). The bandwidth allocated ... (reads from
5    notes) ... is less than in the on state. So there is reduced
6    signalling in the hold state. Maintaining timing control in
7    the hold state. So its timing control signalling is
8    maintained. (Reads from notes) During the hold state
9    transmission power control signalling may be discontinued or
10   performed less frequently. Again, power control signalling is
11   a bit tricky because you need to actually send a signal to be
12   able to get power control in place. Dedicated control ...
13   (reads from notes) ... can be eliminated or reduced." So
14   there is really minimal signalling on the control channel in
15   the hold state.
16   Q. Let us just think back to the skilled person trying to
17   implement Laroia. As we discussed, he needs to make
18   a decision about what type of downlink data he wants the
19   mobile to be able to do in the hold states, and that would
20   include a decision about how much before the mobile gets
21   kicked off to the on state. Do you agree with that?
22   A. Well, again, I am not sure what the functionality is of the
23   hold state. To me it seems very limited and is analogous to
24   the CELL_PCH in 3G which received RRC messages. The skilled
25   person reading this with the background of 3G, they would make

[Page 295]

MOSS - HINCHLIFFE

1
2    that association, I think. Also, when one looks at the
3    technical reports for LTE that existed at the priority date,
4    one would see there is a state map where there is a state
5    called dormant. Again, that maps quite well to the hold
6    state, but it is clear that that is supposed to be like
7    a CELL_PCH state. You know, if it gets implemented at all,
8    then it would be for very restricted messages, SMS, I guess,
9    for example, which can be just acknowledged to the network.
10   Q. But the disclosure in Laroia is that you can have downlink
11   data and anyone implementing it would have to make a decision
12   as to how much. Some people may go the way you are suggesting
13   and have limited data, but, equally, as a technical matter,
14   someone could decide that they wanted to allow a small amount
15   of dedicated data to the mobile in the hold states. You agree
16   with that?
17   A. Perhaps you could elaborate on what kind of service they might
18   be considering, because it clearly must be a uni-directional
19   service because there is no uplink response.
20   Q. The skilled person could decide that they wanted to have any
21   kind of data but with a limit of the amount of data, a small
22   amount of data, before it said I am now going to send you to
23   the on state?
24   A. But most services in mobile require bi-directional traffic.
25   At the very least you need to be able to request a web page

[Page 296]

MOSS - HINCHLIFFE

1
2    for it to be able to download, but in the hold state we cannot
3    even request the web page.
4    Q. I am going to leave this and move on to another topic. I want
5    you to proceed for the moment on the basis that although the
6    mobile can receive some data in the hold state, in order to
7    receive substantial amounts it needs to go to the on state;
8    okay?
9    A. Okay.
10   Q. In that situation, the base station, first, knows the state
11   that the mobile is in and it also knows that it has got data
12   for the mobile.
13   A. Correct.
14   Q. Now if we go to page 20 of Laroia, second paragraph:
15   "Transitions from the hold state can be initiated by base
16   station or by the mobile nodes. The base station may initiate
17   a transition by sending a page over a paging channel meant for
18   the hold state users. In one embodiment, the mobile decodes
19   the paging channel ... On finding a page message meant for
20   it, it responds with an acknowledgment. In various
21   embodiments the acknowledgment is transmitted over a shared
22   resource on the uplink and is slaved to the page or grant
23   message on the downlink. The mobile responds to a state
24   change message by moving to the assigned state specified in
25   the received state change message." So what that discloses is

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 297]

MOSS - HINCHLIFFE

1
2    the procedure is the base station changes, the mobile responds
3    and then it moves to the new state.  Do you agree?
4    A.  Well, certainly the mobile has to transition to the on state
5        on receiving a page.  That is correct.  I think in my third
6        report I set out how the skilled person would understand that
7        signalling would probably need to take place.
8    Q.  Let us just make sure we are focusing on what Laroia is
9        saying.  Laroia does not disclose that the mobile, having been
10       paged, has to make a request to change state.  It says the
11       mobile responds to a state change message by moving to the
12       assigned state.
13   A.  Well, it does not say that the state change request cannot be
14       used.  But I think the skilled person would know that the
15       state change message used in 3G was designed for a purpose and
16       after it developed during experience and that that would be
17       their preferred implementation.
18   Q.  Sure.  Do not get me wrong, Dr. Moss, I am not suggesting that
19       that is not one way that the skilled person could try to
20       implement Laroia.  The point I am putting to you is Laroia
21       does not disclose that that is what the mobile has to do, does
22       it?
23   A.  It does not disclose that the mobile has to do that, no.
24   Q.  In fact, what it does disclose is that on receiving the state
25       change message, the mobile moves directly to the new state?

[Page 298]

MOSS - HINCHLIFFE

1
2    A.  Again, I think the skilled person would not take that
3        approach.  I mean, it only describes it as being in various
4        embodiments.  We are sort of choosing exactly which embodiment
5        to follow here and I think they would adopt a 3G approach to
6        state transition.
7    Q.  Even though that is not disclosed anywhere in Laroia?
8    A.  Well, it is known that state transition needs to be done
9        reliably.  3G had a technique involving ciphered messages,
10       encrypted messages which was a reliable method that had been
11       tried and tested previously.
12   Q.  Let us have a look at page 27.
13   A.  I would say as well that we read this morning how the goals of
14       LTE were to simplify the design of the system and simplify
15       testing.  Again, that would be in the mind of the skilled
16       person reading this.
17   Q.  Okay, but, of course, this is not -- do not worry about that
18       one.
19       Go to page 27.  It says there: "While in the hold
20       state, the assignment channel is not monitored.  However, the
21       fast paging channel and slow paging channel are monitored.
22       Accordingly, a mobile node in the hold state can be instructed
23       to change states and/or monitor the assignment channel for
24       traffic channel segment assignment information in a relatively
25       short period of time."

[Page 299]

MOSS - HINCHLIFFE

1
2    So again the instruction is to change states rather than
3    instruction to make a state change request?
4    A.  Yes, but when you are instructed to change states, the route
5        can be through the use of a standard signalling procedure,
6        which would be a state change request.
7    Q.  Sure and as we discussed earlier, that is clearly one way in
8        which the skilled person using his common general knowledge
9        could implement Laroia, but the point I am putting to you is
10       that what Laroia never says is that on being instructed to
11       change states, the mobile has to make a state change request.
12       It merely states that on being instructed to change states the
13       mobile changes states.
14   A.  That is literally word for word what it says in Laroia, yes.
15   Q.  Thank you.  Going back to thinking about the state transition
16       request.  You say in your evidence that Laroia discloses what
17       you refer to as a two-step approach.  You remember that?
18   A.  Yes.
19   Q.  Whereby a mobile in the hold state that wants to transmit data
20       first issues a state change request and then when it gets to
21       the on state then has to make resource requests for uplink
22       resources?
23   A.  Yes.
24   Q.  If we go back to page 8 and in the first whole paragraph the
25       one that starts "Maintaining timing control", it says in the

[Page 300]

MOSS - HINCHLIFFE

1
2    middle:  "Since timing control signaling is maintained, when
3    the mobile node transitions from the hold state to the
4    on state it can transmit data without much delay, e.g., as
5    soon as the requested uplink resource is granted, without
6    concerns about creating interference for [the other mobiles]."
7    So it is making it clear that as soon as it goes from the hold
8    state to the on state, it can transmit data?
9    A.  Well, my understanding, having read the document, was that the
10       transition to the on state and the associated -- all of the
11       necessary housekeeping that is needed in doing a state
12       transition would need to happen before data could be sent and
13       so there would be a very short delay while that happened, but
14       then the data would be sent after and it would be using the
15       process that is described in Laroia, which is that in the hold
16       state the mobile is able to make a scheduling request,
17       a request for uplink resource.
18       Because I think it is important to remember that while
19       in the hold state the mobile will of course be trying to avoid
20       updating the network when it moves from cell to cell and often
21       there are things like hysteresis involved so when the mobile
22       does need to resume and return to the active state it has to
23       be attached to the best base station otherwise base stations
24       end up talking at cross-purposes and creating excess
25       interference.  So the state transition needs to ensure that

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE       LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

[Page 301]

MOSS - HINCHLIFFE

1  the mobile is attached to the correct cell. Then, of course,
2  you need the power control to stabilise, as the power control
3  generally needs to, which was 3G learning, and at that point
4  you can then request the uplink resource or the downlink
5  resource. So I think to assume that it goes straight into the
6  on state and then data is immediately flowing, I think the
7  skilled person to understand that, that is not realistic.
8  Q. What Laroia does not say anywhere is there is no description
9  of the mobile making a state change request going to the
10 on state and then immediately making a resource request. That
11 does not appear anywhere in Laroia, does it?
12 A. Well, that is the general teaching of Laroia.
13 Q. Let us have a look at the other teaching of Laroia and see
14 whether that is all consistent with your view. Go to page 19
15 and we see in the middle: "In accordance with the present
16 invention, in the hold state, a mobile node is denied
17 bandwidth for transmitting payload data. However, timing
18 control signaling is maintained and the mobile node is also
19 allocated a dedicated uplink communication resource which it
20 can use to request changes to other states. This allows for
21 instance a mobile node to obtain additional communications
22 resources by requesting a transition to on state where it
23 could transmit payload data."
24     So what that is making clear is that the way that
25

[Page 302]

MOSS - HINCHLIFFE

1
2  communication resources are obtained is by requesting the
3  transition to the on state?
4  A. It was also consistent with transition to the on state so one
5  can then make the request.
6  Q. Yes, but then if you look at the next paragraph I am going to
7  suggest to you that it is my reading I am suggesting to you is
8  correct: "From the hold state ... the mobile node may
9  transition to the on state ... e.g., upon being granted
10 a requested communication resource." That is making clear, is
11 it not, that the transition to the on state happens when the
12 mobile is granted the communication resource that it has
13 requested?
14 A. But it also needs the communication resource for the control
15 channel, does it not? "From the hold state ... the mobile
16 node may transition into the on state ... e.g., upon being
17 granted a requested communication resource." I do not really
18 know what that means.
19 Q. What I want to suggest to you, Dr. Moss, is it is clear what
20 it means. It means that, when it makes a state transition
21 request, it can transition, and having transitioned, it has
22 already been granted the requested communication resource.
23 That means that the base station is considering the state
24 transition request as a resource request as well.
25 A. The communication resource could equally mean the dedicated

[Page 303]

MOSS - HINCHLIFFE

1
2  control channel because that has to be granted as well on
3  transitioning, on arrival in the on state, that needs to be in
4  place. The teaching of Laroia is that the message that is
5  sent in the hold state is a request to change states. That is
6  all that is disclosed -- that is as far as it goes in Laroia.
7  It does not say "and optionally request uplink data".
8  Q. But as you agreed earlier, in deciding the state transition
9  request, inevitably the base station would consider whether
10 there were uplink resources available to give to the mobile?
11 A. Yes, but ----
12 MR. CAMPBELL: Did my learned friend use the word "inevitably"
13 earlier? I do not remember him using the word "inevitably".
14 MR. HINCHLIFFE: We can all look back at the transcript.
15 MR. CAMPBELL: Okay.
16 THE WITNESS: As I say, I think the transition to the on state,
17 the skilled person reading it through the lens of their 3G
18 experience would be that the transition to the on state could
19 be for uplink data, there would generally be a delay before
20 data could be transmitted because there is certain signalling
21 that needs to take place, security, for example, making sure
22 that the best cell has been selected, but, equally, it could
23 be in response to a paging message which could be due to
24 mobile terminated data the mobile would need to receive.
25 MR. HINCHLIFFE: We have been over that topic. I wanted to

[Page 304]

MOSS - HINCHLIFFE

1
2  suggest to you that this paragraph on page 19 makes it clear
3  that the state change request to go from the hold state to the
4  on state carries with it, when it is granted, the grant of the
5  requested communication resource which is an allocation of the
6  uplink dedicated channel?
7  A. It is possible, maybe it could be read that way, but the
8  request that is made in the hold state is for a state
9  transition request. It is not for a request for uplink
10 resource.
11 Q. Yes, but the only disclosure in Laroia as to a reason why you
12 make the state transition to the on state is to transmit user
13 data, is it not?
14 A. That is one reason, yes -- that is in Laroia and would be
15 clear.
16 Q. Yes, and it is the only reason that Laroia discloses for going
17 to the on state?
18 A. Well, I think it is clear that in the on state there is much
19 more functionality than in the hold state.
20 Q. Yes, but again to answer my question?
21 A. Uplink and downlink, so I would say Laroia, when read as
22 a whole, it is presenting a hold state which is a low power
23 state. It can receive some messages. The key thing it does
24 in the hold state is to send a state transition request so it
25 can move to the on state which is the high powered state where

INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS - DAY 2

[Page 305]

MOSS - HINCHLIFFE

1   it can receive data and it can send data.  That is my
2   interpretation and that is the simplest implementation of what
3   Laroia has.  I think, anything else, it runs contrary to the
4   way systems are developed.  They run on rules.  And ----
5   Q. Final question on this.  Are you able to point to a passage in
6   Laroia where it says that the mobile makes a state transition
7   request in order to go to the on state in order to receive
8   downlink data?
9   A. No, but the mobile could be paged and it may send a state
10  transition request for that reason.  That is a very sensible
11  embodiment given the knowledge from 3G.
12  Q. My Lord, if I can just ask one more question and then it may
13  be a suitable time to have a short break.  I want you to
14  assume for this question that in the hold state, the hold
15  state is as you have been describing, so a very limited hold
16  state where only small amounts of broadcast downlink data can
17  be sent to the mobile.  Obviously we have been round that but
18  on the assumption that that is what it is, if the base station
19  has a considerable amount of data for the UE, it is going to
20  want to move the UE to the on state.
21  A. Correct.
22  Q. The way it does that is it will instruct the UE to go to the
23  on state and my understanding of how you say that will happen
24  is that the mobile will make a state transition request?

[Page 306]

MOSS - HINCHLIFFE

1   MR. CAMPBELL:  Sorry, that is two questions.  Can we have one
2   question at a time, please.
3   MR. HINCHLIFFE:  Okay.  The assumption is the base station has
4   data it wants to send and I think you agree that it will want
5   to move the mobile to the on state?
6   A. Correct.
7   Q. And your assumption as to an obvious way that would be
8   implemented would be by the base station paging the mobile and
9   asking it to make a state transition request to go to the
10  on state?
11  A. Correct, as per my third report, yes.
12  Q. There would not be any ambiguity in the reason for that state
13  transition request being made by the mobile because the base
14  station would know that it was making it in response to its
15  page telling the mobile to move to the on state?
16  A. That kind of mechanism could be implemented.  As I say, in 3G,
17  the request to change states includes the purpose of wanting
18  to change states which would be in response to a page.
19  Q. And, similarly, if the base station receives a state
20  transition request out of the blue, having not paged it, and
21  this is in Laroia, it will understand that the reason for the
22  state transition request is because the mobile wants to
23  transmit uplink data?
24  A. It may well be the mobile has moved into a different cell.

[Page 307]

MOSS - HINCHLIFFE

1   There are lots of reasons why the mobile may need to
2   transition to the on state.  There could be some sort of
3   time-out.  I think it is open to implementation, it is not
4   a complete disclosure.  It is some kind of framework defining
5   some states and some signalling to move between the states,
6   but one would need to turn this into a cellular system that
7   would be reliable.  It is no good building something which
8   seems to work okay in the garage.  This has to work across
9   many nations and thousands of base sites.  It needs to be
10  robust.
11  MR. HINCHLIFFE:  Okay.  Is that a convenient moment, my Lord?
12  THE JUDGE:  3.25.
13  (A short break)
14  MR. HINCHLIFFE:  Dr. Moss, can I pick you up on the answer you
15  gave just before the short break and ask you more questions
16  about that.  I am getting terrible feedback.  Is everyone else
17  hearing it?  It has gone now.
18  Douglas, can you put yourself on mute, I am sorry.
19  MR. CAMPBELL:  Okay.
20  MR. HINCHLIFFE:  I asked you about the base station receiving
21  a state transition request out of the blue having not paged
22  the mobile because it wanted to move the mobile to send it
23  downlink data.  You say it may well be because the mobile has
24  moved into a different cell.  Of course, we are talking about

[Page 308]

MOSS - HINCHLIFFE

1   a state transition request from the hold state to the
2   on state.
3   A. Yes.
4   Q. That is not going to be made because the mobile has moved
5   cells, is it?
6   A. You probably need to update the cell so that the new cell
7   knows to page you.
8   Q. This is a mobile that is in the base station cell and is being
9   asked to go from the hold state to the on state?
10  A. I see.
11  Q. It is already there.
12  A. Paged out of the blue, right.
13  Q. When you say "out of the blue", this is a mobile in the hold
14  state making a request to go to the on state.
15  A. Right, yes.
16  Q. And that is not going to happen when the mobile has moved into
17  the base station cell because it is already in the cell?
18  A. That is right unless the mobile has reported a neighbour cell
19  signal level and the base station has decided to ask it to
20  update and paged it for that reason.
21  Q. I am sorry, the assumption I asked you on was the base station
22  had not asked the mobile to make a state transition request?
23  A. Okay, it has not.  Okay.  But sent a page.
24  Q. No, it has not done anything, it just receives a state

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE        LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 309]

MOSS - HINCHLIFFE

1
2    transition request without having prompted it?
3    A. Apologies, yes.
4    Q. And that would not happen on the mobile moving into a cell
5       because the assumption is it is already in the cell in the
6       hold state?
7    A. I am sorry, I am losing some train of thought.  Do you think
8       you could repeat the question one more time?
9    Q. It is a state transition request from a mobile in the cell in
10      the hold state ----
11   A. Yes.
12   Q. ---- making a request to go to the on state in circumstances
13      where the base station has not paged it ----
14   A. Yes.
15   Q. ---- telling it to make the request.
16   A. When the base station has not paged it, that is exactly when
17      the mobile would have identified a new cell that is nearby and
18      would have made a state change request so it can update the
19      network that it needs to move to a new cell, so that would be
20      an example of that sort of thing happening.  That is just how
21      things happened in 3G in CELL_PCH, you detect that you were
22      moving into a new cell and you perform a cell update to the
23      network.  Then the network knows that you are in the new cell,
24      not in the old cell.
25   Q. But this is a mobile within one cell making a request to the

[Page 310]

MOSS - HINCHLIFFE

1
2    base station in the cell that it wants to move to the
3       on state.
4    A. Well, there is only one cell that it can talk to, of course,
5       which is the cell it is connected to and it needs to report
6       that there is a neighbour cell which is now very strong,
7       perhaps stronger, than the current serving cell so the network
8       then needs to hand over all the information about the mobile
9       on to that new cell, so it can then go into the hold state in
10      the new cell.
11   Q. Okay.  But again going back to what Laroia actually teaches,
12      rather than what you say the skilled person would know, the
13      only disclosure in Laroia for making a transition to the
14      on state is to transmit user data?
15   A. Well, that is as may be but the skilled person would know
16      there would be other reasons, why state transitions would be
17      needed.
18   Q. Okay.  Let us go back to Laroia and page 9.
19   A. Okay.
20   Q. At the top -- we passed over this a moment ago -- this is:
21      "In another embodiment, the mobile node uses an on/off
22      signaling in its dedicated uplink communication channel, where
23      the mobile node sends a fixed signal (on) when it intends to
24      migrate to another state and does not send any signal (off)
25      when it does not intend to migrate ..."

[Page 311]

MOSS - HINCHLIFFE

1
2    So this is signalling where the presence of the signal
3       indicates the state change; yes?
4    A. Well, it is certainly the base site needs to decode whatever
5       is going to be on the channel at that time, which could be
6       a message or it could be some kind of analogue signal or
7       a code.
8    Q. But it could simply just be a burst at that time instance?
9    A. I do not think it is a good idea to build networks that run
10      based on something other than, you know, a message that is
11      a reliable way of transitioning between states otherwise you
12      would have if there was noise incurred somewhere or a mobile
13      in a different cell could result in this mobile changing state
14      or the base station thinking it was the mobile requesting
15      a state change.  There needs to be reliability when it comes
16      to state change because it is a significant step for the
17      mobile changing states.
18   Q. Okay, but what Laroia does tell the skilled person -- and we
19      will come on to that point in a moment -- is it is the
20      presence of the signal at one time instance tells the network
21      that it is a request to go to the on state and the presence of
22      the same fixed signal at a different time instance tells it to
23      go to the sleep state?
24   A. Well, that is one embodiment, yes.
25   Q. Yes.  And so it is the presence of that fixed signal at the

[Page 312]

MOSS - HINCHLIFFE

1
2    time instance that tells the base station what the mobile
3       wants to do?
4    A. Well, again, it depends on what the fixed signal is and
5       whether it is a message or whether it is some kind of analogue
6       signal.  In my report I said that the most likely
7       interpretation would be that the fixed signal would be a fixed
8       message because we know that the control channel needs to be
9       used for other purposes.
10   Q. Yes, but equally ----
11   A. There needs to be flexibility in the control usage.
12   Q. But what that last sentence of Laroia makes clear is that the
13      control channel has an allocated time instance for making
14      up-state requests and allocated time instances for making down
15      requests?
16   A. Right.
17   Q. Do you agree?
18   A. (Pause for reading) Yes, we are looking at the fixed signal
19      on -- the option between transitioning to the fixed and the
20      sleep is later on, is it not?
21   Q. It is just the next sentence.
22   A. Yes.  "The transmission of the fixed signal can be interpreted
23      as a migration request to the on state if the transmission
24      occurs at certain time instances, and as a migration request
25      to the sleep state if the transmission occurs at some other

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900       E-MAIL: info@martenwalshcherer.com            FAX: (020) 7831 6864

[Page 313]

MOSS - HINCHLIFFE

1     time instances."  Again, so depending on what the transmission
2     is, what this fixed signal is, then it either needs to decode
3     it or it needs to detect the presence of it.
4  Q. Well, it is the transmission of the signal at the time
5     instance tells the base station what it is?
6  A. Well, that is right.  Under this embodiment, yes.
7  Q. And if we go to your first report now, so that is bundle C1,
8     tab 1, paragraph 188.  This is where you address this issue.
9     You say that the precise nature is not specified and you give
10    three options that you say the skilled person would think were
11    possibilities.
12 A. Yes.
13 Q. To take them in reverse order, an unmodulated tone of fixed
14    frequency, that is just, as it says, effectively
15    a transmission burst being made on a particular frequency at
16    that time?
17 A. Correct.
18 Q. That would be something like either coherent or non-coherent
19    on-off keying?
20 A. Some kind of sine wave, yes.
21 Q. And, similarly, in a CDMA system you could have that with
22    a spreading code attached to that message, that signal as it
23    is being sent so that that signal can be separated from other
24    users transmitting at the same time?
25

[Page 314]

MOSS - HINCHLIFFE

1
2  A. Yes, sending a code could be another option for this, yes.
3  Q. That is a spreading code rather than a BPSK code?
4  A. In my experience, spreading codes were BPSK modulated.
5  Q. So that is at the chip level, they are BPSK modulated?
6  A. Yes.
7  Q. But then of course each code itself has to represent either
8     a signal or itself, does it not, once you take the spreading
9     codes off?
10 A. Well, again it is just transmitting the signal on
11    at a particular time instance.  The signal could be
12    the unmodulated BPSK code.
13 Q. Yes, okay.  The second one, the middle one, is something akin
14    to a pilot signal where although it is, for example, a BPSK
15    plus 1, the base station knows that whatever is transmitted at
16    that time instance will be a BPSK plus 1 so it does not
17    actually need to demodulate it to work out that is what it is?
18 A. That is right, it is something that there would be some kind
19    of special circuit for detecting that kind of signal.
20 Q. So all it would need to do would be to detect energy in the
21    relevant time instance and it would not need to demodulate it
22    because it would know that if anything was sent it will have
23    been, in this example, the BPSK plus 1?
24 A. I do not think the skilled person would have wanted that
25    solution, no, clearly, because interference can occur at any

[Page 315]

MOSS - HINCHLIFFE

1
2     time in a cellular network, handsets in different cells,
3     handsets on neighbouring subcarriers.  The environment is not
4     quiet.  There is interference around.  So the coded message is
5     the reliable way to do it, because you do not make a mistake
6     with a coded message because it has a CRC.  If the CRC does
7     not fit, then you know to ignore it.  That is generally how
8     systems are developed.
9  Q. So when you say coded message, you are interpreting this as
10    being with error correction codes added on to it?
11 A. Well, I am assuming it could be a standard encoded message as
12    per, for example, the type of message sent on a RACH channel
13    which has the CRC and third rate could be encrypted, and then
14    it needs to be demodulated to ensure it is reliable.  The
15    integrity needs to be there to avoid a false state change.
16 Q. But as Professor Valenti explains, you only need a coded
17    message where you have more than 1-bit to send?
18 A. Well, sending a coded message is also a reliable way of making
19    sure that the signal that is received is actually from the
20    mobile.
21 Q. You did not answer my question.  You only need a coded message
22    when you have got more than 1-bit to send?
23 A. Well, no, that is not true.  You can send a coded message to
24    ensure the base station knows that it is a reliable signal
25    sent from the mobile, rather than, you know, some stray signal

[Page 316]

MOSS - HINCHLIFFE

1
2     coming from somewhere else.  In 3G all the state transition
3     messages were encrypted and that ensured that state
4     transitions did not happen by mistake because of noise in the
5     environment.
6  Q. But all you are trying to do, as you have just mentioned, is
7     to distinguish the signal from noise.  As we saw from looking
8     at those constellation diagrams, the way do you that when you
9     have a single bit is simply to increase the received energy.
10 A. Well, if that was the case, then the network would be
11    extremely easy to damage by a hacker.  It would be an
12    unreliable network at that point.
13 Q. Okay.  We will come back to that.  What I want to suggest to
14    you is looking at the disclosure of Laroia, when it talks
15    about the fixed signal, first, it does not refer to it being
16    a coded message, does it?
17 A. It does not say what it is, no.  I read it many times and I
18    could not work out what the fixed signal meant.
19 Q. The last sentence makes it clear that it is the transmission
20    of the fixed signal that indicates the request, not the
21    contents of the signal?
22 A. That is right.
23 THE JUDGE:  Are we now in Laroia?
24 MR. HINCHLIFFE:  Yes, my Lord, top of page 9, the last sentence.
25 A. Equally, the fixed signal would want to be something that the

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE          LONDON, WC2A 1HP
TEL: (020) 7067 2900           E-MAIL: info@martenwalshcherer.com             FAX: (020) 7831 6864

[Page 317]

MOSS - HINCHLIFFE

1
2  base station could decode and ensure that it was correct and
3  came from the mobile, rather than being something that had
4  been created by someone with nefarious purposes in mind.
5  Q. And the use of on and off to indicate the signalling, that
6  would suggest on-off signalling to the skilled person, would
7  it not?
8  A. Not necessarily, because again if the fixed signal is the
9  encoded message, then on means you send the message and off
10  means you do not send the message.
11  Q. But the contents of the message would just be a single bit?
12  A. The contents of the message could be whatever. It would be
13  a message which the base station would know originated from
14  the mobile.
15  Q. But in all these mobile systems when the mobile is sending,
16  let us say, the 10-bit control message on the E-DPCCH in
17  HSUPA, in that structure there is nothing in there that tells
18  the base station that it is coming from any particular mobile?
19  A. But the data there is coming on a particular spreading code.
20  So there is reliability because it is on the code. In
21  general, the data would be encrypted as well.
22  Q. Yes. So that would all be on top of the on/off signal. One
23  way of looking at the disclosure of Laroia, that the fixed
24  signal on is sent, one way that the skilled person could do
25  that would be by sending a single bit using that mobile

[Page 318]

MOSS - HINCHLIFFE

1
2  spreading code?
3  MR. CAMPBELL: Does my learned friend want to put that again
4  because it is quite a compound question.
5  MR. HINCHLIFFE: Laroia is teaching of sending a fixed signal on
6  when it wants to migrate. One straightforward way of
7  implementing that teaching would be to send a single bit using
8  the UE's spreading code.
9  A. It could use a code that was sent at that time instance, yes.
10  Q. So it is the spreading code, though. There is just a single
11  unmodulated tone but sent with the UE's spreading code?
12  A. That is right, so BPSK modulated spreading code, yes. That
13  I think is my option B in my report.
14  Q. When we are confusing the spreading codes, which are
15  applied on top of the -- in normal signalling you have a BPSK
16  signal to which you then spread by applying the spreading
17  codes; yes?
18  A. BPSK signal? You mean the data is plus one or minus one?
19  Q. Yes.
20  A. Then you multiplied that by the BPSK spreading code and you
21  end up with a BPSK. Yes, that is right. If there is 1-bit to
22  send and it is a plus 1, then it would effectively be the
23  spreading code that gets transmitted.
24  Q. And that would deal with your issue about knowing which UE it
25  came from because it would be the UE spreading code?

