# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO HOLDING COMPANY, INC., *et al.*,<br><br>Defendants. | C.A. No. 19-1590 (LPS)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE

WHEREAS, by order of March 24, 2021 (D.I. 42) the Court consolidated the actions captioned *Interdigital Technology Corp. v. Lenovo Holding Company, Inc.*, 19-1590-LPS and *Lenovo Inc. v. Interdigital Technology Corp.*, 20-0493-LPS into this action; and

WHEREAS, the parties have conferred and agreed, subject to the approval of the Court, to amend the case schedule as set forth in Appendix A;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The schedule for this case shall and hereby is amended and shall be as set forth in Appendix A to this Stipulation and Proposed Order.

Dated: June 4, 2021

| | |
|---|---|
| SMITH, KATZENSTEIN AND JENKINS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Neal C. Belgam* | */s/ Rodger D. Smith II* |
| Neal C. Belgam (No. 2721) | Jack B. Blumenfeld (#1014) |
| Eve H. Ormerod (No. 5369) | Rodger D. Smith II (#3778) |
| 1000 West Street, Suite 1501 | Cameron P. Clark (#6647) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 652-8400 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | (302) 658-9200 |
| eormerod@skjlaw.com | jblumenfeld@morrisnichols.com |
| | rsmith@morrisnichols.com |
| *Attorneys for Plaintiffs* | cclark@morrisnichols.com |
| | *Attorneys for Defendants* |

IT IS SO ORDERED this____day of June 2021.

_____
The Honorable Leonard P. Stark