**Appendix A**

| Event | Current Date | Proposed Date |
|---|---|---|
| Interim Status Report | June 4, 2021 | June 4, 2021 |
| InterDigital's Final Infringement Contentions | July 19, 2021 | August 2, 2021 |
| Lenovo's Final Invalidity Contentions | Aug. 16, 2021 | August 30, 2021 |
| Close of Fact Discovery | Sept. 17, 2021 | Oct. 15, 2021 |
| Opening Expert Reports | Nov. 5, 2021 | Dec. 3, 2021 |
| Rebuttal Expert Reports | Dec. 17, 2021 | Jan. 14, 2022 |
| Reply Expert Reports | Jan. 21, 2022 | Feb. 18, 2022 |
| Close of Expert Discovery | March 25, 2022 | March 25, 2022 |
| Parties to Supplement Identification of Accused Products & Invalidity References | April 1, 2022 | April 1, 2022 |
| Last Day to File Dispositive and *Daubert* Motions | April 8, 2022 | April 22, 2022 |
| Opposition briefs | April 22, 2022 | May 13, 2022 |
| Reply briefs | April 29, 2022 | May 27, 2022 |
| Hearing on Dispositive and *Daubert* Motions | July 26, 2022 | July 26, 2022 |
| Joint Proposed Final Pretrial Order Due | Nov. 10, 2022 | Nov. 10, 2022 |
| Final Pretrial Conference | Nov. 22, 2022 | Nov. 22, 2022 |
| Trial | Dec. 5, 2022 | Dec. 5, 2022 |