IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-1590-LPS |
| v. | ) ) | |
| LENOVO HOLDING COMPANY, INC., *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order in this case (D.I. 106-1) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Close of Fact Discovery | October 15, 2021 | November 12, 2021 |
| Opening Expert Reports | December 3, 2021 | January 6, 2022 |
| Rebuttal Expert Reports | January 14 2022 | February 18, 2022 |
| Reply Expert Reports | February 18, 2022 | March 25, 2022 |
| Close of Expert Discovery | March 25, 2022 | April 22, 2022 |
| Parties to Supplement Identification of Accused Products & Invalidity References | April 1, 2022 | April 1, 2022 |
| Last Day to File Dispositive and *Daubert* Motions | April 22, 2022 | May 20, 2022 |

1

| Event | Current Date | Amended Date |
|---|---|---|
| Opposition briefs regarding summary judgment and Daubert motions | May 13, 2022 | June 10, 2022 |
| Reply briefs regarding summary judgment and Daubert Briefs | May 27, 2022 | June 24, 2022 |
| Hearing on Summary Judgment and *Daubert* Motions | July 26, 2022 | July 26, 2022 |
| Joint Proposed Final Pretrial Order Due | Nov. 10, 2022 | Nov. 10, 2022 |

Dated: October 5, 2021

| | |
|---|---|
| SMITH, KATZENSTEIN AND JENKINS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Eve H. Ormerod<br>Neal C. Belgam (No. 2721)<br>Eve H. Ormerod (No. 5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Holdings, Inc., and InterDigital, Inc.* | /s/ Rodger D. Smith II<br>Rodger D. Smith II (#3778)<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendants Lenovo Holding Company, Lenovo (United States) Inc., and Motorola Mobility LLC* |

IT IS SO ORDERED this _____ day of _____ 2021.

_____
The Honorable Leonard P. Stark