IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1590 (LPS) CONSOLIDATED |
| LENOVO HOLDING COMPANY, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order in this case (D.I. 127) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Close of Written Fact Discovery | November 12, 2021 | |
| Deadline for Completion of Fact Depositions | November 12, 2021 | December 17, 2021 |
| Opening Expert Reports | January 6, 2022 | January 28, 2022 |
| Rebuttal Expert Reports | February 18, 2022 | March 4, 2022 |
| Reply Expert Reports | March 25, 2022 | April 1, 2022 |
| Parties to Supplement Identification of Accused Products & Invalidity References | April 1, 2022 | April 1, 2022 |
| Close of Expert Discovery | April 22, 2022 | April 29, 2022 |

| Event | Current Date | Amended Date |
|---|---|---|
| Last Day to File Dispositive and *Daubert* Motions | May 20, 2022 | May 20, 2022 |
| Opposition briefs regarding summary judgment and Daubert motions | June 10, 2022 | June 10, 2022 |
| Reply briefs regarding summary judgment and Daubert Briefs | June 24, 2022 | June 24, 2022 |
| Hearing on Summary Judgment and *Daubert* Motions | July 26, 2022 | July 26, 2022 |
| Joint Proposed Final Pretrial Order Due | Nov. 10, 2022 | Nov. 10, 2022 |

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Eve H. Ormerod*

_____
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Holdings, Inc., and InterDigital, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Defendants Lenovo Holding Company, Lenovo (United States) Inc., and Motorola Mobility LLC*

October 28, 2021

IT IS SO ORDERED this _____ day of _____ 2021.

_____
The Honorable Leonard P. Stark