IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL HOLDINGS, INC., and INTERDIGITAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO HOLDING COMPANY, INC., LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC,<br><br>Defendants. | C.A. No. 19-1590 (JDW)<br>CONSOLIDATED |

**LENOVO'S MOTION TO STRIKE PORTIONS OF INTERDIGITAL'S EXPERT REPORTS BASED ON INTERDIGITAL'S FAILURE TO IDENTIFY SOURCE CODE IN FINAL INFRINGEMENT CONTENTIONS**

Defendants Lenovo Holding Company, Inc. and Lenovo (United States) Inc. (collectively, "Lenovo") move, under the procedures set forth in the Scheduling Order in this case (D.I. 53, ¶10), to strike those portions of Plaintiffs InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Holdings, Inc., and InterDigital, Inc. Opening and Reply Expert Reports of Dr. Branimir Vojcic, Dr. Wayne Stark, and Dr. Cory Plock that rely on Qualcomm source code that InterDigital failed to identify in its Final Infringement Contentions. The bases for this motion are set forth more fully in the Letter Brief in Support of this Motion and supporting declaration and exhibits filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard A. Cederoth<br>David C. Giardina<br>Nathaniel C. Love<br>Leif E. Peterson II<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>(312) 853-7000<br><br>Joseph A. Micallef<br>Scott M. Border<br>Kyle S. Smith<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W. #600,<br>Washington, DC  20005<br>(202) 736-8000<br><br>Melissa Colon-Bosolet<br>Ketan V. Patel<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY  10019<br>(212) 839-5300<br><br>Michael J. Bettinger<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA  94104<br>(415) 772-1200<br><br>September 23, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Defendants Lenovo Holding Company, Lenovo (United States) Inc., and Motorola Mobility LLC* |

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, I hereby certify that counsel for defendants has raised the subject of the foregoing motion with counsel for plaintiffs, and the parties have not been able to reach agreement on the issues raised in the motion.

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| David S. Steuer, Esquire<br>Michael B. Levin, Esquire<br>Maura L. Rees, Esquire<br>Ryan R. Smith, Esquire<br>Albert Shih, Esquire<br>Matthew R. Reed, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Talin Gordnia, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Lucy Yen, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)