IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERDIGITAL TECHNOLOGY CORPORATION, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**LENOVO HOLDING COMPANY, INC.,** et al.,<br><br>*Defendants.* | Case No. 1:19-cv-01590-JDW<br><br>CONSOLIDATED |

## ORDER

**AND NOW**, this 29th day of September, 2022, upon consideration of the Parties' letter requesting an extension of the response and reply deadlines on Defendants' Motion to Strike (D.I. 235), it is **ORDERED** that Plaintiffs' Response to Defendants' Motion to Strike shall be filed on or before October 3, 2022, and Defendants' Reply in Support of Their Motion to Strike shall be filed on or before October 7, 2022.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON