# Exhibit 11

Case 1:19-cv-01590-JDW   Document 250-6   Filed 10/03/22   Page 2 of 3 PageID #: 8217

INTERDIGITAL v LENOVO                09 MARCH 2021                PROCEEDINGS - DAY 5

```
IN THE HIGH COURT OF JUSTICE        Claim No. HP-2019-000032
BUSINESS AND PROPERTY COURTS
OF ENGLAND AND WALES
INTELLECTUAL PROPERTY LIST (ChD)
PATENTS COURT
                            The Rolls Building
                            7 Rolls Buildings
                            Fetter Lane
                            London EC4A 1NL
                            Tuesday, 9th March 2021
                Before:
            HIS HONOUR JUDGE HACON
        (sitting as a Judge of the High Court)
            ---------------
BETWEEN:
        (1) INTERDIGITAL TECHNOLOGY CORPORATION
        (2) INTERDIGITAL PATENT HOLDINGS, INC.
            (3) INTERDIGITAL, INC.
            (4) INTERDIGITAL HOLDINGS, INC.
                    Claimants
                - and -
            (1) LENOVO GROUP LIMITED
            (2) LENOVO (UNITED STATES) INC.
    (3) LENOVO TECHNOLOGY (UNITED KINGDOM) LIMITED
            (4) MOTOROLA MOBILITY LLC
            (5) MOTOROLA MOBILITY UK LIMITED
                    Defendants
            ---------------
        (Transcript of the Stenograph Notes of
    Marten Walsh Cherer Ltd., 2nd Floor, Quality House,
    6-9 Quality Court, Chancery Lane, London WC2A 1HP.
    Telephone No: 020 7067 2900.  Fax No: 020 7831 6864
            e-mail: info@martenwalshcherer.com)
            ---------------
MR. DOUGLAS CAMPBELL QC, MR. JOE DELANEY and MR. MAXWELL KEAY
    (instructed by Gowling WLG) appeared for the Claimants.

MR. THOMAS HINCHLIFFE QC, MR. JEREMY HEALD and MS. KYRA NEZAMI
    (instructed by Kirkland & Ellis International LLP) appeared
    for the Defendants.

            ---------------
                PROCEEDINGS
                  DAY 5
            Remotely via Microsoft Teams
            ---------------
```

[Page 668]

1
2       PROFESSOR MATTHEW CHARLES VALENTI, RECALLED
3         CROSS-EXAMINATION BY MR. CAMPBELL, CONTINUED
4   THE JUDGE: Mr. Campbell?
5   MR. HINCHLIFFE: My Lord, I hesitate to interrupt at this stage; I
6       have been passed a message overnight that the professor has
7       spotted a transcription error on last night's transcript.
8       I do not know what it is, but perhaps we can clear that up
9       first thing and then Mr. Campbell can crack on.
10  THE JUDGE: Okay.  Professor, do you have that to hand?
11  A.  Yes, I do.  So this is in yesterday's transcript.  I looked
12      through the transcript last night and I have caught what
13      I believe to be an error, which is on page 553.
14  THE JUDGE: I have it, yes.
15  A.  The actually error is at line 13 and there is a word "not"
16      that should not be there.  I will read the sentence correctly.
17      Just to give background, there is a question about BPSK keying
18      up around line 7.  The question was: "And BPSK is better
19      still than coherent on-off keying because it produces a lower
20      bit error rate for a given EU transmission power; correct?"
21      My answer at line 10: "That is not always true.  In order to
22      compare the two, there are some factors that you would need o
23      consider.  Most importantly the frequency and the relative
24      frequency between 0 and 1.  So, if 0 and 1 were equally
25      likely, which is not the case in a typical data transmission

[Page 669]

