IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL HOLDINGS, INC., and INTERDIGITAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO HOLDING COMPANY, INC., LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1590-JDW<br>) **CONSOLIDATED**<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
NON-PARTY QUALCOMM INC.'S UNOPPOSED MOTION TO
MODIFY OR RECONSIDER SEALING ORDER (D.I. 268)**

Having considered the papers and pleadings on file herein, the arguments on this matter, and good cause appearing therefore, the Court rules as follows:

**IT IS HEREBY ORDERED** that Non-party Qualcomm's Motion to Modify or Reconsider Sealing Order (D.I. 268) is **GRANTED**. The sixteen (16) references made in Qualcomm's Motion shall be accordingly redacted.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Joshua D. Wolson
U.S. District Court Judge