IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERDIGITAL TECHNOLOGY CORPORATION, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**LENOVO HOLDING COMPANY, INC.,** et al.,<br><br>*Defendants.* | **Case No. 1:19-cv-01590-JDW**<br><br>CONSOLIDATED |

## ORDER

**AND NOW**, this 18th day of January, 2023, **IT IS ORDERED** as follows:

1. No later than April 7, 2023, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

2. All motions *in limine* shall be filed on or before April 21, 2023. Responses, if any, shall be filed no later than May 5, 2023;

3. No later than May 19, 2023, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line;

4. No later than May 19, 2023, each party may submit a proposed jury verdict sheet;

5.  No later than May 19, 2023, the Parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" in the subject line.  Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the Parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based; and

6.  On or before June 5, 2023, the Parties shall submit to the Court all exhibits that the Parties intend to use at trial.  If the Parties intend to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, or DVD) with each exhibit as a separate file.  If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit separately tabbed.  Exhibits shall be consecutively numbered (*i.e.*, Ex. 1, Ex. 2, etc., rather than P-1, P-2, etc. and D-1, D-2, etc.), and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit.  The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection.

**IT IS FURTHER ORDERED** that the Court's Amended Scheduling Order (D.I. 181) is amended as follows:

1. The Parties shall submit to the Court a Joint Proposed Final Pretrial Order on or before May 19, 2023. The Parties shall include in their pretrial order all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.3(c).

2. A final pretrial conference will be held on June 9, 2023, at 10:00 a.m. in Chambers Room 12613, United States District Court, 601 Market Street, Philadelphia, PA 19106.  Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts; and

3. A Jury Trial is scheduled for July 10, 2023, at 9:30 a.m. at the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON