# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERDIGITAL TECHNOLOGY CORPORATION, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**LENOVO HOLDING COMPANY, INC.,** et al.,<br><br>*Defendants.* | **Case No. 1:19-cv-01590-JDW**<br><br>CONSOLIDATED |

## ORDER

**AND NOW**, this 1st day of February, 2023, upon consideration of Defendants' unopposed letter requesting an extension of the deadline to file a Reply Brief in support of their Motion to Stay Interdigital's Patent Infringement Claims (D.I. 300), it is

**ORDERED** that, on or before February 10, 2023, Defendants shall file their Reply Brief in support of their Motion to Stay Interdigital's Patent Infringement Claims.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON