IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INTERDIGITAL TECHNOLOGY CORPORATION, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**LENOVO HOLDING COMPANY, INC., et al.,**<br><br>*Defendants.* | **Case No. 1:19-cv-01590-JDW**<br><br>CONSOLIDATED |

## ORDER

**AND NOW**, this 23rd day of March, 2023, after a status call with counsel for both Parties and in light of the developments in the UK litigation, including likelihood that Lenovo accepts a global FRAND license that will have the effect of mooting some, if not all, of the claims in this case, it is **ORDERED** as follows:

1. The Order dated January 18, 2023 (D.I. 303) setting trial deadlines is **VACATED**;

2. No later than September 18, 2023, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial;

3. The Parties shall submit to the Court a Joint Proposed Final Pretrial Order on or before September 25, 2023. The Parties shall include in their pretrial order all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.3(c);

4. All motions *in limine* shall be filed on or before October 2, 2023. Responses, if any, shall be filed no later than October 16, 2023;

5. No later than October 30, 2023, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" in the subject line;

6. No later than October 30, 2023, each party may submit a proposed jury verdict sheet;

7. No later than October 30, 2023, the Parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" in the subject line.  Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the Parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based;

8. On or before November 13, 2023, the Parties shall submit to the Court all exhibits that the Parties intend to use at trial.  If the Parties intend to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, or DVD) with each exhibit as a separate file.  If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit

separately tabbed.  Exhibits shall be consecutively numbered (*i.e.*, Ex. 1, Ex. 2, etc., rather than P-1, P-2, etc. and D-1, D-2, etc.), and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit.  The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

9. A final pretrial conference will be held on November 20, 2023, at 10:00 a.m. in Chambers Room 12613, United States District Court, 601 Market Street, Philadelphia, PA 19106.  Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, and any stipulations of uncontested facts; and

10. A Jury Trial is scheduled for December 4, 2023, at 9:30 a.m. at the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801.

**IT IS FURTHER ORDERED** that the Parties shall notify the Court of the outcome of the UK licensing proceedings within seven (7) days of their conclusion (or of any development that results in Lenovo agreeing to the final terms of a global FRAND license).

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON