# SMITH KATZENSTEIN JENKINS LLP

June 30, 2023

**Via CM/ECF**
The Honorable Joshua D. Wolson
U.S. District Court for the Eastern District of Pennsylvania
3809 U.S. Courthouse, Courtroom 3-B
601 Market Street
Philadelphia, PA 19106

   Re:   *InterDigital Technology Corporation, et al. v. Lenovo Holding Co., Inc., et al.*
         C.A. No. 1:19-cv-01590-JDW

Dear Judge Wolson,

   The parties provide the following update regarding the status of their UK proceedings:

   On June 27, 2023, Mr. Justice Mellor, the trial court judge in the parties' FRAND proceedings before the High Court of Justice of England and Wales, issued his final Approved Judgment and Order, both attached hereto. The Court's "Settled License" is appended to the Judgment.

   With respect to the mootness issue, InterDigital's position, consistent with the position articulated during the parties' March 22, 2023 status conference, is that all issues in the Delaware case are—or will become—moot. InterDigital respectfully submits that any decisions on appeal in the UK proceedings could have an impact on those issues, and therefore InterDigital believes it would be premature to formally address mootness at this time. To avoid the unnecessary expenditure of party and court resources, InterDigital proposes that this case be stayed in its entirety.

   Lenovo's position is that InterDigital's patent claims are now moot and should be dismissed. Lenovo otherwise agrees that all other claims currently pending before this Court should be stayed at this time.

   As instructed in the Court's March 23, 2023 order, Dkt. 313, the parties will notify the Court when the UK proceedings have concluded and the final agreement between the parties has been executed.

Respectfully submitted,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)

**Enclosures**