IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERDIGITAL TECHNOLOGY )
CORPORATION, IPR LICENSING, INC., )
INTERDIGITAL COMMUNICATIONS, )
INC., INTERDIGITAL HOLDINGS, INC., )
and INTERDIGITAL, INC., )
)
    Plaintiffs, )
                  )   C.A. No. 19-1590 (JDW)
    v. )  CONSOLIDATED
)
LENOVO HOLDING COMPANY, INC., )
LENOVO (UNITED STATES) INC. and )
MOTOROLA MOBILITY LLC, )
)
    Defendants. )

## JOINT STATUS REPORT REGARDING '726 PATENT APPEAL

    Pursuant to the Court's April 26, 2022 Order to Sever and Stay Proceedings Regarding U.S. Patent No. 8,199,726 (D.I. 183), Plaintiffs InterDigital Technology Corporation, et al. ("InterDigital"), and Defendants Lenovo Holding Company, Inc., et al. ("Lenovo") (collectively, "the Parties") jointly submit this status report regarding the final resolution of Plaintiffs' appeal to the Federal Circuit concerning U.S. Patent No. 8,199,726 (the "'726 Patent").

    On January 26, 2022, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in the *inter partes* review ("IPR") of the '726 Patent in IPR2020-01413, finding all asserted claims of the '726 Patent unpatentable for obviousness. On March 30, 2022, Plaintiff InterDigital Technology Corporation appealed the PTAB's Final Written Decision to the Federal Circuit.

    On April 26, 2022, the Court severed and stayed the proceedings related to the '726 Patent pending final resolution of the appeal to the Federal Circuit (D.I. 183). The Court further ordered the Parties to submit a joint status report informing the Court of the outcome of that appeal

within fourteen (14) days of the issuance of the mandate by the Federal Circuit (*id.*).  The Court additionally ordered that either party could seek to lift the stay for a showing of good cause (*id.*).

On October 6, 2023, the Federal Circuit issued a final judgment affirming the PTAB's Final Written Decision finding all asserted claims of the '726 Patent unpatentable for obviousness.  *InterDigital Tech. Corp. v. Lenovo Holding Co., Inc., et al.*, No. 2022-1924, slip. op. at 2 (Fed. Cir. Oct. 6, 2023).  On November 13, 2023, the Federal Circuit issued the formal mandate for the appeal.  *InterDigital Tech. Corp. v. Lenovo Holding Co., Inc., et al.*, No. 2022-1924, Mandate (Fed. Cir. Nov. 13, 2023).

The parties remain available at the Court's convenience should the Court wish to discuss any of the above.

<table>
<tr>
<td>SMITH, KATZENSTEIN AND JENKINS LLP</td>
<td>MORRIS, NICHOLS, ARSHT & TUNNELL LLP</td>
</tr>
<tr>
<td>/s/ Neal C. Belgam</td>
<td>/s/ Rodger D. Smith II</td>
</tr>
<tr>
<td>Neal C. Belgam (#2721)<br>Daniel A. Taylor (#6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br> (302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com</td>
<td>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>cclark@morrisnichols.com</td>
</tr>
<tr>
<td>OF COUNSEL:<br><br>Michael B. Levin<br>Maura L. Rees<br>Ryan R. Smith<br>Matthew R. Reed<br>Albert Shih<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300</td>
<td>OF COUNSEL:<br><br>Richard A. Cederoth<br>David C. Giardina<br>Nathaniel C. Love<br>Leif E. Peterson II<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>(312) 853-7000</td>
</tr>
</table>

Talin Gordnia
Neal N. Desai
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2048

Lucy Yen
Michael S. Sommer
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019

*Attorneys for Plaintiffs*

November 27, 2023

Joseph A. Micallef
SIDLEY AUSTIN LLP
1501 K Street, N.W. #600,
Washington, DC  20005
(202) 736-8000

Melissa Colon-Bosolet
Ketan V. Patel
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

Michael J. Bettinger
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
(415) 772-1200

*Attorneys for Defendants*