

June 6, 2024

**VIA Electronic Filing**

The Honorable Judge Joshua D. Wolson
United States District Court of the Eastern District of Pennsylvania
3809 U.S. Courthouse, Courtroom 3-B
601 Market Street
Philadelphia, Pennsylvania 19106

>   Re:   *InterDigital Technology Corporation, et al. v. Lenovo Holding Co., Inc., et al.*
>         C.A. No. 1:19-cv-01590-JDW

Dear Judge Wolson,

As requested on June 4, 2024, the parties provide the following update regarding the status of their UK proceedings:

As we informed the Court on June 30, 2023, the trial court in the parties' FRAND proceedings before the High Court of Justice of England and Wales issued its final Approved Judgment on March 16, 2023 and resulting Order on June 27, 2023. On July 31, 2023, both parties appealed this judgment. The appeal will be heard next week, between June 10 and June 14, 2024.

Pursuant to the Court's July 18, 2023 order, Dkt. 318, the parties will notify the Court when a decision has been issued by the UK Court of Appeal or when the UK proceedings have otherwise concluded and a final agreement between the parties has been executed.

In light of the foregoing, and consistent with the parties' prior request to this Court, the parties respectfully request that this case remain stayed.

>                        Respectfully submitted,
>
>                        */s/ Neal C. Belgam*
>                        Neal C. Belgam