

July 23, 2024

<u>VIA ECF</u>

The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
3809 U.S. Courthouse, Courtroom 3-B
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    *InterDigital Tech. Corp., et al. v. Lenovo Holding Co., Inc., et al.*
               C.A. No. 19-1590-JDW

Dear Judge Wolson:

      Pursuant to the Court's July 18, 2023 order, Dkt. 318, the parties provide the below update regarding the status of their UK proceedings.

      As indicated in our June 6, 2024 status update, Dkt. 332, the UK Court of Appeal heard the parties' appeal of the English High Court of Justice's 2023 Order in the *InterDigital v. Lenovo UK* proceedings ("UK I") during the week of June 10, 2024.  On July 12, 2024, the Court of Appeal issued its decision modifying the royalty terms for the FRAND 3G, 4G and 5G license between InterDigital and Lenovo for the period from 2007 to December 31, 2023 and dismissing Lenovo's appeals.  *See* https://assets.caselaw.nationalarchives.gov.uk/ewca/civ/2024/743/ewca_civ_2024_743.pdf.

      The UK Court of Appeal has denied Lenovo's request to further appeal its judgment to the UK Supreme Court.  Lenovo may still seek permission to appeal directly with the UK Supreme Court. As such, the UK I proceedings have not fully concluded.  The parties will further update the Court when the UK I proceedings have fully concluded and a final agreement between the parties has been executed covering the period through 2023.

      In light of the foregoing, and consistent with the parties' prior requests to this Court, the parties respectfully request that this case remain stayed.

                                           Respectfully submitted,

                                           */s/ Neal C. Belgam*
                                           Neal C. Belgam