# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> LENOVO HOLDING COMPANY, INC., *et al.*, <br><br> Defendants. <br><br><br> LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC, <br><br> Counterclaimants, <br><br> v. <br><br> INTERDIGITAL TECHNOLOGY CORPORATION, *et al.*, <br><br> Counterclaim Defendants. | C.A. No.: 19-1590-JDW <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

WHEREAS, the parties have entered into a binding settlement and arbitration agreement relating to the disputes raised in the above-captioned action, requiring the dismissal of the parties' respective claims and counterclaims;

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) that the parties to this action, by and through their undersigned counsel, stipulate to a dismissal of this action, including all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| /s/ *Roger D. Smith* <br> Jack B. Blumenfeld (No. 1014) <br> Rodger D. Smith II (No. 3778) <br> Cameron P. Clark (No. 6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> rsmith@morrisnichols.com <br> cclark@morrisnichols.com <br><br> *Attorneys for Plaintiffs Lenovo Holding Company, Inc., Lenovo (United States) Inc., and Motorola Mobility LLC* | /s/ *Neal C. Belgam* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Defendants InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Holdings, Inc., and InterDigital, Inc.* |

Dated: October 11, 2024

SO ORDERED THIS __15th__ day of __October__, 2024

_____/s/ Joshua D. Wolson_____
UNITED STATES DISTRICT JUDGE