AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____District of Delaware____ on the following

☐ Trademarks or   ☒ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>8/28/2019 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Holdings, Inc., and InterDigital, Inc. | | DEFENDANT<br>Lenovo Holding Company, Inc., Lenovo (United States) Inc., Motorola Mobility LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,085,665 | 12/27/2011 | IPR Licensing, Inc. |
| 2 | 8,199,726 | 6/12/2012 | InterDigital Technology Corporation |
| 3 | 8,427,954 | 4/23/2013 | IPR Licensing, Inc. |
| 4 | 8,619,747 | 12/31/2013 | Interdigital Technology Corporation |
| 5 | 8,675,612 | 3/18/2014 | InterDigital Technology Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,797,873 | 8/5/2014 | InterDigital Technology Corporation |
| 2 | 9,203,580 | 12/1/2015 | InterDigital Technology Corporation |
| 3 | 9,456,449 | 9/27/2016 | InterDigital Technology Corporation |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case dismissed per D.I.325, Order granting the Stipulation of Dismissal |

| CLERK<br>Randall Lohan | (BY) DEPUTY CLERK<br>JFM | DATE<br>10/15/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**