[Page 319]

MOSS - HINCHLIFFE

1
2  A. It would give some reliability, yes.
3  Q. And the signal that was sent before it was spread would simply
4  be a plus 1?
5  A. Effectively, it is the code being sent.
6  Q. Yes, but that is the only message that is ever sent?
7  A. Well ----
8  Q. There is no need for the base station to have to work out what
9  that message is because it is always the same message sent at
10  that time instance?
11  A. That would be an example of detecting the code, that is right,
12  but then you have the situation that the control channel has
13  to be kind of reserved for that purpose. You cannot send
14  anything else on there to make sure it was not interpreted as
15  being a request to change states.
16  Q. But that is what Laroia discloses. It says it has a time
17  instance for sending the up state transition request and
18  a time instance reserved for the down request?
19  A. And so that would need a third time reserved for other
20  information.
21  Q. Yes.
22  A. That is possible. It is not disclosed how the control
23  information is multiplexed with these state transition
24  requests.
25  Q. But equally there is no disclosure of any other control

[Page 320]

MOSS - HINCHLIFFE

1
2  signalling being sent at the time when the state transition
3  request is sent, is there?
4  A. No.
5  Q. No. Just picking up on your point about misinterpreting, if
6  you were sending the same signal, which you then spread with
7  your spreading code to indicate your state transition request,
8  the issue about reliable detection of that signal, as
9  Professor Valenti explains, would depend on the energy that
10  was applied when that was transmitted?
11  A. Well, yes. I mean, if it was going to be purely
12  a detection-based approach, then it would need enough signal
13  to noise ratio at the base station to ensure it was detected
14  reliably and the base station would have to work out some kind
15  of detection threshold for that, yes.
16  Q. But that is just standard, the way these systems work, that
17  you determine an energy to get your desired error rate and you
18  select a detection threshold at your base station that equally
19  gives you the error rate?
20  A. Yes. I mean, I think we are in a situation of course where
21  there is imperfect power control. I think the skilled person
22  would know that when the power control is only open loop,
23  which I think it is in this case, that there can be a large
24  variation in what the actual transmitted power is. So you may
25  need to send excess power to make sure it is received

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE     LONDON, WC2A 1HP
TEL: (020) 7067 2900          E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 321]

MOSS - HINCHLIFFE

1
2  reliably, and that is mentioned by Dr. Laroia, but then of
3  course you also have to think that if you transmit too much
4  energy then that is going to impinge on the performance of the
5  neighbouring subcarriers, the neighbouring bands. Because
6  FDMA and the bands are very tightly packed that is why you
7  need power control to ensure that you do not swamp out the
8  neighbouring subcarrier.
9  Q. Just to pick you up on your point, I think you are working on
10    the assumption that in the hold state there is no power
11    control. I think as you remember, in the hold state Laroia
12    discloses that there can be just lesser power control?
13 A. Well, if you look, 3G power control required a two-way flow of
14    data, it required pilot bits being sent and power control
15    commands being sent down, you know, at 1500 times per second.
16    I think there is nothing like that in Laroia. This reads like
17    open loop power control where you receive the signal in one
18    band and then from that you estimate what the transmission
19    needs to be on a second band. With fading and stuff, it is
20    not an accurate way to do it. There is just ----
21 Q. Just look at page 8 again. On page 8, the big paragraph by
22    the top hole punch, about six lines from the bottom: "During
23    the hold state, transmission power control signaling may be
24    discontinued or performed less frequently, e.g., at greater
25    intervals than performed during the on state operation." So

[Page 322]

MOSS - HINCHLIFFE

1
2  it is clear that there can be some power control in the hold
3  state?
4  A. Yes, but that implies it is slow and crude, perhaps like GSM,
5    where power control is there but it is not an accurate power
6    control.
7  Q. And therefore if you wanted to ensure that your state
8    transition request signals were reliably received, you would
9    have to make sure that there was enough energy given to them
10    that they were. You would have to factor that into account?
11 A. Well, would you, and if you were unlucky you end up damaging
12    the subcarriers either side of you because of the difficulty
13    then separating the subcarriers in an OFDMA. Of course Laroia
14    is an OFDMA system in the uplink. We know now that LTE is an
15    OFDMA in the uplink. So again there is further difference
16    there. This is an OFDMA system and one would have to be
17    considerate to the power control requirements for an OFDMA
18    system for Laroia.
19 Q. The final point you made on this in your reports is by
20    reference to what happened in UMTS, but of course Laroia is
21    not about UMTS, is it?
22 A. No, that is right.
23 Q. So it is dangerous to try to read in too many UMTS-type
24    mechanisms into this when this is designed to be a new system?
25 A. Well, yes, but it is read by the skilled person, the skilled

[Page 323]

MOSS - HINCHLIFFE

1
2  person who is uninventive, you know, interpreting what he
3  reads, and of course he would want to try to apply that to
4  what his known experience was.
5  Q. Yes, but equally he would know, as we have just discussed,
6    that this was not UMTS and this was a different system being
7    described?
8  A. Sure, but it is still fundamentally a frequency reading of one
9    cellular system, many cells, mobiles moving around, data being
10    transferred. I mean, OFDMA and wideband CDMA, there are many
11    similarities between them.
12 Q. Okay. We saw that you explained that the skilled person would
13    read that reference in Laroia to the fixed signals on and off
14    as having three options. Do you remember that?
15 A. Yes.
16 Q. You have explained, and you have done it today, that you think
17    his preference for the way the skilled person would want to
18    implement that teaching would be by your reference to a coded
19    message. But of course it follows from the fact that those
20    were the three options you say the skilled person would
21    contemplate that one of the things he would contemplate would
22    be the use of an unmodulated tone?
23 A. Well, I think he would realise that was an option and very
24    quickly realise it was not a good idea.
25 Q. So that is him dismissing it on performance grounds because he

[Page 324]

MOSS - HINCHLIFFE

1
2  thinks "I could do this, but I think there are better ways of
3  doing it"?
4  A. I think he would think it was a dangerous way do it because of
5    the reliability, the high likelihood that the base station
6    would misinterpret those kinds of messages as being state
7    change requests.
8  Q. Okay. We have been through the ways of doing that. Let us
9    talk about something else, which is the channel that the
10    mobile is allocated after it has made its resource request in
11    the on state. So let us assume it has been in the on state
12    for a while and it makes the resource request that Laroia
13    refers to; okay?
14 A. Yes.
15 Q. And the response then is a message on the downlink allocation
16    channel giving the UE an allocation of the uplink channel.
17    Yes?
18 A. That is my understanding of Laroia, that is right. The
19    allocation channel then indicates what the uplink channel is
20    that the mobile should use.
21 Q. If you go to page 6 of Laroia and it is the second paragraph,
22    third line from the bottom: "Thus, at any given time in the
23    on state a mobile node may be allocated a dedicated data
24    channel for transmitting payload information."
25 A. Can you repeat where you were looking?

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900       E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 325]

MOSS - HINCHLIFFE

1
2    Q. Page 6, second paragraph, third line from the bottom.
3    A. Second paragraph, third line from the bottom.
4    Q. "Thus, at any given time in the on state a mobile node maybe
5        allocated a dedicated data channel for transmitting payload
6        information."
7    A. Correct, yes.
8    Q. So if we go now in your first report to paragraph 177, you say
9        there is a further distinction and it is not clear that any
10       state change request by the mobile would be for a "shared"
11       uplink resource on which to send data.  This is because what
12       ends up being allocated is said to be a dedicated channel.  We
13       have seen that.
14   A. Yes.
15   Q. You say: "Although, as I have said above, Laroia explains
16       that dedicated signalling resources can be part of a 'common
17       resource', that is only said to apply when that common
18       resource is able to be segmented and those segments are
19       themselves able to be allocated to a particular device."
20   A. Right.
21   Q. Yes.  So it is the ability to be segmented that you see as
22       being an indicator of a shared channel?
23   A. Well, I mean, GSM was segmented but it was not necessarily
24       a shared channel in that same terminology.  I mean, it
25       certainly needs to be segmented and then there needs to be

[Page 326]

MOSS - HINCHLIFFE

1
2        a sort of rapid allocation process.
3    Q. If we go back to page 3 of Laroia, the paragraph we looked at
4        earlier, we see four lines from the bottom: "The dedicated
5        resources may be part of a common resource, e.g., a common
6        channel, where segments of the channel are dedicated, e.g.,
7        allocated, to individual devices or groups of devices where
8        the groups include fewer than the total number of mobile nodes
9        in a cell."  We have discussed that earlier and you agreed
10       that is a description of what would commonly be called
11       a shared resource; you agree?
12   A. (Pause) Well, yes, but that could be, for example, GSM where
13       the uplink is segmented into eight time slots.
14   Q. And equally ----
15   A. And not considered to be shared.  You know, by shared, the
16       terminology now of course is HSDPA based where the resource is
17       segmented and then being a rapid allocation process.  That
18       is the definition, really, of shared that we have for the
19       skilled person.
20   Q. And that description of dedicated resources there is apt to
21       describe a shared channel like an HSDPA shared channel?
22   A. Well, first of all, we had a discussion previously about
23       whether this is about control signalling, so we will not go
24       over that again.
25   Q. No.

[Page 327]

MOSS - HINCHLIFFE

1
2    A. (Pause) Again, this could equally describe GSM, which is not
3        what we would consider to be a shared channel where there is
4        rapid allocation between different UEs.  You have time slot
5        one out of eight time slots.
6    Q. But it is equally something that describes HSDPA as well?
7    A. It is possible, but I think it would need to be a bit clearer
8        that that is what is proposed.
9    Q. Can we go to 23.  Right at the bottom -- this is when we are
10       talking about the downlink channels -- it says in order to
11       minimise the amount of power, each mobile node need only to
12       monitor the control channel segments assigned to the
13       particular node.  This allows it to schedule control channel
14       monitoring operations so that they do not need to be monitored
15       on a continuous basis."  Do you see that?
16   A. Is this the final paragraph on page 23?
17   Q. Yes.
18   A. "In order to minimise the amount of power", okay.
19   Q. Read that to yourself.  (Pause for reading)
20   A. Right.
21   Q. If you go over the page, at the top of page 24 it explains
22       that the three downlink control channels are the assignment
23       control channel, the fast paging and the slow paging channel.
24   A. Top of 24?
25   Q. Yes.

[Page 328]

MOSS - HINCHLIFFE

1
2    A. (Pause for reading) Right, yes.
3    Q. Then, if we drop down to the big paragraph by the bottom hole
4        punch that starts "Fig, 6", it says four lines down:
5        "Transmission in the assignment channel occurs, in the Fig. 6
6        embodiment, on a continuous basis.  For each time slot, there
7        is a corresponding traffic channel segment or segments.
8        Traffic channel segments are allocated by the base station to
9        mobile nodes by transmitting a mobile node identifier or
10       mobile node group identifier in a time slot to indicate that
11       the corresponding traffic segments have been assigned for use
12       to the mobile node(s) corresponding to the transmitter
13       identifier."  What that passage makes clear, Dr. Moss, is that
14       what is allocated to the UE by the assignment channel are
15       segments of the traffic channel?
16   A. Well, I think it is not clear if this is downlink, because it
17       is for use to the mobile nodes, so that implies downlink.  It
18       is like an HSDPA system, which is quite sensible.
19   Q. Well, in both cases, in both allocating downlink and uplink
20       resources, the assignment channel tells the mobile where to
21       find its allocated traffic channel, does it not?
22   A. Does it describe the allocation on the uplink?  It may be
23       somewhere else, but this does not say if it is uplink.  It
24       suggests it is downlink.  I mean, I suppose it could be both.
25   Q. What is it about this that excludes the uplink?  In the uplink

[39]  (Pages 325 to 328)

MARTEN WALSH CHERER LTD      2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE      LONDON, WC2A 1HP
TEL: (020) 7067 2900              E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 329]

MOSS - HINCHLIFFE

1
2     you would have to identify to the mobile the segments of the
3     channel on which it was to transmit?
4     A. "The traffic channel segments are allocated by the base
5        station to mobile nodes by transmitting a mobile node
6        identifier or mobile node group identifier in a time slot to
7        indicate that the corresponding traffic segment or segments
8        have been assigned for use to the mobile node(s) ..." So that
9        is a downlink.
10    Q. If it has been assigned in the uplink, you have to assign to
11       the mobile node which uplink segments it has to be able to
12       use?
13    A. Assigned for use by the mobile node in that case.  It is not
14       really "to", is it?  Maybe it is loose text, but literally it
15       says for use to the mobile node corresponding to the
16       transmitted identifier.
17    Q. Let me make sure I understand your evidence.  You are hanging
18       it all on the word "to" there?
19    A. It could mean both.  It does not say if it is up or down or
20       both.
21    Q. Yes, and it would be equally applicable to both, would it not?
22    A. I mean, could you apply it to both.  Of course, it would be
23       relatively new on the uplink because we know that the uplink
24       is generally more like an HSUPA kind of approach.  We know
25       that the downlink is well suited to this kind of fast downlink

[Page 330]

MOSS - HINCHLIFFE

1
2     scheduling.
3     Q. Yes, but of course this is not WCDMA which was HSUPA.  This is
4        OFDMA, is it not, so it is different?
5     A. Well, yes, but as I mentioned before, there is a lot of
6        similarity.  The two systems could be interchanged in many
7        respects.
8     Q. And the skilled person would know that what was going to be
9        allocated in both the uplink and the downlink were resource
10       blocks of time and frequency?
11    A. Well, ultimately, I think the question is whether it is the
12       sort of the fast HSDPA kind of allocation or whether it is
13       HSUPA, which is a slower allocation.
14    Q. Let me just ask one last question.  There is nothing in that
15       paragraph there on page 24 that excludes the allocation being
16       the allocation of an uplink segment, is there?
17    A. Nothing, no, but the language is vague.  It could mean uplink.
18    Q. Could we go back to your first report then and go to paragraph
19       202.  This is where you come on to discuss obviousness over
20       Laroia.  Just so I understand the approach you have taken,
21       although you have identified the differences that we have been
22       through in the last hour or so, you have considered those
23       which you believe would not have been obvious and then you
24       have commented on those in the sections that follow.  Is that
25       right?

[Page 331]

MOSS - HINCHLIFFE

1
2     A. Yes, that is right, yes.
3     Q. Okay.  So we only need to consider the ones that you have
4        dealt with.  The first one is the state transition request to
5        go from hold to on and whether it would be obvious to -- and
6        we are going to deal with it on the assumption that you are
7        right that there is a two-step approach disclosed in Laroia
8        and I want to deal with the issue about whether it would have
9        been obvious to have changed that to a single step.  Do you
10       understand?
11    A. Okay.
12    Q. You have raised some reasons why you say it would not have
13       been obvious and I just want to address those.  The first one,
14       which you have dealt with in 204(a) is, you say, to do with
15       the amount of signalling in the hold state; yes?
16    A. Right.
17    Q. You say the skilled person would not want to increase that.
18    A. No, it is very simple and elegant as described.
19    Q. But treating the straight transition request as additionally
20       a request for an initial allocation of uplink resources does
21       not require any extra signalling, does it?
22    A. Well, it does if there are two possible reasons for wanting
23       the state transition.  Also, it would make sense to the
24       skilled person, as I mentioned before, to have the multi-step
25       process of moving to the on state followed by the request for

[Page 332]

MOSS - HINCHLIFFE

1
2     data in the on state.  I think moving straight to the on state
3     and getting data allocation straightaway, it is difficult to
4     perceive that for the skilled person, because ----
5     Q. And the reason for that ----
6     MR. CAMPBELL: Sorry, could the witness be allowed to finish?  He
7       said because and then he was cut off.
8     A. Yes, it was just because of the things I mentioned before, the
9       fact that in the hold state the mobile may have moved towards
10      a different cell.  He could be sitting on a train travelling
11      past Slough at high speed and he has moved from one cell to
12      another.  There are lots of things that need to be considered
13      for a state change.
14    MR. HINCHLIFFE: Just picking up on that, if he is moving to the
15      on state because he wants to send to the base station
16      information about measurement reports, it is doing that and it
17      is going to need uplink resources, is it not?
18    A. As I understand it, when is in the on state, he has the
19      control channel so the control channel is available to him in
20      the on state already for him to be able to send that kind of
21      message.
22    Q. Yes, but your point, as I understand it, is that there are
23      other reasons why the mobile might want to move to the
24      on state other than the wish to transmit uplink data and the
25      example that you gave was if it was moving cell and it wanted

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900         E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 333]

MOSS - HINCHLIFFE

1
2  to report to the network the information on the neighbour
3  cells; yes?
4  A. Yes.
5  Q. But, of course, in that case it is going to need uplink
6  resources to report that information, is it not?
7  A. Well, it has a dedicated control channel available, does it
8  not, so we know it can send dedicated control messages on that
9  control channel, so it does not need any additional uplink
10  resources to do that. The additional uplink resources are
11  mainly, I think, for traffic payload.
12  Q. But there is no disclosure in Laroia of sending that kind of
13  information on the physical channel that Laroia discloses as
14  compared with sending it on user data on the dedicated
15  channel?
16  A. Well, it is an incomplete specification. I am trying to
17  interpret what the skilled person would make of reading the
18  document and whether moving away from that, the two-step
19  approach to a one-step approach is something that that person
20  would have considered. There is a long kind of lineage as to
21  where it is done in a particular way and I think that would be
22  applied to Laroia. That is the way it would be implemented.
23  Q. Okay, but just to go back to my specific question, treating
24  the state transition request to the on state as requesting an
25  initial allocation of uplink resources on the dedicated uplink

[Page 334]

MOSS - HINCHLIFFE

1
2  channel would not require any additional signalling?
3  A. Well, it would if there was the option to do a state
4  transition request without a request for resources.
5  Q. But Laroia does not describe that, does it?
6  A. It does not, no, it just describes the state transition
7  request which does not have -- and there is no mention of
8  a scheduling request being built into that.
9  Q. But the only purpose for the state transition request that is
10  described in Laroia is to transmit on the uplink?
11  A. Well, that is one example but there clearly would be other
12  reasons why the state transition request would be sent.
13  Q. Now you say that the skilled person would not perceive any
14  obvious problems with the two-step approach. The first point
15  that you make in relation to that is you say that there would
16  not be significant delay requiring the two-step approach; do
17  you remember that?
18  A. Yes.
19  Q. But of course it would be faster if you did not take the
20  two-step approach, would it not?
21  A. Well, again it depends what is needed when moving to the
22  on state. If we look at the signalling flow that I provided
23  in Moss 3 you can see there is a multistep approach. There is
24  a delay there before you are in the on state and hence a delay
25  before you can request and use uplink and downlink resources

[Page 335]

MOSS - HINCHLIFFE

1
2  in the on state. It is perfectly logical to let those
3  signalling processes happen before sending the request for
4  data. It just feels the natural thing to do and of course
5  power control has to stabilise as well and it is better for
6  power control to stabilise using the control channel, which is
7  a low data rate channel, than allocating a wide bandwidth and
8  transmitting it at the wrong power level.
9  Q. Let us pick up that point because you made the point about
10  imperfect power control. Of course if we go to page 8 of
11  Laroia, so that is B2, tab 1, page 8, and we look at the
12  paragraph that is by the bottom hole punch that starts "When
13  transitioning".
14  A. Yes.
15  Q. Let me make sure I have the right reference. It starts:
16  "When transitioning from the hold state to the on state, the
17  mobile node may start off with an initial high power level to
18  insure that its signals are received by the base station with
19  the power level being reduced once transmission power control
20  signaling resumes at a normal rate [of] operation." So Laroia
21  has thought about that issue and the way that it deals with it
22  is by having an initial higher power level?
23  A. Well, that is what it says, but I would say that that would reduce
24  the orthogonality between the subcarriers because this is an
25  OFDMA system on the uplink direction and power control is

[Page 336]

MOSS - HINCHLIFFE

1
2  needed and if it is needed then it needs to be fairly
3  accurate.
4  Q. But, of course, Laroia obviously being a significant person in
5  the field of OFDM, his solution to this issue is just to
6  transmit at a higher power and that would deal with the issue
7  about reliability of the reception of the initial signals in
8  the on state, would it not?
9  A. Well, if he is happy that the signal may be transmitted
10  perhaps ten times higher power than it should be, and hence
11  potentially dwarfing out transmissions on other subcarriers,
12  then -- this of course is an OFDM system and LTE is not OFDM,
13  but I guess that is what will have to be interpreted.
14  Q. And of course you made a point about it being better to
15  stabilise the power control with signalling data rather than
16  with traffic data.
17  A. Yes.
18  Q. But of course in the one-step approach the UE goes straight to
19  the on state and transmits data on its allocated channel and
20  of course, as we have discussed, power control is very rapid
21  and the base station will very quickly turn the UE's
22  transmitted power level down, will it not?
23  A. Well, again, you use the term "power control is very rapid".
24  It was in 3G. This has not got a dedicated channel flowing in
25  both directions 1500 power control commands per second in both

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com          FAX: (020) 7831 6864

[Page 337]

MOSS - HINCHLIFFE

1    directions.  It is a different beast.
2
3    Q.  Well, once it has got to the on state it does have a dedicated
4        uplink channel for transmitting power control signalling so
5        once it moves there with its slightly higher power then the
6        base station can adjust the power to meet the required power
7        level, can it not, so it does have the right connection?
8    A.  I do not know what the interval is.  I am not sure of the
9        exact timing of how often the power control would be sent.
10       Typically ----
11   Q.  I am sorry, I have done it again.
12   A.  Power control typically 1 dB steps and perhaps it would take
13       10 steps before that interference was brought down, but in the
14       meantime the FFT process has to try to separate that high
15       power interference from the neighbouring uplink so in my view
16       you may get damage to other users in the uplink because of
17       sending too high a power.  It is clear that power control is
18       needed in OFDMA.  That is clear.  It is described by Laroia.
19       But he does not quantify what power inaccuracy is acceptable.
20   Q.  Yes, and just going back to your point about the amount of
21       data, whether user data is more damaging than control data, of
22       course in the two-step approach all that is going to happen is
23       a very small resource request signal is going to be sent by
24       the mobile; yes?
25   A.  I do not know what the nature of the resource request is.

[Page 338]

MOSS - HINCHLIFFE

1
2    I guess it could be something like the SI message would
3    be ----
4    Q.  18 bits?
5    A.  Right, so it is low data rate, yes.
6    Q.  A small message that sends and then immediately the next thing
7        that sends is the user data, so the difference between the two
8        systems is pretty small, is it not?
9    A.  Well, it depends.  There may be a delay to allow the control
10       channel to stabilise the power control, assuming there is
11       power control on the control channel itself, but then, after
12       that, when the request is sent, it could be quite quick,
13       perhaps a few slots worth to get the power control stabilised,
14       which is consistent with 3G, which would start off by sending
15       the control channel first before the data channel was added on
16       top and there is a time offset between those things happening
17       in 3G because power control was important.
18   Q.  Just final question on this topic.  Of course, none of this is
19       disclosed in Laroia.  Laroia just says use a slightly higher
20       power and that will ensure accurate reception of your signal.
21   A.  That is literally what it says, yes.
22   MR. HINCHLIFFE:  Okay.  My Lord, I do not know how we are feeling.
23       If you give me another ten minutes I can finish off Laroia and
24       we can start tomorrow with Samsung.
25   THE JUDGE:  Okay, finish Laroia.