1                       VALENTI - CAMPBELL
2       systems", so that is the correction.  I said: "So, if 0 and 1
3       were equally likely, which is not the case in a typical data
4       transmission system," that should say, "So, if 0 and 01 were
5       likely, which is the case in a typical data transmission", and
6       then goes on to say, "yes, BPSK has a better error rate".
7   THE JUDGE: You wanted to delete the word "not"?
8   A.  I just want to delete the word "not.  I believe it to be a
9       transcription error.  I have not watched the video so I may
10      have misspoken or talked too quickly.
11  THE JUDGE: Okay, that is fine.  Mr. Campbell will follow up on
12      that if he feels he needs to.  Mr. Campbell?
13  MR. CAMPBELL: Thank you, my Lord.  Where we left yesterday in the
14      cross-examination, Professor Valenti, was I was asking you
15      about Laroia.  I do not think you really need Laroia, but if
16      you would like to take out Laroia, it is B2, and it is the
17      passage bridging pages 8 and 9.  Do you remember I was asking
18      you some questions about this paragraph last night?
19  A.  Yes, this is the passage on on-off signalling; yes.
20  Q.  Yes.  Okay, now, first of all, Laroia does not say anything
21      about the relative likelihood of sending a state transition
22      request compared with not sending one, does it?
23  A.  In this paragraph he does not talk about that.  It would be
24      understood that you would be sending such state transition
25      requests fairly infrequently but, yes, this paragraph does not

[Page 670]

1                       VALENTI - CAMPBELL
2       talk about that aspect.
3   Q.  Where else does Laroia talk about that aspect?  Never mind, we
4       can ----
5   A.  I am sorry, without referring to the document in its entirety,
6       I cannot think of an example of where it is talking about the
7       relative frequency between on off.  I think you would have to
8       look at the document as a whole and understand that these
9       state transition requests are going to be less frequent than
10      when you would not be requesting a state transition request.
11  Q.  Okay.  Now I want to ask you some questions about the fixed
12      signal that is referred to in this paragraph.  I am sure you
13      remember Dr. Moss gave evidence that there were three
14      possibilities for the fixed signal, which were the coded
15      predefined message, the signal whose presence could be
16      detected by the base station without decoding and an
17      unmodulated tone of fixed frequency.  Do you remember Dr. Moss
18      saying these were the three possibilities?
19  A.  Yes, I do.
20  Q.  And they are all possible, are they not?
21  A.  Certainly, yes.  Each one of those could be a possibility.  He
22      was talking about a coded message and that could be a case
23      where a signal is sent and after its presence is detected it
24      could be decoded, or it could just be a fixed signal conveying
25      a single 8 bit of information that is either detected or not.

[1]   (Pages 0 to 670)

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE        LONDON, WC2A 1HP
TEL: (020) 7067 2900         E-MAIL: info@martenwalshcherer.com              FAX: (020) 7831 6864

[Page 679]

VALENTI - CAMPBELL

2  periodicity to use and which subcarrier to use because that
3  information is necessary to work in any OFDM system; is that
4  essentially what you are saying?
5  A. Well, if the UE needs to be able to transmit over a dedicated
6     channel, then there would be -- did we lose someone? I wonder
7     if I should pause.
8  MR. CAMPBELL: We may have lost Mr. Hinchliffe.
9  THE JUDGE: Mr. Hinchliffe, have we lost you? I think we are
10    going to have to wait a couple of minutes, please.
11 MR. HINCHLIFFE: My Lord, can you hear me?
12 THE JUDGE: I can now. Did you lose very much?
13 MR. HINCHLIFFE: My Lord, I apologise, the entire Wi-Fi in
14    chambers appears to have gone, so I am currently piggybacking
15    off my phone. It may be that the quality is a bit limited.
16    The last question I had Mr. Campbell asking was your Lordships
17    said: "You seem to have understood which passage that must
18    mean, but I do not know it. (MR. CAMPBELL) Let us ask
19    Professor Valenti. Which passage talks about time segments
20    and tones that you were referring to?" Then everything went
21    blank after that.
22 THE JUDGE: Okay. I do not think you missed much, but there you
23    are, Mr. Campbell, if you could pick it up from that point.
24 MR. CAMPBELL: Did you have any particular passage in mind? I see
25    you have been looking at the document while Mr. Hinchliffe was