[Page 339]

MOSS

1
2    MR. CAMPBELL:  My Lord, just before you make that ruling, Dr. Moss
3        is coming up to his fifth hour of cross-examination and it is
4        not in person, it is actually over a video link which is ----
5    THE JUDGE:  It is a fair point, Mr. Campbell.  Dr. Moss, how are
6        you getting on?  Do you think you could ----
7    THE WITNESS:  To be honest, my throat is feeling quite dry and
8        I am feeling quite tired.  If possible I would prefer to start
9        again in the morning with this.
10   THE JUDGE:  Okay.  I think the views of the witness take priority,
11       Mr. Hinchliffe.
12   MR. HINCHLIFFE:  That is fine, my Lord.  I am in your Lordship's
13       hands.  It will only save five or ten minutes.  As regards
14       that, my learned friend and I had a discussion just before we
15       came back on this afternoon.  The plan originally was that we
16       would not sit tomorrow morning because we would have finished
17       Dr. Moss.  Obviously because opening ran on and various
18       technical problems we have had we are a little bit behind.  So
19       what I was going to suggest is we start at 10.30 as normal
20       tomorrow to finish off Dr. Moss.  It may be probably that I do
21       not need the whole morning.  Professor Valenti is available
22       from 2.00 tomorrow and we can see how we go about whether we
23       do just a normal day and finish at 4.15/4.30-ish or whether we
24       have the stamina to carry on a little longer with the
25       professor.  I do not really have a preference either way.  But

[Page 340]

MOSS

1
2    it is obviously tiring for all of us to sit here and it is
3    also tiring for the stenographer who we must not forget about.
4    THE JUDGE:  Yes.
5    MR. CAMPBELL:  My Lord, if I could respond to that.  If my learned
6        friend wants to start at 10.30 there is some sense to that.
7        My only concern is that if we go on late into the evening,
8        then even though it might be convenient for both of the
9        witnesses, both for my Lord and counsel and all the legal
10       teams it makes an extremely long day, so unless there is any
11       particular reason -- and I do not believe there is a reason --
12       as to why Professor Valenti is unavailable on Tuesday if we
13       need to go that far, we could just finish at 4.30 tomorrow and
14       at least we have had a normal day and then on Monday we could
15       start at 2.00, go to 6.30 and see how we get on.
16   THE JUDGE:  You are proposing to finish at 4.30 anyway tomorrow.
17   MR. CAMPBELL:  My Lord, yes, unless we all feel we have so much
18       energy that we really want to ----
19   THE JUDGE:  Okay.  Look, what I have not done and I do not know if
20       there is any kind of dispute as to whether your time
21       allocation, Mr. Hinchliffe, when that would run out tomorrow
22       morning.  Is it agreed that you need to stop at any particular
23       time or are you effectively telling me you want to run on till
24       one o'clock if needs be?
25   MR. HINCHLIFFE:  I think I lost about an hour and three-quarters

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS - DAY 2

[Page 341]

```
 1                    MOSS
 2      yesterday that I should have had, so I will need to start at
 3      10.30.  I will be finished sort of 12.15/12.30 if everything
 4      goes to plan.  Obviously I am not entirely in control in this
 5      exercise.
 6   THE JUDGE:  I am sure other people have done the maths,
 7      I certainly have not, so if there is no objection to that.  We
 8      will start at 10.30 tomorrow and, okay, certainly you will not
 9      go past one o'clock.
10   MR. HINCHLIFFE:  No.
11   THE JUDGE:  If you finish sooner than that so much the better.
12      Then we will start with Professor Valenti at two o'clock and
13      perhaps over the short break review whether there is any need
14      to run past 4.30 but at the moment I do not suppose there is.
15      Okay, is there anything else?
16   MR. CAMPBELL:  No, my Lord.
17   MR. HINCHLIFFE:  No, my Lord.
18   THE JUDGE:  Okay, tomorrow at 10.30.
19          (Adjourned till 10.30 tomorrow morning)
20
21
22
23
24
25
```

MARTEN WALSH CHERER LTD    2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE    LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com        FAX: (020) 7831 6864

**A**

**A1** 246:2
**ability** 180:12
  181:5 182:16
  197:14 225:4
  252:15
  287:20
  289:14
  325:21
**able** 178:16
  182:6 189:23
  194:9 197:16
  226:4,11
  239:2,10
  257:10,13
  284:3 288:10
  290:4 291:3
  292:5,13
  294:12,19
  295:25 296:2
  300:16 305:6
  325:18,19
  329:11
  332:20
**absence** 212:8
  229:20 230:4
**absent** 194:8
**absolute**
  216:21 223:8
  223:9,16
**absolutely**
  185:15
  186:15 200:3
  227:11 276:2
  281:11
  291:12
**accept** 273:17
  281:8
**acceptable**
  337:19
**access** 174:14
  174:16 176:7
  181:5 190:16
  207:17,17,18
  214:14
  248:14
  249:20,24
  267:22 279:3
  281:15

**access-state**
  268:6
**accompanies**
  219:22
**account** 322:10
**accumulate**
  245:22
**accumulation**
  232:7
**accurate** 291:5
  321:20 322:5
  336:3 338:20
**achieve** 182:6
**achieved** 197:5
**ACK** 263:14
  266:4
**ACK/NACK**
  199:25
  203:11,18
  204:18
  264:18
**acknowledge**
  209:10
**acknowledged**
  295:9
**acknowledge...**
  280:24
**acknowledges**
  281:3
**acknowledg...**
  280:24 293:2
  293:8,9
  296:20,21
**acknowledg...**
  203:19
  209:14
  292:13 293:3
  293:5,6,7,15
  293:16,17
**acronym** 247:2
**act** 187:21
**active** 185:14
  210:5,8
  300:22
**actual** 223:13
  320:24
**adapt** 180:23
**add** 248:25
  258:18
**added** 181:3

233:20,22,25
233:25
315:10
338:15
**adding** 180:10
  254:10 289:2
**addition**
  187:10 251:5
  274:5 279:16
**additional**
  181:25
  182:16,20
  183:3,10
  221:10
  284:23
  301:22 333:9
  333:10 334:2
**additionally**
  246:24
  252:15
  331:19
**additions**
  189:4
**address** 313:9
  331:13
**Adjourned**
  261:7 341:19
**adjournment**
  219:6
**adjust** 337:6
**admit** 222:19
  241:3
**adopt** 217:9
  298:5
**advance** 248:8
  253:7
**advantage**
  182:2 256:11
**advantages**
  196:3
**afraid** 260:22
**afternoon**
  339:15
**ago** 192:18
  214:4 222:16
  244:17
  245:10
  310:20
**agree** 176:7
  177:14 187:8

188:8 191:15
191:19
196:10
212:22 214:8
215:5 228:2
229:13 231:4
253:2 262:22
263:2,5
264:12 265:3
269:15
271:20
272:10
274:12,19
281:21,24
283:22
285:21,21
286:15 292:6
294:21
295:15 297:3
306:5 312:17
326:11
**agreed** 193:24
  303:8 326:9
  340:22
**ahead** 189:21
**air** 195:16
  200:8 228:16
  253:23
**akin** 314:13
**albeit** 218:18
**Alexander**
  267:13
**algorithm**
  186:9 221:9
**algorithms**
  218:6
**alighted** 188:6
**alive** 211:20
**allocate** 181:18
  186:5 194:5
  226:12,17
  260:11,15
  270:19
**allocated** 176:4
  197:20,22
  207:18,22
  208:14
  210:13,16
  212:6 216:4,8
  218:7 223:23

249:6 252:16
252:18
262:25
274:23
275:21
278:15,18,20
279:4,18
283:7,11,18
283:18
284:15,21
285:24 286:2
287:24 294:4
301:20
312:13,14
324:10,23
325:5,12,19
326:7 328:8
328:14,21
329:4 330:9
336:19
**allocates** 182:3
**allocating**
  181:11
  211:10
  214:22
  328:19 335:7
**allocation**
  193:25
  194:10,12,13
  194:18
  205:25
  208:13,20
  210:17,19,21
  210:21,22,24
  211:8,9,22
  212:5,9
  214:19,22
  220:11 225:8
  225:14
  226:20 248:9
  249:3 255:11
  255:17,25
  256:23
  258:13 260:8
  262:25 265:2
  283:23 304:5
  324:15,16,19
  326:2,17
  327:4 328:22
  330:12,13,15

330:16
331:20 332:3
333:25
340:21
**allocations**
  207:7 211:18
  211:18,19
**allow** 175:9
  180:11,18
  183:10
  184:22
  185:13
  199:14
  207:16
  237:15 238:8
  239:7 287:15
  295:14 338:9
**allowed** 223:21
  224:22 225:5
  225:9 226:2
  290:12 332:6
**allowing**
  281:12
**allows** 178:25
  181:23 182:2
  183:6 206:13
  223:12
  237:21
  239:10 240:6
  252:22
  254:14
  284:22
  301:21
  327:13
**altered** 263:11
**alternative**
  222:21
  248:16
**alternatives**
  222:21
**amazing** 180:8
**ambiguity**
  306:13
**amend** 263:6
**amended** 263:8
  264:4
**amendments**
  263:11
**amount** 180:2
  183:4 225:10

245:15
249:11
258:13
260:11
278:13 290:8
292:8 295:14
295:21,22
305:20
327:11,18
331:15
337:20
**amounts**
216:17 296:7
305:17
**amplitude**
228:7,12
233:2,18
234:5 236:8
241:2 243:9
**Analog** 227:20
**analogous**
294:23
**analogue** 311:6
312:5
**and/or** 177:24
277:13
298:23
**angle** 233:5,7
**answer** 210:11
265:16
289:25,25
304:20
307:15
315:21
**antenna** 251:7
**anticipated**
225:12
**anticipation**
269:2
**anyway** 229:7
340:16
**Apologies**
309:3
**apologise**
253:6,13
**apparatus**
246:18
**appear** 301:12
**appeared** 0:20
0:22

**appearing**
272:8
**appears** 287:8
**applicable**
329:21
**application**
182:10
198:23 262:3
266:13,14,17
**applications**
208:25
211:20
**applied** 217:18
218:6 318:15
320:10
333:22
**applies** 236:20
286:6
**apply** 193:12
194:11 226:9
266:8 323:3
325:17
329:22
**applying** 198:8
289:3 318:16
**approach**
198:24 205:7
217:19
231:18 249:2
260:8 298:3,5
299:17
320:12
329:24
330:20 331:7
333:19,19
334:14,16,20
334:23
336:18
337:22
**approached**
242:3
**approaches**
196:2
**appropriate**
185:12
257:12
280:11
**approved**
190:4
**apt** 326:20

**architecture**
193:22
**areas** 209:20
**argument**
264:21
**arises** 262:25
**ARQ** 199:24
206:12
**arrival** 303:3
**arrive** 186:21
**arrived** 234:5
**arrives** 234:10
**aside** 286:14
**asked** 180:14
212:21
238:17
307:21
308:10,22,23
**asking** 176:22
306:10
**asks** 249:3
281:2
**aspect** 181:8
195:7
**aspects** 181:4
186:2 193:8
195:2 199:12
262:21 263:3
268:10
282:18
**assemble** 207:9
**assess** 197:17
**assign** 329:10
**assigned**
202:14 203:5
252:20 265:2
296:24
297:12
327:12
328:11 329:8
329:10,13
**assignment**
298:20,23,24
327:22 328:5
328:14,20
**assist** 203:17
**assistance**
260:19
**assists** 181:10
**associated**

201:12 202:5
216:14
219:11
300:10
**association**
265:18 295:2
**assume** 214:6
237:3 238:5
240:2 285:10
291:18 301:6
305:15
324:11
**assumes**
257:10
283:23
**assuming**
244:24
315:11
338:10
**assumption**
192:14
195:23
196:18
197:11 199:2
203:12
204:17
210:16
214:16
217:20 244:3
305:19 306:4
306:8 308:22
309:5 321:10
331:6
**assumptions**
192:15
193:12
**attached**
300:23 301:2
313:23
**authors** 270:8
**available** 181:6
191:7 205:4
207:25 211:6
211:16 212:5
214:15
218:21
224:23 226:2
226:14 284:9
286:7 303:10
332:19 333:7

339:21
**average** 231:12
231:15
236:15,19,20
237:5 244:16
244:23 245:2
**avoid** 245:20
262:12
300:19
315:15
**award** 268:14
**Awards** 267:10
**aware** 231:10
256:16
**axis** 232:21,21
233:5

**B**
**b** 192:6 197:16
197:23
205:18 211:7
217:6 250:12
318:13
**B(s)** 224:6
**B2** 266:24
268:25
335:11
**back** 175:4
180:16
186:17 189:9
189:9 192:23
194:21
199:11
202:25 203:8
203:8 204:17
205:6 209:6
209:14
210:12
213:22
218:16 219:5
222:19
225:16
227:16 229:6
229:7,7 231:5
240:16
243:14
244:21
247:14
248:17
249:24 250:8

252:11
270:12,25
271:10 273:3
273:7 281:23
282:22,22
284:18
285:11
286:23
287:21 289:9
290:13 293:9
294:16
299:15,24
303:14
310:11,18
316:13 326:3
330:18
333:23
337:20
339:15
**backed** 175:24
**background**
269:17
294:25
**bad** 232:4
**balance** 244:7
**balanced**
231:11
**balancing**
182:23
187:21
**band** 182:5
197:16,17,18
197:21,21,23
198:12,13,16
321:18,19
**bandpass**
228:7,20,23
**bands** 321:5,6
**bandwidth**
182:4,18
218:12
260:15
270:20
278:13,15
279:14,17,18
287:22,24
294:4 301:18
335:7
**bandwidths**
197:19

**base** 176:4
177:9 179:11
179:13 180:2
180:2,17,23
181:10,12,16
181:23 182:2
182:24
184:17,22
185:10,18,22
189:7 206:19
210:25 211:2
211:25
214:10,21
219:14 221:7
223:6,12,16
230:12,21
237:22 238:2
238:20 239:7
240:6 248:5
250:13,14
251:12 258:5
259:13
262:15 265:9
269:12
270:18 279:7
280:21,23
281:2,8
285:25 287:8
292:25
296:10,15,16
297:2 300:23
300:23
302:23 303:9
305:19 306:4
306:9,14,20
307:10,21
308:9,18,20
308:22
309:13,16
310:2 311:4
311:14 312:2
313:6 314:15
315:24 317:2
317:13,18
319:8 320:13
320:14,18
324:5 328:8
329:4 332:15
335:18
336:21 337:6

**baseband**
230:25
241:23
**based** 177:18
177:19
213:13
218:10,11,12
218:12,12
223:15 243:9
246:18,22
249:21
265:12 266:2
266:5 286:9
293:24
311:10
326:16
**basic** 189:19
195:13,16
209:3 215:14
254:3
**basically**
223:18
241:22
**basis** 181:13
244:6 268:11
275:21
278:15 296:5
327:15 328:6
**battery** 185:14
**bear** 187:23
**bearings** 264:6
**beast** 337:2
**beginning**
196:17 228:4
283:16
**begun** 212:14
**believe** 174:22
174:23 175:2
204:12
222:14
225:15 227:5
227:7 252:10
258:20
259:24 270:4
282:18
285:10
289:25
291:17
330:23
340:11

**Bell** 267:13
**beneficial**
180:10 181:3
253:23
**benefit** 182:15
185:13
236:19
239:16
253:20
254:14
256:18
257:22
**benefits** 195:10
206:8,11
256:13,16
257:21
**best** 187:9,11
197:17
300:23
303:22
**better** 180:22
256:9 324:2
335:5 336:14
341:11
**beyond** 210:22
**bi-directional**
295:24
**bias** 234:23
**big** 192:10
210:10 268:9
321:21 328:3
**bigger** 331:22
**binary** 228:20
228:22,25
229:20,21
230:4
**binary-phase**
228:10 229:2
**bipolar** 231:14
**bit** 181:20
194:9 195:12
198:25
199:17
205:21,24
206:5 213:22
220:8,8,9,20
221:11
223:19,19
224:8,10,14
225:22

226:12,18
227:2,8 235:6
237:21
238:12,19
242:25
243:18
244:12,13
245:15
253:13
255:24 259:3
270:25
284:12
290:18
294:11 316:9
317:11,25
318:7 327:7
339:18
**bits** 180:24
181:6 182:20
183:3,10
184:8,8,8,9
184:19,20,21
184:22
199:16,18
200:15,16
201:5,5 204:7
204:16,19
207:8 216:17
218:13 220:3
220:4,7
221:14,17,20
221:21,24
222:3,5,16,17
222:22
225:10
237:21 238:5
238:8,10,11
240:4 259:5
321:14 338:4
**BLER** 258:16
**block** 202:17
212:7
**blocks** 184:21
203:6 211:11
211:11,13,14
218:22,23
330:10
**blue** 306:21
307:22
308:13,14

**body** 263:15
**book** 183:22,22
215:3 219:7,8
224:19
227:19,20,23
228:3 241:16
241:16
**bother** 250:24
**bottom** 191:2
192:13 197:3
199:22 200:4
200:22
203:11
215:19
216:12,25
219:11 220:3
221:12 224:5
255:5 266:2
269:17 271:6
271:10 273:3
274:11,21
276:21 277:7
279:13 280:8
280:14 283:5
288:4,6 289:9
292:22,24
321:22
324:22 325:2
325:3 326:4
327:9 328:3
335:12
**BPSK** 228:10
229:2 230:16
230:16,22
231:7 232:18
232:19
233:12
234:25 236:9
236:19,19,23
237:15,20
238:6,7
240:12,14
243:22 244:8
244:14 245:3
258:9 314:3,4
314:5,12,14
314:16,23
318:12,15,18
318:20,21
**branch** 184:24

**branches**
239:25
**break** 219:2,9
259:9 305:14
307:14,16
341:13
**breaks** 176:5
**briefly** 185:6
185:16 223:4
227:17
250:15
259:10 278:9
**brings** 254:14
**broadband**
268:12
**broadcast**
277:24
280:22
305:17
**broken** 178:11
179:2 282:10
**brought**
174:13,16
214:6 215:21
337:13
**browsers** 209:2
**browsing**
208:10,24
209:3
**buffer** 211:3
221:14,18,21
226:4,4
**build** 212:24
213:14 311:9
**building** 0:3
213:2 307:8
**Buildings** 0:4
**built** 291:8
334:8
**bullet** 192:14
203:10
**bullets** 196:2
**bundle** 174:6
183:21,23
189:9 190:10
192:23,24
212:14,15
215:2 222:23
222:25
227:15,16

Case 1:19-cv-01590-JDW   Document 93-1   Filed 03/11/21   Page 47 of 78 PageID #:
2668
INTERDIGITAL v LENOVO                04 MARCH 2021                    PROCEEDINGS – DAY 2

[Page 345]

229:24
231:23
232:10
240:18
241:18
243:14 246:2
266:24
268:25
269:17 282:4
313:8
**burst** 255:15
255:17,18,24
256:5,22
257:7,9,12,15
257:17
258:12,22
259:16
261:16,20,21
263:23 264:7
266:5 281:23
311:8 313:16
**bursty** 208:9
**BUSINESS** 0:1
**buy** 175:2
187:20

**C**
**C1** 247:18,20
264:23
281:18 313:8
**call** 181:20
208:20,23
213:2 252:9
269:2 274:17
**call-based**
208:7
**called** 181:5
211:4 223:7
223:17
227:19 295:5
326:10
**calls** 208:6,8,9
292:15
**Campbell** 0:20
179:10 256:7
260:18 289:8
289:24
303:12,15
306:2 307:20
318:3 332:6

339:2,5 340:5
340:17
341:16
**Canada** 189:14
**cancel** 231:15
**candidates**
226:24
**capability**
213:4
**capacity**
181:25
182:23,25
183:14,15
190:20 191:5
281:10
**carried** 221:6
249:12
**carrier** 198:9
198:12,23
217:17
218:11
228:14,25
229:19 230:8
231:2,2,3,9
233:15
237:22 240:7
241:4 242:2,8
242:9,15,19
**carriers** 198:12
**carries** 216:15
304:4
**carry** 223:24
339:24
**carved** 212:10
**case** 181:9
183:19 186:4
187:3 202:9
207:17 209:4
210:19
224:22
230:15 235:9
238:11
240:19
248:12 259:3
261:22 264:3
276:21,23,24
277:8,10,12
286:25
316:10
320:23

329:13 333:5
**cases** 192:9
206:4 236:4
328:19
**category**
198:22
**CDMA** 189:18
196:5 198:11
211:4 231:7
231:18
313:22
323:10
**CDMA-type**
230:9
**cell** 182:25
260:15
269:18,19
275:2 283:8
290:5 300:20
300:20 301:2
303:22
306:25
307:25 308:7
308:7,9,18,18
308:19 309:4
309:5,9,17,19
309:22,22,23
309:24,25
310:2,4,5,6,7
310:9,10
311:13 326:9
332:10,11,25
**CELL_PCH**
294:24 295:7
309:21
**cells** 180:6
308:6 315:2
323:9 333:3
**cellular** 179:11
183:12 186:2
247:7 250:21
255:19 257:2
263:21
267:23 270:2
270:5,10
307:7 315:2
323:9
**centre** 240:22
**certain** 182:8
207:18,19,24

210:13,14
226:5 243:2
287:3 303:20
312:24
**certainly**
180:12
196:10
198:12
199:14
202:22
204:23
207:24
213:12
214:12
217:16
222:21
233:16
252:24 256:6
260:7 274:19
275:3 282:21
283:13 289:6
292:12 297:4
311:4 325:25
341:7,8
**chance** 267:12
**Chancery** 0:17
**change** 193:19
234:17
245:24 285:5
289:6 294:3
296:24,25
297:10,11,13
297:15,25
298:23 299:2
299:3,4,6,11
299:11,12,20
301:10 303:5
304:3 306:18
306:19
309:18 311:3
311:15,16
315:15
319:15 324:7
325:10
332:13
**changed** 213:8
213:9 263:12
331:9
**changes** 284:22
299:13

301:21
**changing**
175:17
311:13,17
**channel** 175:20
176:3,5,6,7
176:13,13,14
176:25 177:2
177:4,6,13,14
178:2,3,3,4
178:13,14,14
178:21
180:15 184:2
184:5,7,7,11
184:15 185:4
192:15,20
198:15,16
199:15,16
200:14,17
201:7 203:23
203:25 204:4
204:4,14,15
205:2,17
207:8,23,25
214:14,17,19
214:20
215:21,23,25
216:4,7,9,13
216:14,15,16
217:14
218:19
219:10,11,12
219:16,21
220:4,13,13
220:14,17,17
221:18
224:24 225:4
225:14 238:7
239:23 240:2
240:3 246:19
246:22 248:5
248:14,17,18
248:23 249:4
249:7,11,15
249:17,21,22
249:25 250:6
252:12,13,16
252:18,20,21
253:6,11,20
253:23 254:6

255:16
260:11 264:9
265:2 267:20
268:2 271:3
274:22,23
275:2,10,11
278:18,21,23
278:24
279:25 283:7
283:19
284:15 285:2
285:20,23
287:20 291:6
293:12,25
294:14
296:17,19
298:20,21,21
298:23,24
302:15 303:2
304:6 310:22
311:5 312:8
312:13
315:12
319:12 324:9
324:16,16,19
324:19,24
325:5,12,22
325:24 326:6
326:6,21,21
327:3,12,13
327:23,23
328:5,7,8,14
328:15,20,21
329:3,4
332:19,19
333:7,9,13,15
334:2 335:6,7
336:19,24
337:4 338:10
338:11,15,15
**channels**
175:17
176:10,19
177:7,7,18
178:5,6,8,9
193:13,14,16
194:18
198:17 202:6
216:12,21

217:15 218:6
219:10,22
224:9 239:22
249:12,22,23
274:18,18
275:22
285:16
327:10,22
**chapter** 183:25
215:12 228:4
228:6
**characteristics**
190:22
**charge** 179:11
179:22,23
**chat** 266:22
**ChD** 0:2
**check** 229:13
259:10
**Cherer** 0:17
**chip** 314:5
**choose** 196:9
**choosing** 298:4
**ciphered** 298:9
**circle** 240:25
242:3
**circling** 242:23
**circuit** 208:9
314:19
**circuit-switc...**
208:8 209:13
267:24
**circumstances**
220:11
309:12
**citation** 268:14
**claim** 0:1
251:24
263:13,14,16
264:4,4,6,6
264:24 282:3
282:5,10
**Claimants** 0:11
0:20
**claims** 263:6,8
263:11 264:5
**classical** 228:7
**clear** 199:6
218:16
224:13

230:20
231:25
240:17
245:25 248:6
250:23
252:22
257:16
268:15
273:11,21
275:4 276:15
277:20 290:2
295:6 300:7
301:25
302:10,19
304:2,15,18
312:12
316:19 322:2
325:9 328:13
328:16
337:17,18
**clearer** 327:7
**clearly** 181:21
187:11 199:3
222:7 292:10
295:18 299:7
314:25
334:11
**clever** 268:21
**click** 209:4,18
**clicks** 210:4
**close** 178:18
**clue** 217:22
**co-operation**
179:7
**code** 175:6,11
175:12,14
177:24 197:8
198:5,7,8,21
202:5 203:6
216:8 218:10
218:19
230:10,12,13
230:15,16,17
230:18 231:7
231:9,11,16
237:23,23
254:7,11
265:8 311:7
313:23 314:2
314:3,3,7,12

317:19,20
318:2,8,9,10
318:11,12,20
318:23,25
319:5,11
320:7
**coded** 258:23
315:4,6,9,16
315:18,21,23
316:16
323:18
**codes** 218:11
231:5,13
314:4,9
315:10
318:14,17
**coherent**
230:23,24,25
231:3 233:12
234:4 235:4
236:7 237:4,8
237:16,18
238:8,10,25
243:7 244:2
244:14,19,20
244:22,24
313:19
**coherently**
233:16
238:21
**coined** 250:13
**collectively**
187:9
**collisions**
175:21,23
276:23 277:9
**colour** 211:14
**colourful** 200:3
**column** 250:25
251:5
**combination**
175:9 197:10
197:12 198:4
203:20
261:20
**combinations**
200:23
**combine** 185:2
**come** 181:13
187:23

199:17
205:19 206:7
216:22 223:9
231:5 236:18
240:16 268:7
270:25
271:13 280:8
281:23 285:6
286:23
311:19
316:13
330:19
**comes** 188:22
209:10
311:15
**coming** 180:7
185:23
209:14
249:24 316:2
317:18,19
339:3
**commands**
321:15
336:25
**comment**
192:17 246:3
**commented**
330:24
**comments**
174:22 175:2
238:21
**common** 185:2
228:22
229:12
247:24
248:11 249:9
249:14 254:3
255:18
257:14
265:23 266:8
274:22,22
275:9 276:8
283:6 284:13
288:21,24
289:3 299:8
325:16,17
326:5,5
**commonly**
230:14 247:2
326:10
**communicate**

248:5 262:15
278:25
**communicati...**
279:9
**communicati...**
180:3 246:16
246:19
251:16,19
280:20
284:21
301:20 302:2
302:10,12,14
302:17,22,25
304:5 310:22
**communicati...**
227:20
268:13
269:19
279:14
284:23
301:22
**company**
187:15
**compare**
195:10
**compared**
183:4 196:5
198:19
206:12,21
210:8 245:3
245:16
333:14
**comparing**
196:5 215:12
**comparison**
244:8
**compatible**
213:15
**compendiously**
274:17
**competing**
186:24,25
**complete**
192:15
213:20 307:5
**completely**
189:5 283:24
**complex** 188:7
191:18
**complexity**

191:10,13,21
192:11
193:11
195:11
254:12
**complicated**
191:10 206:5
246:4
**complications**
205:22
**components**
251:5,9
**compound**
318:4
**comprise**
251:11
**comprises**
201:4 239:14
**compromise**
186:24
**concept** 175:18
177:14 185:6
192:15
194:17
196:14 218:3
270:22
**concepts**
177:18,19
195:13
268:10
**concern** 340:7
**concerned**
228:6 242:5
245:17
**concerns** 300:6
**conclusion**
250:23
273:18
**concurrent**
265:6
**concurrently**
253:19,21
263:19 264:9
265:10
**conditions**
189:7 226:9
**conduit** 179:17
**configuration**
265:9
**configured**

224:9 252:13
253:7,19
confirming
250:4
confusing
318:14
connected
247:7 310:5
connection
182:8 186:13
209:13 337:7
connectivity
267:23
connects 182:7
cons 196:8
consensus
186:19,20
consequence
175:23
consider
211:17
238:17 269:3
303:9 327:3
331:3
considerable
305:20
considerate
322:17
consideration
195:9
considerations
281:7
considered
194:10
195:19,20
196:8 200:25
204:12
266:12
326:15
330:22
332:12
333:20
considering
197:11 198:4
201:10,13,16
203:5 217:2
230:21 249:2
251:8 264:4,7
268:25 281:8
295:18

302:23
considers
191:21
217:11
consistent
301:15 302:4
338:14
consists 220:4
228:24
constellation
231:22 316:8
constructing
197:7
contact 214:13
contains
205:12
contemplate
323:21,21
contend 177:15
content 220:9
224:18
226:21
contention
177:8,18
178:3,13
249:23
contention-b...
175:17,20
207:17
274:14
275:19
contention-fr...
249:23
contentions
177:22
contents 226:3
258:23
261:21 266:5
316:21
317:11,12
context 273:10
275:3
continued
174:3 210:20
210:22,24
211:8
continuous
211:18
327:15 328:6
contrary 305:4

contrast
225:12
contrasting
277:22
contrived
284:12
control 176:11
176:20,24
177:4,5 179:9
179:12,13,15
179:24
180:10 181:2
182:16
183:18,19
184:5,9,12,18
185:3 199:5,6
199:18,23
200:24 201:5
201:6,11,21
201:23 202:4
202:8,10,12
202:13,19,23
203:3 205:13
206:8,21
208:19
216:14,15,16
216:16,17
219:11 220:4
220:13,17
221:6 249:23
253:15,22
265:2 271:2
271:17,17,19
271:23,24
272:2,6,7,13
272:16,16,19
272:19,20,25
273:6,12,14
273:16,25,25
274:4,4,6,7,8
274:9 275:3,5
275:14,18,24
276:4,14,17
276:25
277:12,13,15
277:17,21,22
277:24 278:3
278:10,13,13
278:20,23
279:14,24