[Page 680]

VALENTI - CAMPBELL

2  away. Have you found the passage you had in mind, professor?
3  A. Sure. The starting point would be page 7 in the bottom
4     paragraph.
5  Q. The one which begins "Operation of a mobile node in the hold
6     state ..."?
7  A. Yes. This paragraph is talking about the hold state and it of
8     course starts by saying it requires fewer control
9     communication resources, but it does, of course, require
10    control communication resources. Then if you drop down seven
11    lines down there is a sentence beginning "During".
12 Q. Yes.
13 A. And it says: "During the hold state timing control signal is
14    maintained and the mobile node is also allocated a dedicated
15    control uplink communication resource, e.g., dedicated uplink
16    control communications channel, which it can use to request
17    changes to other states." This is kind of the starting point
18    of the explanation, that here it is disclosing that in the
19    hold state there is a dedicated control uplink communication
20    resource. Okay, and then ----
21 Q. Is this the passage which discloses the periodicity part of
22    integer 1C?
23 A. Right. To conclude that, then the dedicated uplink control
24    communication channel to understand that, this is where you
25    would want to refer back to, for instance, the bottom of page

[Page 681]

VALENTI - CAMPBELL

2  3, which I believe we covered, in which it is talking about
3  signalling resources e.g., time slots or tones may be shared
4  or dedicated. This paragraph goes into some more detail about
5  the use of time slots and tones. I will call your attention
6  specifically to five rows down, there is a sentence that
7  begins: "In the case of dedicated resources e.g., with time
8  slots and/or tones being allocated to particular
9  communications device or group of devices to the exclusion of
10 other devices for a certain period of time, the problem of
11 possible collision is avoided or reduced." I mean, Laroia is
12 quite clear here, the UE or the mobile, it has allocated
13 a dedicated control and that dedicated control channel
14 corresponds to an allocated time slot and tones, and of course
15 time slots and tones would be periodicity and subcarrier
16 resources.
17 Q. So as soon as it mentions time slots and tones that inevitably
18    takes you to periodicity and subcarrier resource in your view;
19    is that right?
20 A. Yes. It may be just a matter of mashing up terminology but it
21    is talking about it being allocated. So that part would be
22    satisfied. Time can be broken up into slots. The different
23    slots are used by different users. In order to allocate those
24    time slots to users, the users would have to be told the
25    periodicity of those time slots. Similarly tones, tones would

[Page 682]

VALENTI - CAMPBELL

2  correspond to subcarrier in an OFDM system. Those terms are
3  interchangeable. So allocating tones would be the same thing
4  as allocating subcarrier resources.
5  Q. So even quite a general high-level description in a few lines
6     in your view is enough to disclose integer 1C; is that right?
7  A. Integer 1C is fairly simple and routine. Those skilled in the
8     art I think would have a pretty clear understanding of what it
9     means and what to look for. Periodicity is the one thing
10    which just relates to how to allocate resources in the time
11    domain. Subcarrier resources would just relate to how to
12    allocate resources in the frequency domain. Those ideas here
13    are sort of carried over to Laroia. I mean, to the extent
14    that it has given probably not much more description here,
15    certainly in the claim and possibly in the patent, it does not
16    require a whole lot of language for someone skilled in the art
17    to understand those concepts.
18 Q. Okay. I mean, you have said it is a pretty clear
19    understanding that the skilled addressee would have. Is it in
20    fact something that is inevitable in any OFDM system?
21 A. Well, it would depend on how you were using the OFDM system.
22    Not every OFDM system necessarily has allocated resources in
23    this way. There are OFDM systems where perhaps all of the
24    resources are devoted to one user, and that would not be
25    a system that has scheduling and resource allocation in it.

[4] (Pages 679 to 682)

MARTEN WALSH CHERER LTD     2ND FLOOR, 6-9 QUALITY COURT, CHANCERY LANE     LONDON, WC2A 1HP
TEL: (020) 7067 2900        E-MAIL: info@martenwalshcherer.com              FAX: (020) 7831 6864