280:3,5
281:17
284:20,21
290:12,20
291:5 293:12
293:14,23,24
293:25 294:6
294:7,9,10,12
294:12,14
299:25 300:2
301:3,3,19
302:14 303:2
312:8,11,13
317:16
319:12,22,25
320:21,22
321:7,11,12
321:13,14,17
321:23 322:2
322:5,6,17
326:23
327:12,13,22
327:23
332:19,19
333:7,8,9
335:5,6,6,10
335:19,25
336:15,20,23
336:25 337:4
337:9,12,17
337:21 338:9
338:10,11,11
338:13,15,17
341:4
controlled
277:3
controller
179:16
controlling
221:10
controls 221:7
convenient
260:16
287:16
307:12 340:8
conventional
241:7
core 181:8
CORPORA...
0:9

correct 174:15
174:18 175:8
175:16,22
176:2,12
177:9,17,21
178:17
185:20,25
186:8 188:8
188:14 205:2
218:25
219:18,25
220:24
221:25
222:10,12,18
223:11,14,22
224:3 225:10
226:25 227:5
228:17 230:6
230:13
231:16 233:6
234:13,16
235:3,22
236:6,16
237:7 244:20
245:5,8,19
246:23 247:3
248:15
251:13
253:25
254:18
255:21 256:2
257:20 258:2
258:6,10
259:7,15,20
262:6,17
264:2,15
270:7 279:6
279:11,23
280:7 281:14
284:17
287:10,13
292:2 296:13
297:5 301:2
302:8 305:22
306:7,12
313:18 317:2
325:7
correction
315:10
corrections

189:4
corresponding
328:7,11,12
329:7,15
cost 190:21
254:10
Couch 227:20
241:16,16
243:17
counsel 176:5
340:9
couple 209:22
209:24
212:23
228:19 268:3
course 178:5
178:10,19
179:19
180:21 182:4
182:14,17
183:15
184:20 186:2
187:17,18
188:5,20
189:14,19,23
194:10
198:11 203:9
203:16,18
205:19 208:5
208:25 209:5
209:9 210:4
211:24 214:3
216:15
217:11,12
220:20
225:12
226:15,18,23
230:7,9
233:20 234:3
235:14
236:11 241:4
242:10 244:3
244:21
245:12 246:3
248:22
250:16 251:8
251:23
259:11
261:21
265:21

275:16
282:23
283:19 285:4
286:11
292:15
298:17
300:19 301:2
307:25 310:4
314:7 320:20
321:3 322:13
322:20 323:3
323:19
326:16
329:22 330:3
333:5 334:19
335:4,10
336:4,12,14
336:18,20
337:22
338:18
**court** 0:1,3,8
0:17 282:15
**COURTS** 0:1
**cover** 227:22
269:8
**coverage**
190:20
**CQI** 180:15
199:25
203:11,16,23
204:9,18
**CRC** 315:6,6
315:13
**create** 213:18
233:21
**created** 317:4
**creates** 182:19
223:17
**creating**
178:25 300:6
300:24
**cross** 233:2,19
233:24 234:6
235:20
**cross-correla...**
231:13
**cross-examin...**
174:3,6 189:9
231:23
232:10

243:14 267:2
267:5,7 282:4
339:3
**cross-purposes**
300:24
**crude** 322:4
**current** 188:13
220:10 310:7
**customer**
186:10
196:12
**customers**
187:20,21
**cut** 332:7

―――――――
**D**
**D** 241:18
**D1** 212:15
**D2** 183:21
215:2 219:8
222:24
227:16
229:24
**D2-56** 183:23
**damage** 316:11
337:16
**damaging**
322:11
337:21
**dangerous**
322:23 324:4
**dark** 202:17
**data** 176:10,20
178:17,21
181:23 183:8
184:18,23
189:20,22
190:20
199:15
200:23 201:5
201:10,11,22
201:24 202:9
202:10,11
203:19
205:15 206:3
206:16,18,19
207:4,19
208:25
210:15 212:7
216:13,15

219:10,16,16
220:6,10
221:8 224:23
224:24 225:4
225:4,25
229:20,21
233:23
234:10,10
235:6,6,8,24
235:24 237:8
239:12,18,20
241:11,11,12
249:11
256:20
258:13,15,23
259:4,5,14,18
259:22 260:2
271:19,24,25
272:20,20,21
272:21,24,24
272:25 273:5
273:5,12,22
273:23,24
274:2 275:4
275:17,24
276:15
278:16,18
279:4,18,19
279:21
284:25
287:21,23,24
288:10,20
289:7,11,14
289:18 290:8
291:19,22,23
292:5,9,12
294:18
295:11,13,15
295:21,21,22
296:6,11
299:19 300:4
300:8,12,14
301:7,18,24
303:7,19,20
303:24
304:13 305:2
305:2,9,17,20
306:5,24
307:24
310:14

317:19,21
318:18
321:14 323:9
324:23 325:5
325:11 332:2
332:3,24
333:14 335:4
335:7 336:15
336:16,19
337:21,21,21
338:5,7,15
**data-associat...**
199:23
201:11,22
202:3,8
**data-non-ass...**
199:24
201:23 202:4
202:9,11
203:2,10
**datacards**
174:5
**date** 189:9
193:15,17,18
194:16,20,20
196:18 199:2
212:13
213:10 214:5
215:4 217:11
225:13
227:24
250:16
269:23,24
295:3
**day** 0:24
260:21
261:10
339:23
340:10,14
**dB** 337:12
**DCH** 216:2
217:4
**deal** 188:12
318:24 331:6
331:8 336:6
**dealing** 178:11
**deals** 196:16
335:21
**dealt** 331:4,14
**December**

174:17 190:5
**decibels** 243:23
244:14,15
**decide** 211:25
226:17
295:14,20
**decided** 194:20
195:21
208:24
308:20
**decides** 186:5
**deciding** 187:9
200:14
226:12 234:9
303:8
**decision**
181:17,24
183:9 186:14
234:8,14,20
234:21,23
243:8,11
245:23
294:18,20
295:11
**decisions**
181:10 292:4
**decks** 245:25
**decode** 184:23
206:20,25
212:7 311:4
313:3 317:2
**decoded**
206:17
220:19,23
**decodes** 296:18
**decoding**
206:16
**dedicated**
176:4,6,10,15
176:17,24
177:7 184:2,5
184:15
215:25 216:7
217:14
218:18
219:22
271:12,13
273:9 274:12
274:16,17,21
274:23 275:8

275:12,12,17
275:21 276:6
276:22,24
277:8,11
278:18,20,23
279:24
280:20 283:5
283:6,7,19
284:21 285:2
285:3,8,13,15
292:9 294:12
295:15
301:20
302:25 304:6
310:22
324:23 325:5
325:12,16
326:4,6,20
333:7,8,14,25
336:24 337:3
**dedicated'**
249:22
**dedicating**
277:14
**Defendants**
0:15,22
**define** 180:12
186:12 195:8
**defined** 184:20
218:4 221:12
**defining** 246:9
307:5
**definition**
224:15 231:3
326:18
**degree** 181:16
198:10
**DELANEY**
0:20
**delay** 182:9,12
182:13,14
210:7 248:25
300:4,13
303:19
334:16,24,24
338:9
**demodulate**
238:21
239:10
256:20

Case 1:19-cv-01590-JDW    Document 93-1    Filed 03/11/21    Page 51 of 78 PageID #:
2672
INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS – DAY 2

[Page 349]

314:17,21
demodulated
315:14
demodulating
237:10
demodulation
233:13 237:8
237:16 238:8
238:10
239:11 241:8
demonstrate
213:4
demonstrated
174:24,25
demonstrator
213:3,3,12
denied 225:3
279:17
287:22
301:17
depend 320:9
depending
182:10 196:4
211:22
270:20 313:2
depends
208:23
242:21 312:4
334:21 338:9
deployed
174:20,21
derive 238:3
describe 195:8
257:9 259:21
326:21 327:2
328:22 334:5
described
178:2 194:18
256:5,6 257:3
268:3 281:5
294:2 300:15
323:7 331:18
334:10
337:18
describes
205:14 298:3
327:6 334:6
describing
249:13
305:16

description
178:4 194:7
278:8 301:9
326:10,20
design 183:12
298:14
designed
199:14
297:15
322:24
desirable
249:20
desire 191:17
desired 251:16
320:17
detail 199:18
213:23 271:2
281:17
286:21
detailed 221:8
details 255:14
257:7
detect 230:12
238:21 246:6
309:21 313:4
314:20
detected
320:13
detecting
314:19
319:11
detection
241:20 246:5
246:9 320:8
320:15,18
detection-ba...
320:12
detector
241:22,25
243:10
245:22
determine
186:9 233:14
239:2,3
257:12
320:17
determines
206:17
develop 188:12
190:14

developed
268:10
297:16 305:5
315:8
developing
211:12
development
267:16
device 252:9
325:19
devices 247:6
274:24,24
276:24 277:2
277:4,11,13
277:15 283:8
326:7,7
devices' 270:20
diagram
193:23 230:7
230:7 232:5,7
241:4,10,20
243:18
diagrammati...
216:12
diagrams
231:22 316:8
difference
207:6 217:13
242:10
258:21
266:20
279:20 285:4
322:15 338:7
differences
217:10
218:14
285:19,22
286:10
330:21
different
177:22,24
179:2 182:22
183:17
184:11,21,24
185:3,9,9,16
189:2,2 203:3
205:12,24
206:4 208:11
208:12
211:15,23

217:7 218:5
222:5,20
225:19 232:6
239:22
240:25 253:3
253:15
254:19 262:4
265:3 266:17
270:19,19,24
280:10
282:14
285:16,17,21
287:11
288:25
290:15
306:25
307:25
311:13,22
315:2 323:6
327:4 330:4
332:10 337:2
difficult 194:15
209:4 241:3
246:7,10,12
293:23 332:3
difficulties
180:5
difficulty
322:12
digit 230:4,5
digital 227:19
228:9,13
243:19
direction
237:14
292:16
335:25
directions
182:22
336:25 337:2
directly 249:10
297:25
disadvantages
196:3
disagreement
177:11 185:7
disclose 290:21
297:9,21,23
297:24
disclosed

282:19
283:24
285:10
288:12 298:7
303:6 319:22
331:7 338:19
discloses
278:10
291:15
293:12
296:25
299:16
304:16
319:16
321:12
333:13
disclosure
266:17 276:3
277:2 295:10
304:11 307:5
310:13
316:14
317:23
319:25
333:12
discontinued
294:9 321:24
discuss 216:22
261:3 330:19
discussed
186:20 190:6
212:13 216:3
217:25 219:9
244:8,9
290:19
291:22
294:17 299:7
323:5 326:9
336:20
discusses
261:19
discussing
174:9 176:3
253:16
discussion
187:23
326:22
339:14
dismissing
323:25

dispute 340:20
distance
234:18
235:23,24
distills 215:5
distinct 197:6
distinction
325:9
distinguish
250:13 316:7
distinguished
265:6 266:2
distinguished'
265:3
distributing
198:12
divided 267:20
division 175:6
175:6,7,11,12
175:12,13
198:5,5,5,7,8
198:21
269:21
DL 253:8
document
190:8,12
191:21 195:6
196:13,14,15
196:15,17,18
199:11,13
207:13 214:4
217:22 269:4
269:23 270:8
273:13,19
300:9 333:18
documents
192:22
doing 205:12
207:10 237:4
237:7 241:25
245:20 246:4
250:20 270:9
288:11 289:6
300:11 324:3
324:8 332:16
domain 197:8
197:9 203:4
254:7,7,7,8
domains 202:5
door 252:24

dormant 295:5
dot 232:6,15
dots 232:12
  233:18,22,23
  235:16,19,20
  242:23 243:2
dotted 234:7
  235:8
double 244:18
  267:6
doubling
  244:15,16
doubt 268:19
  268:20
Douglas 0:20
  307:19
down-convert
  241:5,22
  242:9
down-conver...
  233:16 242:7
down-conver...
  230:25
downgrade
  183:9
downlink
  174:13,19
  176:25 177:3
  177:6 180:17
  180:19,21
  181:4 184:15
  191:3,6
  193:16 194:2
  194:6 195:22
  212:5 215:23
  216:4,18
  276:23
  277:10
  278:24 279:4
  289:14
  290:22
  291:10,11,19
  292:6 294:18
  295:10
  296:23 301:5
  304:21 305:9
  305:17
  307:24
  324:15
  327:10,22

328:16,17,19
328:24 329:9
329:25,25
330:9 334:25
download
  296:2
downloading
  181:22
downloads
  209:14
downside
  175:20 182:4
  182:17
DPCCH 184:6
  216:14
DPSK 243:25
Dr 174:2,5
  205:9 212:21
  219:7 229:11
  230:3 232:16
  237:2,10
  238:25
  239:24
  240:15 255:4
  261:12
  266:21
  268:20 275:7
  277:19
  293:18
  297:18
  302:19
  307:15 321:2
  328:13 339:2
  339:5,17,20
dragging 223:5
dramatic
  181:20
drawing
  232:25
drawn 235:23
drift 242:16,18
drop 192:13
  195:12
  215:24
  254:22 271:6
  328:3
dropping
  195:18
dry 339:7
due 221:6

242:12 271:2
303:23
duration
  252:12,14,19
  252:19
dwarfing
  336:11
dynamic
  193:25
  194:10
dynamically
  194:5 207:18
  210:13

E
E 191:11
  192:24
E-DCH 215:21
  216:2 221:8
  225:2
E-DPCCH
  219:21,23
  220:13,17
  224:11,11
  225:22
  317:16
E-DPDCH
  216:13
  219:10,13,16
  219:22
E-HICH
  216:18
e-mail 0:18
  182:14
e-mails 181:22
E-UTRA
  251:18
E-UTRAN
  191:12
  193:11
e.g 269:20
  271:11
  274:22,23
  278:16
  279:14 283:7
  300:4 302:9
  302:16
  321:24 326:5
  326:6
E1 222:25

E2 190:10
  192:24 193:2
  193:2 212:15
E2.1 194:22
E2.2 193:3
earlier 264:5
  275:22 299:7
  303:8,13
  326:4,9
early 290:14
easier 231:24
easiest 282:3
easy 231:13
  316:11
EC4A 0:5
effectively
  179:17 274:7
  313:15
  318:22 319:5
  340:23
effects 262:13
efficient
  180:19
  209:12
  217:18
  253:24
  270:18
eight 326:13
  327:5
either 177:18
  194:13
  198:15
  199:16
  213:16
  220:12
  223:25
  230:22
  232:19
  234:10,17
  240:21
  255:24
  258:18
  263:16 276:5
  280:5 313:3
  313:19 314:7
  322:12
  339:25
elaborate
  295:17
elegant 331:18

eliminated
  294:13
Ellis 0:22
embedded
  209:8
embodiment
  252:14
  280:17
  296:18 298:4
  305:12
  310:21
  311:24 313:7
  328:6
embodiments
  261:25
  278:22
  279:16 288:6
  294:2 296:21
  298:4
emergency
  181:20
empty 226:4
en 206:25
eNB 251:6,6
eNB)' 250:12
encoded
  206:16
  315:11 317:9
encrypted
  298:10
  315:13 316:3
  317:21
ended 268:16
ends 186:12,23
  186:24
  242:15
  325:12
energy 230:13
  231:17 245:7
  245:13,15,22
  314:20 316:9
  320:9,17
  321:4 322:9
  340:18
engineer
  268:22
engineers
  178:19
ENGLAND
  0:2

English 263:24
eNodeB 193:25
  194:5 212:24
  213:3,9,15
  251:8,9
ensure 300:25
  315:14,24
  317:2 320:13
  321:7 322:7
  338:20
ensured 316:3
entirely 276:11
  341:4
envelope
  241:22,25
  243:10
  245:22
environment
  180:6 242:13
  315:3 316:5
equal 244:4
equally 175:20
  236:21
  244:10,18
  262:3 295:13
  302:25
  303:22
  312:10
  316:25
  319:25
  320:18 323:5
  326:14 327:2
  327:6 329:21
equipment
  185:18
error 234:15
  234:17,25
  236:4 243:19
  243:21
  244:12,13
  245:13,15,21
  315:10
  320:17,19
errors 233:17
  233:17
essentially
  225:24 226:8
establishment
  252:12
estimate

260:20
321:18
**evaluated**
195:13
**evaluation**
192:16
195:11
**evening** 340:7
**eventually**
186:20
**everybody**
255:3
**evidence**
299:16
329:17
**evolution**
190:14,19
195:9,10
196:3
**evolved** 190:13
195:2,7
196:16
199:12
**Evolved-Node**
250:12
**exact** 196:4
337:9
**exactly** 189:6
233:11 298:4
309:16
**example**
175:12
176:19 179:5
180:14 181:2
181:9,18,22
182:13,24
186:3 187:13
188:24
197:25 198:8
198:13 204:7
205:13
206:11,17
208:10
209:23
211:19 213:3
213:8 218:5
229:17
231:12 232:8
233:22 237:3
243:22 247:8

251:17
256:22,25
257:4,5 258:7
264:7 276:8
276:21 278:4
279:8 284:23
289:6,21,22
290:5 295:9
303:21
309:20
314:14,23
315:12
319:11
326:12
332:25
334:11
**examples** 187:3
231:19
272:22
**excess** 300:24
320:25
**exchange**
186:13
**exchanging**
179:13
**excludes**
328:25
330:15
**exclusively**
202:13
**exemplary**
280:17
**exercise** 285:11
341:5
**exist** 211:21
**existed** 295:3
**existing** 269:25
270:4
**exists** 219:21
**expanded**
211:6
**expected** 210:7
225:15
**expensive**
187:20 188:2
**experience**
186:16,17
213:19
297:16
303:18 314:4

323:4
**expire** 210:18
**explain** 178:21
189:11
253:21
254:10
**explained**
179:10
180:18
245:13
262:20
323:12,16
**explains**
251:15
315:16 320:9
325:15
327:21
**expressly**
269:4
**extent** 211:22
258:17
331:21
**extract** 227:19
228:18
**extracts** 243:17
**extremely**
316:11
340:10

---

**F**
**F-DPCH**
175:14
**fact** 187:18
189:15
211:17 214:9
215:20 221:6
227:12
230:15
231:14 242:4
255:2 256:13
258:25
286:12
297:24
323:19 332:9
**factor** 200:14
322:10
**factors** 182:22
187:23
**fading** 262:13

262:13
321:19
**fair** 187:2
222:15 339:5
**fairly** 336:2
**fall** 198:21
**false** 315:15
**familiar**
183:17 214:8
215:16
227:21,22
229:4,14
230:14 241:9
241:14
264:19,21
**far** 245:2
246:20 303:6
340:13
**fast** 194:18
217:3 298:21
327:23
329:25
330:12
**faster** 206:9,10
206:13
334:19
**fault** 200:4
240:17
253:13 288:4
288:5
**Fax** 0:18
**FDMA** 198:9
198:12,23
217:12,17
218:11 321:6
**feature** 215:14
215:20
**features** 192:6
215:15,22
264:5 281:24
**February**
269:24
**feedback** 181:7
183:20 184:8
221:10,11
264:10
265:10
307:17
**feel** 266:20
340:17

**feeling** 338:22
339:7,8
**feels** 335:4
**felt** 222:5
257:12
273:13
**Fetter** 0:4
**fewer** 244:22
245:2 274:25
279:13 326:8
**FFT** 198:24
337:14
**field** 336:5
**fifth** 288:2
339:3
**Fig** 328:4,5
**figure** 201:18
201:19 202:6
228:23
235:25
**file** 209:10
**fill** 213:17
**final** 188:22
213:7,10
220:8 246:3
251:9 273:15
305:6 322:19
327:16
338:18
**finalised**
250:17
**find** 241:17
246:5 256:7
263:7 282:3
328:21
**finding** 296:19
**fine** 212:10
230:2 232:14
261:11
282:14
339:12
**fine-grained**
267:21
**finish** 260:20
332:6 338:23
338:25
339:20,23
340:13,16
341:11
**finished** 209:23

339:16 341:3
**first** 176:6
181:13,13
189:13,17
190:5,7
191:11
193:12
196:19 197:5
213:10
215:11
243:22
247:18
248:23 250:8
253:14 255:8
255:15,18,22
257:23
258:18,21
259:16,20
262:21
263:10 265:2
265:6,13
267:3 268:25
274:20
278:11
282:11,18
292:4 296:10
299:20,24
313:8 316:15
325:8 326:22
330:18 331:4
331:13
334:14
338:15
**fit** 178:20
315:7
**five** 221:14,21
339:13
**fixed** 204:16,19
286:22,22
287:2 310:23
311:22,25
312:4,7,7,18
312:19,22
313:3,14
316:15,18,20
316:25 317:8
317:23 318:5
323:13
**Flash-OFDM**
267:16,20,23

flexibility
  180:11
  183:14
  205:10
  312:11
flexible 182:3,6
Floor 0:17
flow 208:18
  209:13
  321:13
  334:22
flowing 301:7
  336:24
FM 228:9
focus 179:9
  210:12 237:2
  248:11
  286:24
focusing
  182:15
  208:13
  228:13
  288:18 297:8
follow 284:8
  298:5 330:24
followed
  331:25
following
  174:12 188:5
  190:3 193:12
  195:19 197:5
follows 284:2
  323:19
forget 217:3
  227:6 264:5
  340:3
forgive 280:13
form 205:17,21
  224:7 237:21
  268:11
format 184:8
  184:19
  199:24 220:5
  220:5
formatted
  200:13 201:7
forth 251:7
  259:6 272:7
forthcoming
  250:15,17

fortuitous
  255:4
forward
  186:19 187:5
  195:24 214:6
  250:5,20
  256:8 270:9,9
found 251:6
four 184:11
  194:24
  195:25
  196:16
  221:17,20
  236:10
  269:18
  274:21 326:4
  328:4
fourth 189:15
  197:9
framework
  190:14 307:5
frequencies
  242:15,16
  262:11,16
frequency
  175:5 177:24
  198:5 202:5
  202:22
  207:18,22
  210:14
  211:11,16
  218:8,9 228:8
  241:6,23
  242:17,20,21
  254:7,11
  262:8,10,14
  265:8 269:20
  269:21
  270:13,15
  313:15,16
  323:8 330:10
frequency-sh...
  228:11 229:3
frequency/ti...
  203:4
frequently
  227:3 262:22
  294:10
  321:24
Friday 260:22

260:24
friend 260:18
  261:9 289:24
  303:12 318:3
  339:14 340:6
front 174:6
  199:11 269:8
  282:5,10,15
frozen 254:25
frustrating
  194:9
FSK 228:11
fulfil 196:10
fully 209:15
  212:24
  213:15 251:8
function 213:8
  241:8,15
functionality
  221:5 291:8
  292:10
  293:11
  294:22
  304:19
functioning
  212:24
  213:15 251:8
functions
  193:24 248:6
  248:6,25
  253:7,10,19
fundamentally
  323:8
further 208:16
  208:21
  228:19
  230:17
  234:14 257:6
  259:5 260:12
  272:22
  322:15 325:9
Furthermore
  202:3
_____
          G
_____
gaming 182:12
gap 235:23
  238:16
  239:17
  240:14

gaps 213:17
  227:11
garage 307:9
gas 247:8
general 179:21
  191:17
  205:10
  236:23
  247:24
  248:11 249:9
  249:14 254:3
  257:14 264:2
  264:12
  265:23 266:8
  271:14 276:3
  276:8,11
  288:21,24
  289:3 291:13
  291:14 299:8
  301:13
  317:21
generally
  249:12,22
  252:9 254:5
  273:8 276:3
  301:4 303:19
  315:7 329:24
generate 239:4
generated
  198:24 243:6
generation
  189:16
getting 307:17
  332:3 339:6
give 180:14
  217:22
  226:15
  231:17 237:2
  257:6 264:6
  269:16
  287:14
  303:10
  313:10 319:2
  338:23
given 176:15
  180:5 225:14
  252:18
  257:21
  262:10
  278:17

305:12 322:9
  324:22 325:4
gives 180:4
  182:16
  255:14
  256:16
  286:21
  288:19 289:6
  289:21
  320:19
giving 185:8
  324:16
go 180:9
  183:21,22
  184:2,14
  188:2,17
  189:3,9,10,11
  190:10,10,17
  190:25 191:9
  192:11,22,23
  192:24,25
  193:10,22
  194:21,22
  195:5,21
  196:13,21
  199:4,11
  200:20 201:9
  202:25 203:8
  207:13 209:9
  209:16
  213:22
  214:25
  215:11,19
  216:11,25
  219:8 220:2
  220:25
  222:19,25
  223:10 224:4
  227:15,16
  228:3,18
  229:17
  240:18
  243:14
  246:15,24
  247:9,12,14
  250:8,24
  251:14
  252:11
  254:21
  260:18,22

262:7 266:24
  267:2,7,11
  268:24
  269:15
  270:17 272:2
  272:17 273:3
  273:7 277:7
  278:7 279:12
  279:24 280:8
  281:12,18,18
  282:22,22
  284:18
  285:11 287:9
  287:21 289:9
  290:13,18
  292:21
  295:12 296:7
  296:14
  298:19
  299:24
  301:15 304:3
  305:8,23
  306:10
  308:10,15
  309:12 310:9
  310:18
  311:21,23
  313:8 324:21
  325:8 326:3
  326:23 327:9
  327:21
  330:18,18
  331:5 333:23
  335:10
  339:22 340:7
  340:13,15
  341:9
goal 251:23
goals 298:13
goes 241:21
  254:19
  270:24 271:7
  278:22
  287:12 288:2
  300:7 301:6
  303:6 336:18
  341:4
going 178:24
  180:7 181:24
  189:15,21

193:16 194:5
195:24 198:2
201:14 203:8
203:13
204:17,19
208:20
211:24 212:2
212:12
213:21
214:16
217:23,24
218:5,7,12,16
223:9 225:16
226:17
240:15
244:21,23
245:3,11
246:9,20
247:7 248:3
251:10 252:5
254:21
260:20,22
261:2 270:12
271:10,18
278:7 282:9
286:23
287:14
290:17
295:22 296:4
299:15
301:10 302:6
304:16
305:20 308:5
308:17
310:11 311:5
320:11 321:4
330:8 331:6
332:17 333:5
337:20,22,23
339:19
**good** 174:5
187:22 219:2
236:24 257:2
259:9 307:8
311:9 323:24
**Gowling** 0:20
**GPRS** 176:18
**Graham**
267:13
**grant** 206:2

214:2 216:21
216:21 223:9
223:12,18,24
224:23 226:2
281:10
296:22 304:4
**granted** 263:13
300:5 302:9
302:12,17,22
303:2 304:4
**grants** 223:7,8
223:8,16,17
223:20 281:3
**granularity**
212:10
**great** 211:22
**greater** 181:15
233:25 241:9
241:11,12,14
321:24
**green** 202:17
**ground** 188:21
**grounds**
323:25
**group** 0:13
276:25
277:12
328:10 329:6
**groups** 179:8
274:24,24
326:7,8
**GSM** 257:15
322:4 325:23
326:12 327:2
**guess** 193:19
287:18 295:8
336:13 338:2
**GUY** 174:2
_____
H
**hacker** 316:11
**HACON** 0:7
**half** 183:2
190:8 210:9
260:21
**hand** 192:23
222:24
247:18
261:22
266:24 310:8

**hand-over**
181:19
205:14
**handles** 203:16
**handling** 208:8
**hands** 339:13
**handset** 180:4
181:15 182:7
187:14,16,16
187:19,19,24
188:25
197:15 209:9
209:16,24
210:3 236:17
252:6
**handsets**
174:24
187:17 189:6
189:19
211:21 315:2
315:3
**hanging**
329:17
**happen** 188:9
207:21
230:11
300:12
305:24
308:17 309:4
316:4 335:3
337:22
**happened**
195:20
300:13
309:21
322:20
**happening**
309:20
338:16
**happens**
188:24 196:6
260:8 302:11
**happy** 205:21
205:24 220:8
220:12,19
221:11 224:8
224:10,14
225:22 226:8
226:12,18
227:2,8 336:9

**hard** 194:19
**HARQ** 183:20
206:11
216:18 220:7
264:9,12
265:10 293:8
**hasty** 273:18
**header** 205:11
205:14
**heading** 196:21
207:13
**headroom**
221:22 226:3
**HEALD** 0:21
**hearing** 307:18
**heartbeat**
253:9
**held** 189:13
**help** 195:8
203:17
**helped** 268:11
**helpfully** 282:5
**helps** 265:21
**high** 0:1,8
180:15 181:4
280:16
304:25 324:5
332:11
335:17
337:14,17
**high-data-rate**
190:15
**high-speed**
174:13,16
176:25 216:4
**higher** 181:5
182:19
189:22
190:19
220:10 226:3
226:20 234:5
245:12
335:22 336:6
336:10 337:5
338:19
**highest** 221:17
221:20
278:12
**Hinchliffe** 0:21
174:3,4,5

175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1,3,4,7
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1,8
229:11,22,24
230:1,3 231:1
232:1,11,13
232:15 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
241:18 242:1
242:4 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1,25
255:1,4 256:1
257:1 258:1
259:1,8,10,12
260:1,16,20
260:25 261:1
261:5,8,9,12

262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1,7 291:1
292:1 293:1
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1
302:1 303:1
303:14,25
304:1 305:1
306:1,4 307:1
307:12,15,21
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1,24
317:1 318:1,5
319:1 320:1
321:1 322:1
323:1 324:1
325:1 326:1
327:1 328:1
329:1 330:1
331:1 332:1
332:14 333:1
334:1 335:1
336:1 337:1
338:1,22
339:11,12
340:21,25
341:10,17
**historic** 175:4
**hitherto**
226:15
**hold** 247:17
279:12,13,16

279:20,25
280:15,18
282:25
284:19 285:2
285:4,8,15
287:19,22
289:10,14,18
290:2,13,18
290:21,24
291:8,20,24
292:6,10,13
292:17,24
293:4,10,12
293:20,25
294:3,6,7,8
294:15,19,23
295:5,15
296:2,6,15,18
298:19,22
299:19 300:3
300:7,15,19
301:17 302:8
302:15 303:5
304:3,8,19,22
304:24
305:15,15,16
308:2,10,14
309:6,10
310:9 321:10
321:11,23
322:2 331:5
331:15 332:9
335:16
**hold-state**
268:5
**HOLDINGS**
0:10,11
**hole** 192:13
197:3 220:3
292:22
321:22 328:3
335:12
**Holma** 183:21
215:2 218:16
219:7 224:19
**honest** 339:7
**HONOUR** 0:7
**hopefully**
174:5 267:12
**hopping**

198:16 262:8
262:10,14
**hosted** 193:24
**hour** 261:2
330:22 339:3
340:25
**house** 0:17
247:9
**housekeeping**
300:11
**HP-2019-000...**
0:1
**HSDPA** 176:18
176:19
180:16 181:8
191:4,6,8
194:11,14
215:22,24
216:3 217:3,7
221:5 326:16
326:21 327:6
328:18
330:12
**HSDPA/HS...**
215:3
**HSPDA** 174:19
174:23
175:12,14
176:22
203:23 204:5
204:9 207:2
275:23,24
**HSUPA** 183:5
194:11,11
205:16,20,23
206:18,21
207:2 213:23
214:2,7,25
215:12,14,20
215:24 216:7
217:2,7,13,16
217:17
218:10,10,24
221:4 223:6
224:15
226:18
317:17
329:24 330:3
330:13
**HTML** 209:7

**huge** 207:6
**hybrid** 199:24
203:4
**hysteresis**
300:21
———————
I
**i.e** 210:14
**idea** 246:21
250:5 268:2
311:9 323:24
**ideally** 243:12
**ideas** 189:25
**identification**
256:20
**identified**
267:4 309:17
330:21
**identifier**
328:9,10,13
329:6,6,16
**identify** 205:11
265:24 329:2
**idle** 209:24,25
210:3,5,7
**IEEE** 267:10
267:11
**ignore** 315:7
**illustrated**
228:23
**illustration**
187:22 196:6
**images** 209:8
**imagine** 189:17
190:2 211:12
**imbalanced**
234:4
**immediately**
195:25
238:22 301:7
301:11 338:6
**impact** 210:10
**imperfect**
320:21
335:10
**impinge** 321:4
**implement**
278:25 292:3
294:17
297:20 299:9

323:18
**implementati...**
236:24 257:2
260:14
297:17 305:3
307:4
**implemented**
251:15 258:9
295:7 306:9
306:17
333:22
**implementing**
291:18
295:11 318:7
**implication**
269:5
**implicit** 262:14
281:6 283:25
285:14
286:18
**implied** 286:20
**implies** 271:17
271:18 322:4
328:17
**important**
190:18,21
196:11
226:18,19,20
236:16
300:18
338:17
**improved**
190:20
**in-band** 219:19
248:20 249:7
249:16
**inaccuracy**
337:19
**inception**
189:17
**include** 182:11
190:19
247:12
258:12
274:25
294:20 326:8
**included**
224:11
261:16
**includes** 182:9

209:7 251:6
252:2 255:24
272:18
306:18
**including**
196:23
274:17
**incoming**
231:2 239:5,8
**incomplete**
333:16
**inconsistent**
276:2
**increase** 191:5
224:2 226:16
235:2 316:9
331:17
**increased**
194:13
**increasing**
234:17
**incurred**
311:12
**independent**
264:13
**independently**
178:23
**indicate** 182:12
257:7 258:22
279:7 317:5
320:7 328:10
329:7
**indicates** 220:5
220:9 225:24
230:4,5
255:23
257:19 264:8
286:14 311:3
316:20
324:19
**indicating**
181:22 259:4
259:5 280:22
**indicative**
255:17
256:23
259:17 266:4
**indicator** 220:5
325:22
**indicators**

180:16
**individual**
274:24
276:22,24
277:9,11
326:7
**individually**
209:9
**inducing**
287:16
**inefficient**
248:24
**inevitably**
303:9,12,13
**infinite** 252:14
**info@marte...**
0:18
**information**
181:9,15,16
184:8,12,21
186:12
199:18,23
200:12
202:23
203:17,20
204:9 205:8
205:13,13,14
205:20 206:8
206:21
208:19
216:15,16
218:5 219:13
220:3,14,18
220:19
221:13,14
224:8,8,13,18
224:25 225:2
225:5,9,17
227:3,4,6
238:13
248:13
249:10
253:22
255:24
257:19
258:12,17
259:18,22
260:2 261:15
261:23
272:18

278:16,19
285:17,20
286:9 298:24
310:8 319:20
319:23
324:24 325:6
332:16 333:2
333:6,13
**informed**
181:17,24
183:9
**informing**
214:22
**inherently**
179:4 181:7
242:18
**initial** 210:22
214:13
280:16
331:20
333:25
335:17,22
336:7
**initially** 249:3
**initiate** 296:16
**initiated**
296:15
**instance**
229:19 287:7
287:12
301:22 311:8
311:20,22
312:2,13
313:6 314:11
314:16,21
318:9 319:10
319:17,18
**instances**
194:15 272:2
287:3,5,14
312:14,24
313:2
**instantaneous**
256:19
**instruct** 305:23
**instructed** 0:20
0:22 298:22
299:4,10,12
**instruction**
299:2,3

**instructions**
266:21
**insure** 280:16
335:18
**integer** 281:22
281:24
**integerised**
282:5
**integers** 282:10
**integrity**
315:15
**INTELLEC...**
0:2
**intend** 310:25
**intended**
250:15
**intends** 260:19
280:18
310:23
**intention** 290:2
292:19
**interaction**
242:12
**interchanged**
330:6
**interconnecti...**
179:6
**InterDigital**
0:9,10,10,11
263:6
**interesting**
198:7 209:20
**interests**
187:10,11,12
**interface** 193:8
195:16 200:8
213:4 253:24
**interference**
180:7 197:25
258:5 262:12
267:22 300:6
300:25
314:25 315:4
337:13,15
**International**
0:22
**interoperabil...**
185:21
**interoperate**
185:18

**interpret** 241:3
263:23
290:11
333:17
**interpretation**
237:25
271:21
277:23 278:6
305:3 312:7
**interpreted**
203:13,14,15
204:3,9
220:14,18
264:19 266:3
266:5 287:2
312:22
319:14
336:13
**interpreting**
315:9 323:2
**interrupt**
210:11
**interval** 180:25
207:2 252:21
337:8
**intervals**
321:25
**interworking**
178:18 179:4
**introduced**
252:6
**introduction**
190:17
**invention**
246:16,17,21
250:5,15
251:15,20
269:18 272:5
301:17
**inventive** 205:8
**involve** 231:8
**involved**
181:16
300:21
**involves**
249:15
**involving**
298:9
**IP** 182:8 209:7
209:10

292:13 293:6
293:7,8,9,16
**IP-based**
292:12
**issue** 231:5
248:12
264:16
276:14 313:9
318:24 320:8
331:8 335:21
336:5,6
**issues** 183:14
183:15 190:5
266:12,18
299:20
**issuing** 223:6
**item** 190:13,14
195:7

**J**

**January**
174:19
177:13
193:18
212:23,25
213:15 215:9
217:20
**JEREMY** 0:21
**jitter** 233:21
**JOE** 0:20
**JONATHAN**
174:2
**journey** 242:13
**judge** 0:7,8
174:4 219:2,5
229:5,7,10,22
230:2 232:9
232:12,14
241:17,19
255:2 259:8
259:11
260:17,24
261:3,6,8,11
307:13
316:23
338:25 339:5
339:10 340:4
340:16,19
341:6,11,18
**jumped** 253:5

**JUSTICE** 0:1

**K**

**KEAY** 0:20
**keep** 192:22
208:19
211:20
222:23
266:23
**keep-alive**
253:9
**keeping** 223:19
**keeps** 252:24
**key** 181:4
185:21 190:5
193:10
267:19
304:23
**keying** 228:10
228:10,11,11
228:24,24
229:2,3,18
230:3,9,11,23
230:24 231:7
235:4 236:7
236:12,14
237:4,12,18
237:25 238:9
238:11,25
239:10
240:19
241:15,21
242:3 243:8
244:2,9,11,14
244:19,20,22
244:25 245:4
246:8 256:23
313:20
**keying-type**
231:18
**kicked** 294:21
**kind** 182:12
186:15 189:3
194:12,13
198:24
205:15
211:13 213:9
213:18 218:9
241:4,5
242:17

247:10
271:18
276:12
284:11 285:8
285:14 290:4
295:17,21
306:17 307:5
311:6 312:5
313:21
314:18,19
319:13
320:14
329:24,25
330:12
332:20
333:12,20
340:20
**kinds** 251:11
275:21 324:6
**KINGDOM**
0:14
**Kirkland** 0:22
**knew** 251:9,11
**know** 180:7
181:18
187:14
189:17 192:4
194:9,16
196:17
197:21
198:10
200:15
208:18
210:19 211:7
223:20
227:13 242:7
247:4 254:3
254:20
257:16,16
263:6 275:16
276:5 283:4
283:15
288:22 290:3
291:4,9
292:12,13
293:3 295:7
297:14
302:18
306:15
310:12,15

311:10 312:8
314:22 315:7
315:25
317:13
320:22
321:15
322:14 323:2
323:5 326:15
329:23,24
330:8 333:8
337:8,25
338:22
340:19
**knowing**
318:24
**knowledge**
178:16
209:17
247:24
248:11 249:9
249:14 254:4
257:14
265:24 266:8
276:8 288:22
288:24 289:3
299:8 305:12
**known** 175:18
175:21
177:16
193:15 194:4
194:19 208:8
215:5,8
237:21 254:9
254:17
265:12,17
298:8 323:4
**knows** 211:5
226:19,20
296:10,11
308:8 309:23
314:15
315:24
**KYRA** 0:21

—————
**L**
**L1** 199:22
**L1/L2** 201:5,6
201:11,21
202:12
**L2** 199:22

200:9
**labelled** 234:7
**laborious**
256:21
**landscape**
232:12
**Lane** 0:4,17
**language**
330:17
**large** 208:20
320:23
**largely** 178:23
**larger** 205:25
211:18
254:14
**Laroia** 266:23
267:13
268:11,20,24
269:10,17
270:8 271:23
272:15
273:10,19
276:12
278:10
281:15,18
282:19,22
285:11
286:21
288:12,14,18
288:21 289:2
289:4,17,23
290:2,8,11,13
290:20
291:15,18,22
292:3,19
293:12
294:17
295:10
296:14 297:8
297:9,20,20
298:7 299:9
299:10,14,16
300:15 301:9
301:12,13,14
303:4,6
304:11,14,16
304:21 305:4
305:7 306:22
310:11,13,18
311:18

312:12
316:14,23
317:23 318:5
319:16 321:2
321:11,16
322:13,18,20
323:13
324:12,18,21
325:15 326:3
330:20 331:7
333:12,13,22
334:5,10
335:11,20
336:4 337:18
338:19,19,23
338:25
**Laroia's**
268:14
275:12 278:8
**late** 340:7
**latency** 175:23
190:19
258:15
287:17
**lawyers** 269:2
**layer** 177:19
178:8,9,10,12
178:12,15,16
178:17,18,19
178:22 179:2
179:3,3,6,6
183:25
184:22 185:2
185:3 195:2,3
195:6,9 199:5
199:5,6,8,12
199:12,14,16
199:19 200:5
200:6,6,10,10
200:11,13,24
200:25,25
201:3,4
203:13,15,15
203:17,18,20
203:20,22
204:7,8,8,10
204:11,12,13
204:15,20,25
205:2,9,20
206:8,12,13

206:15 207:5
207:6,9,10,11
211:4 216:16
220:15,18,19
220:23 221:2
221:4,9,11
**layers** 178:22
178:25 179:5
**learned** 229:15
260:18 261:9
289:24
303:12 318:3
339:14 340:5
**learning** 301:4
**leave** 264:3
278:7 296:4
**led** 175:23
**left-hand** 235:7
**legal** 340:9
**length** 233:2
**LENOVO** 0:13
0:13,14
**lens** 303:17
**Leon** 227:20
**lesser** 321:12
**level** 180:2,15
186:11
193:11 204:3
204:8 223:13
223:25
245:16
280:16
308:20 314:5
335:8,17,19
335:22
336:22 337:7
**levels** 185:9
**light** 288:21
**likelihood**
324:5
**limit** 218:20,23
218:24
251:24
295:21
**limitation**
276:10
**limited** 0:13,14
0:15 207:22
208:14
270:18

271:15 276:4
289:15
292:10,17
293:11 294:3
294:23
295:13
305:16
**limits** 290:8
**line** 232:25
233:2 234:7
234:11
243:21,22
253:4,6
287:22,25
288:2,2,6
324:22 325:2
325:3
**lineage** 333:20
**lines** 253:14
268:3 269:18
274:21
321:22 326:4
328:4
**link** 209:4,18
210:4 339:4
**links** 209:8
**list** 0:2 195:12
205:13 251:9
**literally** 299:14
329:14
338:21
**little** 210:5
213:22 216:3
281:17
339:18,24
**living** 196:15
**LLC** 0:14
**LLP** 0:22
**loaded** 209:15
**loading** 209:23
**local** 239:4
**locally** 243:6
**lock** 237:22
241:6
**locked** 239:4
242:16
**logical** 198:14
221:17,20
224:9,24
335:2

**London** 0:5,17
**long** 189:5,21
210:11
227:11
239:14
252:25
260:24
333:20
340:10
**long-term**
190:19
**longer** 176:8
207:10
227:12
245:18
260:19
339:24
**longest** 227:10
**look** 182:24
183:5,20
189:8 190:3
190:10 191:2
192:18
199:10
200:22
201:18 202:7
202:16
212:10,15
221:12
222:23
224:17 231:4
231:12,19,23
232:2 233:23
234:7 235:7
242:22
243:17,21
244:13
245:25
246:14
247:11 248:3
249:19 260:7
264:22
267:19
268:24
270:25
271:13,22,25
272:17
273:18 274:4
280:14
282:16

284:18
298:12
301:14 302:6
303:14
321:13,21
334:22
335:11
340:19
**looked** 205:6
253:13 262:3
270:12 278:9
326:3
**looking** 174:11
189:21
190:22 199:4
199:20 200:3
229:11
231:25 232:9
249:13
250:20
253:12 270:9
285:12 288:4
312:18 316:7
316:14
317:23
324:25
**looks** 227:22
234:3 260:25
268:6 295:2
**loop** 320:22
321:17
**loose** 329:14
**Lord** 174:18,22
175:16,19,22
185:5,20
186:22 219:4
221:23 229:6
241:18
254:25
260:16 261:5
261:9 305:13
307:12
316:24
338:22 339:2
339:12 340:5
340:9,17
341:16,17
**Lordship**
232:2
**Lordship's**

339:12
**losing** 309:7
**lost** 189:11
229:5 340:25
**lot** 187:23
197:16 207:3
218:15
268:15 330:5
**lots** 180:6
246:8 307:2
332:12
**loud** 179:17
**loudest** 187:6
**low** 197:25
209:16
242:20,21
249:23 290:3
290:6,7,9
291:3,6
292:11,19
304:22 335:7
338:5
**low-latency**
190:16
**lower** 223:25
234:15,25
280:6
**LTE** 189:8,12
190:4,23
193:16
195:16
197:18
204:17,18
208:7 212:8
212:14,24
213:15 214:5
214:9 217:11
218:20,23
225:13
248:17
250:13 251:9
251:18,20,24
252:4,8,10
268:11,16
295:3 298:14
322:14
336:12
**LTE/4G**
250:15

**M**

**MAC** 200:10
205:11,14
206:12
207:10 221:2
221:4,9 227:4
227:5
**MAC-e** 225:2
**machines**
247:8
**magnitude**
241:8,15,24
**maintain**
193:11
277:20
**maintained**
284:20 294:8
300:2 301:19
**Maintaining**
294:6 299:25
**maintains**
280:3
**making** 181:10
181:20
193:14
211:16 217:6
231:6 240:17
244:21
252:22
268:14
283:11
288:12 300:7
301:10,11,25
302:10
303:21
306:15
308:15
309:12,25
310:13
312:13,14
315:18
**man** 268:21
**management**
271:3
**mandatory**
192:6,7
**manufacturer**
186:8 187:16
187:25

**manufacturers**
185:17 189:2
211:25
**map** 295:4
**mapped** 178:6
**maps** 295:5
**March** 0:6
174:13
192:14,20
**Marten** 0:17
**masse** 206:25
**material** 267:2
267:7
**maths** 341:6
**matrix** 211:13
**matter** 254:3
257:13 269:4
291:13,14
295:13
**maximise**
269:12
**maximising**
185:10
**maximum**
180:24 183:7
227:9
**MAXWELL**
0:20
**MBMS** 278:4
**mean** 179:15
181:4,14,19
182:12,24
192:5 194:7
198:18
203:25
210:19 211:3
212:20
231:11
233:22 241:3
247:10
255:10
258:25
263:19
273:22
275:19
277:17
283:23 291:4
292:10
293:16 298:3
302:25

318:18
320:11,20
323:10
325:23,24
328:24
329:19,22
330:17
**meaning**
205:24
261:20,21
263:11,21
273:12
281:22
**meanings**
205:24
**means** 188:5
188:20
191:13 200:9
206:18
219:15
223:23 225:3
226:4 230:24
233:8 236:4
238:20
241:22
242:18
255:19 269:3
271:13
274:13
286:23 287:7
287:9 292:15
302:18,20,20
302:23 317:9
317:10
**meant** 207:2
280:23 293:2
296:17,19
316:18
**measure**
198:15
235:19,20
**measurement**
180:22
183:19 248:8
253:8 290:22
291:9 332:16
**measurements**
271:3
**measures**
241:25

**measuring**
242:7
**mechanism**
214:18,21
306:17
**mechanisms**
322:24
**Medal** 267:13
**meet** 191:14,16
337:6
**meetings**
186:17
**megabits** 183:2
**megabytes**
183:4
**Memory**
272:18
**mention**
273:21,25
334:7
**mentioned**
222:15 245:9
316:6 321:2
330:5 331:24
332:8
**mentions**
288:14
**merely** 299:12
**message**
181:19 183:3
205:11,17
257:16,18
280:22,23
293:2 296:19
296:23,24,25
297:11,15,25
303:4,23
311:6,10
312:5,8
313:23 315:4
315:6,9,11,12
315:17,18,21
315:23
316:16 317:9
317:9,10,11
317:12,13,16
319:6,9,9
323:19
324:15
332:21 338:2

Case 1:19-cv-01590-JDW    Document 93-1    Filed 03/11/21    Page 60 of 78 PageID #:
2681
INTERDIGITAL v LENOVO                04 MARCH 2021                PROCEEDINGS – DAY 2

[Page 358]

338:6
messages
  180:12
  205:10
  211:20
  224:17
  249:12 265:6
  266:2 276:25
  277:3,12,13
  277:15,18,21
  277:22,23,24
  277:25
  289:19 290:4
  291:15
  292:18,18,20
  294:24 295:8
  298:9,10
  304:23 316:3
  324:6 333:8
Messenger
  211:20
met 268:20
  281:24
meters 247:8
method 214:23
  246:17
  250:21
  259:21 270:9
  298:10
methods
  188:12 197:5
  197:10,13
MHz 191:3,7
  197:19
Microsoft 0:25
mid-way
  202:25
  267:19
middle 184:6
  195:18 234:7
  272:23,24
  300:2 301:16
  314:13
migrate 280:18
  310:24,25
  318:6
migration
  287:2,4
  312:23,24
millisecond

206:18,23
207:4,7 208:2
208:2 212:9
milliseconds
  206:19,22,25
  210:7 225:24
  227:10
MIMO 192:16
mind 211:13
  247:17 282:9
  298:15 317:4
minimal
  294:14
minimise
  191:22 192:2
  327:11,18
minimum
  180:9 214:13
minor 177:11
  222:2
minus 231:15
  231:15,17
  232:23
  234:12
  237:23,24
  242:4 318:18
minute 192:24
  255:2
minutes 260:21
  260:25
  338:23
  339:13
misinterpret
  324:6
misinterpret...
  225:18
misinterpreti...
  320:5
misreading
  222:4
missed 251:2
  255:2,3
mistake 222:3
  222:8 315:5
  316:4
mix 242:19
mixing 234:4
Mmm-hmm
  225:21 272:9
  273:2

MN 278:24
mobile 176:16
  180:16 192:3
  208:14
  209:20 216:7
  218:18
  219:14
  230:10,11
  247:5 258:3
  268:12 272:5
  272:6 274:25
  276:22
  278:14,17,19
  279:15,17,18
  280:9,12,15
  280:18,21,23
  281:2,3,10
  284:20,23
  287:16,20,23
  289:10,14
  290:9,22
  291:19 292:5
  292:25 293:3
  294:19,20
  295:15,24
  296:6,11,12
  296:16,18,23
  297:2,4,9,11
  297:21,23,25
  298:22
  299:11,13,19
  300:3,16,19
  300:21 301:2
  301:10,17,19
  301:22 302:8
  302:12,15
  303:10,24,24
  305:7,10,18
  305:25 306:6
  306:9,14,16
  306:23,25
  307:2,23,23
  307:24 308:5
  308:9,14,17
  308:19,23
  309:4,9,17,25
  310:8,21,23
  311:12,13,14
  311:17 312:2
  315:20,25

317:3,14,15
317:15,18,25
324:10,20,23
325:4,10
326:8 327:11
328:9,9,10,12
328:17,20
329:2,5,5,6,8
329:11,13,15
332:9,23
335:17
337:24
mobiles 175:24
  176:15 177:8
  181:11
  185:13 216:5
  270:19 277:9
  300:6 323:9
MOBILITY
  0:14,15
mode 210:5,5
model 178:10
  178:25
  209:25,25
  210:3
modify 228:14
modulated
  228:20 314:4
  314:5 318:12
modulating
  230:16
modulation
  180:23 181:5
  196:21
  227:17 228:7
  228:8,9,9,12
  228:13
  229:14 244:5
modulations
  229:4
module 272:19
  272:20,24
  273:5
moment
  179:10
  192:17 202:7
  212:15 214:4
  216:23 219:2
  220:11
  222:16,24

231:19
236:18
244:17
245:10
247:17
266:25
286:24
287:14 296:5
307:12
310:20
311:19
341:14
Monday
  340:14
monitor 298:23
  327:12
monitored
  298:20,21
  327:14
monitoring
  327:14
morning 174:5
  275:22
  298:13 339:9
  339:16,21
  340:22
  341:19
Moss 174:2,5
  175:1 176:1
  177:1 178:1
  179:1 180:1
  181:1 182:1
  183:1 184:1
  185:1 186:1
  187:1 188:1
  189:1 190:1
  191:1 192:1
  193:1 194:1
  195:1 196:1
  197:1 198:1
  199:1 200:1
  201:1 202:1
  203:1 204:1
  205:1,9 206:1
  207:1 208:1
  209:1 210:1
  211:1 212:1
  212:21 213:1
  214:1 215:1
  216:1 217:1

218:1 219:1;7
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
229:11 230:1
230:3 231:1
232:1,16
233:1 234:1
235:1 236:1
237:1,2,10
238:1,25
239:1,24
240:1,15
241:1 242:1
243:1 244:1
245:1 246:1
247:1 248:1
249:1 250:1
251:1 252:1
253:1 254:1
255:1,4 256:1
257:1 258:1
259:1 260:1
261:1,12
262:1 263:1
264:1 265:1
266:1,21
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1
275:1,7 276:1
277:1,19
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
293:18 294:1
295:1 296:1
297:1,18
298:1 299:1
300:1 301:1
302:1,19
303:1 304:1

305:1 306:1
307:1,15
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1 317:1
318:1 319:1
320:1 321:1
322:1 323:1
324:1 325:1
326:1 327:1
328:1,13
329:1 330:1
331:1 332:1
333:1 334:1
334:23 335:1
336:1 337:1
338:1 339:1,2
339:5,17,20
340:1 341:1
**MOTOROLA**
0:14,15
**move** 185:6
197:18
206:25 210:5
223:12
234:23
240:15
252:11
280:10 281:9
296:4 304:25
305:21 306:6
306:16 307:6
307:23
309:19 310:2
332:23
**moved** 306:25
307:25 308:5
308:17 332:9
332:11
**moves** 262:11
281:3 297:3
297:25
300:20 337:5
**moving** 210:7
213:8 234:20
234:21 259:8
290:18
296:24

**name** 252:4,8
**narrow** 198:12
**nations** 307:10
**natural** 335:4
**nature** 178:10
196:15 256:4
313:10
337:25
**NCB** 252:12,16
252:17,20,21
253:6,11,19
254:6 255:16
264:25
**nearby** 309:17
**necessarily**
187:12
204:22
208:21 235:2
264:13 317:8
325:23
**necessary**
181:3,12
261:4 300:11
**need** 178:15
179:7 180:2,9
183:9,10
185:21
188:21
189:22 192:7
192:23
201:17
208:21
209:15
211:19 212:3
214:12,14,18
214:23
217:10
222:24,25
226:19
233:15 239:6
239:7,20
241:5 242:18
243:11 244:2
254:2,8
255:25
257:25
258:14
261:25
266:25
285:24 286:2

297:11 309:4
309:22 323:9
331:25 332:2
332:14,25
333:18
334:21
**muddle** 275:8
**multi-step**
331:24
**multicast**
276:25 277:2
277:12,15,17
277:17,21,22
277:23,24
278:2 289:20
292:8
**multiple**
176:14
185:17 192:3
202:4,6,19
208:2 226:16
272:5,15
278:9
**multiplex**
265:7
**multiplexed**
198:3 201:14
202:5,13,20
203:3 254:15
269:22
319:23
**multiplexing**
175:6,6,7
196:22
197:13 198:6
198:21 199:5
200:23
201:10,21
202:22 203:6
252:23 254:6
254:9,11
**multiplied**
318:20
**multistep**
334:23
**mute** 307:19
────────
**N**
────────
**NACK-to-A...**
225:18

286:3 287:18
293:7 294:11
295:25 297:7
300:12,22
301:3 303:24
307:2,7 308:7
314:17,20,21
315:16,21
319:8,19
320:12,25
321:7 327:7
327:11,14
331:3 332:12
332:17 333:5
333:9 339:21
340:13,22
341:2,13
**needed** 179:4
197:22 208:7
208:15 211:2
212:6 214:10
214:21
224:10 234:6
260:12
278:15 286:4
286:5 300:11
310:17
334:21 336:2
336:2 337:18
**needing** 181:19
208:6 256:20
**needs** 181:21
189:3 209:19
218:3 238:3
246:5 257:24
258:14
270:20 279:5
279:8,9
283:21 284:3
284:6 286:6,8
294:17 296:7
298:8 300:25
301:4 302:14
303:3,21
307:10
309:19 310:5
310:8 311:4
311:15 312:8
312:11 313:3
313:4 315:14

315:15
321:19
325:25,25
336:2 340:24
**nefarious**
317:4
**negligible**
207:12
**neighbour**
205:13
308:19 310:6
333:2
**neighbouring**
315:3 321:5,5
321:8 337:15
**neither** 177:7
**network**
179:16,21,23
180:4,4 182:7
182:11
208:19 210:2
210:3 211:5
214:13 226:6
226:11,19
236:17
250:16 293:5
295:9 300:20
309:19,23,23
310:7 311:20
315:2 316:10
316:12 333:2
**networks**
179:11 247:7
250:16 257:2
311:9
**never** 217:24
241:24 282:9
299:10
**nevertheless**
290:6
**new** 180:12
188:9,12,17
198:10,19,22
198:25
215:21,22
216:11 219:9
219:12,21
250:21
270:10 297:3
297:25 308:7

309:17,19,22
309:23 310:9
310:10
322:24
329:23
**NEZAMI** 0:21
**nine** 237:5
**node** 197:16,23
205:18 211:7
217:6 224:6
272:6 278:14
278:18,20
279:15,17
280:16,18
284:20,23
298:22 300:3
301:17,19,22
302:8,16
310:21,23
324:23 325:4
327:11,13
328:9,10
329:5,6,11,13
329:15
335:17
**Node-B** 179:17
179:19,20
212:6
**node(s)** 328:12
329:8
**nodes** 212:4
272:5 274:25
276:22
280:21
296:16 326:8
328:9,17
329:5
**noise** 217:5
218:17,24
233:17,20,22
233:25
235:12
240:22
245:16 246:7
311:12 316:4
316:7 320:13
**nomenclature**
213:24
**non-associated**
201:12,13

Case 1:19-cv-01590-JDW    Document 93-1    Filed 03/11/21    Page 62 of 78 PageID #:
2683
INTERDIGITAL v LENOVO                04 MARCH 2021                PROCEEDINGS – DAY 2

[Page 360]

non-coherence
256:23
non-coherent
240:19 241:7
241:14,20
242:8 243:5,8
244:3,25
245:4 313:19
non-contenti...
177:12,19
178:3,14
246:18,22
249:21,25
250:5
normal 318:15
335:20
339:19,23
340:14
normally
203:14
249:10
notable 212:8
notably 194:8
note 195:19
259:10
notes 0:16
198:17
293:22 294:4
294:5,8,13
notice 193:18
noticeable
210:10
noticed 229:8
novelty 269:2
November
189:14
number 180:24
184:20
185:10
191:22 192:2
192:9 193:13
204:16,19
218:10 220:7
222:22 226:5
226:5 244:4
244:10
253:18
254:15
269:12
270:24

274:25 326:8
numbers
270:19

O
o'clock 260:17
261:6 340:24
341:9,12
objection
341:7
objective
190:13
obtain 284:23
301:22
obtained 302:2
obvious 283:24
283:25 306:8
330:23 331:5
331:9,13
334:14
obviously
175:18
179:24
182:22
183:17
186:16
191:10,13,16
196:16
215:16 219:8
220:12
226:11 229:4
229:14 254:2
254:14,17
260:3 262:14
268:18
270:21 281:6
283:15
287:11
305:18 336:4
339:17 340:2
341:4
obviousness
330:19
occasionally
264:14
occasions
175:21
occur 264:13
314:25
occurs 287:3,5

312:24,25
328:5
OFDM 268:2
269:22,25
270:2,10
336:5,12,12
OFDMA
195:21 196:5
213:4 251:18
322:13,14,15
322:16,17
323:10 330:4
335:25
337:18
offer 186:9
official 212:11
offset 241:7
338:16
okay 179:9
183:17 189:8
192:11,22
194:21
197:23
200:21 201:9
212:13
213:21
216:24 219:5
222:8 223:2
225:22
227:15
231:19,20
232:12
235:23
238:20
239:16,22
243:2,8 245:9
245:24
246:14
247:14 248:3
252:11
253:17 256:7
260:17,24
261:5 262:7
264:10
265:14
268:24
269:15 271:9
273:6 274:10
276:20
282:13,20

287:19 289:5
291:15,21,22
296:8,9
298:17
303:15 306:4
307:9,12,20
308:24,24
310:11,18,19
311:18
314:13
316:13
323:12 324:8
324:13
327:18 331:3
331:11
333:23
338:22,25
339:10
340:19 341:8
341:15,18
old 188:10
309:24
on-off 228:10
228:24
229:18 230:3
230:9,11,23
230:24 231:7
231:18 235:4
236:7,12,14
237:4,12,18
237:25 238:9
238:10,25
239:10
240:19
241:14,21
242:3 243:8
244:2,9,11,14
244:19,20,22
244:25 245:4
246:8 256:23
313:20 317:6
on-state 268:5
on/off 310:21
317:22
once 180:9
188:20
191:16
208:17
210:20
223:23 249:6

314:8 335:19
337:3,5
one-step
333:19
336:18
one-tenth
237:3
ones 176:3
248:6 331:3
ongoing 180:3
194:12
208:23 246:7
online 182:12
OOK 228:10
open 174:6
186:8 219:7
250:9 252:24
307:4 320:22
321:17
opening 269:7
339:17
operate 183:6
189:6
operation
221:9 268:5
272:5 279:15
321:25
335:20
operations
327:14
operator
187:21
190:21
196:12
209:20
operators
227:13
opportunity
283:20 284:5
284:9
optimising
291:11
option 249:14
259:13,16
261:15
312:19 314:2
318:13
323:23 334:3
optionally
177:5 303:7

options 191:22
192:2 195:16
195:21 196:7
196:16 200:7
201:14,17
205:3 222:5
256:8 258:19
263:16 292:9
313:11
323:14,20
or/and 202:5
order 179:25
181:5 184:22
186:13
197:21
209:22 210:9
215:15 225:8
233:13 236:7
262:12
270:17
288:10 296:6
305:8,8
313:14
327:10,18
ordinary
263:24
origin 232:3,18
232:25 235:8
original 215:11
originally
263:13
339:15
originated
179:16
317:13
orthogonal
197:8 269:21
orthogonality
197:4,9
335:24
orthogonally
267:22
oscillator
239:4
OSI 178:25
out-of-band
219:13,15
outage 255:4
outer 241:13
overall 218:3

236:13
267:20
**overhead**
221:22
**overlooked**
188:24 289:8
**OWEN** 174:2

**P**
**package**
178:16
**packed** 321:6
**packet** 174:14
174:16 181:4
206:24
**packet-opti...**
190:16
**packets** 206:14
206:18,23
209:7
**page** 174:7,11
183:22 184:3
184:14
189:10,11
190:11,17,17
191:20,20,24
192:12
193:10,23
195:5,18
196:13,21
199:4,4,21
200:22 201:9
202:7,15,25
203:8 204:17
207:13 209:5
209:5,12,15
209:17,23
212:18,19
215:11,11,19
215:19
216:11,11,25
218:16 219:8
220:2,2,2,6
220:25
221:13
222:25 224:5
225:22 228:3
228:5,18
229:11,12,17
229:22,24

235:4 240:18
241:16
243:18
247:11,14,20
250:9,25
251:5,14
262:8 267:11
269:15,16,16
270:17 271:6
271:8,10
272:2,17,23
273:3,4,6,7
274:2,5,11
276:20 277:6
277:7,10
278:7,12
279:12,24
280:8 282:6,7
282:11,22
283:5 284:18
285:12
286:13,13,21
287:21 288:3
289:10
290:13,18
292:21
295:25 296:3
296:14,17,19
296:22 297:5
298:12,19
299:24
301:15 304:2
306:16,19
308:8,24
310:18
316:24
321:21,21
324:21 325:2
326:3 327:16
327:21,21
330:15
335:10,11
**paged** 297:10
305:10
306:21
307:22
308:13,21
309:13,16
**pages** 228:19
269:17

273:24 274:3
297:2
**paging** 296:17
296:19
298:21,21
303:23 306:9
327:23,23
**pains** 178:21
213:6
**paragraph**
190:3,18
195:25
201:18 203:2
210:13
212:19
215:13
228:22
246:15,24
247:11,20,20
248:7 249:19
250:2,9,24
251:3,4,14,19
252:11,17,17
252:22 253:2
253:14,18
254:6,22
256:3,5,6,10
256:12,15
258:11
261:12 262:7
262:7 264:23
268:9,17
271:7,11
272:4,8,12,17
272:23,24
273:3,5,15
274:5,10
275:14 276:3
276:10,11,13
276:17,18,18
277:5 279:13
280:13,14
281:5,7,19
288:5,6
292:22
296:14
299:24 302:6
304:2 313:9
321:21
324:21 325:2

325:3,8 326:3
327:16 328:3
330:15,18
335:12
**paragraphs**
247:15,23
273:13
**parallel** 184:24
219:21
237:12
**parameter**
182:11
**parameters**
182:9 216:22
**part** 182:15
183:12 186:6
197:17,18,20
197:21,24
209:7 211:24
217:25
247:23 259:2
274:22 275:9
283:6 325:16
326:5
**participate**
189:23
**particular**
175:14
176:15
187:15
194:12
242:24 243:3
252:18 253:4
258:14
262:25
271:15
313:16
314:11
317:18,19
325:19
327:13
333:21
340:11,22
**particularly**
213:23
246:17 260:5
**parts** 190:18
258:25
**party** 187:11
187:12

**pass** 187:17
281:16
**passage** 289:8
290:14 305:6
328:13
**passed** 204:11
220:21
285:17
310:20
**patent** 0:10
245:25
246:14,20
249:13 250:4
250:11,20
251:3,23
252:25
253:10,20
254:19 255:8
256:3,17
257:6 259:21
261:13,19
262:4,18
263:3,15
265:21 266:6
266:9,15,18
266:18,22,24
268:6 270:22
**patented** 268:3
**patents** 0:3
262:3 266:15
**pattern** 262:10
262:16
**pause** 200:18
212:19 229:5
229:5 241:16
247:16,22
250:2 253:16
254:24
266:21 271:9
281:20
282:17
293:22 294:2
312:18
326:12 327:2
327:19 328:2
**pausing** 219:14
256:3 271:12
**payload** 184:23
201:5 205:15
272:25

278:16,19
279:18,19
284:25
287:23
289:11
301:18,24
324:24 325:5
333:11
**PCH** 290:5
**PDCP** 213:8
**PDU** 207:9
221:14 225:3
227:4
**PDUs** 178:20
**peak** 236:16,18
245:10,12,17
245:20
**peer** 282:15
**people** 178:11
178:23 180:7
186:19,20
187:5,6
189:14,20,23
190:22 208:5
211:12 213:2
247:4 251:23
295:12 341:6
**perceive** 205:4
332:4 334:13
**perfectly**
222:11 335:2
**perform** 247:2
248:5 309:22
**performance**
182:23
187:14
190:25
191:12,14,16
321:4 323:25
**performed**
253:19
294:10
321:24,25
**performing**
253:4
**performs**
187:16
**period** 175:24
176:8,17
207:22,25

208:14
210:16,17
213:7,10
227:10 240:9
245:11,18
255:20,23
262:21
283:18 286:7
286:12
298:25
**periodic**
225:17
252:21
262:18 286:2
**periodically**
284:10,13
**periodicity**
227:6 252:13
252:22
262:21 263:4
282:21
283:23
**persistent**
187:6
**person** 178:15
205:3,5
207:20 214:8
214:17
215:16 229:4
229:13,15
246:11 254:2
255:10
256:18
257:10,13,22
258:17 265:5
265:22,23
266:7 269:10
270:21
275:16 276:5
276:16 281:6
284:8,25
285:14
286:18
288:17,22
290:10 291:9
291:18 292:3
292:11
294:16,25
295:20 297:6
297:14,19

298:2,16
299:8 301:8
303:17
310:12,15
311:18
313:11
314:24 317:6
317:24
320:21
322:25 323:2
323:12,17,20
326:19 330:8
331:17,24
332:4 333:17
333:19
334:13 336:4
339:4
**person's**
247:24
**phase** 228:8
229:3 230:22
232:20,23
233:5,8,10,14
233:17 235:5
235:7 238:20
238:23,24
239:2,3,4
240:20 241:7
242:11,12,13
242:21,22
243:3,5,5
262:24
**phase-shift**
228:11
**phases** 240:25
**phones** 209:2
**phrase** 219:14
**physical**
175:10
177:19,22
178:4,6,8,17
178:21
183:25 185:2
185:3 195:2,3
195:6,9 199:8
199:11,12,14
199:16,19
200:5,11,13
200:15,16
201:2,4,7

203:13,15,22
203:23,25
204:3,7,10,11
204:14,15,20
204:24 205:9
205:20 206:8
206:12 207:5
207:9,11
219:12
220:13,15,17
220:18,19,23
221:11
239:22,23
240:2,3 248:9
253:8 333:13
**physically**
179:19
**piano** 198:18
**pick** 200:20
229:8 245:23
278:12
292:21
307:15 321:9
335:9
**picking** 222:15
293:18 320:5
332:14
**picture** 200:3
**piece** 199:9
227:2
**pilot** 184:7,19
197:10
200:23 201:4
201:10,11,12
201:22,24
202:6 233:13
235:5 237:10
237:11,15,18
237:20,21
238:5,8,10,11
238:12,19
239:6,12,14
239:21 240:4
240:12,14
314:14
321:14
**pipe** 211:5
**place** 188:21
208:18
209:13

210:21
214:18
261:19
282:14
287:18
294:12 297:7
303:4,21
**plan** 192:12
339:15 341:4
**please** 183:21
208:22 212:7
227:16
229:10
241:17 246:2
261:3 306:3
**pleased** 254:20
**plus** 230:19,22
231:14,15,17
237:23
268:10
314:15,16,23
318:18,22
319:4
**PM** 228:8
**point** 178:22
188:15 191:4
203:9 212:22
213:23
215:13 217:6
222:2,15
231:6 236:17
243:11
244:21 245:9
250:23
264:24
265:14
274:10,19,20
275:7 277:20
281:12,22,23
285:6 289:13
289:19
292:21
297:20 299:9
301:4 305:6
311:19
316:12 320:5
321:9 322:19
332:22
334:14 335:9
335:9 336:14

337:20 339:5
**points** 242:24
**political** 187:4
**position** 186:21
186:23 187:5
222:18
232:18,20
263:12
266:14
**positive** 233:23
**possibilities**
313:12
**possibility**
204:22,23
276:23
**possible** 201:16
212:24 213:5
213:14
217:17
260:14
264:17
265:16 278:6
288:11
292:16
293:10 304:7
319:22 327:7
331:22 339:8
**potential** 195:9
**potentially**
336:11
**power** 183:19
184:9,18
185:14
209:16,25
217:5 218:11
218:12,13
220:11
221:21
223:21,24,25
224:2 225:8
225:11 226:2
226:13,14,24
236:9,10,15
236:16,18,19
236:20 242:2
244:10,15,16
244:18,23
245:3,10,12
245:17,20
257:24 258:3

271:2 272:19
272:19 274:5
274:7,8 280:5
280:16 290:3
290:6,7,9,20
291:3,5,6
292:11,19
293:14,23,24
294:9,10,12
301:3,3
304:22
320:21,22,24
320:25 321:7
321:10,12,13
321:14,17,23
322:2,5,5,17
327:11,18
335:5,6,8,10
335:17,19,19
335:22,25
336:6,10,15
336:20,22,23
336:25 337:4
337:5,6,6,9
337:12,15,17
337:17,19
338:10,11,13
338:17,20
**powered**
304:25
**powering**
268:12
**PPS** 184:24
**precise** 177:3
186:5 262:15
290:7 313:10
**preclude** 213:2
**prefer** 339:8
**preference**
323:17
339:25
**preferred**
252:14
265:24
297:17
**prepared**
222:11
**prescriptive**
291:23
**presence**

229:19 230:3
230:8 255:17
255:22
256:19,22
257:18
258:22
259:17
261:20 264:8
264:16 266:3
311:2,20,21
311:25 313:4
**present** 246:15
246:17
251:15 265:4
269:15 272:4
301:16
**presenting**
304:22
**pressing**
198:17
**Presumably**
286:16
**pretty** 179:12
338:8
**prevent** 276:22
277:9
**previous** 205:6
235:25 248:7
274:2,3
276:18
**previously**
206:22
298:11
326:22
**price** 187:19
**primarily**
249:24
**prior** 267:22
273:13
**priority** 181:21
181:23 189:8
193:15,17
194:16,20,20
199:2 212:13
213:10 214:5
215:4 217:11
221:17,20
225:13
227:24
256:10

258:15 295:3
339:10
**probabilities**
236:13
**probability**
234:15
243:18,21
**probably**
174:19,23
187:3 193:19
218:12 252:5
297:7 308:7
339:20
**problem**
192:10
245:20 265:4
**problems**
334:14
339:18
**procedure**
297:2 299:5
**procedures**
192:17,20
**proceed** 187:24
296:5
**PROCEEDI...**
0:24
**process** 186:18
186:19
188:15,17,23
196:7 206:12
206:13,15
209:19
212:13 220:8
234:4 246:4
256:21
292:23
300:15 326:2
326:17
331:25
337:14
**processes**
335:3
**processor**
251:6
**professor**
177:12 185:8
186:4 212:16
212:22
213:25

214:24 222:9
227:23
231:21
245:12
262:20
264:16,24
274:12 282:4
315:16 320:9
339:21,25
340:12
341:12
**prompted**
309:2
**properly**
275:12,21
**PROPERTY**
0:1,2
**proposal** 187:9
**proposals**
186:19,25
214:9
**proposed**
207:21 327:8
**proposing**
238:17
340:16
**pros** 196:8
**protect** 225:18
**protocol** 193:8
193:22
249:20
**provide** 180:24
181:24
201:17
213:12 260:2
270:18
**provided**
181:15
215:23
334:22
**provides** 179:3
**providing**
177:22
246:18
248:12
259:18
**pseudo-rand...**
284:12
**public** 288:23
**published**

215:3 269:24
**pull** 182:22
**punch** 192:13
197:3 220:3
292:22
321:22 328:4
335:12
**purely** 320:11
**purpose** 195:7
197:16
285:16 291:7
297:15
306:18
319:13 334:9
**purposes**
269:11,15
278:14 312:9
317:4
**pushing** 187:5
**put** 186:19
194:21
209:24
212:14
213:21
217:16
227:15
231:21,22
245:24 256:8
266:22
286:14
307:19 318:3
**putting** 250:4
270:9 297:20
299:9

———————
**Q**
**QAM** 228:12
269:20
**QC** 0:20,21
**QoS** 258:15
**QPSK** 228:12
269:20
**quadrature**
228:11,12
**quadzi** 290:23
**quality** 0:17,17
180:15,17
182:6,8,19
271:3 278:24
279:2 291:6

291:10
**quantify**
337:19
**question** 174:9
180:15
182:15
210:12
212:21
220:16
222:11 237:2
237:7 259:12
266:14,16
289:23,25
290:25
304:20 305:6
305:13,15
306:3 309:8
315:21 318:4
330:11,14
333:23
338:18
**questions**
306:2 307:16
**quick** 206:21
246:3 338:12
**quicker** 207:3
**quickly** 206:17
209:16 260:9
323:24
336:21
**quiet** 315:4
**quite** 183:4
187:4,22
192:4 194:16
197:15 198:7
198:19 206:4
208:11
209:12 246:4
246:9 293:23
295:5 318:4
328:18
338:12 339:7
339:8

———————
**R**
**RACH** 214:14
214:20 248:4
249:4,11,12
249:15
257:16,18

315:12
**RACH/PRA...**
248:24
**radio** 179:16
180:6 181:6
190:16 191:7
193:7 277:17
**radio-access**
190:15 196:2
**raise** 261:10
**raised** 264:16
331:12
**ran** 186:17
190:4 192:14
195:8 339:17
**random** 175:24
214:14
248:14
**rapid** 203:19
326:2,17
327:4 336:20
336:23
**rapidly** 216:4
**rate** 220:10
226:3 227:7
234:17,25
236:4 244:12
244:13
245:13,15,21
280:6 315:13
320:17,19
335:7,20
338:5
**rates** 190:20
**ratio** 221:21
320:13
**re-use** 188:10
205:6
**reached** 273:15
**read** 201:19
204:21
208:17
212:17 222:6
222:9,20
247:15
249:25
253:14
254:23 255:6
267:12 271:7
273:10,13

Case 1:19-cv-01590-JDW    Document 93-1    Filed 03/11/21    Page 66 of 78 PageID #: 2687
INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS – DAY 2

[Page 364]

298:13 300:9
304:7,21
316:17
322:23,25
323:13
327:19
**reading** 191:23
200:18
212:19
247:16,22
250:2 253:16
254:24 255:3
271:9 276:14
280:13 281:7
281:20
288:21 289:3
289:22 290:2
290:11
292:19 294:2
294:25
298:16 302:7
303:17
312:18 323:8
327:19 328:2
333:17
**reads** 209:17
294:4,4,8,13
321:16 323:3
**real** 174:21
247:4
**realise** 222:8
251:3 323:23
323:24
**realistic** 301:8
**really** 179:12
180:8 182:13
183:3 187:8
188:2 194:19
198:19,25
200:13 206:6
206:16 207:4
208:23 209:3
209:3 211:21
212:8,10,11
217:22
227:13,22
294:14
302:17
326:18
329:14

339:25
340:18
**reason** 216:8
225:16,19
226:23
235:14
236:24
242:10
268:18,20
276:4 288:11
288:12,19,25
304:11,14,16
305:11
306:13,22
308:21 332:5
340:11,11
**reasonable**
193:11
**reasons** 225:20
288:14,16,23
307:2 310:16
331:12,22
332:23
334:12
**recall** 214:3
262:18 282:2
288:14
**RECALLED**
174:2
**receive** 197:24
240:21
277:13,15
279:21
289:11,14,18
290:4 291:19
291:24 292:5
296:6,7
303:24
304:23 305:2
305:8 321:17
**received**
204:11
206:20,24
217:5 223:16
232:5,6,7,15
233:14 234:9
234:14
235:10,11,12
235:14 239:2
240:24 243:3

243:4 245:13
280:17 290:9
294:24
296:25
315:19 316:9
320:25 322:8
335:18
**receiver** 217:6
230:24 232:5
234:8 235:11
236:24
238:25
242:14 247:5
247:10 251:7
**receives** 306:20
308:25
**receiving**
240:20
278:16
279:19
280:23
287:24
289:19,20
292:17,25
297:5,24
307:21
**reception**
206:15
272:25 336:7
338:20
**recognise**
237:23
**reconfigure**
252:16
**recover** 235:5
**recovered**
235:6
**recovering**
233:15
242:19
**reduce** 191:13
192:9 262:13
335:23
**reduced**
190:19,20
191:21
193:13
194:13 206:2
211:7 294:5
294:13

335:19
**reduces** 258:5
**redundant**
192:6
**refer** 199:6
202:6 250:11
263:14
271:23,24
293:22
299:17
316:15
**reference**
184:2 196:23
197:4,6,7,14
198:3 199:20
233:13
237:24 238:2
238:4,21,23
238:24
240:20 241:6
253:12
270:14 275:2
275:8,9
322:20
323:13,18
335:15
**references**
269:16,16
278:10
**referred** 176:6
190:9 195:23
206:5 214:24
219:19 248:7
249:21 256:4
265:8,25
277:21
281:21
**referring** 192:4
272:15
273:11
274:13,16
**refers** 219:11
250:11 253:2
254:6 261:15
263:3 270:13
270:14
274:16 279:2
285:12
286:22
324:13

**regardless**
185:22
**regards** 263:13
266:14
339:13
**region** 202:14
**regular** 283:23
**regularly**
283:21
**reinforce**
231:17
**related** 190:12
195:6 244:6
245:13,15
258:12
261:15
**relates** 220:7
246:16,17
**relating** 205:20
275:14
**relation** 255:19
266:12,18
334:15
**relative** 216:21
223:8,12,17
223:20 243:5
**relatively**
188:6 206:21
210:8 223:4
298:24
329:23
**release** 174:12
174:13,16
191:4,6
215:13,15
216:2
**relevant** 186:4
243:6 248:12
254:22
270:21
314:21
**reliability**
180:5 311:15
317:20 319:2
324:5 336:7
**reliable** 180:8
298:10 307:8
311:11 315:5
315:14,18,24
320:8

**reliably** 298:9
320:14 321:2
322:8
**remember**
208:5 231:21
236:11 244:8
261:14,17
289:15
299:17
300:18
303:13
321:11
323:14
334:17
**remind** 229:22
281:19
282:16
**reminded**
187:13
**Remotely** 0:25
**remove** 210:2
**repeat** 193:2
220:16
253:12
266:16
286:19
287:15 309:8
324:25
**repeater** 247:8
**repeats** 262:22
286:7
**report** 174:23
178:22
180:18
190:12 195:6
199:3 212:8
212:11,16
213:6 222:9
231:21
247:18,25
250:8 251:4
253:22
254:10
262:20
263:10
264:23
265:14
266:23
281:18
282:11,18

289:13
290:24 297:6
306:12 310:5
312:6 313:8
318:13 325:8
330:18 333:2
333:6
**reported**
224:25
308:19
**reporting**
180:15,22
183:20
224:10
225:17 248:8
253:8
**reports** 180:16
194:8,19,24
210:6 211:3
213:18
222:13 245:9
278:24 279:2
290:22 291:7
291:10 295:3
322:19
332:16
**represent**
232:18 314:7
**representing**
242:3
**represents**
205:15
232:15
**request** 182:11
205:23
207:21
208:22 209:5
209:9 213:25
214:4 224:6
248:13,23
249:15 253:5
255:9,11,15
255:18,23
257:8,23
258:13,23
259:17
261:16,22,23
264:8,17,19
265:11 266:4
279:9 280:9

280:10,11,19
281:9 283:4
283:21 284:2
284:6,9,19,22
285:5 286:5,6
286:9,13,17
287:2,4,15
288:9,13
293:13
295:25 296:3
297:10,13
299:3,6,11,16
299:20
300:16,17
301:5,10,11
301:21 302:5
302:21,24,24
303:5,7,9
304:3,8,9,9
304:24 305:8
305:11,25
306:10,14,18
306:21,23
307:22 308:2
308:15,23
309:2,9,12,15
309:18,25
311:21
312:23,24
316:20
319:15,17,18
320:3,7 322:8
324:10,12
325:10 331:4
331:19,20,25
333:24 334:4
334:4,7,8,9
334:12,25
335:3 337:23
337:25
338:12
**requested**
209:11 300:5
302:10,13,17
302:22 304:5
**requesting**
206:3 226:16
248:8 253:8
255:8 284:24
301:23 302:2

311:14
333:24
**requests**
199:25
203:11,12,14
204:18,24
205:16 206:5
209:14 224:6
224:14,15
260:12
261:13
264:12 271:4
278:25
281:20,22,25
283:11,20
284:16
286:15
293:19,21
294:3 299:21
312:14,15
319:24 324:7
**require** 211:18
214:9 242:6
260:12 265:9
265:13
295:24
331:21 334:2
**required** 182:7
185:17
191:12 225:6
225:7 259:4
279:15
283:13
321:13,14
337:6
**requirement**
187:15
193:10 210:6
**requirements**
187:14 190:6
191:2,14,16
196:4,11
258:16,16
322:17
**requires** 181:7
238:25 241:4
241:8 279:13
292:12
**requiring**
334:16

**reserved**
319:13,18,19
**resolve** 261:4
**resolved** 190:6
**resource** 176:4
185:9 202:17
203:6 207:19
207:22
208:14
210:14,15
211:11,13
217:4 218:17
218:21,23
226:13 248:9
248:23
249:16 253:8
253:9 255:17
255:25
257:24,25
258:13
261:16
265:12
267:20 268:2
269:19 271:3
274:22 275:9
276:11
277:17
278:25 279:9
280:20,25
281:20,25
283:4,5,6,6
284:2,3,6,15
284:21 286:4
296:22
299:21 300:5
300:17 301:5
301:6,11,20
302:10,12,14
302:17,22,24
302:25 304:5
304:10
324:10,12
325:11,18
326:5,11,16
330:9 337:23
337:25
**resource'**
325:17
**resources**

175:10
177:15,23
181:11,18
182:5 186:6
194:2,5,11
208:16 210:2
210:3 211:2
211:17
214:10,22
218:8,9 224:6
248:25 249:3
255:9,12
265:7,18
270:18
271:11,14
272:6 273:9
273:11
274:11,13,14
274:21 275:8
275:12,17
276:6,6 279:8
279:10,14
281:10
284:24
285:13
299:22
301:23 302:2
303:10
325:16 326:5
326:20
328:20
331:20
332:17 333:6
333:10,10,25
334:4,25
**respect** 193:12
**respected**
267:11
268:22
**respects** 330:7
**respond** 340:5
**responds** 209:6
280:21,24
293:2 296:20
296:23 297:2
297:11
**response**
280:22 288:3
295:19
303:23

306:15,19
324:15
**responses**
216:19
**rest** 237:8
273:10,17,24
**restricted**
295:8
**restrictive**
292:15
**result** 311:13
**resume** 300:22
**resumes**
335:20
**retransmission**
206:13 220:6
**return** 182:20
300:22
**reverse** 313:14
**review** 261:25
341:13
**RF** 228:14
230:8 231:9
**right** 176:17
179:23 180:3
180:23
182:20
184:13 185:5
185:11 188:3
188:8 191:2
192:12
193:17,21
200:6,22
203:11 204:7
204:8,16
205:22
212:25 214:6
214:20
215:19
216:25 217:8
218:20 224:5
226:10 232:8
232:9,17
233:20,23,24
234:6,15
235:13
236:10 239:3
241:23 242:6
243:10
244:12,16,16

245:10
247:13,22
249:8 250:7
254:5,16
257:15
258:25 260:4
261:24 262:2
263:15,24
265:19,25
268:18
270:13
275:11,14,25
281:25 283:3
283:17
285:22 288:8
289:22
293:20
308:13,16,19
312:16 313:7
314:18
316:22
318:12,21
319:11
322:22
324:18
325:20 327:9
327:20 328:2
330:25 331:2
331:7,16
335:15 337:7
338:5
**right-hand**
234:11
**ring** 241:13
**rise** 217:5
218:17
**RLC** 293:8,16
**RLS** 225:2
**RNC** 179:16,18
**robust** 307:11
**Rolls** 0:3,4
**roughly** 241:23
241:23
**round** 187:10
305:18
**route** 299:4
**routes** 189:2
**routine** 257:14
**RRC** 224:9
292:18

**rubidium**
242:17
**rules** 305:5
**ruling** 339:2
**run** 305:5
311:9 340:21
340:23
341:14
**running** 238:7
239:21
**runs** 305:4
_____
**S**
**Samsung**
338:24
**satisfy** 191:12
**save** 185:14
339:13
**saving** 209:25
236:20
244:23 245:3
257:24 258:3
**saw** 203:9
214:3,16
218:7 235:25
269:7 275:22
283:16 316:7
323:12
**saying** 187:25
212:6 241:6
273:8 297:9
**says** 190:3,5
191:2 193:24
195:19 196:2
200:9 202:3
203:2 204:22
207:16
215:24
219:21
220:12 221:4
224:21
225:24 226:8
227:23
246:15,24
252:12,17
253:4,18
258:11
267:19 268:3
268:9 269:10

270:17
271:23,25
272:18 274:4
274:11 277:7
280:10
284:19
286:24
288:19
289:17
297:10
298:19
299:10,14,25
305:7 313:15
319:16
327:10 328:4
329:15
335:23
338:19,21
**SC-FDMA**
195:22
196:19
251:18
**scatter** 233:18
**scenario**
188:24
**schedule**
327:13
**scheduled**
177:9 207:16
207:17
224:22,24
225:25
**scheduler**
186:5,14
217:23,25
220:20,21
226:11
260:10
**scheduling**
181:9,10
194:7,17
199:25
203:11,12,14
203:16,18
204:12,18,24
205:16,21,23
206:5 207:14
208:10,22
211:23 212:3
213:22,25

214:2,4,24
217:2,3,4
218:3,4 221:6
221:7,13
223:6,7 224:6
224:7,8,13,14
224:15,18,25
224:25 225:5
225:8,16,20
227:3,6
248:13 253:5
253:9 255:9
255:15 257:8
258:22
259:17
261:13,22,23
264:8,12,17
264:19
265:10 266:4
281:21
300:16 330:2
334:8
**scheme** 192:16
196:22
201:21
202:16
**schemes** 244:5
**scope** 190:11
195:5
**se** 276:6
**second** 174:23
183:2 189:12
190:3 192:14
197:7 203:10
210:12
212:16 213:6
215:13
228:22
231:21
249:14
255:23 256:5
258:7 259:3
262:20,24
264:22
265:25 272:4
272:17
280:14
292:25
293:22
296:14

314:13
321:15,19
324:21 325:2
325:3 336:25
**secondary**
237:11 238:3
265:12
**seconds** 209:18
209:22,24
210:9
**section** 189:12
190:7,25
191:9 192:11
193:10,22
199:17
200:16
215:12
220:25 223:2
223:5 224:4
224:21
228:19
252:25
254:19
**sections** 330:24
**sector** 269:19
**security** 303:21
**see** 174:11
178:2 184:2,5
184:14,17
190:11
191:11,20,25
192:14 193:7
193:22
194:19
195:12,13,19
195:25
196:21,25
197:3 199:22
201:24
202:15,16,17
202:25
207:13
216:11 220:2
220:11,25
221:4,4,13
223:4 224:4
228:4,19
229:17,18,18
231:4,24
235:25

242:23
243:19,22
247:11 252:8
253:2,3,15
261:25
266:13
267:12,14,16
267:24 269:8
272:7,12,22
272:23
273:19,23
274:21
276:17
278:12 279:3
286:12
287:21
290:17
292:24 295:4
301:14,16
308:11
325:21 326:4
327:15
334:23
339:22
340:15
**seeing** 217:12
232:6
**seeking** 263:6
**seen** 198:10
211:10 217:5
224:19
225:23
231:18 254:9
256:18 266:6
269:7 273:17
287:11,19
288:9 289:10
290:16
325:13
**segment**
298:24 328:7
329:7 330:16
**segmented**
325:18,21,23
325:25
326:13,17
**segments** 220:4
274:23
276:21 277:8
283:7 325:18

326:6 327:12
328:7,8,11,15
329:2,4,7,11
**select** 320:18
**selected** 303:22
**semi-statically**
202:13
**send** 181:6,19
197:15,22
198:15,16
200:7 204:24
205:10,12
206:3,21
208:21 209:5
218:13,14
224:24 225:5
225:8 232:20
237:5 244:7,9
244:10
248:13 249:6
249:12 257:7
257:25
259:14,19,23
260:2 264:18
292:13,14
293:3 294:11
295:22
304:24 305:2
305:10 306:5
307:23
310:24
315:17,22,23
317:9,10
318:7,22
319:13
320:25
325:11
332:15,20
333:8
**sending** 182:14
184:7,11,18
184:18 205:8
206:8 209:6
236:21 237:8
238:2 239:18
240:4 244:4
244:22 245:2
245:6 249:15
249:16
253:20,22

258:7 259:22
264:7,9,18
265:10
273:23 291:6
291:9 296:17
314:2 315:18
317:15,25
318:5 319:17
320:6 333:12
333:14 335:3
337:17
338:14
**sends** 211:3
216:17
219:23
225:23
310:23 338:6
338:7
**sense** 238:12
275:20
331:23 340:6
**sensible** 305:11
328:18
**sent** 176:24,25
177:5 181:23
182:21
184:23,24
199:7,15,18
200:10,12
203:13,19,22
203:23,25
204:19
205:17
206:18,23
207:4,5 211:4
218:5 219:16
219:23 220:6
222:6,7,16,17
222:22
224:17 225:2
225:17,19,19
227:2,3,4,7,7
227:9,10
231:8 232:19
237:3,20
238:5 242:12
249:10
253:11
257:23 277:3
283:4 285:5

286:10 293:7
300:12,14
303:5 305:18
308:24
313:24
314:22
315:12,25
317:24 318:9
318:11 319:3
319:5,6,9
320:2,3
321:14,15
334:12 337:9
337:23
338:12
**sentence**
191:11
215:24
258:11
261:15
270:12
276:20 277:7
277:10
286:25
292:25
312:12,21
316:19,24
**sentences**
212:23
**separate**
231:14
337:14
**separated**
313:24
**separating**
322:13
**sequence** 220:7
281:2
**sequentially**
192:18
**series** 253:10
269:8
**served** 181:13
**server** 209:6,6
293:6,9
**serves** 179:3
**service** 179:3
182:6,9,19
185:11
269:13

295:17,19
**services** 208:11
211:17,19
278:4 295:24
**serving** 223:18
223:24
224:23 225:2
226:2 310:7
**session** 278:25
**set** 182:8 226:5
250:18 259:4
290:8 297:6
**sets** 223:9
224:18,21
**settled** 190:7
**share** 175:10
**shared** 175:13
175:14
176:13,14,19
177:2,4,6,7
193:14,16
207:23
214:17,19
215:25 217:4
217:14
218:17
248:17,18,23
249:7,17
260:11
271:12,13
273:9 274:11
274:13,18
275:2,10,11
275:13,17,19
275:20 276:6
280:20,25
296:21
325:10,22,24
326:11,15,15
326:18,21,21
327:3
327:23,24
**sharing** 211:15
**shift** 228:10
229:2
**shifted** 232:23
242:13
**shifting** 229:3
**shifts** 242:11
**shops** 175:2
**short** 176:17

194:15
206:20 210:8
219:2,6,9
255:20
260:11 261:7
272:23
298:25
300:13
305:14
307:14,16
341:13
**shorter** 207:2
211:19
**shortly** 215:4
**shout** 187:6
**show** 217:22
256:7 271:22
289:9
**showing** 230:8
232:2 243:2
243:18
**shown** 216:12
232:7 240:25
241:15
242:25
**shows** 232:5
241:20
244:17
**SI** 205:17
338:2
**sic** 228:3
**side** 194:21
212:15
213:21
227:15
234:11,12
235:7 245:24
266:22
322:12
**sign** 237:23,23
237:23,24
**signal** 179:18
180:17 182:4
192:19
196:23 197:6
197:14,15,22
200:25 201:4
211:8 212:9
229:2,20
230:4,5,25

231:8 232:6
232:15,20
233:3,13,14
233:21,23
234:5,14
235:6 236:11
237:11,12
238:3 239:2,5
239:6,8,10,11
239:12,13,14
239:18,20,21
240:13,21
241:24 242:7
242:12 243:6
256:20
257:18 258:9
264:17 265:9
277:16
286:10,22,22
287:2,8
294:11
308:20
310:23,24
311:2,6,20,22
311:25 312:4
312:6,7,18,22
313:3,5,23,24
314:8,10,11
314:14,19
315:19,24,25
316:7,15,18
316:20,21,25
317:8,22,24
318:5,16,18
319:3 320:6,8
320:12
321:17 336:9
337:23
338:20
**signaling**
201:21,23
202:8,10,12
203:3 228:23
272:6,19,20
272:24 273:5
274:6 278:20
278:25 300:2
301:19
310:22
321:23

335:20
**signalings**
202:4
**signalling**
176:11,21,24
177:5 179:9
179:13,15,24
180:2,10
181:2 182:16
182:18
183:18,19
184:12 185:3
185:23
188:22
192:16 199:5
199:6,7,23
200:4,5,7,9,9
200:10,24
201:2,5,7,11
201:12,13
202:19 203:9
203:10 205:8
210:20,25
212:3 217:17
219:15,19
223:15,19
224:4 226:12
228:20
229:12
243:19
248:20 249:6
249:16 253:3
253:16,21
254:20
255:14 256:4
265:13
270:24
271:11,14,16
271:17,17,18
271:19,19,19
271:21,23,24
271:25,25
272:2,7,13,16
272:16,21,22
273:8,8,11,12
273:12,14,16
273:24,25
274:4,4,8,9
275:3,6,15,18
275:18,24

276:3,5,10,12
276:14,17
278:2,3,10,13
278:14
279:25
281:17
284:20
286:21
290:12,15
293:14,19,20
293:23 294:6
294:7,9,10,14
297:7 299:5
303:20 307:6
311:2 317:5,6
318:15 320:2
325:16
326:23
331:15,21
334:2,22
335:3 336:15
337:4
**signals** 184:24
197:4,7,11
198:3 199:20
229:20,21
232:5,7
234:18
242:11 243:3
276:25 277:3
277:12,14,21
277:22
280:17
289:20 322:8
323:13
335:18 336:7
**significant**
183:15
311:16
334:16 336:4
**silent** 240:9
**similar** 202:9
204:19
213:14
**similarities**
218:15
323:11
**similarity**
330:6
**similarly**

184:14 212:5
244:25
266:12
272:12
306:20
313:22
**simple** 174:9
188:2,6
204:15 230:7
260:3 331:18
**simplest** 305:3
**simplify**
298:14,14
**simply** 179:25
207:10 230:8
243:2 311:8
316:9 319:3
**sine** 313:21
**single** 185:10
198:9,11,23
201:9,15
217:16
218:11 220:9
269:12 316:9
317:11,25
318:7,10
331:9
**single-sideba...**
228:8
**sinusoid**
242:20,21,22
**sit** 339:16
340:2
**site** 311:4
**sites** 307:10
**sitting** 0:8
332:10
**situation** 183:7
188:13 206:2
209:11
236:14 239:9
248:4 265:17
296:10
319:12
320:20
**situations**
183:10
236:20
**six** 195:13
321:22

**size** 178:17
**skilled** 205:3,5
207:20 214:8
214:17
215:16 229:3
229:13,15
246:11
247:24 254:2
255:9 256:18
257:10,13,22
258:16 265:5
265:22,23
266:6 269:10
270:21
275:16 276:5
276:15 281:6
284:8,25
285:14
286:18
288:17,22
290:10 291:9
291:18 292:3
292:11
294:16,24
295:20 297:6
297:14,19
298:2,15
299:8 301:8
303:17
310:12,15
311:18
313:11
314:24 317:6
317:24
320:21
322:25,25
323:12,17,20
326:19 330:8
331:17,24
332:4 333:17
334:13
**skim** 247:20
**Skype** 211:20
211:21
**slaved** 296:22
**sleep** 280:12
281:15 287:4
287:12
311:23
312:20,25

**sleep-state**
268:5
**slightly** 175:17
213:24 234:4
263:12 337:5
338:19
**slimmed** 260:8
**slot** 262:22,25
269:21
270:14 286:3
286:14,19
327:4 328:6
328:10 329:6
**slots** 184:17
207:4 208:3
267:21
271:11
276:24
277:11,14
283:10 285:7
285:13,23
326:13 327:5
338:13
**Slough** 332:11
**slow** 298:21
322:4 327:23
**slower** 330:13
**small** 183:4
216:17
225:10
249:11
292:20
295:14,21
305:17
337:23 338:6
338:8
**SMS** 295:8
**society** 267:11
**solution** 188:2
188:7 217:9
265:16
314:25 336:5
**somebody**
181:18,21
**somewhat**
196:16
**soon** 300:5,7
**sooner** 341:11
**sophisticated**
260:6

**sorry** 186:25
189:11
191:23 193:2
212:19 215:8
219:4 220:16
222:10 229:7
232:4 236:9
238:24
240:15,16
251:2,3 253:5
253:12
266:16,21
273:5 277:5
280:12 282:7
282:23
287:25 288:4
290:18
293:16 306:2
307:19
308:22 309:7
332:6 337:11
**sort** 194:8,17
205:7 274:7
298:4 307:3
309:20 326:2
330:12 341:3
**sorts** 288:17
**sound** 291:5
**space** 254:8
**spare** 226:14
281:10
**speaker** 179:17
**speaking**
179:15
**special** 263:21
263:25
314:19
**specific** 201:6
214:3 259:3
272:21
333:23
**specification**
187:10 189:3
222:4 333:16
**specifications**
221:5 222:19
**specified**
188:25 221:9
296:24
313:10

**specifies**
273:19
**specify** 264:25
**spectrum**
181:7 191:7
**speed** 181:4
189:22 191:6
290:17
332:11
**speeds** 213:5
**spoke** 261:9
**spot** 233:7
**spread** 318:16
319:3 320:6
**spreading**
230:18 231:5
231:8 313:23
314:3,4,8
317:19 318:2
318:8,10,11
318:12,14,16
318:20,23,25
320:7
**squeeze** 181:6
**SSB** 228:8
**stabilise** 301:3
335:5,6
336:15
338:10
**stabilised**
338:13
**stage** 203:12
222:2
**stamina** 339:24
**standalone**
215:14
**standard**
185:16
186:21,23
188:9,10
189:5 211:12
211:24
213:20
222:23,25
242:17 299:5
315:11
320:16
**standardisati...**
186:16,18
188:17 196:7

213:7
**standardised**
186:3 212:3
**standardising**
212:14
**standards**
178:19 179:7
186:7,11
188:15
213:11 215:6
215:8 218:2
250:18 252:8
252:10
**start** 190:4
209:19 215:2
232:4 240:3
271:10
275:20 278:8
280:16
335:17
338:14,24
339:8,19
340:6,15
341:2,8,12
**started** 189:13
250:19
**starts** 201:18
209:6 215:12
221:2 276:13
288:2 292:22
299:25 328:4
335:12,15
**state** 174:24
185:14
209:16
278:11,11,14
278:17,19,23
279:3,9,12,13
279:16,17,20
279:21,25
280:8,10,11
280:12,15,15
280:18,19,19
281:4,9,13,20
281:25
282:23,24,25
283:4,12,14
284:18,19,24
285:2,3,4,5,8
285:9,15,15

286:5,6,9,13
286:17 287:3
287:4,9,12,15
287:19,22
288:9,11,12
289:6,10,15
289:18 290:3
290:3,5,6,7,9
290:13,19,21
290:24 291:3
291:6,7,8,12
291:16,20,24
292:6,10,11
292:14,17,24
292:24 293:4
293:10,12,13
293:19,20,21
293:25 294:3
294:3,5,6,7,8
294:15,21,23
295:4,4,6,7
295:23 296:2
296:6,7,10,15
296:18,23,24
296:25 297:3
297:4,10,11
297:12,13,15
297:24,25
298:6,8,20,22
299:3,6,11,15
299:19,20,21
300:3,4,8,8
300:10,11,16
300:19,22,25
301:7,10,11
301:17,23
302:3,4,8,9
302:11,15,16
302:20,23
303:3,5,8,16
303:18 304:3
304:3,4,8,8
304:12,12,17
304:18,19,22
304:23,24,24
304:25,25
305:7,8,10,15
305:16,17,21
305:24,25
306:6,10,11

306:13,16,20
306:23 307:3
307:22 308:2
308:2,3,10,10
308:15,15,23
308:25 309:6
309:9,10,12
309:18 310:3
310:9,14,16
310:24 311:3
311:13,15,16
311:21,23
312:23,25
315:15 316:2
316:3 319:17
319:23 320:2
320:7 321:10
321:11,23,25
322:3,7 324:6
324:11,11,23
325:4,10
331:4,15,23
331:25 332:2
332:2,9,13,15
332:18,20,24
333:24,24
334:3,6,9,12
334:22,24
335:2,16,16
336:8,19
337:3
**stated** 217:2
**statement**
271:14
**states** 0:13
185:6,13
268:4 269:8
269:11
270:22 272:5
278:8 281:15
281:15
284:22
285:21
290:16
294:19
295:15
298:23 299:2
299:4,11,12
299:12,13
301:21 303:5

306:18,19
307:6,6
311:11,17
319:15
**station** 176:4
177:9 179:11
179:13
180:17,23
181:10,12,16
181:23 182:3
182:25
184:17,23
185:10,18,23
206:19
210:25 211:2
211:25
214:10,21
219:14 221:7
230:12,21
237:22 238:2
238:20 239:7
240:6 248:5
251:12 258:5
259:13
262:15 265:9
269:12 279:7
280:21,23
281:2,8
285:25 287:8
293:2 296:10
296:16,16
297:2 300:23
302:23 303:9
305:19 306:4
306:9,15,20
307:21 308:9
308:18,20,22
309:13,16
310:2 311:14
312:2 313:6
314:15
315:24 317:2
317:13,18
319:8 320:13
320:14,18
324:5 328:8
329:5 332:15
335:18
336:21 337:6
**stations** 189:7

223:6,12,16
250:13,14
270:18
300:23
**status** 211:3
221:14,21
**Stenograph**
0:16
**stenographer**
340:3
**step** 259:20,22
311:16 331:9
**stepping** 175:4
**steps** 337:12,13
**stick** 275:7
**stop** 340:22
**stop/start**
194:14
**straight** 301:6
331:19 332:2
336:18
**straightaway**
332:3
**straightforw...**
236:25 318:6
**straining**
277:20
**strategy** 208:24
227:13
**stray** 315:25
**stream** 228:14
**streams** 228:15
**strictly** 179:15
181:2,11
**string** 238:15
239:14
**strong** 310:6
**stronger** 310:7
**strongly**
197:24
**structure** 184:5
192:16,20
196:23
199:14
215:25
217:12 285:6
285:23
317:17
**students**
227:24

**study** 189:13
  190:4,13,14
  195:7
**stuff** 198:19,22
  321:19
**sub-frame**
  200:24 201:2
  201:24
**subcarrier**
  283:13
  284:14 321:8
**subcarriers**
  197:7 218:21
  315:3 321:5
  322:12,13
  335:24
  336:11
**subject** 185:16
**subset** 252:19
**subsets** 179:2
**substantial**
  296:7
**suggest** 224:12
  256:10,11,13
  263:17
  271:18 273:9
  276:9 277:19
  302:7,19
  304:2 316:13
  317:6 339:19
**suggested**
  222:2
**suggesting**
  246:21
  251:20
  253:11
  295:12
  297:18 302:7
**suggestion**
  256:8
**suggests**
  268:17
  328:24
**suitable** 305:14
**suited** 329:25
**supersede**
  189:18
**support** 253:7
  268:4 272:5
  279:15

**supported**
  197:19
**suppose** 175:12
  187:2 198:14
  245:4 328:24
  341:14
**supposed**
  295:6
**sure** 178:20,21
  185:21 187:8
  187:17 198:2
  199:9 200:19
  207:6 208:17
  211:16
  212:21
  214:25
  217:10 232:9
  234:25
  240:17
  243:11
  274:19
  277:23
  285:18
  288:17,17,24
  294:22 297:8
  297:18 299:7
  303:21
  315:19
  319:14
  320:25 322:9
  323:8 329:17
  335:15 337:8
  341:6
**surprising**
  198:4
**swamp** 321:7
**switching**
  228:25
**symbol** 269:20
**synchronisat...**
  290:17,20
  293:14
**synchronise**
  239:8
**synchronised**
  231:2
**synchronize**
  240:6
**system** 174:11
  178:25

  179:25
  180:10
  181:12
  183:12 186:2
  188:18
  189:16
  190:20,23,25
  191:11,17
  198:9 215:20
  230:21 231:8
  244:24 246:7
  246:19,25
  250:21
  251:16,18,19
  252:15
  259:25 260:3
  268:4 269:22
  270:10
  298:14 307:7
  313:22
  322:14,16,18
  322:24 323:6
  323:9 328:18
  335:25
  336:12
**systems** 174:10
  174:20 175:4
  175:5 178:11
  183:12
  186:24 205:6
  217:7 227:20
  230:10
  236:23
  243:19
  246:16 247:8
  255:19
  268:12
  269:25 270:2
  270:5 305:5
  315:8 317:15
  320:16 330:6
  338:8

_____
**T**
**tab** 174:6
  183:21
  189:10
  190:10
  192:25 193:3
  193:3 194:22

  212:16 215:2
  219:8 222:25
  227:16,19
  229:25
  231:24
  232:10
  240:19
  241:18
  243:15,16
  247:20 263:7
  264:23 267:7
  267:8 268:25
  281:18 313:9
  335:11
**take** 181:21
  182:18 189:2
  206:11 207:8
  217:19
  228:14
  230:19
  241:23
  259:16
  260:25 264:6
  297:7 298:2
  303:21
  313:14 314:8
  334:19
  337:12
  339:10
**taken** 208:24
  259:13
  330:20
**takes** 182:4
  188:16,16
  189:4 206:15
  207:10 210:4
**talk** 185:16
  205:19 206:7
  213:22
  227:16 247:4
  266:23 268:7
  281:16
  286:23 310:4
  324:9
**talked** 174:10
**talking** 177:3
  183:2,18
  189:15 191:9
  195:3 199:7
  199:20 200:4

  200:16,17,18
  202:16 207:3
  230:15 231:7
  237:14
  244:17
  261:12 270:5
  272:21
  273:15,20
  275:4,5
  276:12,15
  277:14
  282:23
  283:12
  290:14
  300:24
  307:25
  327:10
**talks** 196:14
  253:6 262:8
  271:2 272:16
  274:3 289:19
  289:20
  316:14
**Target** 191:3
**task** 246:10
**taught** 273:14
**TCP** 293:8,16
**teach** 227:23
**teaches** 269:4
  310:11
**teaching**
  291:19
  301:13,14
  303:4 318:5,7
  323:18
**teams** 0:25
  268:11
  340:10
**technical**
  190:12
  194:18,24
  195:6 210:6
  213:18
  263:25 295:3
  295:13
  339:18
**technique**
  262:11 298:9
**techniques**
  188:10

  195:10 228:7
  228:9,13,23
  229:12,14,18
  254:9
**technology** 0:9
  0:14 176:18
  183:6 189:18
  190:15,16
  268:15
**telecommuni...**
  263:22
**Telephone**
  0:18
**telephony**
  270:5
**tell** 241:17
  277:5 311:18
**telling** 210:25
  306:16
  309:15
  340:23
**tells** 266:6
  283:5 311:20
  311:22 312:2
  313:6 317:17
  328:20
**ten** 225:23
  253:14
  336:10
  338:23
  339:13
**term** 177:12
  205:23
  213:25 214:4
  214:6 247:10
  250:12
  251:25 252:5
  255:18,19
  262:18 274:7
  336:23
**terminal**
  221:10 252:3
  252:4 267:5
**terminals**
  268:4
**terminate**
  252:16
**terminated**
  303:24
**terminology**

230:20 231:4
270:13
325:24
326:16
terms 177:24
    198:2,3 214:3
    218:4 223:16
    223:20
    236:19
    253:23 255:8
    255:10 264:2
    285:6
terrible 307:17
test 187:17
    192:9
tested 205:7
    298:11
testing 298:15
Tetris 211:15
text 199:9
    209:7,8
    278:16
    329:14
textbook
    227:25
Thank 241:19
    268:24
    284:14,18
    299:15
thin' 249:22
Thin 249:22
thing 181:20
    192:3 193:15
    194:4 196:11
    232:9 236:17
    255:11
    261:20
    263:19
    282:15 285:5
    304:23
    309:20 335:4
    338:6
things 188:23
    192:18
    201:16
    205:16 213:7
    213:9 246:8
    248:8 251:11
    288:18
    300:21

309:21
323:21 332:8
332:12
338:16
think 175:11
    177:14
    178:15
    180:14
    183:11,13,25
    185:7 186:3
    187:2,18
    188:3,21,22
    189:10,10,20
    194:7 198:7
    198:13,18,24
    201:6 204:21
    205:5,22
    208:5,10,25
    209:2,21
    210:22
    211:22 212:7
    213:24 215:4
    217:3 218:3
    222:4,9,10,17
    227:9,15,24
    230:15
    232:25
    235:17
    236:23
    241:15
    242:10,24
    244:6,6 247:6
    247:9 249:10
    252:5 253:21
    254:10
    256:18,25
    263:7,10,11
    263:12,18,18
    264:12
    266:10 269:3
    273:23 274:2
    274:12
    279:12
    281:16,23
    282:18,21
    283:12,23
    285:4 288:17
    288:22,24
    290:12 291:4
    292:17

294:16 295:2
297:5,14
298:2,5
300:18 301:6
301:7 303:16
304:18 305:4
306:5 307:4
309:7 311:9
313:11
314:24
318:13,14
320:20,21,23
321:3,9,11,16
323:16,23
324:2,4,4
327:7 328:16
330:11 332:2
333:11,21
339:6,10
340:25
thinking
    176:19
    189:24
    192:19
    194:16 204:5
    211:14
    248:17
    299:15
    311:14
thinks 324:2
third 190:18
    192:9 197:8
    281:18
    287:22,25
    288:2,6
    289:13 297:5
    306:12
    315:13
    319:19
    324:22 325:2
    325:3
THOMAS
    0:21
thought 214:2
    222:6,20
    256:5 257:17
    259:25 309:7
    335:21
thousand
    227:9

thousands
    307:10
thread 189:12
three 197:12
    200:22 220:4
    313:11
    323:14,20
    327:22
three-quarters
    340:25
threshold
    223:10 234:8
    234:15,20,21
    234:23 243:8
    246:5,5,9
    320:15,18
throat 339:7
throughput
    183:7 191:3,6
Thursday 0:6
ties 192:17
tighten 187:13
tighter 187:15
tightly 321:6
till 340:23
    341:19
time 175:6,11
    175:13,14,24
    175:25 176:8
    176:15,17
    177:24
    188:16 189:5
    189:21 194:8
    194:15 197:9
    198:5,16,17
    198:18
    202:22
    206:15,20
    207:19,22,24
    207:25
    208:15 210:5
    210:14,17,17
    211:9,11,13
    211:16 215:6
    218:7,9,12,14
    223:20
    227:14
    229:19 231:6
    235:8 237:4,5
    237:9,25

238:19
239:21 243:3
245:11
248:18
251:10
252:19,23
254:7,11
255:20,23
259:9 260:16
261:7 263:16
263:16 265:7
269:13,21
270:4,14
271:11 275:7
275:21
276:21,23
277:8,11,14
278:17
283:10 285:7
285:13,23
286:3,12,14
286:18,19
287:3,5,7,8
287:11,14
298:25
305:14 306:3
309:8 311:5,8
311:20,22
312:2,13,14
312:24 313:2
313:5,17,25
314:11,16,21
315:2 318:9
319:10,16,18
319:19 320:2
324:22 325:4
326:13 327:4
327:5 328:6
328:10 329:6
330:10
338:16
340:20,23
time-frequen...
    202:14 203:5
    267:21
time-multipl...
    201:23 202:8
    202:10
time-out 307:4
time/frequen...

210:14
timeline 174:10
timers 209:21
    209:22
times 191:4,5,7
    236:10 237:5
    240:12
    268:21
    272:15
    287:16
    316:17
    321:15
    336:10
timetabling
    260:19
timing 248:8
    253:7 262:16
    263:14 271:2
    274:5,7 279:2
    280:3 284:19
    290:16,19
    293:14 294:6
    294:7 299:25
    300:2 301:18
    337:9
timings 261:10
tired 339:8
tiring 340:2,3
title 193:7
    196:22
today 208:25
    260:20 261:4
    323:16
today's 268:12
told 212:4
    223:25 254:2
    259:13 269:3
    285:25
tolerate 182:13
    182:14
tomorrow
    338:24
    339:16,20,22
    340:13,16,21
    341:8,18,19
tone 269:20
    270:13,14
    283:15,18
    284:15
    313:14

318:11
323:22
**tones** 270:19
271:11
283:11 285:7
285:13,24
286:2
**toolkit** 186:15
**top** 190:11
191:24 195:5
196:13 204:4
204:14
221:10 231:9
233:20
241:20
254:11
270:17
277:10
310:20
316:24
317:22
318:15
321:22
327:21,24
338:16
**topic** 175:17
240:16
245:24
250:25 296:4
303:25
338:18
**Toskala** 215:3
**total** 217:5
221:14,24
274:25 326:8
**TPC** 184:18
**TR** 190:9 195:8
195:13
**track** 223:19
**trade-off**
179:24
183:13 188:3
254:17
**traditionally**
181:14
**traffic** 176:20
208:9 209:10
278:16 279:4
293:7 295:24
298:24 328:7

328:8,11,15
328:21 329:4
329:7 333:11
336:16
**train** 309:7
332:10
**transcript** 0:16
303:14
**transferred**
183:5 323:10
**transition**
280:11,12,19
284:19,24
286:6,9,13,17
287:15 288:9
288:11,13,25
292:23
293:13,19,21
296:17 297:4
298:6,8
299:15
300:10,12,25
301:23 302:3
302:4,9,11,16
302:20,21,24
303:8,16,18
304:9,12,24
305:7,11,25
306:10,14,21
306:23 307:3
307:22 308:2
308:23 309:2
309:9 310:13
316:2 319:17
319:23 320:2
320:7 322:8
331:4,19,23
333:24 334:4
334:6,9,12
**transitioned**
302:21
**transitioning**
280:15
292:23 303:3
311:11
312:19
335:13,16
**transitions**
296:15 300:3
310:16 316:4

**transmission**
177:23
180:21,24
202:11
207:19
210:15
219:13,23
221:8 255:20
255:22
272:25 273:6
273:22 280:9
286:25 287:3
287:5 291:15
294:9 312:22
312:23,25
313:2,5,16
316:19
321:18,23
328:5 335:19
**transmissions**
200:2 264:25
291:11
293:25
336:11
**transmit**
182:18
207:23
221:22
223:13,21
224:22 225:4
226:3 230:12
235:16 236:8
236:12 237:5
239:17
245:18
258:14,15
279:22
284:25
287:21
288:10,19
290:22 291:4
299:19 300:4
300:8 301:24
304:12
306:24
310:14 321:3
329:3 332:24
334:10 336:6
**transmit/rec...**
246:25

**transmits**
202:12
238:18,18
280:19
336:19
**transmitted**
179:18,19
224:7,9,12
228:16 232:4
235:9,15,17
235:21
237:11 239:6
239:20
240:12,24
241:12
242:11
248:24
255:16
261:14
269:20
280:25
285:20,22
296:21
303:20
314:15
318:23
320:10,24
329:16 336:9
336:22
**transmitter**
251:7 328:12
**transmitting**
197:6 219:12
223:24
225:25
230:10,21
239:9 245:11
278:15,19
279:17
280:11
287:23 289:7
301:18
313:25
314:10
324:24 325:5
328:9 329:5
335:8 337:4
**transport**
178:5,8 184:8
184:19

193:13
199:15,16,24
200:14,17
204:4,14
205:2,17
207:5,8
215:21,23
216:13 220:5
**travelling**
332:10
**traverses**
197:15
**treating** 331:19
333:23
**tricky** 294:11
**tried** 175:25
205:6,7
298:11
**triggers** 224:21
**TRs** 190:8
**true** 315:23
**try** 217:16
231:6 274:10
297:19
322:23 323:3
337:14
**trying** 187:13
191:5 265:16
289:25 292:3
294:16
300:19 316:6
333:16
**TSG** 190:4
192:14 195:8
**TSG-RAN**
195:20
**TTI** 225:23
227:2
**TTIs** 226:5
**Tuesday**
340:12
**turn** 193:23
202:15 235:4
263:7 272:22
276:20 307:7
336:21
**turned** 226:24
229:24
**twice** 236:8,14
244:10 272:8

**two** 176:5
182:22
184:24
186:12 196:7
199:22
205:23
208:11
225:23
235:25
242:15,15,16
255:10 256:8
258:18,25
260:17 261:6
262:21 265:2
265:5,18
273:24 274:8
306:2 330:6
331:22 338:7
341:12
**two-step** 249:2
299:17 331:7
333:18
334:14,16,20
337:22
**two-way**
208:18
209:13
321:13
**tying** 210:3
**type** 176:3,13
251:16,17,17
251:18
271:15
276:10 285:3
292:4 294:18
315:12
**types** 176:5
183:18
184:11 185:3
199:22 200:7
205:12
208:11 252:3
253:3,15
254:20
270:25 274:8
278:2 290:15
291:23
**typical** 251:6
**typically**
209:22 211:3

258:9 337:10
337:12

**U**

**UE** 176:5,7
177:23
180:25 184:7
184:11
185:22
197:17,20,21
197:22
200:25 201:9
201:15
202:10
207:18,21
208:19
210:13,25
211:3,8 212:4
213:14
214:10,12,19
214:22
220:12
221:12,22
223:10,13,15
223:18,23
224:5,22
225:3,13,24
226:15
238:18 247:4
247:10,12
249:3 251:25
252:4,5,9
255:11,25
257:23
259:14,18,22
259:25
260:11
262:10,15
265:9 279:3
283:11,15
284:2,15
285:24,24
286:4,17
287:20 288:9
289:18
291:23
292:14 293:3
305:20,21,23
318:24,25
324:16

328:14
336:18
**UE's** 318:8,11
336:21
**UEs** 175:10
177:8,14
179:14 185:9
185:10,18
194:2 198:2
202:4,12,19
203:3 220:9
226:13,16,17
226:19,21,23
246:8 247:7
252:2 254:15
269:12 327:4
**UK** 0:15
**UL** 202:11
248:22 253:8
ultimately
196:9 200:12
212:8 330:11
**UMTS** 174:11
174:12
183:22 215:3
322:20,21
323:6
**UMTS-type**
322:23
unavailable
340:12
uncertainties
180:5
unclear 194:15
undergradua...
227:25
underneath
193:23
underpinned
268:15
understand
185:23
207:20
214:18
250:14
255:10
257:22
258:17,21
269:5,11
270:21 285:2

297:6 301:8
306:22
329:17
330:20
331:10
332:18,22
understanding
252:2 293:9
300:9 305:24
324:18
understands
287:8
understood
292:19
unfamiliar
242:2,25
unhappy
220:12
225:25
uni-directional
295:18
uninventive
205:5 323:2
unipolar
228:25
unit 247:5
269:19
**UNITED** 0:13
0:14
units 235:25
246:25
university
229:16
unlucky
322:11
unmodulated
313:14
314:12
318:11
323:22
unpacking
207:3 216:2
unreliable
246:12
316:12
up-state
312:14
update 308:7
308:21
309:18,22

updated
208:19 211:9
updating
300:20
uplink 174:16
174:20 181:7
182:24,25
183:5,6 184:2
184:7 193:16
194:2,6
195:22
196:14,17
197:4,15
198:15
199:25
200:23
207:16,19,23
208:17
210:15
214:17
215:21,22
216:7,8,12
217:4,5,12,14
217:14
218:17,24
219:12 221:8
224:7 225:4
225:14
237:14,15,18
237:20 248:9
248:16,18
249:7,15,16
255:8,11
258:13
260:11
264:25
276:21 277:8
278:20,23
279:4,8,10,24
280:20 281:9
284:21 285:2
287:20,23
288:19 291:4
291:10
292:12,14,16
293:12,25
295:19
296:22
299:21 300:5
300:17 301:5

301:20 303:7
303:10,19
304:6,9,21
306:24
310:22
322:14,15
324:16,19
325:11
326:13
328:19,22,23
328:25,25
329:10,11,23
329:23 330:9
330:16,17
331:20
332:17,24
333:5,9,10,25
333:25
334:10,25
335:25 337:4
337:15,16
upshot 236:13
usability
210:10
usage 252:21
312:11
use 180:19
184:22
193:14,16
197:12,17,20
197:24 198:7
205:11
209:21 211:6
211:16 218:6
220:10
226:11,14
236:14
239:11 247:4
247:12
248:24
250:15
253:23
262:14,16
265:23
270:18
287:20 299:5
301:21
303:12 317:5
318:9 323:22
324:20

328:11,17
329:8,12,13
329:15
334:25
336:23
338:19
useful 180:13
183:11 247:9
290:4
user 176:10
182:10,19
190:19 191:3
191:6 209:16
210:4 213:19
225:4 267:21
275:24
287:21
304:12
310:14
333:14
337:21 338:7
user/device
272:18
users 183:8
189:20
211:15
260:14
296:18
313:25
337:16
uses 215:14
237:24
241:21 248:4
255:8,9
262:18
273:22
310:21
usually 237:20
273:22
utilise 248:16
249:20
252:20
utilizing
246:18
**UTRA** 190:13
191:11 195:2
195:7 199:12
**UTRAN'**
190:13

**V**

vague 330:17
vaguely 227:22
Valenti 177:12
    185:8 186:4
    212:22
    213:25
    214:24
    227:23
    245:12
    262:20
    264:16,24
    274:12
    315:16 320:9
    339:21
    340:12
    341:12
Valenti's
    212:16 222:9
    231:21 282:4
    282:11
value 230:19
    231:12 240:4
    241:8,24
values 233:24
    237:21 242:4
variation
    320:24
various 174:10
    195:21
    201:14
    224:17
    229:12
    240:25 244:5
    253:3 265:5
    268:4 278:22
    279:16
    290:14 294:2
    296:20 298:3
    339:17
vary 272:6
vending 247:8
verbatim
    254:21
versions
    231:22 263:8
versus 205:25
    211:13 246:6
    256:20

video 208:9
    278:17 339:4
view 236:17
    301:15
    337:15
views 339:10
visible 190:8
voice 208:6,7
    292:15
voided 177:22
volume 192:24

**W**

wait 206:19,24
    209:24
waited 175:24
WALES 0:2
Walsh 0:17
want 187:20
    192:2 198:15
    210:11
    214:25
    224:12
    227:16 255:6
    257:25 258:8
    258:8 266:23
    273:9 276:9
    277:19
    281:16
    286:17,24
    292:5 296:4
    302:19
    305:14,21
    306:5 316:13
    316:25 318:3
    323:3,17
    331:8,13,17
    332:23
    340:18,23
wanted 229:13
    271:22
    295:14,20
    303:25
    307:23
    314:24 322:7
    332:25
wanting
    182:10
    306:18
    331:22

wants 186:14
    271:23,24
    294:18
    299:19 306:5
    306:23 310:2
    312:3 318:6
    332:15 340:6
watertight
    189:6
wave 228:15
    229:19 230:8
    313:21
way 178:11
    179:12 182:3
    185:9 186:5
    186:18 187:7
    189:7,21,23
    197:22 198:2
    199:15
    200:13
    204:19,21,23
    208:7,13
    210:21,24
    212:6 214:12
    223:5,5
    226:12
    228:15 232:4
    233:15 234:3
    234:4,9,24
    235:23 238:6
    238:6 242:18
    243:22
    248:11,22
    250:11
    251:17
    255:14,15
    260:7,10
    264:25
    265:25 279:7
    282:3 286:4
    291:11
    295:12
    297:19 299:7
    301:25 304:7
    305:5,23
    306:8 311:11
    315:5,18
    316:8 317:23
    317:24 318:6
    320:16

321:20
    323:17 324:4
    333:21,22
    335:21
    339:25
ways 185:8
    191:20 192:3
    265:5,19
    324:2,8
WC2A 0:17
WCDMA
    215:15,20
    330:3
web 208:10,24
    209:2,3,4,5
    209:12,15,17
    209:23
    295:25 296:3
well-known
    197:13
WG1 195:8
wide 198:13
    335:7
wideband
    189:18
    198:11 211:4
    323:10
widely 177:13
    275:17
wider 197:19
    247:12
    251:20
    293:20
WiMAX 270:4
window 247:9
wireless 246:16
    246:19,25
    251:16,19
    252:8 267:23
    268:4
wish 187:15
    332:24
witness 241:20
    260:23
    289:24
    303:16 332:6
    339:7,10
witnesses
    340:9
WLG 0:20

won 267:13,16
word 185:11
    263:21,24
    271:21 273:7
    299:14,14
    303:12,13
    329:18
words 207:24
    231:11
    238:15
    241:21
    263:18,25
    273:22
work 178:23
    179:25
    180:10
    188:21
    189:12
    192:12
    208:13
    215:15
    217:23
    226:15
    239:23
    242:22
    248:22
    257:10 260:5
    260:10 266:7
    268:3,15
    307:9,9
    314:17
    316:18 319:8
    320:14,16
worked 236:23
working
    178:15 179:8
    180:6 192:14
    192:19
    195:23
    196:18
    197:11 199:2
    200:6 210:15
    214:16
    217:20 321:9
works 179:13
    186:18
    217:25 223:6
workshop
    189:13,24
    190:4

world 174:21
    208:6 247:4
worry 178:12
    178:13 206:7
    236:18 244:2
    298:17
worth 338:13
written 269:25
wrong 222:11
    222:12
    253:13
    263:13
    280:13
    297:18 335:8
wrote 251:23
WTRU 247:2
    247:12 248:4
    251:25 252:2
    252:15,18,19
    252:20 253:4
    255:18
    258:14 264:7
WTRUs
    246:25
    255:16

**X**

X 188:24
    232:21 233:5
    233:24
    235:16 267:6
XFDMA
    251:18

**Y**

Y 188:24
    232:21
year 188:16
    267:10
yesterday
    174:9 179:10
    260:21 269:7
    341:2

**Z**

Z 188:24
zero 206:2,3

**0**

0 230:5,17,19

| | | | | | |
|---|---|---|---|---|---|
| 232:21 233:7 | 207:4,7 208:2 | 192:12 222:3 | 200:10,24,25 | **25.913** 190:9 | **4** |
| 234:10,12 | 208:2 212:9 | 222:6 253:6 | 203:15,17,20 | **27** 298:12,19 | **4** 0:11,14 |
| 235:7 236:11 | 222:25 223:2 | 272:17 | 204:8,13 | **2900** 0:18 | 186:17 190:8 |
| 238:2,12 | 229:20 230:4 | **15** 192:25 | 205:2 206:18 | **295** 228:5 | 212:19 |
| 241:9,11,12 | 230:17,19,22 | 193:3,3 | 206:19 | **2G** 174:10 | 250:25 251:5 |
| 241:14,25 | 232:20,21,23 | **1500** 321:15 | 212:16 220:7 | 176:18 | 277:10 |
| 255:24 258:7 | 233:23,25 | 336:25 | 241:2,18 | **2G/3G** 250:13 | 281:18 |
| 259:4 | 234:10,11,12 | **16** 189:11 | 242:4 290:13 | **2nd** 0:17 | **4.1** 193:10 |
| **0.5** 231:12 | 235:6,24 | 212:19 | **2.00** 339:22 | | **4.15/4.30-ish** |
| **0/0** 232:3,18,25 | 237:3,5 | 267:12 | 340:15 | **3** | 339:23 |
| **0001** 246:15 | 238:16,18,21 | 272:23 | **2.3** 190:7 | **3** 0:10,14 179:6 | **4.30** 340:13,16 |
| **0003** 246:24 | 240:4,11 | **177** 325:8 | **2.4** 189:12 | 191:4,5,7 | 341:14 |
| **0004** 247:15,23 | 241:12 | **18** 221:24 | **20** 197:19 | 211:4 216:16 | **41** 196:13,13 |
| 248:3,4 | 247:20 | 222:7,16,17 | 206:23,25 | 244:15 | **43** 196:21 |
| **0005** 247:15,23 | 255:25 258:8 | 222:21 | 296:14 | 264:23 271:6 | **44** 199:4,21 |
| 248:4,16,22 | 259:4 264:5 | 225:10 | **2000/2001** | 271:10 273:3 | 200:22 203:8 |
| 249:2 | 268:25 | 243:15,17 | 186:17 | 273:6,7 274:5 | 204:17 |
| **0006** 249:19 | 269:15 313:9 | 338:4 | **2002** 174:13 | 274:11 277:7 | **45** 201:9 |
| **0012** 250:2 | 314:15,16,23 | **18-bit** 183:3 | **2004** 174:17 | 282:22 283:5 | 202:25 |
| **0014** 247:11 | 318:22 319:4 | **180** 232:23 | 189:14,19 | 285:12 326:3 | 260:21,25 |
| **0018** 250:24 | 335:11 | **188** 313:9 | 190:5 269:24 | 334:23 | 261:2 |
| 251:3,4 | 337:12 | **19** 231:24 | **2005** 190:8 | **3.25** 307:13 | **48** 207:13 |
| **0021** 252:11 | **1-bit** 315:17,22 | 232:10 263:7 | 208:6 209:2,3 | **30** 195:20 | **486** 243:18 |
| **0022** 252:17,22 | 318:11 | 263:8 264:4 | 211:21 | **31** 192:14 | **4G** 250:13 |
| **0023** 253:2,14 | **1/0** 233:2,7 | 281:19 | **2006** 174:19,23 | **332** 228:18 | 252:7 268:11 |
| **0025** 254:6 | **1/layer** 200:24 | 301:15 304:2 | 177:13 | 229:12 | **4th** 0:6 |
| **0036** 254:23 | **10** 194:22 | **1C** 281:22,24 | 192:20 | **333** 229:24 | |
| 255:3,5,6,8 | 206:22 215:2 | 282:16,19 | 193:18 | **335** 241:16 | **5** |
| **0037** 254:23 | 219:8 220:3 | **1G** 174:10 | 212:23,25 | **35** 282:6,8,11 | **5** 0:15 174:13 |
| 255:6,14 | 244:2,14 | **1HP** 0:17 | 213:16 215:4 | **3G** 179:15 | 190:11 |
| 258:11 | 337:13 | **1NL** 0:5 | 215:9 217:20 | 186:16 | 193:22 |
| 261:12 | **10-3** 243:21 | **1s** 228:14,15 | **202** 330:19 | 192:10 | 215:12 228:4 |
| **0049** 262:7 | **10-bit** 317:16 | 231:15,15,15 | **2020** 267:10,13 | 206:22 210:8 | 250:25 251:5 |
| **0064** 251:14 | **10.30** 339:19 | 231:15,17 | **2021** 0:6 | 252:6 290:5 | 272:2 277:6 |
| **020** 0:18,18 | 340:6 341:3,8 | 236:13,21 | **204(a)** 331:14 | 294:24,25 | 278:7 |
| **06** 192:14 | 341:18,19 | 238:11,15 | **205** 228:3 | 297:15 298:5 | **5-9** 228:19 |
| **0s** 228:14,15 | **100** 210:6 | 239:14 | **21** 222:25 | 298:9 301:4 | **5%** 191:3 |
| 236:13,21 | **11** 191:9 | 243:12,12 | 267:7,8 | 303:17 | **5.1** 215:12 |
| 243:12,13 | 227:18 244:3 | 244:4,7,10,18 | **210** 272:18 | 305:12 | **5.19** 228:23 |
| 244:4,7,10,18 | **11.1** 191:11 | 244:22 245:2 | **23** 247:20 | 306:17 | **5.2.1** 215:20 |
| 244:22 245:2 | **11.50** 219:5 | 282:20 | 253:4 327:9 | 309:21 316:2 | **5G** 252:7 |
| | **114** 183:22 | | 327:16 | 321:13 | |
| **1** | **115** 184:3 | **2** | **24** 224:5 | 336:24 | **6** |
| **1** 0:9,13 178:9 | **12.15/12.30** | **2** 0:10,13,24 | 327:21,24 | 338:14,17 | **6** 174:6,16 |
| 178:12,16,18 | 341:3 | 178:8,12,15 | 330:15 | **3GPP** 186:18 | 189:10 |
| 179:6 184:22 | **120** 184:14 | 178:19,22 | **25** 224:5 | 187:23 | 190:10,17 |
| 199:5 200:6 | **13** 189:10 | 183:21 190:8 | **25.309** 222:23 | 189:13 190:4 | 191:4,6,7 |
| 200:25 | 191:20,24 | 190:8 191:4,5 | **25.813** 193:5 | 190:15 196:2 | 278:12 |
| 203:18,20 | 192:11 | 191:7 192:24 | **25.814** 194:23 | 215:20 | 324:21 325:2 |
| 204:8 206:15 | **14** 174:7,11 | 199:5,6 200:6 | 194:24 | 275:20 | 328:4,5 |

INTERDIGITAL v LENOVO                    04 MARCH 2021                    PROCEEDINGS - DAY 2

[Page 376]

**6-9** 0:17
**6.30** 340:15
**61** 215:11
**62** 215:19
**63** 216:11
**64** 216:25
218:16
**6864** 0:18

---
**7**

**7** 0:4 193:10
220:4 243:23
244:14 262:8
279:12
284:18
287:21 288:3
289:10
290:18
**7.1** 190:25
**70** 219:8
**7067** 0:18
**71** 220:2
**73** 264:23
**7831** 0:18

---
**8**

**8** 195:5 227:16
227:19
229:25
241:18
251:14
286:13
292:21
299:24
321:21,21
335:10,11
**8-ish** 243:25
**80** 220:25
**802** 251:17
**82** 247:20,20
**85** 250:9

---
**9**

**9** 193:23 263:6
263:8,13,14
263:16 264:4
264:5,6,6
286:13,21
310:18
316:24

**9.1.1.2** 196:22
**9.1.2.2** 207:14
210:12
**9.3** 224:4
**9.3.1.1** 224:18
**9.3.1.1.2**
225:16
**9.something**
201:19
**99** 174:12
215:13,15
216:2